# Exhibit 12, Part 1



Solo Capital

| D.D.C (Cayman) | Quarter 1 - 2015 |
|---|---|
| Harneys Services (Cayman) Limited, 3rd Floor, Queensgate House, 113 South Church Street, PO Box 10240, George Town, Grand Cayman KY1-1002, Cayman Islands | |

Invoice Breakdown - DDC01/Q1/2015

Custody and Clearing Fee                                   EUR 21,500.00

**Total Amount Due**                                      **EUR 21,500.00**

Please see the below payment instructions:

Barclays Bank Plc,
260/262 Chingford Mount Road,
South Chingford,
London,

E4 8JN

| | |
|---|---|
| Currency: | EUR |
| Account No: | 54832433 |
| Sort Code: | 20-53-04 |
| IBAN: | GB53 BARC 2053 0454 8324 33 |
| BIC Code: | BARCGB22 |

**PLEASE NOTE:** *If you would like to pay this invoice in a currency other than Euro please contact Solo Capital to receive USD or GBP account details. If a different currency is paid into any of the accounts, you will be held liable to pay the difference.*

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN.
(FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-09138288



## Solo Capital

Trade Breakdown
Denmark
Equity

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | NZYMB | NOVOZYMES A/S-B | ARF01 | DKK | 322.5000 | 740,589 | 238,839,952.50 | 25 February 2015 | 02 March 2015 |
| Sell | NZYMB | NOVOZYMES A/S-B | MAK01 | DKK | 322.5000 | 671,324 | 216,501,990.00 | 25 February 2015 | 02 March 2015 |
| Sell | NZYMB | NOVOZYMES A/S-B | MAK01 | DKK | 322.5000 | 807,641 | 260,464,222.50 | 25 February 2015 | 02 March 2015 |
| Sell | NZYMB | NOVOZYMES A/S-B | MAK01 | DKK | 322.5000 | 743,330 | 239,723,925.00 | 25 February 2015 | 02 March 2015 |
| Sell | NZYMB | NOVOZYMES A/S-B | MAK01 | DKK | 322.5000 | 27,876 | 8,990,010.00 | 25 February 2015 | 02 March 2015 |
| Sell | NZYMB | NOVOZYMES A/S-B | ARF01 | DKK | 322.5000 | 758,237 | 244,531,432.50 | 25 February 2015 | 02 March 2015 |
| Sell | NZYMB | NOVOZYMES A/S-B | ARF01 | DKK | 322.5000 | 811,494 | 261,706,815.00 | 25 February 2015 | 02 March 2015 |
| Sell | NZYMB | NOVOZYMES A/S-B | MAK01 | DKK | 322.5000 | 783,973 | 252,831,292.50 | 25 February 2015 | 02 March 2015 |
| Sell | TDC | TDC A/S | MAK01 | DKK | 54.0000 | 2,579,081 | 139,270,374.00 | 05 March 2015 | 10 March 2015 |
| Sell | TDC | TDC A/S | ARF01 | DKK | 54.0000 | 301,261 | 16,268,094.00 | 05 March 2015 | 10 March 2015 |
| Sell | TDC | TDC A/S | MAK01 | DKK | 54.0000 | 2,418,402 | 130,593,708.00 | 05 March 2015 | 10 March 2015 |
| Sell | TDC | TDC A/S | ARF01 | DKK | 54.0000 | 2,810,399 | 151,761,546.00 | 05 March 2015 | 10 March 2015 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN.
(FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-09138288



