# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SKAT TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:19-cv-01781-LAK, 1:19-cv-01783-LAK, 1:19-cv-01785-LAK, 1:19-cv-01788-LAK, 1:19-cv-01791-LAK, 1:19-cv-01792-LAK, 1:19-cv-01794-LAK, 1:19-cv-01798-LAK, 1:19-cv-01800-LAK, 1:19-cv-01801-LAK, 1:19-cv-01803-LAK, 1:19-cv-01806-LAK, 1:19-cv-01808-LAK, 1:19-cv-01809-LAK, 1:19-cv-01810-LAK, 1:19-cv-01812-LAK, 1:19-cv-01813-LAK, 1:19-cv-01815-LAK, 1:19-cv-01818-LAK, 1:19-cv-01869-LAK, 1:19-cv-01870-LAK, 1:19-cv-01894-LAK, 1:19-cv-01918-LAK, 1:19-cv-01922-LAK, 1:19-cv-01926-LAK, 1:19-cv-01928-LAK, 1:19-cv-01929-LAK, 1:19-cv-01931-LAK | 18-MD-2865 (LAK)<br><br>ECF Case |



## STIPULATION AND [P~~ROPOSE~~D] ORDER
## EXTENDING TIME TO RESPOND TO THE COMPLAINTS

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that the current May 13, 2019 deadline for Defendant Michael Ben-Jacob in the cases enumerated in the caption to answer or file a motion in response to the Complaints is hereby extended thirty (30) days up to and including June 12, 2019.

No provision of this Stipulation and Order shall be construed as a waiver of, and Defendant expressly reserves, any and all defenses.

This is Defendant's first request for an extension of time to answer or otherwise respond to the Complaints.

Dated: May 9, 2019
New York, New York

/s/ Thomas E.L Dewey

Thomas E.L. Dewey
DEWEY PEGNO & KRAMARSKY LLP
777 Third Avenue – 37th Floor
New York, New York 10017
(212) 943-9000
tdewey@dpklaw.com

*Attorney for Defendant*
*Michael Ben-Jacob*

/s/ Sarah L. Cave *(e-signed with consent)*

Sarah L. Cave
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6000
sarah.cave@hugheshubbard.com

*Attorney for Plaintiff*
*Skatteforvaltningen*

SO ORDERED:

Hon. Lewis A. Kaplan
United States District Judge

5/17/19

2