**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

Master Docket 18-md-02865 (LAK)
ECF Case

This document relates to: 19-cv-01918-LAK;
19-cv-01931-LAK; 19-cv-01813-LAK; 19-
cv-01788-LAK; 19-cv-01810-LAK; 19-cv-01928-
LAK; 19-cv-01798-LAK; 19-cv-01800-LAK; 19-
cv-01803-LAK; 19-cv-01794-LAK; 19-cv-01801-
LAK; 19-cv-01818-LAK; 19-cv-01809-LAK

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Omineca Trust hereby

certifies that it has no corporate parent and no publicly held corporation owning 10% or more of

its stock.

Dated: June 29, 2020
        New York, New York

 /s/ Sharon L. McCarthy
SHARON L. MCCARTHY
CAROLINE D. CIRAOLO
NICHOLAS S. BAHNSEN
KOSTELANETZ & FINK, LLP
7 World Trade Center, 34th Fl.
New York, NY 10007
(212) 808-8100
smccarthy@kflaw.com
cciraolo@kflaw.com
nbahnsen@kflaw.com
*Attorneys for Defendant Omineca Trust*