## Solo Capital

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | TDC | TDC A/S | MAK01 | DKK | 54.0000 | 2,828,004 | 152,712,216.00 | 05 March 2015 | 10 March 2015 |
| Sell | TDC | TDC A/S | MAK01 | DKK | 54.0000 | 2,456,538 | 132,653,052.00 | 05 March 2015 | 10 March 2015 |
| Sell | TDC | TDC A/S | MAK01 | DKK | 54.0000 | 2,456,154 | 132,632,316.00 | 05 March 2015 | 10 March 2015 |
| Sell | TDC | TDC A/S | MAK01 | DKK | 54.0000 | 1,083,609 | 58,514,886.00 | 05 March 2015 | 10 March 2015 |
| Sell | DSV | DSV A/S | MAK01 | DKK | 219.2000 | 599,104 | 131,323,596.80 | 12 March 2015 | 17 March 2015 |
| Sell | DSV | DSV A/S | ARF01 | DKK | 219.2000 | 583,634 | 127,932,572.80 | 12 March 2015 | 17 March 2015 |
| Sell | DSV | DSV A/S | ARF01 | DKK | 219.2000 | 617,170 | 135,283,664.00 | 12 March 2015 | 17 March 2015 |
| Sell | DSV | DSV A/S | MAK01 | DKK | 219.2000 | 525,531 | 115,196,395.20 | 12 March 2015 | 17 March 2015 |
| Sell | DSV | DSV A/S | ARF01 | DKK | 219.2000 | 643,920 | 141,147,264.00 | 12 March 2015 | 17 March 2015 |
| Sell | DSV | DSV A/S | MAK01 | DKK | 219.2000 | 628,307 | 137,724,894.40 | 12 March 2015 | 17 March 2015 |
| Sell | DSV | DSV A/S | ARF01 | DKK | 219.2000 | 653,916 | 143,338,387.20 | 12 March 2015 | 17 March 2015 |
| Sell | DANSKE | Danske Bank A/S | ARF01 | DKK | 175.3000 | 733,080 | 128,508,924.00 | 18 March 2015 | 23 March 2015 |
| Sell | PNDORA | PANDORA A/S | ARF01 | DKK | 614.5000 | 211,718 | 130,100,711.00 | 18 March 2015 | 23 March 2015 |
| Sell | PNDORA | PANDORA A/S | MAK01 | DKK | 614.5000 | 443,167 | 272,326,121.50 | 18 March 2015 | 23 March 2015 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN. (FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-09138288



# Solo Capital

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | PNDORA | PANDORA A/S | MAK01 | DKK | 614.5000 | 425,229 | 261,303,220.50 | 18 March 2015 | 23 March 2015 |
| Sell | DANSKE | Danske Bank A/S | ARF01 | DKK | 175.3000 | 3,077,172 | 539,428,251.60 | 18 March 2015 | 23 March 2015 |
| Sell | DANSKE | Danske Bank A/S | MAK01 | DKK | 175.3000 | 254,756 | 604,126,748.50 | 18 March 2015 | 23 March 2015 |
| Sell | DANSKE | Danske Bank A/S | MAK01 | DKK | 175.3000 | 3,191,489 | 604,126,748.50 | 18 March 2015 | 23 March 2015 |
| Sell | DANSKE | Danske Bank A/S | MAK01 | DKK | 175.3000 | 25,982 | 564,022,666.30 | 18 March 2015 | 23 March 2015 |
| Sell | DANSKE | Danske Bank A/S | MAK01 | DKK | 175.3000 | 3,191,489 | 564,022,666.30 | 18 March 2015 | 23 March 2015 |
| Sell | PNDORA | PANDORA A/S | MAK01 | DKK | 614.5000 | 474,678 | 291,689,631.00 | 18 March 2015 | 23 March 2015 |
| Sell | DANSKE | Danske Bank A/S | MAK01 | DKK | 175.3000 | 3,154,944 | 553,061,683.20 | 18 March 2015 | 23 March 2015 |
| Sell | PNDORA | PANDORA A/S | ARF01 | DKK | 614.5000 | 423,842 | 260,450,909.00 | 18 March 2015 | 23 March 2015 |
| Sell | DANSKE | Danske Bank A/S | MAK01 | DKK | 175.3000 | 3,087,240 | 541,193,172.00 | 18 March 2015 | 23 March 2015 |
| Sell | DANSKE | Danske Bank A/S | ARF01 | DKK | 175.3000 | 1,537,069 | 269,448,195.70 | 18 March 2015 | 23 March 2015 |
| Sell | PNDORA | PANDORA A/S | ARF01 | DKK | 614.5000 | 100,969 | 62,045,450.50 | 18 March 2015 | 23 March 2015 |
| Sell | PNDORA | PANDORA A/S | MAK01 | DKK | 614.5000 | 434,554 | 267,033,433.00 | 18 March 2015 | 23 March 2015 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN. (FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-09138288


Solo Capital

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 403,122 | 2,372,466,665.40 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,372,466,665.40 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,372,466,665.40 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,372,466,665.40 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,372,466,665.40 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,372,466,665.40 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,372,466,665.40 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,271,827,374.70 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,271,827,374.70 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,271,827,374.70 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,271,827,374.70 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 108,769 | 2,271,827,374.70 | 19 March 2015 | 24 March 2015 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN. (FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-09138288



## Solo Capital

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,271,827,374.70 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,271,827,374.70 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | MAK01 | DKK | 341.9000 | 1,089,324 | 2,435,553,369.60 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | MAK01 | DKK | 341.9000 | 587,640 | 2,435,553,369.60 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | MAK01 | DKK | 341.9000 | 1,089,324 | 2,435,553,369.60 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | MAK01 | DKK | 341.9000 | 1,089,324 | 2,435,553,369.60 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | MAK01 | DKK | 341.9000 | 1,089,324 | 2,435,553,369.60 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | MAK01 | DKK | 341.9000 | 1,089,324 | 2,435,553,369.60 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | MAK01 | DKK | 341.9000 | 1,089,324 | 2,435,553,369.60 | 19 March 2015 | 24 March 2015 |
| Sell | GN D | GN STORE NORD A/S | ARF01 | DKK | 154.2000 | 623,738 | 96,180,399.60 | 19 March 2015 | 24 March 2015 |
| Sell | GN D | GN STORE NORD A/S | MAK01 | DKK | 154.2000 | 171,153 | 26,391,792.60 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,016,609,623.60 | 19 March 2015 | 24 March 2015 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN. (FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-09138288



# Solo Capital

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,016,609,623.60 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,016,609,623.60 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,016,609,623.60 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,016,609,623.60 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 451,624 | 2,016,609,623.60 | 19 March 2015 | 24 March 2015 |
| Sell | GN D | GN STORE NORD A/S | ARF01 | DKK | 154.2000 | 553,667 | 85,375,451.40 | 19 March 2015 | 24 March 2015 |
| Sell | GN D | GN STORE NORD A/S | ARF01 | DKK | 154.2000 | 588,158 | 90,693,963.60 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | MAK01 | DKK | 341.9000 | 733,954 | 623,378,748.20 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | MAK01 | DKK | 341.9000 | 1,089,324 | 623,378,748.20 | 19 March 2015 | 24 March 2015 |
| Sell | GN D | GN STORE NORD A/S | MAK01 | DKK | 154.2000 | 668,690 | 103,111,998.00 | 19 March 2015 | 24 March 2015 |
| Sell | GN D | GN STORE NORD A/S | ARF01 | DKK | 154.2000 | 651,369 | 100,441,099.80 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,142,236,333.90 | 19 March 2015 | 24 March 2015 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN. (FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-09138288



## Solo Capital

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,142,236,333.90 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,142,236,333.90 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,142,236,333.90 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 819,061 | 2,142,236,333.90 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,142,236,333.90 | 19 March 2015 | 24 March 2015 |
| Sell | TRYG | TRYG A/S | ARF01 | DKK | 868.5000 | 174,730 | 151,753,005.00 | 25 March 2015 | 30 March 2015 |
| Sell | TRYG | TRYG A/S | MAK01 | DKK | 868.5000 | 174,132 | 151,233,642.00 | 25 March 2015 | 30 March 2015 |
| Sell | TRYG | TRYG A/S | MAK01 | DKK | 868.5000 | 177,122 | 153,830,457.00 | 25 March 2015 | 30 March 2015 |
| Sell | TRYG | TRYG A/S | ARF01 | DKK | 868.5000 | 174,983 | 151,972,735.50 | 25 March 2015 | 30 March 2015 |
| Sell | TRYG | TRYG A/S | MAK01 | DKK | 868.5000 | 174,217 | 151,307,464.50 | 25 March 2015 | 30 March 2015 |
| Sell | TRYG | TRYG A/S | MAK01 | DKK | 868.5000 | 176,030 | 152,882,055.00 | 25 March 2015 | 30 March 2015 |
| Sell | CARLB | CARLSBERG AS-B | ARF01 | DKK | 571.5000 | 247,654 | 514,575,742.50 | 26 March 2015 | 31 March 2015 |
| Sell | CARLB | CARLSBERG AS-B | ARF01 | DKK | 571.5000 | 652,741 | 514,575,742.50 | 26 March 2015 | 31 March 2015 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN. (FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-09138288



# Solo Capital

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | FLS | FLSMIDTH & CO A/S | MAK01 | DKK | 314.0000 | 401,573 | 126,093,922.00 | 26 March 2015 | 31 March 2015 |
| Sell | FLS | FLSMIDTH & CO A/S | ARF01 | DKK | 314.0000 | 405,309 | 127,267,026.00 | 26 March 2015 | 31 March 2015 |
| Sell | FLS | FLSMIDTH & CO A/S | MAK01 | DKK | 314.0000 | 398,848 | 125,238,272.00 | 26 March 2015 | 31 March 2015 |
| Sell | CARLB | CARLSBERG AS-B | ARF01 | DKK | 571.5000 | 243,061 | 511,950,843.00 | 26 March 2015 | 31 March 2015 |
| Sell | CARLB | CARLSBERG AS-B | ARF01 | DKK | 571.5000 | 652,741 | 511,950,843.00 | 26 March 2015 | 31 March 2015 |
| Sell | FLS | FLSMIDTH & CO A/S | ARF01 | DKK | 314.0000 | 403,127 | 126,581,878.00 | 26 March 2015 | 31 March 2015 |
| Sell | CARLB | CARLSBERG AS-B | ARF01 | DKK | 571.5000 | 240,937 | 510,736,977.00 | 26 March 2015 | 31 March 2015 |
| Sell | CARLB | CARLSBERG AS-B | ARF01 | DKK | 571.5000 | 652,741 | 510,736,977.00 | 26 March 2015 | 31 March 2015 |
| Sell | FLS | FLSMIDTH & CO A/S | MAK01 | DKK | 314.0000 | 399,982 | 125,594,348.00 | 26 March 2015 | 31 March 2015 |
| Sell | CARLB | CARLSBERG AS-B | MAK01 | DKK | 571.5000 | 652,741 | 516,485,695.50 | 26 March 2015 | 31 March 2015 |
| Sell | CARLB | CARLSBERG AS-B | MAK01 | DKK | 571.5000 | 250,996 | 516,485,695.50 | 26 March 2015 | 31 March 2015 |
| Sell | FLS | FLSMIDTH & CO A/S | MAK01 | DKK | 314.0000 | 406,840 | 127,747,760.00 | 26 March 2015 | 31 March 2015 |
| Sell | CARLB | CARLSBERG AS-B | ARF01 | DKK | 571.5000 | 235,245 | 507,483,999.00 | 26 March 2015 | 31 March 2015 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN.
(FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-09138288



# Solo Capital

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | CARLB | CARLSBERG AS-B | ARF01 | DKK | 571.5000 | 652,741 | 507,483,999.00 | 26 March 2015 | 31 March 2015 |
| Sell | MAERSKB | AP MOELLER-MAERSK A/S-B | MAK01 | DKK | 16,410.0000 | 17,133 | 654,217,470.00 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKB | AP MOELLER-MAERSK A/S-B | MAK01 | DKK | 16,410.0000 | 22,734 | 654,217,470.00 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKB | AP MOELLER-MAERSK A/S-B | ARF01 | DKK | 16,410.0000 | 17,415 | 658,845,090.00 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKB | AP MOELLER-MAERSK A/S-B | ARF01 | DKK | 16,410.0000 | 22,734 | 658,845,090.00 | 30 March 2015 | 07 April 2015 |
| Sell | VWS | VESTAS WIND SYSTEMS A/S | MAK01 | DKK | 290.2000 | 1,285,347 | 545,271,580.20 | 30 March 2015 | 07 April 2015 |
| Sell | VWS | VESTAS WIND SYSTEMS A/S | MAK01 | DKK | 290.2000 | 593,604 | 545,271,580.20 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKB | AP MOELLER-MAERSK A/S-B | MAK01 | DKK | 16,410.0000 | 17,680 | 663,193,740.00 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKB | AP MOELLER-MAERSK A/S-B | MAK01 | DKK | 16,410.0000 | 22,734 | 663,193,740.00 | 30 March 2015 | 07 April 2015 |
| Sell | VWS | VESTAS WIND SYSTEMS A/S | ARF01 | DKK | 290.2000 | 601,411 | 547,537,171.60 | 30 March 2015 | 07 April 2015 |
| Sell | VWS | VESTAS WIND SYSTEMS A/S | ARF01 | DKK | 290.2000 | 1,285,347 | 547,537,171.60 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKA | AP MOELLER-MAERSK A/S-A | MAK01 | DKK | 15,810.0000 | 23,597 | 637,063,950.00 | 30 March 2015 | 07 April 2015 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN. (FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-09138288



# Solo Capital

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | MAERSKA | AP MOELLER-MAERSK A/S-A | MAK01 | DKK | 15,810.0000 | 16,698 | 637,063,950.00 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKA | AP MOELLER-MAERSK A/S-A | MAK01 | DKK | 15,810.0000 | 16,413 | 632,558,100.00 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKA | AP MOELLER-MAERSK A/S-A | MAK01 | DKK | 15,810.0000 | 23,597 | 632,558,100.00 | 30 March 2015 | 07 April 2015 |
| Sell | VWS | VESTAS WIND SYSTEMS A/S | MAK01 | DKK | 290.2000 | 1,285,347 | 533,508,323.20 | 30 March 2015 | 07 April 2015 |
| Sell | VWS | VESTAS WIND SYSTEMS A/S | MAK01 | DKK | 290.2000 | 553,069 | 533,508,323.20 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKB | AP MOELLER-MAERSK A/S-B | MAK01 | DKK | 16,410.0000 | 22,734 | 667,640,850.00 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKB | AP MOELLER-MAERSK A/S-B | MAK01 | DKK | 16,410.0000 | 17,951 | 667,640,850.00 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKA | AP MOELLER-MAERSK A/S-A | ARF01 | DKK | 15,810.0000 | 23,597 | 629,111,520.00 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKA | AP MOELLER-MAERSK A/S-A | ARF01 | DKK | 15,810.0000 | 16,195 | 629,111,520.00 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKA | AP MOELLER-MAERSK A/S-A | MAK01 | DKK | 15,810.0000 | 16,206 | 629,285,430.00 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKA | AP MOELLER-MAERSK A/S-A | MAK01 | DKK | 15,810.0000 | 23,597 | 629,285,430.00 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKB | AP MOELLER-MAERSK A/S-B | MAK01 | DKK | 16,410.0000 | 17,733 | 664,063,470.00 | 30 March 2015 | 07 April 2015 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN. (FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-09138288



# Solo Capital

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | MAERSKB | AP MOELLER-MAERSK A/S-B | MAK01 | DKK | 16,410.0000 | 22,734 | 664,063,470.00 | 30 March 2015 | 07 April 2015 |
| Sell | VWS | VESTAS WIND SYSTEMS A/S | ARF01 | DKK | 290.2000 | 1,285,347 | 545,453,825.80 | 30 March 2015 | 07 April 2015 |
| Sell | VWS | VESTAS WIND SYSTEMS A/S | ARF01 | DKK | 290.2000 | 594,232 | 545,453,825.80 | 30 March 2015 | 07 April 2015 |
| Sell | VWS | VESTAS WIND SYSTEMS A/S | MAK01 | DKK | 290.2000 | 607,306 | 549,247,900.60 | 30 March 2015 | 07 April 2015 |
| Sell | VWS | VESTAS WIND SYSTEMS A/S | MAK01 | DKK | 290.2000 | 1,285,347 | 549,247,900.60 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKA | AP MOELLER-MAERSK A/S-A | MAK01 | DKK | 15,810.0000 | 16,466 | 633,396,030.00 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKA | AP MOELLER-MAERSK A/S-A | MAK01 | DKK | 15,810.0000 | 23,597 | 633,396,030.00 | 30 March 2015 | 07 April 2015 |
| Sell | VWS | VESTAS WIND SYSTEMS A/S | MAK01 | DKK | 290.2000 | 1,285,347 | 551,090,090.20 | 30 March 2015 | 07 April 2015 |
| Sell | VWS | VESTAS WIND SYSTEMS A/S | MAK01 | DKK | 290.2000 | 613,654 | 551,090,090.20 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKB | AP MOELLER-MAERSK A/S-B | MAK01 | DKK | 16,410.0000 | 17,502 | 660,272,760.00 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKB | AP MOELLER-MAERSK A/S-B | MAK01 | DKK | 16,410.0000 | 22,734 | 660,272,760.00 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKA | AP MOELLER-MAERSK A/S-A | ARF01 | DKK | 15,810.0000 | 23,597 | 616,352,850.00 | 30 March 2015 | 07 April 2015 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN. (FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-09138288