# Exhibit 27, Part 1 of 15

# THE SYSTEM GUIDE



Last edited on December 19, 2011

VP SECURITIES
WEIDEKAMPSGADE 14
P.O. BOX 4040
DK-2300 COPENHAGEN S
P: +45 4358 8800
F: +45 4358 8810
E: CUSTOMER@VP.DK
W: VP.DK



# SYSTEM GUIDE

Content
01 VP account ...........................................................................................................................5
  Customer notifications.............................................................................................................7
  Transactions .........................................................................................................................13
  The licensee section ............................................................................................................18
  The proxy section .................................................................................................................22
  Zip code distribution on postage rates ...............................................................................25
02 Transactions and info messages ........................................................................................27
  System overview for periodic functions ..............................................................................27
  System overview for automatic deposit ..............................................................................43
  System overview for clearing and settlement .....................................................................47
  System overview for paper filter for foreign securities .......................................................48
  System overview for investment fund classifications .........................................................48
03 Feature descriptions...........................................................................................................49
  Clearing and Settlement ......................................................................................................49
  Interest and dividend functions ...........................................................................................93
  Account groupings .............................................................................................................105
  Automatic deposit ..............................................................................................................116
  Investment fund classification............................................................................................157
  Mathematical extraction ....................................................................................................160
  Investor wishes ..................................................................................................................164
  BIC ......................................................................................................................................168
  Corporate Actions ..............................................................................................................174
  VP account ..........................................................................................................................188
  Collateral in Danmarks Nationalbank (DN) .......................................................................202
  VP Fund Register ................................................................................................................203
  Revenue limit .....................................................................................................................203
04 Fund register for bonds .....................................................................................................210
  VP-registered bonds...........................................................................................................211
  Physical bonds ...................................................................................................................212
05 Interest term processing ...................................................................................................214
  Interest treatment ..............................................................................................................214
  Interest calculation .............................................................................................................219
  Liquidity management ........................................................................................................220
  Payment intermediation .....................................................................................................221
  Variable interest rate change reminder .............................................................................223
  Reminder about changing the variable cross rate .............................................................224
  Change of PI account number interest rate........................................................................224
  Contingency plan for interest rate recall ...........................................................................225
06 Extraction............................................................................................................................238
  Extraction processing .........................................................................................................238
  Pull-out drive ......................................................................................................................242
  Contingency plan for withdrawal proceeds revocation .....................................................247
07 Share fund register ............................................................................................................257
  Establishing issuer information (shares/investment fund shares.......................................258
  Change of issuer information (shares/investment certificates)..........................................258
  Establishing securities information ....................................................................................259
  Change of securities information (shares/investment certificates) ....................................260
  Establishment of             – dividend information for Danish limited liability companies................261
  Establishment of             – dividend information for Danish investment funds............................262
  Establishment of dividend information for .............................................................foreign companies  263
  Establishing allocation and subscription information.........................................................264
  Establishing/changing fund code information for physical shares .....................................266
  Change in year-end exchange rate ....................................................................................266



SYSTEM GUIDE

Request for shares etc. in VP Fondsregister ......................................................................267
08 Issue of shares ...................................................................................................................268
Registration in VP .................................................................................................................268
Subscription with pre-emption rights for current shareholders.................................................269
Change of ISIN .....................................................................................................................276
Fund share issue ..................................................................................................................277
Subscription with pre-emptive rights in technical fund code/ISIN .............................................277
Subscription with pre-emption rights for physical share class .................................................277
Subscription without pre-emption rights ................................................................................278
Current issue .......................................................................................................................279
Capital increase in a foreign company with a subset in VP ......................................................279
Redemption of share capital .................................................................................................280
Issuance of securities with turnover limitations .....................................................................280
09 Drawing management ...........................................................................................................281
Requisition of subscription invitation ....................................................................................281
Inserting a subscription request ...........................................................................................281
Changing/resetting a subscription request .............................................................................282
Canceling a subscription request ..........................................................................................282
Requisition of total maximum drawing ...................................................................................283
Requisition of maximum drawing ..........................................................................................284
Cancellation of subscription requisition .................................................................................285
Requesting an overview of unused dishes ..............................................................................285
10 Name listing of shares and investment certificates .................................................................287
Listing locations...................................................................................................................287
Listing and delisting of existing holdings................................................................................287
Name listing of person other than VP account holder ..............................................................288
Etablering af "nominee" konto ..............................................................................................290
Owner's accountant .............................................................................................................291
11 Corporate Action - dividend treatment ...................................................................................293
Dividend treatment, Danish investment funds ........................................................................301
Dividend treatment, foreign companies .................................................................................312
Procedure for the recall of dividends .....................................................................................320
Technical dividend (technical distribution) .............................................................................320
Output data .........................................................................................................................321
12 Corporate Action...................................................................................................................326
Change of share size ...........................................................................................................328
Change in share capital ........................................................................................................329
Allocation of fund shares/fund units (without trading with dishes) ...........................................330
Demerger on the basis of investor wishes ..............................................................................331
Demerger of a company .......................................................................................................332
Fusion .................................................................................................................................333
Aggregation of ISINs ............................................................................................................333
Termination of registration ...................................................................................................334
Creation of payments...........................................................................................................338
Treatment of payments from corporate actions ......................................................................338
Requisition of new owner book ..............................................................................................341
Change of ISIN .....................................................................................................................341
Calculation of dividends on previously saved inventory ...........................................................342
Extraordinary bond redemption (CA) via new ISIN...................................................................343
Conversion of ordinary interest income to new shares.............................................................344
Change to or from Non par value ...........................................................................................345
Capital distribution...............................................................................................................346
Predefined corporate actions................................................................................................348
Actions used in the predefined corporate actions ...................................................................351



SYSTEM GUIDE

Output data .............................................................................................................354
Disclosure types for corporate actions....................................................................364
Overview of publication info per publication type ...................................................364
13 Information options ..............................................................................................371
General about information extraction ......................................................................371
Overview ...............................................................................................................372
Online inquiries .....................................................................................................373
Information extraction.............................................................................................373
14 Test system .........................................................................................................379
15 Operational execution .........................................................................................380
Overview of settlement days in VP (PROD.) ..........................................................380
End marker strips ..................................................................................................382
Line monitoring .....................................................................................................383
Output delivery......................................................................................................384
Emergency procedures ..........................................................................................384
Contingency plans for VP outages .........................................................................386
Contingency plan for recall of periodic payments ....................................................390
Overview of execution days in VP (DEMO Test) .....................................................390
16 Year-end ............................................................................................................394
Activities at year-end .............................................................................................394
17 Standard VP system ............................................................................................398
– Terminal control converted system ..................................................399
– Terminal operation in a switched system ............................................417
Terminal operation – vp.ONLINE™..........................................................................428
18 Control and audit ................................................................................................430
Account managers' control obligations ...................................................................431
Audit at the account managers ...............................................................................433
Controls performed by VP ......................................................................................435
VP's systemrevision ..............................................................................................438
Overview of controls to monitor ..............................................................................439
19 City information ...................................................................................................445
Fee information system ..........................................................................................445
Interbank share fee system ....................................................................................446



S YSTEM GUIDE

## 01 VP account

Fund assets and rights over them are registered in VP accounts.

A VP account corresponding to a custody or deposit account can only be held through an account manager participant in the VP system.

The structure of the VP account can be outlined as follows:



The account holder is entitled to dispose of the fund assets in the account with respect to the account manager, with due regard to any rights holders.

If the account holder's right of disposal over the account's holdings is subject to restrictions, e.g. as a result of pledging, this must be registered in the rights holder section of the account.

At the account holder's request, trading authorizations or query authorizations for other VP participants can be registered in a VP account.

Upon written notification, the account holder and any rights holders may opt out of notifications.

A *nominee* scheme means that it is registered on the account that the account holder is not the owner of the fund assets. The owner of fund assets who wishes to remain anonymous by registering someone else as the account holder can thus obtain protection from the account holder's creditors.

Nominee registration can also be used to achieve administrative relief. An example of this is a limited company that has a nominee account in the company's own name on behalf of the employees for the administration of employee shares. In this account, the entire holding of employee shares is registered and only the limited liability company knows and keeps records of the actual ownership of the account's holdings.

Foreign central securities depositories' VP accounts are nominee arrangements where only the relevant central securities depository knows t h e  actual ownership of the accounts' holdings, see the Clearing Guide in the Business Guide.

The Account Holder may, upon separate written notification with documentation of his/her tax affiliation, register for the system for avoiding double taxation of dividends, see Withholding of dividend tax under double taxation agreements, Registration Guide in the Business Guide.

SYSTEM GUIDE

---

The account holder's request for reinvestment of dividends for investment funds can be registered in the VP account.
Fixed deviations from the general request can be recorded at ISIN level.

Holdings in a VP account can consist of all types of fund assets. For shares, holdings can consist of both registered shares and bearer shares.
Fund assets with turnover restrictions can only be registered in designated VP accounts (dedicated accounts).

For each type of return (interest, withdrawal, dividend), a monetary account number - PI account number - must be registered in the account for the payment of the return.

The account manager is solely entitled to make registrations in the VP account; however, portfolio additions can be registered by other account managers and portfolio withdrawals can be registered by settlement managers with registered trading authorization. Similarly, as settlement managers, large customers can register withdrawals on their own VP accounts on the basis of trading authorization for the accounts.

Testing in connection with the *reporting of* transactions to the VP account is the responsibility of the account manager or settlement manager making the reporting.

Responsibility for *registered* information rests with the account manager who maintains the VP account.

When a VP account must be able to hold a restricted fund asset, it is the issuer responsible for the fund asset in question that registers the authorization. The registration takes place in the VP system on the issuer's list of VP accounts with authorization for the fund asset.

The table provides an overview of the tests to be performed when reporting various transactions to the VP account.

| Transaction | Checking the eligibility and identity of dispositions | Others |
|---|---|---|
| Setting up an account | X | |
| Changing your account | X | |
| Account inventory | X | |
| Account re-establishment | X | |
| General change of address | X | |
| Establishing the owner book name | X | |
| Changing the owner book name | X | |
| Deleting owner book name | X | See Deleting owner book name information |
| Cancel owner book name | | |
| Establishing a licensee | X | Recordable [1] |
| Change of licensee | X | |
| Deletion of rights holder | X | |
| Establishing power of attorney (trading/questioning power of attorney) | X | Recordable [2] |
| Deleting a power of attorney | X | |

---

[1] Trading authorizations must be deleted if the licensee does not accede to them



SYSTEM GUIDE

---

[2] A power of attorney must be rejected from registration if it has not been accepted by any rights holder.



SYSTEM GUIDE

## Customer notifications

The VP account includes the following customer messages, which are sent by VP or the account manager to the account holder and any rights holder(s):

| Message no. / section no. | Name/Description | List id / info |
|---|---|---|
| 1/1 | Withdrawal notification | SI20144: <br> - TI20237v, <br> SI20145: <br> - TI20238v <br> or <br> Edited for investor |
| 2/1 | Notice regarding bullet loans | OU40L01/L03 |
| 3/1 | Change notice at maturity or maturity of drawn bonds <br> (notification is mandatory for all in case of unforeseen extinction) | OU80L02/L04 |
| 4/1 | Daily change notification, | DK13L01/L03 |
| 4/2 | Information about account master data | DK13L01/L03 |
| 4/3 | Inventory changes related to trades | DK13L01/L03 |
| 4/4 | Inventory changes related to transfers | DK13L01/L03 |
| 4/5 | Information about rights registrations | DK13L01/L03 |
| 5/1 | Annuity Advice | Preliminary: <br> SI20127: <br> TI20199v <br> SI20147: <br> TI20200v <br> Final: <br> SI20139: <br> TI20139v <br> SI20114: <br> TI20140v <br> Changed <br> : <br> SI20138: <br> TI20246v <br> or <br> Edited for investor |
| 6/1 | Dividend announcement | CA09L01/L02 <br> or SI20310 <br> TI20310v <br> SI20312: <br> TI20312v |
| 7/1 | Drawing invitation | NE02L01/L03 |
| 8/1 | Notification of assigned dishes | |
| 9/1 | Notification of change of ISIN | CA27L01/L02 or SI20203: <br> TI20280v <br> TI20282v |



SYSTEM GUIDE

| 10/1 | Change notice, Dividend reinvestment | CA08L01/L02 or SI20203: TI20280v TI20282v TI20311v |
|---|---|---|
| 11/1 | Change notification - end of registration (mandatory for account and disposition limiting licensees) | CA20L01/L02 (Always printed in VP) |
| 12/1 | Annual statement (mandatory for account and disposition-restricted licensees) | DK51L01/L02 |
| 13/1 | Change notification - corporate events (mandatory for account and disposition limiting rights holders) | CA12L01/L02 or SI20203: TI20280v TI20281v TI20281v TI20282v TI20282v TI20283v TI20284v TI20285v TI20339v |
| 14/1 | Notification of termination (mandatory) | CA21L01/L02 (Always printed by VP) |
| 15/1 | Conversion invitation | NE33L01/L02/L03 |

For descriptions of the individual messages, see the Technical Guide section 3 Info message structure, section 10 Output descriptions - ed. and to https://www.vp.dk/VP_regler "Ruleset C".


Extinction as a result of an unforeseen event


In general
Deletion in connection with registration means when an ISIN completely ceases to be registered in VP. As of January 1, 2005, a change in legislation requires that customer notifications are only to be sent out in connection with extinctions that were unpredictable at the time of investment.

The information about the unpredictable deletion may appear in a customer message, which the account and rights holder can opt out of in message management and it must therefore be ensured that the customer message is sent. Below is a description of the issuer's responsibility and the consequences thereof. There is also a description of situations where the issuer must determine whether there is predictability in connection with the deletion.
Responsibility
When the issuing manager for bonds finds that the extinction of the specific issue must be considered unforeseen at the time of investment, the issuing manager must register a marking to this effect for the relevant fund code/ISIN in the fund register in VP. For the purpose of the marking, a checkbox has been incorporated in the image in vp.ONLINE - VP Fund Register - Maturity.
Consistency
Based on the unpredictable deletion flag, notifications of the early redemption will be sent to account and rights holders, regardless of whether they have deselected the notification documenting the deletion.



SYSTEM GUIDE

Overview of extinction notifications
*Mortgage bonds*
According to the comments to the new provision, the licensee will then, among other things, be able to opt out of notices of expiry and maturity at times that can reasonably be assumed to be known to the licensee. On this basis, it must be assessed that the withdrawal and maturity of mortgage bonds is not an unforeseen extinction at the time of investment, regardless of whether a bond series is closed for new issues earlier than originally assumed, and thus expires earlier than originally stated.

Notifications regarding mortgage bonds, maturity, expiration or redemptions throughout the maturity period can thus be opted out. For future and modified products from mortgage credit institutions, the issuer must assess whether opt-out is also possible here.

*Other bond issues*
For other bond issues that occur with the same regularity as mortgage bonds, the withdrawal and maturity of bonds is not an unforeseen extinction at the time of investment.

Issuers of such bonds must thus assess whether the specific extinction meets the conditions that it can reasonably be assumed to be known to the bondholders etc. and that the notice can thus be waived.

If the issuer assesses that there is an extinction due to an unforeseen event, it must be registered on the relevant ISIN in the fund register in VP.

*Unforeseen company events*
Bankruptcy, liquidation, merger and demerger are directly mentioned in the legal text as an unforeseen event at the time of investment, for which notification must always be sent when the event is registered in VP regarding the covered shares.

For notifications regarding bankruptcy, liquidation, merger, demerger and other unforeseeablecompanyevents are nævnt som 'corporate actions' - there will thus not technically be an opt-out option

*Other unforeseen events*
Som restgruppe, når realkreditobligationer eller 'realkreditlignende' obligationer og uforudset selskabshændelse er behandlet, tilbagestår øvrige' lignende på investeringstidspunktet uforudsete begivenheder' så som låneprogrammer where the issuer has an option to prepay the loan for all or part of the term of the loan. The notification is mandatory when the option is exercised, even if the option is based on objective criteria that are ascertainable for the investor etc.


Notification management, opt-out notifications

All investor messages enabled by legislation must be opt-outable by the account holder.
/Rights holder.

Opt-outs must be registered in the VP account. All messages are registered by default. The table in the section "Overview of opt-out options in the VP account" shows which messages can be opted out by the account holder or licensee.

A message can be divided into multiple messages (sections), which allows you to opt out of the entire message or parts of the message. Establishing an opt-out on the entire message will replace any previous opt-outs at section level. Conversely, establishing an opt-out at section level will replace any previous opt-outs on the entire message.

SYSTEM GUIDE

Currently, the Daily Change Message (DK13L01/L03) is the only message that is divided in this way (see Dividing Daily Change Messages (DK13L01/L03) into sections).

When establishing VP accounts or rights holders, you must also decide which messages the customer wants to opt out of.

The following conditions should be observed:
Opting out of extraction notifications
If a customer wishes to opt out of the Withdrawal Notice (1/1 and/or 2/1) and at the same time opt out of the Notice of maturity of withdrawn bonds (3/1), this means that the customer will not receive any notices in connection with the withdrawal

Please note
In the event of unforeseen extinction, "Notice of maturity of drawn bonds" (3/1) is sent to all account and rights holders regardless of whether the notice has been deselected.

Opt out of daily change notification
Daily change message can be deselected in its entirety (4/1) or parts of the message can be deselected i.e. Account master data information (4/2), Inventory changes regarding trades (4/3), Inventory changes regarding transfers (4/4) and Rights registrations information (4/5)
(see Overview of opt-out options in the VP account).

Please note
If a customer wishes to opt out of the daily change notification (4/1, 4/3 or 4/4) and at the same time opt out of the ISIN change notification (9/1), this means that the customer will not receive any notification in connection with changing a temporary ISIN to a final ISIN (see Opting out of ISIN change notification).

Opting out of the ISIN VP change
notification applies the text:

"Your temporary shares or investment fund units will later be converted into final shares or investment fund units.
Separate notification of the conversion will only be sent if you have agreed this with your custodian bank."

on all change notifications for subscriptions (4/1, 4/4) or additions of temporary shares or investment fund units (4/1, 4/3). This ensures that customers who have also opted out of the "ISIN change notification" (9/1) receive this information.

Account-holding institutions that handle decentralized printing themselves must, according to section 52 of the Executive Order on Registration, add information with similar wording in the situations mentioned.

However, the change notices, which must contain the above text, can also be opted out (see Opting out of daily change notice). Therefore, in case of additions in a temporary share or investment fund shares, the trade note must also include the above text, or a text with a similar wording.

Please note
If a customer wishes to opt out of the ISIN change notification (9/1) and at the same time opt out of the daily change notification (4/1, 4/3 or 4/4), this means that the customer will not receive any notification at all when changing a temporary ISIN to a final ISIN (see Opting out of daily change notification).



SYSTEM GUIDE

Overview of opt-out options on the VP account

| | Notification | Account holder | Provisions limiting the licensee | Not disposition limiting licensee |
|---|---|---|---|---|
| 1/1 | Withdrawal notification | X | X | X |
| 2/1 | Notice regarding standing loan | X | X | X |
| 3/1 | Change notification on expiration or maturity of drawn bonds *) | X | X | X |
| 4/1 | Daily change notification | X | X | X |
| 4/2 | Information about account master data | X | X | X |
| 4/3 | Inventory changes regarding trader | X | X | X |
| 4/4 | Inventory changes regarding transfers | X | X | X |
| 4/5 | Information about the rights holder | X | X | X |
| 5/1 | Annuity Advice | X | X | X |
| 6/1 | Dividend announcement | X | X | X |
| 7/1 | Drawing invitation | X | X | X |
| 8/1 | Notification of assigned dishes | X | X | X |
| 9/1 | Notification of change of ISIN | X | X | X |
| 10/1 | Change notification Dividend reinvestment | X | X | X |
| 11/1 | Change notification - Discontinuation of registration *) **) | | | X |
| 12/1 | Annual statement **) | | | X |
| 13/1 | Change notification Company events *) **) | | | X |
| 14/1 | Notification of Termination with Registration | | | |

The account-holding institutions acting as account holders and/or rights holders who receive the content of the messages by other means may opt out of the above customer messages in situations where this is possible.

*) In case of unpredictable deletions, the notification will be sent to all account and rights holders regardless of whether it is deselected.

**) Please note that the account servicing institution in their review in connection with notification of opt-out for a licensee must ensure that a distinction is made between disposition limiting rights and non disposition limiting rights.
No opt-outs of messages 11/1, 12/1 and 13/1 may be registered for a disposition limiting licensee.

Dividing Daily Change Notifications (DK13L01/L03) into sections

| | Overview of what is omitted by different opt-outs | | | | Commentary |
|---|---|---|---|---|---|
| | Section 2 | Section 3 | Section 4 | Section 5 | |



SYSTEM GUIDE

| Print if nothing is deselected Corresponds to section 1 | Master information | Handler | Retention movements | Rightful gardens registers caller | |
|---|---|---|---|---|---|
| Account holder address | | | | | |
| Licensee addresses | | | | | |
| Complaint address | | | | | |
| Account change | x | | | | |
| Account holder, Deselected message | x | | | | NY |
| No inventory | x | | | | Formed on restoration |
| Bond portfolio, change | | x | x | | |
| Bond closing balance | | x | x | | |
| Shareholding, change | | x | x | | |
| Share closing balance | | x | x | | |
| Stock payment intermediation | | | x | | Peak payment at conversion bonds -> shares |
| Power of attorney, delete - establish | x | | | | |
| Account holder trap rule inventory. | x | | | | New |
| Licensee establishment/modification | | | | x | |
| Licensee, Deselected Announcement | | | | x | NY |
| Entitlement, Obstruction | | | | x | |
| Rightholder, Deselected message | | | | x | New. Only created when restoring and for the rightholder himself |
| Bond portfolio | x | | | | Formed on restoration |
| Shareholding | x | | | | Formed on restoration |
| Rights holder deletion | | | | x | |

Correlation between message number and types of corporate actions

| Message no. / Section no. | List ID / Info | Predefined corporate action | Publication type |
|---|---|---|---|
| 13/1 | CA12L01/L02 Or info:  TI20280v TI20281v TI20282v TI20283v TI20284v TI20285v TI20339v | Inventory exchange | 01, 02, 04, 04, 05 and 06 |
| | | Splitting the inventory | 08, 09 and 11 |
| | | Allocation of inventory | 13, 14, 15 and 16 |
| | | Inventory reset | 18 and 19 |
| | | Formation of payment bases return | 22 |
| | | Change of share capital | 23 and 24 |
| | | Splitting of inventory on based on investor requests | 25 |
| | | Change to/from Non par value | 40 and 41 |
| 11/1  14/1 | CA20L01/L02 * and CA21L01/L02 * | Termination of registration | 20 and 21 |
| 6/1 | CA09L01/L02 Or info:  TI20310v TI20312v | Yields | 26, 27, 28, 29 and 30 |



SYSTEM GUIDE

| 10/1 | CA08L01/L02 Or info: | Dividend reinvestment | 29 and 30 |
| | TI20280v TI20282v TI20311v | | |
| 9/1 | CA27L01/L02 or info: | Change ISIN | 31 and 32 |
| | TI20280v TI20282v | | |

\* Always printed and sent by VP

## Transactions

### Account holder

### section Account

### creation

The transaction is used by the account manager to create new VP accounts.

Processing at the account manager
When setting up a VP account, the account manager must pay particular attention to the completion of the following fields:

VP account number
The account holder must be assigned a new VP account number. Regarding the structure of account numbers, please refer to t h e  account manager's own business procedures.

Account status
If this field is filled in, the text used will appear in change notifications to the account holder and any rights holder(s), and outgoing transactions (sales, transfers, interest transfers, etc.) must be forced through.

Account holder ID
In a VP account, the account holder must be identified by a CPR or CVR number. If the account holder is a foreigner, the account manager must assign the account holder a constructed CPR/CVR number. The field is reported to Statistics Denmark, so the use of constructed CPR/CVR numbers should be minimized.

Payment method
interest/withdrawal/dividend. The
fields must always be filled in.

PI account no. for interest/withdrawals/dividends.
The PI account numbers used can be different, but the associated reg. numbers must be registered for clearing in VP.

Country code, postal code, currency status and tax status
Please note that there is a natural correlation between the content in several of these fields.

Example: If the country code for Denmark is used, the postal shipping code for regular shipping must be



SYSTEM GUIDE

used.

SYSTEM GUIDE

---

Dividend declaration code
The code indicates which dividend declaration to print and whether dividend tax should be withheld.

If the code is filled in with REV, FRI or KAP, the account MUST also contain a CVR-NR or CPR-NR for reporting to SKAT.

In a VP account that represents a bank's capital pension deposit (pool scheme), the code must be filled in with FRI, and the bank's own CVR-NR is registered for reporting to SKAT.

In VP accounts containing own shares, codes can be registered with REV.

For accounts where the code is filled in with REV, the account-holding institutions must prepare an auditor's statement and submit it to SKAT, if this is required.

If the VP account belongs to a Danish company (A/S or APS), which according to SKAT is entitled to use the Danish dividend tax reduction scheme, the code must be registered with SEL, and the account must also contain a CVR-NR for reporting to SKAT.

If the VP account belongs to an investment fund that, according to SKAT, is entitled to use the Danish dividend tax reduction scheme, the code must be registered with FOR, and the account must also contain a CVR-NR for reporting to SKAT.

SKAT has stated that they provide quarterly information to KI's with the companies and investment funds that according to SKAT are entitled to use this scheme.

The list is also available on SKAT's website.

There is no direct link between the dividend declaration code and the content of the tax status and account status fields. If the code is not filled in, dividend tax will be withheld. Changing the code will only affect future dividend runs.

Nominee employee shares
This field is filled in if the registered account holder is not the owner of the account holdings or if these holdings are employee shares.
Country code for tax
This field is filled in if the account holder wants to avoid double taxation of dividends.
Completion only has effect when the account operator's contract holder has signed up for VP's double taxation avoidance scheme

NB! Pay special attention to requirements for proof of residence and tax liability and written consent to provide information to the tax authorities.

See Business Guide, Registration Guide, Withholding tax on dividends under double taxation treaties.

Depot types
Must be filled in according to SKAT's value set, see Technical guide, 08. Field descriptions D (Old system).

Account terms and conditions
The account manager must provide its account terms and conditions to the VP account holder at the same time as the account is established, see Business Guide, Registration Guide, Account terms and conditions.

Processing in VP
Account creations are updated immediately upon reporting.



SYSTEM GUIDE

In the evening of the reporting day, it is created:

| Output data | Receiver |
|---|---|
| Account journal | The account manager |
| Change notification | Account holder and possibly licensee(s) |
| Daily Owner changes | Owner accountant(s) |

Changing the rule for dissolving inventory overdrafts

Done with separate transaction TU201001 (see Technical guide Section 01 VP account, TU201001 Change of rule for dissolving inventory overdraft).

Opting out of notifications
Done with separate transaction TC201591, see "Message opt-out".


## Changing your account

The transaction is used by the account manager to change registered account and/or account holder information.

Account manager processing Changing

field content
Registered information is shown in the screenshot. Changing the field content is done by typing on top of the displayed information. You only need to make entries in the fields whose content changes.

Please note
If the account holder has registered shares and no shareholder name is registered, changes to the account holder's name and address will be sent to the share registrar.
When changing account holder ID, the registered opt-out information will automatically be associated with the new account holder ID.

Deleting field content
Deleting field content is done by entering a hyphen in the first position of the field.

Please note
Settlement group cannot be changed to or from FH/ST if there are unsettled trades associated with the VP account.

Processing in VP
Account changes are updated in the evening of the reporting

day. During the update, the following is created:

| Output data | Receiver |
|---|---|
| Account journal | The account manager |
| Change notification | Account holder |
| | Possible rights holder(s) |
| Daily Owner changes | Owner accountant(s) |

Changing the rule for dissolving inventory overdrafts



SYSTEM GUIDE

Done with separate transaction TU201001 (see Technical guide, 01 VP account, TU201001 Change of rule for dissolving inventory overdraft).

Opting out of notifications
Done with separate transaction TC201591, See "Message opt-out".


## Account settlement

The transaction is used by the account manager to settle VP accounts that are no longer needed.

Processing at the account manager
A VP account can only be calculated when the following conditions are met:
• registered nominal holding/number of units = 0
• there are no pending transactions for the account in the "mailbox"
• There are no unsettled trades for the account

The account manager can maintain the information in a settled VP account until it is deleted during a cleanup run. Maintaining information during this period does not result in a change notification being sent.

Please note
If inventory movements are reported to a settled VP account, these movements will be rejected.

Processing in VP
Settlement transactions are updated in the evening of t h e  reporting day. When updating, the reporting date is registered as the settlement date on the individual account and the account is marked settled in the account status.

Settled accounts are deleted in the account register in connection with VP's year-end runs and after the fee run on May 31.

When updating inventory transactions are created:

| Output data | Receiver |
| --- | --- |
| Account journal | The account manager |


## Account re-establishment

The transaction is used by the account manager to restore settled accounts.

Processing at the account manager
The account manager can restore settled accounts in the period until VP's next cleanup run.

Please note
Re-establishment of a settled account can only be done using the above transaction, in which the account manager also has the option to change the account status of the account.

When re-establishing an account, the message opt-outs that were registered on the account at the time of settlement are retained.

Changing the account status using the "Change account" transaction does not restore the account, which will therefore be deleted in connection with VP's cleanup runs.



SYSTEM GUIDE

Processing in VP
Reinstatement transactions are updated in the evening of the reporting day. The update deletes the settlement date of the account. In addition, the account status is deleted unless the account manager has changed it in the re-establishment transaction.

The update will be generated:

| Output data | Receiver |
|---|---|
| Account journal | The account manager |
| Change notification | Account holder |
| (only printed if there have been account changes | Possible rights |
| since the statement date) | holder(s) |

## General change of address

The transaction is used by the account manager to change the name and address details of all the account holder's VP accounts with the account manager.

Processing at the account manager
It is advised that all name and address information is entered and that unused name lines are deleted (hyphen in the first position of the field). This prevents the information from being registered twice on the individual VP accounts after the update.

Please note
VP accounts with SPECIAL ADDRESS CODE = S are not affected by the general address change.

Processing in VP
General address changes are updated in the evening of the reporting day.

During the update, the following is created:

| Output data | Receiver |
|---|---|
| Account journal | The account manager |

## Creating an owner name, Changing an owner name, Deleting an owner name

The transactions are used by the account manager to create, change and delete the owner book name respectively.

Processing at the account manager
Please refer to section 10 Name listing of shares - Listing and delisting of existing holdings

Processing in VP
The transactions are updated in the evening of the reporting day.

During the update, the following is created:

| Output data | Receiver |
|---|---|
| Account journal | The account manager |
| | Owner's accountant |
| Daily owner book changes | |
| (only on accounts where a named holding is | |
| registered on the same day at the latest) | |



S YSTEM GUIDE

Cancel owner book name
The transaction is used by the account manager to cancel one of the transactions under
"Establishing Owner Name, Changing Owner Name, Deleting Owner Name" mentioned transactions.

Processing at the account manager
Please refer to section 10 Name listing of shares - Listing and delisting of existing holdings.
Processing in VP
Owner name cancellations are performed in the evening of the reporting day. At the

cancellation is created:

Output data                                    Receiver
Error overview                                 The account
                                               manager


## The licensee part

Establishing a licensee
The transaction is used by the account manager to establish an entitlement holder in a VP account.

Processing at the account manager
The account manager must ensure that a notification does not violate the better right of a previously
received notification, see Business Guide, Registration Guide, section Trial.

Transferred rights
If a right is transferred to a new right holder, the new right holder is established with the time of
notification of the transfer as the effective date. The original effective date of the registration of the
right is entered as part of the text of the right. This makes it possible to register both the original
effective date and the date of transfer.

When establishing a licensee, the account manager must pay special attention to the completion of the
following fields:

Effective date/time
As the legal effect of rights takes effect at the start of the final examination in VP, these fields do not
usually need to be entered. Only when a right is transferred to another right holder, cf. above, or when
a cash reservation is maintained, is there a need for retroactive registration. In these cases, the
effective date and time must be entered. For legal effects, see Business Guide, Registration Guide,
section Legal effects.
For more information on cash retention, see Business Guide, Clearing Guide, section Trades for future
settlement (net settlement).

Rightholder ID
The Rightholder ID must be unique per VP account.

The rights holder must be identified by a CPR number or CVR number if the rights holder is to be liable to
report taxable returns on the account holdings (see section 01 VP account "Establishment of
account").

Tax status
The content of this field should be seen in conjunction with the content of the rights holder ID (see above),
currency status (see below) and tax status in the account holder section.



SYSTEM GUIDE

For the description of these relationships, please refer to the Technical Guide, section 08. Field descriptions S (Old system).

Country code, postal code and currency status
Please note that there is a natural correlation between the content in several of these fields.

Example: If the country code for Denmark is used, the postal shipping code for regular shipping must be used.

Entitlement text
This field can be used to describe the nature and scope of the right. This field must be filled in when a disposition-restricting right is established, e.g. mortgage, attachment, incapacitation, bankruptcy.

The effective date/time will only be updated in the office register when the rights text is filled in (disposition limiting right).

Please note
If the account is to be marked as blocked in the account status, this must be done using the "CHANGE ACCOUNT" transaction.

Before reporting, the account manager must check whether trading authorizations have been registered. If s o ,   the authorizations must be deleted or the rights holder must accept that they are still registered.

It is possible to create and delete a right within the same day. The change notification will then show the effective date for both the creation and deletion.

Processing in VP
Establishment of rights holders is updated on the evening of the reporting day. However, see also the Note below.

The update will be generated:

| Output data | Receiver |
| --- | --- |
| Account journal | The account manager |
| Change notification | Account holder |
| | Possible rights |
| | holder(s) |

Please note
At the time of reporting the licensee information, the VP system automatically checks whether instructed sales for future settlement have been reported on the VP in question. konto. Hvis dette er tilfældet, fjerner systemet instruct'en i disse handler.

Opting out of notifications
Done with separate transaction TC201591, (see section 01 VP account Message opt-out).

## Change of licensee

The transaction is used by the account manager to change registered rights.

Processing at the account manager
The account manager must ensure that a notification does not violate the better right of a previously received notification, see Business Guide, Registration Guide, section Trial.



SYSTEM GUIDE

The transaction is reported by specifying the licensee ID to be changed.



S<small>YSTEM GUIDE</small>

**Change in field content**
The screen shows the already registered information about the entitlement. Changing the field content is done by typing on top of the displayed information. You only need to make entries in the fields whose content you want to change.

**Please note**
Changes to the effective date and time can only be made by simultaneously changing the rights text, . The effective date and time are only changed if the fields are entered - otherwise the registered legal effect is retained. When changing the rights text, the account manager must be aware that the VP system perceives the six lines of the field as a whole. For legal effects, see Business Guide, Registration Guide, section Legal effects.

**Deleting field content**
Deleting field content is done by entering a hyphen in the first position of the field.

**Processing in VP**
Rights changes are updated in the evening of the reporting day. During

the update, the following is created:

| Output data | Receiver |
|---|---|
| Account journal | The account manager |
| Change notification | Account holder |
| | Possible rights |
| | holder(s) |

**Opting out of notifications**
Done with separate transaction TC201591, see section 01 VP account Message opt-out).

**Deletion of rights holder**
The transaction is used by the account manager to delete an expired entitlement.

**Processing at the account manager**
The transaction is reported by specifying the licensee ID to be deleted.

**Processing in VP**
Licensee deletions are updated in the evening of the reporting day. During the

update, the following is created:

| Output data | Receiver |
|---|---|
| Account journal | The account manager |
| Change notification | Account holder |
| | Possible rights |
| | holder(s) |

**Opting out of notifications**
Establishing opt-out notifications for account holder and rights holder
**Processing at the account manager**
The transaction is used by the account manager to establish an opt-out of a message for an account holder or rights holder.

**Identification**



SYSTEM GUIDE

In the field, enter the account holder ID and licensee ID respectively.



---

**Please note**
If the account holder ID is not specified, it is automatically retrieved from VP's registers.
If the licensee ID is not specified, it is automatically retrieved from VP's registers if there is only one licensee. For multiple licensees, the licensee ID must be specified.

**Type**
In the field, specify whether the opt-out applies to the account holder or a licensee

**Please note**
The field is filled by default with account holder

**Section number**
In the field, specify whether you want to opt-out the entire message or a specific section of a message (see section 01 VP account Overview of opt-out options in the VP account).

**Please note**
If the field is not filled in, it will default to the entire message.

Establishing opt-outs on the entire message will replace any previous section-level opt-outs. Conversely, establishing opt-outs at the section level will replace any previous opt-outs on the entire message.

| Output data | Receiver |
|---|---|
| TI20401v Creating message opt-outs | The account manager |
| TI20400v Deleting message opt-out | The account manager |

### Deleting opt-out notifications for account holders and rights holders

**Processing at the account manager**
The transaction is used by the account manager to delete an opt-out of a message for an account holder or rights holder so that the message is received again.

**Identification**
In the field, enter the account holder ID and licensee ID respectively.

**Please note**
If the account holder ID is not specified, it is automatically retrieved from VP's registers.
If the licensee ID is not specified, this is automatically retrieved from VP's registers if there is only one licensee. For multiple licensees, the licensee ID must be specified.

**Type**
The field specifies whether deleting the opt-out applies to the account holder or a licensee

**Please note**
The field is filled by default with account holder

**Section number**
In the field, specify whether you want to opt-in for the entire message or a specific section of a message (see section VP account Overview of opt-out options in the VP account).

**Please note**
If the field is not filled in, it will default to the entire message.



SYSTEM GUIDE

Establishing opt-outs on the entire message will replace any previous section-level opt-outs. Conversely, establishing opt-outs at the section level will replace any previous opt-outs on the entire message.

| Output data | Receiver |
|---|---|
| TI20400v Deleting message opt-out | The account manager |

## The proxy section

### Commercial power of attorney
A trading authorization gives a settlement officer access to debit a VP account and to query the holdings. The trading authorization covers all holdings in a VP account.

The trading authorization is effective from the time of reporting.

Reporting with the account manager
A trading power of attorney is reported using the 'Establish power of attorney' transaction.

The account manager must inform the settlement manager that a trading authorization has been registered for the account manager. The settlement manager can inquire on which VP accounts a trading authorization has been registered for this person using transaction TR200941 'Request for overview of authorizations', see section 03. Function descriptions, Request for overview of authorizations - (TR20094v).

The account manager must reject the power of attorney from registration if a disposition restriction has been registered on the account and the power of attorney has not been accepted by the rights holder.

The trading authorization can be deleted again at the request of the account holder or a licensee.

Processing in VP
The update will be generated:

| Output data | Receiver |
|---|---|
| Account journal | The account manager |
| Change notification | Account holder |
| Info: TI202311 Establish power of attorney | Proxy holder |

### Power of attorney for questions
A polling mandate is registered in favor of a participant in the VP system. The query

authorization gives the participant query access to all holdings in the VP account. The

query authorization is effective from the time of reporting.

Reporting with the account manager
A polling proxy is reported for registration using the 'Establish proxy' transaction.

The account manager must inform the proxy holder that a polling mandate has been registered for the proxy holder. The proxy holder can inquire on which VP accounts the proxy holder is registered for. See section 3 Function descriptions Request for overview of proxies - (TR20094v).

The query authorization can be deleted again at the account holder's request.



SYSTEM GUIDE

Processing in VP
The update will be generated:

| Output data | Receiver |
|---|---|
| Account journal | The account manager |
| | |
| Change notification | Account holder |
| Info: TI202311 Establish power of attorney | Proxy holder |

## Deleting a power of attorney
The transaction is used by the account manager to delete a trading or query mandate.

Reporting with the account manager
A power of attorney is deleted at the request of the account holder or the applicant of a right of disposition.

The account manager must notify the proxy holder that the trading authorization or query authorization has been deleted.

Please note
If a polling power of attorney is deleted in order to instead register a trading power of attorney for the proxy holder in question, the trading power of attorney can be reported for registration at the earliest the day after the deletion of the polling power of attorney.

Processing in VP
The transaction is updated in the evening in the daily update, but the deletion takes effect from the time of reporting.

The update will be generated:

| Output data | Receiver |
|---|---|
| Account journal | The account manager |
| | |
| Change notification | Account holder |
| Info: TI202321 Delete proxy | Proxy holder |

## Reinvestment agreements
A reinvestment agreement indicates an account holder's general desire for reinvestment of mutual fund dividends. The agreement covers all account holders' holdings of mutual fund units where the mutual fund offers dividend reinvestment.

In addition, fixed deviations from the general agreement can be registered at ISIN level.

At both account and ISIN level, it is possible to specify whether the entire dividend or only a fixed percentage should be used for reinvestment.

Maintain reinvestment agreement
Processing at the account manager
To establish or change a reinvestment agreement, the transaction "Maintain reinvestment agreement" is used.

Quantity processing code
Enter the account holder's wish for reinvestment in the field.



SYSTEM GUIDE

Please note
If the account holder wishes to be informed when there is a possibility of dividend reinvestment for a mutual fund in order to be able to decide from time to time, it is the account manager who must provide this information.

Percent
Enter the percentage of dividends to be used for reinvestment in the field.

This field can only be filled in if QUANTITY PROCESSING CODE is set to YES. If the field is not filled in, the percentage is set to 100.

Name entry code
The code indicates whether the new investment fund shares should be listed by name or not. If the code is not filled in, it will automatically be set to NO.

| Output data | Receiver |
| --- | --- |
| TI20361v Establishing reinvestment agreement | The account manager |
| TI20362v Change of reinvestment agreement | The account manager |

## Deleting a reinvestment agreement

Processing at the account manager
To delete a reinvestment agreement, use the "Maintain reinvestment agreement" transaction.

Please note
When deleting a reinvestment agreement, all related instances of reinvestment agreements at ISIN level will also be deleted.

| Output data | Receiver |
| --- | --- |
| TI20363v Deleting reinvestment agreement | The account manager |

## Maintenance reinvestment agreement - ISIN

To set up a reinvestment agreement at ISIN level, it is assumed that a reinvestment agreement exists on the VP account.

If a reinvestment agreement does not exist on the account, it will automatically be established with QUANTITY MANAGEMENT CODE = NO when a reinvestment agreement is established at ISIN level.

Processing at the account manager
To establish or change a reinvestment agreement at ISIN level, use the transaction "Maintain reinvestment agreement - ISIN".

Quantity processing code
Enter the account holder's wish for reinvestment in the field.

Please note
If the account holder wishes to be informed when there is a possibility of dividend reinvestment for a mutual fund in order to be able to decide from time to time, it is the account manager who must provide this information.



SYSTEM GUIDE

---

Percent
Enter the percentage of dividends to be used for reinvestment in the field.



SYSTEM GUIDE

This field can only be filled in if QUANTITY PROCESSING CODE is set to YES. If the field is not filled in, the percentage is set to 100.

Name entry code
The code indicates whether the new investment fund shares should be listed by name or not. If the code is not filled in, it will automatically be set to NO.

| Output data | Receiver |
|---|---|
| TI20364v Establishment of reinvestment agreement ISIN | The account manager |
| TI20365v Change of reinvestment agreement ISIN | The account manager |

Deleting reinvestment agreement - ISIN

Processing at the account manager
To delete a reinvestment agreement at ISIN level, use the "maintain reinvestment agreement - ISIN" transaction.

| Output data | Receiver |
|---|---|
| TI20366v Deletion of reinvestment agreement ISIN | The account manager |

Zip code distribution on postage rates

Ved kunders registrering af postale adresser ind i VP's systemer er følgende oplysninger:
- Postnummerangivelse (= fire cifre eller 'blank')
• City entry (= character field) and

relevant to the postal service's ability to deliver smoothly to the addressee– see the screenshot below:



SYSTEM GUIDE



Of importance for the postage invoicing VP performs for the account-holding institutes (KI) that have a forwarding agreement with VP is 'kun' Postnummerangivelse (= fire cifre eller 'blank'), interessante, idet der for determining the mail distribution area

- 1: Denmark,
- 2: Greenland and Faroe Islands and
- 3: Other foreign countries

Use postal code only.



SYSTEM GUIDE

# 02 Transactions and info messages

## System overview for periodic functions

### Interest transactions - sender, info and receiver

Establishing currency correction amounts
PK (TC20102v)
*Info messages:*
- Establishing currency correction (TI20109v)
- Closing currency correction (TI20141v)

*Recipient (comment):*
PK
PK (if one exists that needs to be closed)

Establishing currency correction
amount VP (TC20102v)
*Info messages:*
- Establishment of currency correction - Danish Bankers Association (TI20112v)
- Closing currency correction - Danish Bankers Association (TI20113v)

*Recipient (comment):*
All of them

All (if one exists that needs to be closed)

Change of currency correction
amount PK (TU20102v)
*Info messages:*
- Change in currency correction (TI20118v)
- Change of currency correction - Financial Council (TI20132v)

*Recipient (comment):*
PK
All of them

Deleting currency correction
amount PK (TD20102v)
*Info messages:*
- Closing currency correction (TI20141v)

*Recipient (comment):*
PK

Deleting currency correction amount
VP (TD20102v)
*Info messages:*
- Closing currency correction - Danish Bankers Association (TI20113v)

*Recipient (comment):*
All

Establishing a cross rate for a trading
product UD (TC20105v)
*Info messages:*
- Establishing a cross rate for a trading product (TI20119v)
- Establishing a cross rate for a trading product, copy (TI20151v)

*Recipient (comment):*
UD
All (but only if the paper is published)

Changing the cross rate of a trading
product UD (TU20105v)
*Info messages:*
- Changing the cross rate of a trading product (TI20120v)
- Changing the cross rate of a trading product, copy (TI20152v)

*Recipient (comment):*
UD
All (but only if the paper is published)

Deleting a cross rate for a trading product
UD (TD20105v)
*Info messages:*

*Recipient (comment):*



SYSTEM GUIDE

| | |
|---|---|
| • Deleting a cross rate for a trading product (TI20121v) | UD |
| • Deleting a cross rate for a trading product, copy (TI20153v) | All (but only if the paper is published) |

**Establishing interest rate characteristics (vp.ONLINE)**
*Info messages:*
• Establishing interest periods, copy (TI20143v)

*Recipient (comment):*
All (but only if the paper is published)

**Changing interest rate characteristics (vp.ONLINE)**
*Info messages:*
• Establishing interest periods, copy (TI20143v)

*Recipient (comment):*
All (but only if the paper is published)

• Deleting interest periods, copy (TI20147v)

All (but only if the paper is published)

**Deleting interest rate characteristics (vp.ONLINE)**
*Info messages:*
• Deleting interest periods, copy (TI20147v)

*Recipient (comment):*
All (but only if the paper is published)

**Establishing an interest rate (vp.ONLINE)**
*Info messages:*
• Establishing interest rate, copy (TI20150v)

*Recipient (comment):*
All (but only if the paper is published)

**Changing the interest rate (vp.ONLINE)**
*Info messages:*
• Change of interest rate, copy (TI20172v)

*Recipient (comment):*
All (but only if the paper is published)

**Deleting interest rate (vp.ONLINE)**
*Info messages:*
• Interest rate deletion, copy (TI20149v)

*Recipient (comment):*
All (but only if the paper is published)

**Interest rate migration KI (TC20103v)**
*Info messages:*
• Interest rate migration (TI20127v)

*Recipient (comment):*
KI (both receiving and sending)

• Liquidity issues (TI20177v) **)

PK (for involved money account)

• Increase in liquidity (TI20178v) **)

PK (for involved money account)

• Net impact in liquidity per disposition day (TI20182v) **)

PK

**Correction of converted interest amount PK/KI (TC20104v)**
*Info messages:*
• Correction of interest and gross dividend (TI20128v)

*Recipient (comment):*
KI and PK



S YSTEM GUIDE

---

Changing PI_KONTONR_RENTE in old system DP12T00         – Account information, change
*Info messages:*                                                          *Recipient (comment):*



SYSTEM GUIDE

| | |
|---|---|
| • Interest rate migration (TI20127v) *) | KI |
| • Liquidity issues (TI20177v) ***) | PK (for involved money account) |
| • Increase in liquidity (TI20178v) ***) | PK (for involved money account) |
| • Net impact in liquidity per disposition day (TI20182v) ***) | PK |

*)    Only created if revenue is calculated.

**)    Only created if there are calculated proceeds that have not yet been paid. The calculated proceeds will leave the old money account and go to the new money account.

***)    Only created if there are calculated proceeds that have not yet been paid. All calculated proceeds will leave the old money account and go to the new money account.


Account grouping for interest - sender, info and receiver

Setting up account grouping
UD (TC20110v)
*Info messages:*                                                                         *Recipient (comment):*
| | |
|---|---|
| • Setting up account grouping (TI20122v) | UD |
| • Change of account grouping (TI20123v) *) | UD |
| • Increase in liquidity in a debit interest account (TI20107v) **) | PK |
| • Liquidity issues in a debit interest account (TI20168v) **) | PK |
| • Net impact in liquidity per disposition day (TI20182v) **) | PK |
| • Cash withdrawal per debit account in an account group (TI20136v) **) | UD |

Change of account grouping
UD (TU20110v)
*Info messages:*                                                                         *Recipient (comment):*
| | |
|---|---|
| • Changing account grouping (TI20123v) | UD |
| • Increase in liquidity in a debit interest account (TI20107v) ***) | PK |
| • Liquidity issues in a debit interest account (TI20168v) ***) | PK |
| • Net impact in liquidity per disposition day (TI20182v) ***) | PK |
| • Cash withdrawal per debit account in an account group (TI20136v) ****) | UD |

*)    Only created if a default account grouping is replaced by a new default account grouping

**)    Only created if a default account grouping is replaced by a new default account grouping and there are calculated proceeds that have not yet been paid. The calculated proceeds will be added to debit accounts in the new default account grouping and deducted from debit accounts in the old account grouping.

***)    Only appears if there are calculated proceeds that have not yet been paid and one of the following changes:
    a)    When a non-default account grouping period is changed (start date or end date) so that it falls outside the calculated proceeds' payment processing day. The calculated proceeds will leave debit accounts in non-default account grouping and go to debit accounts in default account grouping in the currency in which the revenue is calculated.
    b)    When percentage distribution changes or new accounts are added. The calculated revenue will be recalculated and distributed to the debit accounts in the account grouping.



SYSTEM GUIDE

_____

    c)    When the account group code is changed from non-default to default. The calculated proceeds will leave debit accounts in the old default account grouping and go to debit accounts in the new default
Account grouping.



SYSTEM GUIDE

****)      Appears if there are calculated proceeds that have not yet been paid.

Remove debit accounts from account grouping
UD (TD20110v)
*Info messages:*                                                    *Recipient (comment):*
Deleting account grouping (TI20124v)                               UD

Assigning a trade product to an account grouping UD
(TC20111v)
*Info messages:*                                                    *Recipient (comment):*
•   Trade product association to an account grouping (TI20125v)    UD
•   Increase in liquidity in a debit interest account (TI2-0107v) *)   PK
•   Liquidity issues in a debit interest account (TI20168v) *)     PK
•   Net impact in liquidity per disposition day (TI20182v) *)      PK
•   Cash withdrawal per debit account in an account group (TI20136v) *)   UD

Deleting a trade product from an account grouping
UD (TD20111v)
*Info messages:*                                                    *Recipient (comment):*
•   Deleting a trade product from an account grouping (TI20126v)   UD
•   Increase in liquidity in a debit interest account (TI20107v) **)   PK
•   Liquidity issues in a debit interest account (TI20168v) **)    PK
•   Net impact in liquidity per disposition day (TI20182v) **)     PK
•   Cash withdrawal per debit account in an account group (TI20136v) **)   UD

*)      Only created if there are calculated proceeds that have not yet been paid, and
        - the trading product is linked to a non-default account grouping in the same currency, and
        - the account grouping period on the "new" account grouping falls within the
          payment processing day of the calculated proceeds

        The calculated revenue will be deducted from debit accounts in the default account
        grouping and added to debit accounts in the non-default account grouping.

**)     Only appears if there are calculated proceeds that have not yet been paid. The calculated
        proceeds will be deducted from debit accounts in the old account grouping and added to debit
        accounts in the default account grouping in the currency the proceeds are calculated in.

Changing the account group for trade products
UD (TU20117v)
*Info messages:*                                                    *Recipient (comment):*
•   Trade product association to an account grouping (TI20125v)    UD
•   Deleting trade product for an account grouping (TI20126v)      UD
•   Increase in liquidity in a debit interest account (TI20107v) *)   PK
•   Liquidity issues in a debit interest account (TI20168v) *)     PK
•   Net impact in liquidity per disposition day (TI20182v) *)      PK
•   Cash withdrawal per debit account in an account group (TI20136v) *)   UD

*)      Only appears if there are calculated proceeds that have not yet been paid and one of the following
        conditions apply:



SYSTEM GUIDE

1)  When the trading product is moved from a non-default account grouping in one currency (DKK) to another non-default account grouping in another currency (e.g. NOK).

The calculated revenue will be deducted from debit accounts in the old non-default account grouping (DKK) and added to debit accounts in the default account grouping in the currency (DKK) the revenue is calculated in.

2)  When the trading product is moved from and to a non-default account grouping in the same currency and

a)  "new" non-default account grouping period falls within the calculated proceeds' payment processing day. The calculated proceeds will be deducted from debit accounts in the old account grouping and added to debit accounts in the new account grouping.

b)  "new" non-default account grouping period falls outside the calculated proceeds' payment processing day. The calculated proceeds will be deducted from debit accounts in the old non-default account grouping and added to debit accounts in the default account grouping with the same currency.

## Annuity features

### Converting interest amounts in currency

| *Info messages:* | *Recipient (comment):* |
|---|---|
| • Start of periodic run – Converting revenue to base currency (TI20166v) | DC (treatment-of-proceeds code=4) |
| • Converted interest amounts and gross dividends to base currency (TI20108v) | KI and PK |
| • End of periodic run - Conversion of proceeds to base currency (TI20167v) | DC (treatment-by-revenue code=4) |

### Interest calculation

| *Info messages:* | *Recipient (comment):* |
|---|---|
| • Start of periodic – drivingCalculation of revenue (TI20166v) | DC (treatment-by-proceeds code=1) |
| • Revenue information (TI20105v) | KI |
| • Total calculated interest per trading product (TI20137v) | UD |
| • Changes in total calculated interest per trading product (TI20245v) | UD |
| • Cash withdrawal per debit account in the account group (TI20136v) | UD |
| • Increase in liquidity in a debit interest account (TI20107v) | PK |
| • Liquidity issues in a debit interest account (TI20168v) | PK |
| • Liquidity issues (TI20177v) | PK |
| • Increase in liquidity (TI20178v) | PK |
| • Net impact in liquidity per disposition day (TI20182v) | PK |
| • End of periodic – mileageCalculation of revenue (TI20167v) | DC (treatment-by-revenue code=1) |

### Change in interest period

| *Info messages:* | *Recipient (comment):* |
|---|---|
| • Start of periodic run – Changes to proceeds (TI20166v) | DC (treatment-by-revenue code=23) |
| • Revenue information (TI20105v) | KI |
| • Changes to revenue information (TI20243v) | KI |
| • Changes to posting basis per VP account (TI20244v) | PK |



SYSTEM GUIDE

| | | |
|---|---|---|
| • | Posting basis per securities account per cash account (TI20138v) | PK |
| • | End of periodic run          – Changes to proceeds (TI20167v) | DC (treatment-of-proceeds code=23) |

SYSTEM GUIDE

---

Preliminary interest rate advice
*Info messages:*

| | | |
|---|---|---|
| • | Start of periodic          – runPreliminary interest advice (TI20166v) | DC (treatment-of-proceeds code=9) |
| • | Preliminary interest  – adviceAddress details (TI20199v) | KI |
| • | Preliminary interest  – advicePayment information (TI20200v) | KI |
| • | End of periodic run - Preliminary interest advice (TI20167v) | DC (treatment-by-revenue code=9) |

Creating a liquidity overview
*Info messages:*

| | | |
|---|---|---|
| • | Starting a periodic          – runCreating a cash flow statement (TI20166v) | DC (treatment-by-revenue code=2) |
| • | Each participant's expected cash withdrawal per cash account per disposition day (TI20135v) | PK |
| • | Each participant's calculated credits per cash account per disposition day (TI20134v) | PK |
| • | Cash withdrawal per debit account in the account group (TI20136v) | UD |
| • | Net impact in liquidity per disposition day (TI20182v) | PK |
| • | End of periodic run          – Creating a cash flow statement(TI20167v) | DC (treatment-by-revenue code=2) |

Payment intermediation
*Info messages:*

| | | |
|---|---|---|
| • | Starting a periodic          – runCreating a payment method (TI20166v) | DC (treatment-by-revenue code=3) |
| • | Posting basis per securities account per cash account (TI20138v) | PK |
| • | Posting basis per debit account (TI20197v) | PK |
| • | Posting basis per return/settlement account (TI20198v) | PK |
| • | Reconciliation information, periodic payments (TI20106v) | UD |
| • | End of periodic run          – Formation ofpayment processing (TI20167v) | DC (treatment-by-revenue code=3) |

Preliminary payment processing
*Info messages:*

| | | |
|---|---|---|
| • | Start of periodic          – drivingPreliminary payment method (TI20166v) | DC (treatment-by-revenue code=22) |
| • | Posting basis per securities account per cash account (TI20138v) | PK |
| • | End of periodic mileage          – Preliminary payment processing (TI20167v) | DC (treatment-by-revenue code=22) |

Final interest advice
*Info messages:*

| | | |
|---|---|---|
| • | Start of periodic          – run Final interest advice (TI20166v) | DC (treatment-by-revenue code=18) |
| • |          – Interest payment information (TI20139v) | KI |
| • | Interest  – AdviceAddress information (TI20140v) | KI |
| • | End of periodic          – run Final interest advice (TI20167v) | DC (treatment-by-revenue code=18) |

Change interest rate advice
*Info messages:*                                                          *Recipient (comment):*



SYSTEM GUIDE

| | | |
|---|---|---|
| • | Start of periodic       – runChange to interest rate advice (TI20166v) | DC (treatment-of-proceeds code=24) |
| • | Changes to interest    – advice payment information (TI20246) | KI |
| • |       – Interest payment information (TI20139v) | KI |
| • | Interest     – AdviceAddress information (TI20140v) | KI |
| • | End of periodic mileage     – Change to interest advice (TI20167v) | DC (treatment-by-revenue code=24) |

Publication of Interest rate information
*Info messages:*                                                        *Recipient (comment):*

• Establishing interest periods, copy (TI20143v)        All of them

• Establishing interest rate, copy (TI20150v)             All of them

• Establishing a cross rate for a trading product, copy (TI20151v)    All of them

• Establishing index factor (TI20103v)                     All of them

Monthly extract of interest rate information current information
*Info messages:*                                                        *Recipient (comment):*

• Current interest periods (TI20158v)                     All of them

• Current interest rates (TI20159v)                       All of them

• Current cross rate for a trading product (TI20160v)       All of them

• Establishing index factor (TI20103v)                     All of them

Variable rate change reminder
*Info messages:*                                                        *Recipient (comment):*

• Start of periodic run - Variable rate notification (TI20166v)    DC (treatment-of-proceeds code=7)

• Variable rate reminder - without divergent interest rate treatment (TI20111v)                                        UD

• Variable rate reminder - with different interest rate treatment (TI20619v)                                     UD

• End of periodic run variable rate notification (TI20167v)     DC (treatment-by-revenue code=7)

Variable cross rate change reminder
*Info messages:*                                                        *Recipient (comment):*

• Start of periodic run     – Variablecross rate notification(TI20166v)                     DC (treatment-by-revenue code=8)

• Variable cross rate reminder (TI20173v)                 UD

• End of periodic run variable cross rate notification (TI20167v)   DC (treatment-by-proceeds code=8)



SYSTEM GUIDE

---

Interest features - Queries

Query on Currency correction amount
PK (TR20102v)
*Info messages:*
•   Answer to your query

*Recipient (comment):*
PK (receives the currency correction amounts they have reported themselves upon request.

If the PF has not reported currency correction amounts, it will be the Danish Bankers Association's currency correction amount that is displayed)

Cross rate request for a trading product ALL
(TR20105v)
*Info messages:*
•   Answer to your query

*Recipient (comment):*
All (always gives the current cross rate)

Account grouping query UD
(TR20110v)
*Info messages:*
•   Answer to query, account grouping (TI20163v)

*Recipient (comment):*
UD

Query on trade products in an account grouping UD
(TR20111v)
*Info messages:*
•   Query response, linked trading products in an account group (TI20164v)

*Recipient (comment):*
UD

Request for revenue KI
(TR20113v)
*Info messages:*
•   Answer to question, revenue (TI20155v)

*Recipient (comment):*
KI

Query on revenue movements KI
(TR20114v)
*Info messages:*
•   Answer to question, revenue movements (TI20156v)

*Recipient (comment):*
KI

Interest features - Recall

Create assets in connection with recall
*Info messages:*
•   Start of periodic driving - Create assets for recall (TI20166v)
•   Inventory status - clearing revocation (TI20203v)
•   End of periodic driving - Dan assets in connection with recall (TI20167v)

*Recipient (comment):*
DC (treatment-by-revenue code=5)
KI
DC (treatment-by-proceeds code=5)



SYSTEM GUIDE

VP moves the debit from "distressed" cash account operator to "new" cash account operator institute

| *Info messages:* | *Recipient (comment):* |
|---|---|
| • Revocation of posting basis per debit account (TI20206v) | PK |
| • Recall of reconciliation information, periodic payments (TI20208v) | UD |
| | |
| • Posting basis per debit interest account (TI20197v) | PK |
| • Reconciliation information, periodic payments (TI20106v) | UD |
| • Increase in liquidity in a debit interest account (TI20107v) | PK |
| • Liquidity issues in a debit interest account (TI20168v) | PK |
| • Changing account grouping (TI20123v) | UD |
| • Net impact in liquidity per disposition day (TI20182v) | PK |
| • Cash withdrawal per debit account in an account group (TI20136v) | UD |

Reversal of liquidity

| *Info messages:* | *Recipient (comment):* |
|---|---|
| • Start of periodic run - Liquidity reversal (TI20166v) | DC (treatment-of-proceeds code=14) |
| • Liquidity issues (TI20177v) | PK |
| • Liquidity issues in a debit interest account (TI20168v) | PK |
| • Net impact in liquidity per disposition day (TI20182v) | PK |
| • Cash withdrawal per debit account in an account group (TI20136v) | UD |
| • Revocation of revenue information (TI20209v) | KI |
| • End of periodic run       – Reversal of liquidity (TI20167v | DC (treatment-by-revenue code=14) |

Reversal of bookkeeping entries

| *Info messages:* | *Recipient (comment):* |
|---|---|
| • Start of periodic run - Reversal of accounting entries (TI20166v) | DC (treatment-by-revenue code=15) |
| • Revocation of posting basis per securities account per cash account per trading product (TI20205v) | PK |
| • Revocation of posting basis per debit account (TI20206v) | PK |
| • Revocation of posting basis per return/settlement account (TI20207v) | PK |
| • Recall of reconciliation information, periodic payments (TI20208v) | UD |
| | |
| • End of periodic run       – reversal of accounting entries (TI20167v) | DC (treatment-of-proceeds code=15) |

Account grouping for extraction - transaction, sender, info and receiver

Setting up account grouping
UD (TC20110v)

| *Info messages:* | *Recipient (comment):* |
|---|---|
| • Setting up account grouping (TI20122v) | UD |
| • Changing account grouping (TI20123v) * | UD |

---

\* Only created if a default account grouping is replaced by a new default account grouping



SYSTEM GUIDE

Changing account grouping
UD (TU20110v)
*Info messages:*
• Changing account grouping (TI20123v)

*Recipient (comment):*
UD

Deleting account grouping
UD (TD20110v)
*Info messages:*
• Deleting account grouping (TI20124v)

*Recipient (comment):*
UD

Assigning a trade product to an account grouping UD
(TC20111v)
*Info messages:*
• Trade product association to an account grouping (TI20125v)

*Recipient (comment):*
UD

Change of account group for trade products UD
(TU20117v)
*Info messages:*
• Trade product association to an account grouping (TI20125v)
• Deleting trade product for an account grouping (TI20126v)

*Recipient (comment):*
UD
UD

Deleting a trade product from an account grouping
UD (TD20111v)
*Info messages:*
• Deleting a trade product from an account grouping (TI20126v)

*Recipient (comment):*
UD

Extraction features - transactions, submitter, info and recipient

Establishing a desired quantity for extraction
UD (TC20075v)
*Info messages:*
• Establishing the desired quantity for extraction (TI20169v)

*Recipient (comment):*
UD

Changing a desired quantity for extraction UD
(TU20075v)
*Info messages:*
• Changing the desired quantity for extraction (TI20171v)

*Recipient (comment):*
UD

Extraction - queries

Request for draw specification
UD (TR20211v)
*Info messages:*
• Mathematical extraction draw specification (TI20045v)

*Recipient (comment):*
UD

Request for draw specification and result UD
(TR20217v)
*Info messages:*

*Recipient (comment):*



S YSTEM GUIDE

| | |
|---|---|
| • Draw specification and mathematical draw result (TI20057v) | UD |

Mathematical extraction ratio query KI, FH, UD, ST
(TR20216v)
*Info messages:* *Recipient (comment):*
• Percentage query (ok answer) KI, FH, UD, ST

Extraction features

Calculation of extraction percentage
*Info messages:* *Recipient (comment):*
• Start of intermittent driving Calculation of extraction DC (extraction percentage
percentage (TI20166v) calculation code=19)
• Calculated extraction percentage (TI20233v) UD
• End of periodic run – Calculation of extraction DC (extraction percentage
percentage (TI20167v) calculation code=19)

Calculation of extracted quantity
*Info messages:* *Recipient (comment):*
• Start of intermittent driving Calculation of extracted DC (calculation of extracted
quantity (TI20166v) by
quantity code=20)
• Publication of calculated extraction percentage (TI20239v) DC
• Voting basis per ISIN (TI20234v) UD
• Cash withdrawal per debit account in an account group (TI20235v) UD
• End of periodic run – Calculation of extracted DC (calculation of extracted
quantity (TI20167v) by quantity code=20)

Withdrawal notification
*Info messages:* *Recipient (comment):*
• Start of intermittent driving Withdrawal notification (TI20166v) DC (extraction notification
code=21)
• Withdrawal notification to account manager (TI20236v) KI
• Withdrawal notification - account information (TI20237v) KI
• Withdrawal – advice stock information (TI20238v) KI
• End of periodic driving Withdrawal notification (TI20167v) DC (withdrawal notification
code=21)

Creating a liquidity overview
*Info messages:* *Recipient (comment):*
• Starting a periodic run - Creating a cash flow statement (TI20166v) DC (treatment of proceeds
code=2)
• Each participant's expected cash withdrawal per cash account PK
per disposition day (TI20135v)
• Cash withdrawal per debit account in the account group (TI20136v) UD
• Net impact in liquidity per disposition day (TI20182v) PK
• Each participant's calculated credits per cash account per PK, UD
disposition day (TI20134v)
• End of periodic run - Creating a cash flow statement DC (treatment of proceeds
(TI20167v) code=2)

Payment intermediation
*Info messages:* *Recipient (comment):*

SYSTEM GUIDE

---

| | |
|---|---|
| • Start of periodic run - Payment method creation (TI20166v) | DC (treatment-by-proceeds code=3) |
| • Posting basis per securities account per cash account (TI20138v) | PK |
| • Posting basis per debit account (TI20197v) | PK |
| • Posting basis per return/settlement account (TI20198v) | PK |
| • Reconciliation information, periodic payments (TI20106v) | UD |
| • End of periodic run - Formation of a payment method (TI20167v) | DC (treatment-by-proceeds code=3) |

Inquiries

Account grouping request
UD (TR20110v)
*Info messages:*                                                                 *Recipient (comment):*
• Answer to query, account grouping (TI20163v)                       UD

Query trade products in an account grouping UD
(TR201112)
*Info messages:*                                                                 *Recipient (comment):*
• Answer to query, linked trading products in an account group    UD
   (TI201642)
 Request for revenue KI
(TR20113v)
*Info messages:*                                                                 *Recipient (comment):*
• Answer to question, revenue (TI20155v)                             KI

Recall

 Create assets in connection with recall
*Info messages:*                                                                 *Recipient (comment):*
• Start of periodic driving - Create assets for recall               DC (treatment-by-revenue
   (TI20166v)                                                                     code=12)
• Inventory status - clearing revocation (TI20203v)                  KI
• End of periodic driving - Dan assets in connection with           DC (treatment-by-revenue
   recall (TI20167v)                                                             code=12)

VP moves the debit from "distressed" cash account provider to
"new" cash account provider
*Info messages:*                                                                 *Recipient (comment):*
• Revocation of posting basis per debit account (TI20206v)          PK
• Recall of reconciliation information, periodic payments (TI20208v) UD

• Posting basis per debit interest account (TI20197v)                PK
• Reconciliation information, periodic payments (TI20106v)           UD
• Increase in liquidity in a debit interest account (TI20107v)       PK
• Liquidity issues in a debit interest account (TI20168v)            PK
• Changing account grouping (TI20123v)                               UD
• Net impact in liquidity per disposition day (TI20182v)             PK
• Cash withdrawal per debit account in an account group (TI20136v)   UD

Reversal of liquidity
*Info messages:*                                                                 *Recipient (comment):*



SYSTEM GUIDE

| | |
|---|---|
| • Start of periodic run - Liquidity reversal (TI20166v) | DC (treatment-of-proceeds code=14) |
| • Liquidity issues (TI20177v) | PK |
| • Liquidity issues in a debit interest account (TI20168v) | PK |
| • Net impact in liquidity per disposition day (TI20182v) | PK |
| • Cash withdrawal per debit account in an account group (TI20136v) | UD |
| • End of periodic run - Reversal of liquidity (TI20167v) | DC (treatment-of-proceeds code=14) |

Reversal of bookkeeping entries
*Info messages:*                                                       *Recipient (comment):*

| | |
|---|---|
| • Start of periodic run - Reversal of accounting entries (TI20166v) | DC (treatment-by-revenue code=15) |
| • Revocation of posting basis per securities account per cash account per trading product (TI20205v) | PK |
| • Revocation of posting basis per debit account (TI20206v) | PK |
| • Revocation of posting basis per return/settlement account (TI20207v) | PK |
| • Recall of reconciliation information, periodic payments (TI20208v) | UD |
| • End of periodic run - Reversal of accounting entries (TI20167v) | DC (treatment-by-proceeds code=15) |

Corporate Action

Disclosure of Corporate Actions
*Info messages:*                                                       *Recipient (comment):*

| | |
|---|---|
| • Publication of corporate action - paper information (TI20272v) | DC |
| • Disclosure of corporate action - ratio information (TI20273v) | DC |
| • Publication of corporate action - share price information (TI20274v) | DC |
| • Publication of corporate action - payment information (TI20275v) | DC |
| • Announcement of corporate action - change of share capital (TI20276v) | DC |
| • Publication of corporate action - calculation information (TI20277v) | DC |
| • Publication of corporate action - dividend information (TI20279v) | DC |
| • Disclosure of corporate action – Change of paper to or from Non par value | DC |
| • End of sending publication info (TI20271v) | DC |

Settlement of Corporate Actions
*Info messages:*                                                       *Recipient (comment):*

| | |
|---|---|
| • Start of company event driving (TI20302v) | DC |
| • General ledger information - shares (TI20290v) | UD |
| • General ledger information - bonds (TI20291v) | UD |
| • Dividend reconciliation - total by calculation (TI20325v) | UD |
| • Dividend shares reconciliation - total by calculation (TI20335v) | UD |
| • Dividend reconciliation - total foreign by calculation (TI20327v) | UD |
| • Change notification - address information (TI20280v) | KI |



SYSTEM GUIDE

---

| | |
|---|---|
| • Change notification - Issuer task text (TI20281v) | KI |
| • Change notice - holding information - shares (TI20282v) | KI |
| • Change notice - holdings information - bonds (TI20283v) | KI |
| • Change notice - capital information (TI20284v) | KI |
| • Change notice - revenue information without tax/levy (TI20285v) | KI |
| • Change notice - revenue information with tax/levy (TI20339v) | KI |
| • Change notice - payment information - dividend shares (TI20311v) | KI |
| • Dividend notification - address information (TI20310v) | KI |
| • Dividend notification - payment information (TI20312v) | KI |
| • Account manager notification - holding information - shares (TI20286v) | KI |
| • Account manager notification - holdings information - bonds (TI20287v) | KI |
| • Notification to account manager - revenue information without withheld tax/levy (TI20288v) | KI |
| • Inventory status after a corporate action settlement (TI20289v) | KI |
| • Paper information - yield by calculation (TI20315v) | KI |
| • Paper information - dividend shares by calculation (TI20314v) | KI |
| • Dividend overview - payment transfer to KI (TI20316v) | KI |
| • Dividend overview - payment transfer to KI - dividend shares (TI20317v) | KI |
| • Notification to owner accountant - holding information in connection with settlement of a corporate action (TI20292v) | AB |
| • Notification to owner accountant - name and address information in connection with the settlement of a corporate action (TI20304v) | AB |
| • Name and address of the keeper (TI20306v) | AB |
| • Change ISIN on preadvice - subscription (TI20080v) | FH, PK, KI, ST |
| • End of company event driving (TI20303v) | CD |

**Conversion of gross dividend amount in currency for revenue type = 3 (dividend)**

| *Info messages:* | *Recipient (comment):* |
|---|---|
| • Start of periodic run      – Converting revenue to base currency (TI20166v) | DC (treatment-of-proceeds code=4) |
| • Converted interest and gross dividends to base currency (TI20108v) | KI and PK |
| • End of periodic run - Conversion of proceeds to base currency (TI20167v) | DC (treatment-by-revenue code=4) |

**Creating a cash flow statement for revenue type = 3 (dividends)**

| *Info messages:* | *Recipient (comment):* |
|---|---|
| • Starting a periodic run - Creating a cash flow statement (TI20166v) | DC (treatment-of-proceeds code=2) |
| • Net impact in liquidity per disposition day (TI20182v) | PK |
| • End of periodic run      – Creating cash flow statement (TI20167v) | DC (treatment-by-revenue code=2) |

**Payment processing for revenue type = 3 (dividends)**



SYSTEM GUIDE

---

*Info messages:*                                            *Recipient (comment):*



SYSTEM GUIDE

| | |
|---|---|
| • Start of periodic run - Payment method creation (TI20166v) | DC (treatment-of-proceeds code=3) |
| • Posting basis per securities account per cash account (TI20138v) | PK |
| • Posting basis per debit account (TI20197v) *) | PK |
| • Posting basis per return/settlement account (TI20198v) | PK |
| • Reconciliation information, periodic payments (TI20106v) *) | UD |
| • End of periodic run         – Formation ofpayment processing (TI20167v) | DC (treatment-by-revenue code=3) |

Creation of cash flow statement for revenue type = 4 (ad hoc)
*Info messages:*                                                      *Recipient (comment):*

| | |
|---|---|
| • Starting a periodic run - Creating a cash flow statement (TI20166v) | DC (treatment-of-proceeds code=2) |
| • Net impact in liquidity per disposition day (TI20182v) | PK |
| • End of periodic run         – Creatingcash flow statement (TI20167v) | DC (treatment-by-revenue code=2) |

Payment processing for revenue type = 4 (ad hoc)
*Info messages:*                                                      *Recipient (comment):*

| | |
|---|---|
| • Start of periodic run - Payment method creation (TI20166v) | DC (treatment-of-proceeds code=3) |
| • Posting basis per securities account per cash account (TI20138v) | PK |
| • Posting basis per debit account (TI20197v) | PK |
| • Posting basis per return/settlement account (TI20198v) | PK |
| • Reconciliation information, periodic payments (TI20106v) | UD |
| • End of periodic run         – Formation ofpayment processing (TI20167v) | DC (treatment-by-revenue code=3) |

Conversion of gross dividend amount in currency for revenue type = 5 (dividend-like distribution)
*Info messages:*                                                      *Recipient (comment):*

| | |
|---|---|
| • Start of periodic run         – Converting revenue to base currency (TI20166v) | DC (treatment-of-proceeds code=4) |
| • Converted interest and gross dividends to base currency (TI20108v) | KI and PK |
| • End of periodic run - Conversion of proceeds to base currency (TI20167v) | DC (treatment-by-revenue code=4) |

Creating a cash flow statement for revenue type = 5 (dividend-like distribution)
*Info messages:*                                                      *Recipient (comment):*

| | |
|---|---|
| • Starting a periodic run - Creating a cash flow statement (TI20166v) | DC (treatment-by-revenue code=2) |
| • Net impact in liquidity per disposition day (TI20182v) | PK |
| • End of periodic run         – Creatingcash flow statement (TI20167v) | DC (treatment-by-revenue code=2) |

Payment mediation for revenue type = 5 (dividend-like distribution)
*Info messages:*                                                      *Recipient (comment):*

| | |
|---|---|
| • Start of periodic run - Payment method creation (TI20166v) | DC (treatment-by-revenue code=3) |
| • Posting basis per securities account per cash account (TI20138v) | PK |
| • Posting basis per debit account (TI20197v) | PK |
| • Posting basis per return/settlement account (TI20198v) | PK |
| • Reconciliation information, periodic payments (TI20106v) | UD |



S<small>YSTEM GUIDE</small>

| | | |
|---|---|---|
| • | End of periodic run<br>processing (TI20167v) | – Formation of payment | DC (treatment-by-revenue code=3) |

Conversion of gross dividend amount in currency for revenue type = 6 (technical dividend)

*Info messages:*                                                                 *Recipient (comment):*
| | | |
|---|---|---|
| • | Start of periodic run    – Converting revenue to base currency<br>(TI20166v) | DC (treatment-by-revenue code=4) |
| • | Converted interest and gross dividends to base currency (TI20108v) | KI and PK |
| • | End of periodic run - Conversion of proceeds to base currency<br>(TI20167v) | DC (treatment-by-revenue code=4) |

U2 - tax drive

*Info messages:*                                                                 *Recipient (comment):*
| | |
|---|---|
| • Dividend reconciliation - total U2 - tax run (TI20331v) | UD |
| • Paper information dividend at U2 - tax run (TI20332v) | KI |
| • Overview of dividend tax to KI (TI20321v) | KI |
| • End of U2 - Treasure Hunt (TI20242v) | DC (treatment-by-revenue code=26) |

\*) In the info, the limited company id will be specified as the issuing institution.

Dividend requests

Query on proceeds
KI (TR20113v)
*Info messages:*                                                                 *Recipient (comment):*
| • Answer to question, revenue (TI20155v) | KI |
|---|---|

Dividend transactions
Correction of converted interest or gross dividend amount
PK/KI (TC20104v)
*Info messages:*                                                                 *Recipient (comment):*
| • Correction of interest and gross dividend (TI20128v) | KI and PK |
|---|---|

Yield relocation
KI (TC20027v)
*Info messages:*                                                                 *Recipient (comment):*
| | |
|---|---|
| • Dividend relocation to KI (TI20323v) | KI |
| • Change of dividend tax to issuer manager (TI20328v) | UD (Only appears if there is a change in dividend tax towards the issuer, and only until U2 - tax run has taken place). |

Change of applied dividend declaration
KI (TU20081v)
*Info messages:*                                                                 *Recipient (comment):*
| • Change of applied dividend declaration to KI (TI20322v) | KI |
|---|---|



SYSTEM GUIDE

---

| | |
|---|---|
| • Change of dividend tax to issuer manager (TI20328v) | UD (Only appears if there is a change in dividend tax towards the issuer, and only until U2 - tax run has taken place). |

Change of dividend tax
KI (TU20029v)
*Info messages:*                                             *Recipient (comment):*
• Change of dividend tax to KI after U2 - tax run (TI20324v)    KI

Common function for interest, withdrawals, dividends and ad hoc

Money control
*Info messages:*                                             *Recipient (comment):*
• Starting a settlement run (TI20213v)                       DC
• Settlement run status (TI20007v)                           DC
• Accounting records from a settlement run - copy (TI20034v)  BS
• Ending a settlement run (TI20214v)                         DC

System overview for automatic deposit

Lien - transaction, submitter, infoer and receiver

Canceling a lien request
PK (TU20079v)
*Info messages:*                                             *Recipient (comment):*
• Cancelled lien request (TI20179v)                          PK, KI

Show lien per mortgagee KI
(TR20090v)
*Info messages:*                                             *Recipient (comment):*
• Lien per mortgagee (TI20193v)                              KI

Write-down/release of lien PK
(TU20080v)
*Info messages:*                                             *Recipient (comment):*
• Written down/released lien (TI20180v)                      PK's AH, KI
• Established lien from a settlement run (TI20181v)

Security agreements - the positive list - transaction, sender, infoer and receiver

Add trade product to the positive list
BS (TC20085v)
*Info messages:*                                             *Recipient (comment):*
• Addition to the positive list (TI20187v)                   BS
                                                             Lender AH,
                                                             Borrower AH

SYSTEM GUIDE

Changing the value coefficient of a commercial product on the
positive list
BS (TU20085v)
*Info messages:*                                              *Recipient (comment):*
• Changed coefficient on positive list (TI20196v)             BS,
                                                              Lender AH,
                                                              Borrower AH

Deletion of commercial product on the BS
positive list (TU20085v)
*Info messages:*                                              *Recipient (comment):*
• Removed from the positive list (TI20195v)                   BS,
                                                              Lender AH,
                                                              Borrower AH

Show positive list Borrower AH, KI, Lender AH, BS
(TR20089v)
*Info messages:*                                              *Recipient (comment):*
• Trade product on positive list (TI20192v)    *              Borrower AH, KI, Lender
                                                              AH, BS

Show settlement day security right positive list Borrower
AH, KI, Lender AH, BS (TR20225v)
*Info messages:*                                              *Recipient (comment):*
• Trading product on the settlement day positive list (TI20204v)*    Borrower AH, KI,
                                                              Lender AH, BS

Security agreements - borrower side - transaction, sender, infoer and receiver

Link VP account to security rights agreement
KI (TC20086v)
*Info messages:*                                              *Recipient (comment):*
• Depository linked to security right agreement (TI20183v) [3]    KI,
                                                              Borrower's AH
                                                              Lender's AH
• Changed borrower ceiling (TI20191v) [2)]                    KI,
                                                              Borrower's AH
• Trade product on positive list (TI20192v) [3)]              Borrower's AH
• Changed security value (TI20219v) [4)]                      Borrower's AH

Change borrower
ceiling KI
(TU20086v)
*Info messages:*                                              *Recipient (comment):*

---

[*] Info'en kommer kun, såfremt forespørgslen foretages via LU 6.2

[3] *Only sent to the lender's AH when linking the first VP account to a security agreement, similar to the creation of the security agreement itself.*

[2)] Sent when creating the security right agreement itself (i.e. linking the first VP account) and when linking subsequent VP accounts accounts to the security right agreement where the cap indicator and/or cap changes.

[3)] Sent when the security right agreement is created, i.e. linking the first VP account.



SYSTEM GUIDE

---

[4)] Sent only when linking/unlinking VP accounts to accepted security right agreements where the security value changes.



SYSTEM GUIDE

---

| | |
|---|---|
| • Changed borrower cap (TI20191v) | KI,<br>Borrower's AH |

Remove VP account from security rights
agreement KI (TD20086v)
*Info messages:*                                                    *Recipient (comment):*
• Depository removed from security rights agreement (TI20186v) ⁵⁾    KI,
                                                                     Lender AH,
                                                                     Borrower AH
• Changed security value (TI20219v) ⁶⁾                              Borrower's AH

Show security right agreement
Borrower AH, KI (TR20083v)
*Info messages:*                                                    *Recipient (comment):*
• Disclosure of a security rights agreement (TI20188v)             Borrower AH, KI

Show collateral value of future trades Borrower
AH, KI (TR20095v)
*Info messages:*                                                    *Recipient (comment):*
• Security value of future trades (TI20194v)                       Borrower AH, KI

Show collateral value of future trades without money Borrower
AH, KI (TR20361v)
*Info messages:*                                                    *Recipient (comment):*
• Security value of future trades without money (TI20210v)         Borrower AH, KI

Security agreements - lender side - transaction, sender, infoer and receiver

Acceptance of security rights agreement
BS (TC20087v)
*Info messages:*                                                    *Recipient (comment):*
• Amended security right agreement (lender information) (TI20190v)  BS,
                                                                     Borrower's
                                                                     AH Lender's
                                                                     AH
                                                                     Samtlige KI'ere på aftalen
• Changed security value (TI20219v)                                Borrower's AH

Change of lender cap BS
(TU20087v)
*Info messages:*                                                    *Recipient (comment):*
• Changed lender cap (TI20212v)                                    BS,
                                                                     Lender AH,
                                                                     Borrower AH

Remove acceptance from (suspend) security rights
agreement BS (TD20087v)
*Info messages:*                                                    *Recipient (comment):*

---

⁵⁾ Only sent to the lender's AH when removing the last VP account for a security interest agreement, equivalent to terminating the
security interest agreement.



SYSTEM GUIDE

---

6) Sent only when linking/unlinking VP accounts to accepted security right agreements where the security value changes.



SYSTEM GUIDE

| | |
|---|---|
| • Amended security right agreement (lender information) (TI20190v) | BS, Lender AH, Borrower's AH Samtlige KI'ere On the agreement |

Write down security
features BS (TU20084v)
*Info messages:*                                                    *Recipient (comment):*
• Security feature written down (TI20184v)                          BS,
                                                                    Lender AH,
                                                                    Borrower AH

Security agreements - batch - transaction, info and recipient

*Info messages:*                                                    *Recipient (comment):*
• Security value at start of new settlement day (TI20185v)          Borrower's AH
• Changed security value in a settlement run (TI20216v)             Borrower's AH
• Security features from a settlement run – indirectclearing participant    Lender AH,
  (TI20189v)                                                         Borrower's AH

Maintaining security rights - transaction, sender, infoer and recipient

Establishing security right retention BS
(TC20320v)
VP
*Info messages:*                                                    *Recipient (comment):*
• Notifier security interest retention information (TI20218v)       Lender's BS

• Security feature written down (TI20184v) 1)                       Lender AH,
                                                                    Borrower AH
• Changed security value (TI20219v) 2)                              Borrower's AH
• Entitlement information (TI20220v) 2) 3)                          Lender AH,
                                                                    Receiving AI
• Inventory status (TI20047v) 2)                                    Lender AH,
                                                                    Borrower AH
                                                                    Affected KIs
When retention is fully implemented                                 Lender's BS
• Discontinued retention of security right for declarant (TI20217v)

1)      If there are one or more ISIN exclusions at the time of reporting, the info is created at the time of
        reporting and at each termination of an ISIN exclusion until the security gap is covered.


2)      Only sent to the lender's AH when linking the first VP account to a security agreement, similar t o
        t h e   creation of the security agreement itself.


3)      The info is only created if an entitlement has been registered on the sending VP account.



S YSTEM GUIDE

## System overview for clearing and settlement

Relationships between transactions and info messages

This connection is outlined by some drawings in a separate document called Appendix A

Changes due to the introduction of the euro.

Trade settlement
*Info messages:*                                                          *Recipient (comment):*
• Specification of amounts booked in a currency other than the          BS
  settlement currency (TI20093v) a)

Drawing pad 14
*Info messages:*                                                          *Recipient (comment):*
• Specification of amounts booked in a currency other than the          BS
  settlement currency (TI20093v) e)

PVP settlement
*Info messages:*                                                          *Recipient (comment):*
• Starting a PVP settlement run (TI20098v)                              DC
• Lack of coverage in a PVP settlement run (TI20097v) b)                NB
• Lack of coverage in a PVP settlement run (TI20094v) b)                BS
• Status of a PVP settlement run (TI20096v) b)                          DC
• Lack of coverage in a PVP settlement run (TI20095v) c)                GS
• Specification of amounts to be transferred to the cash                GS
  provider (TI20085v) c) d)
• Accounting records from a settlement run - copy (TI20034v)            BS
• Ending a PVP settlement run (TI20099v)                                DC

Move PVP exposures to liquidity provider
*Info messages:*                                                          *Recipient (comment):*
• Specification of amount transferred to cash provider (TI20083v)       BS
• Specification of amounts transferred to the cash provider (TI20081v) d) GS

Establishing a PVP settlement run
*Info messages:*                                                          *Recipient (comment):*
• Newly created PVP settlement run (TI20025v)                           DC

When deleting a PVP settlement run
*Info messages:*                                                          *Recipient (comment):*
• Deleted PVP settlement run (TI20026v)                                 DC

a)      Sent if the trade is in euros and the trade is included in one of the following trade settlements: block
        10, block 20 or block 30.

b)      Sent when PVP settlement is in distress (1st, 2nd, 3rd and at 4th money check).

c)      Sent when the cash control is repeated (2nd, 3rd and at 4th cash control)



SYSTEM GUIDE

d)      The info contains the net amount per settlement, per participant in need.

e)      Sent if proceeds are in euros.

## System overview for paper filter for foreign securities

### Paper filter for foreign securities - transaction, submitter, infoer and recipient

VP
*Info messages:*                                                          *Recipient (comment):*
•   Creating a new ISIN in the participant's paper filter (TI20176v)      AH

Inquiry on VP's basic register of foreign securities AH, KI, FH, PK, ST
(TR20368v)
*Info messages:*                                                          *Recipient (comment):*
•   Foreign securities in VP's basic register (TI20174v)                  Notifier

Participant paper filter query AH, KI, FH, PK (TR20369v)
*Info messages:*                                                          *Recipient (comment):*
•   Foreign securities in the participant's paper filter (TI20175v)       Notifier

Deleting foreign securities in own paper filter AH (TD20369v)
*Info messages:*                                                          *Recipient (comment):*
•   Deleting foreign securities in the participant's paper filter         AH
    (TI20226v)

Setting up foreign securities in own paper filter AH (TC20380v)
*Info messages:*                                                          *Recipient (comment):*

## System overview for investment fund classifications

### Investment classification - transaction, sender, infoer and receiver

VP
*Info messages:*                                                          *Recipient (comment):*
•   Investment fund classification extract (TI20230v)                     DC

Establishment of investment fund classification UD (TC20381v)
*Info messages:*                                                          *Recipient (comment):*
•   Establishing investment fund classification (TI20227v)                DC

Change of investment fund classification UD (TU20381v)
*Info messages:*                                                          *Recipient (comment):*
•   Change of investment fund classification (TI20228v)                   DC

Deleting investment fund classification UD (TD20381v)
*Info messages:*                                                          *Recipient (comment):*
•   Deleting investment fund classification (TI20229v)                    DC



SYSTEM GUIDE

# 03 Feature descriptions

All referenced info numbers and transaction numbers are described with version number=v. (e.g. TC20182v)

## Clearing and Settlement

Performing a settlement run

Purpose:
To check if trades can be executed and to settle and process the approved trades.

Processing in VP:
As the start and end of a settlement run, a message is generated to the data centers that the settlement run has started/completed.

Value of security rights agreements:
At the start of the first settlement run of the day (before settlement is executed), the value of security right agreements is calculated. The calculated value of the agreements is documented in a separate info message.

See also Collateral Law on the use of collateral agreements in trade settlement. Trades

that can be settled:
The individual securities account is updated with the total inflow and/or outflow for the settlement run:
• quantity
• Quantities listed by name
• extracted quantity

For each primary payer (clearing participants maintaining cash accounts at Danmarks Nationalbank), the total inflow and/or outflow of trade amounts to be booked at Danmarks Nationalbank or the European Central Bank is counted per currency. The amounts are the sum of the inflows and/or outflows in the current settlement run, respectively:
• own trades
• trades made by participants to whom the primary payer has assigned a maximum withdrawal limit
• non-participant trades reported by the primary payer on behalf of non-participants

Executed trades are marked to indicate that settlement has been made.

Trades that cannot be settled:
Trades are rejected if the requested settlement date is exceeded by 20 days and the current settlement run is the last of the settlement day or the last in which the specified currency is

included. Rejected trades are marked to indicate that settlement cannot be made.

Trades that are deferred for later settlement:
Trades that have found a partner but are not ready for settlement are postponed to the next settlement run of the same type, where they will be attempted again.

There can be the following reasons for a deal to be postponed:
• the specified ISIN is excluded from settlement
• preadvice lacks instruct
• counterparty has not submitted instruct



SYSTEM GUIDE

- shortfall in inventory
- lack of monetary coverage (in relation to collateral value and/or maximum withdrawal limit)

Canceling expired instructions:
Trades not executed in the current settlement run are checked to see if the instruction is still valid. If not, the instruction is canceled.

The relevant preadvices are marked with the instruction expired. Allowed

draw maximum:
For clearing participants with a settlement account at Danmarks Nationalbank (primary payers) a new maximum allowable withdrawal limit from Danmarks Nationalbank or the European Central Bank before each settlement run. For other clearing participants, the net effect of the current maximum drawdown limit is carried forward from one settlement run to the next. However, the consumed drawdown will be reset at the end of each settlement day. The same will happen if a new maximum allowed draw limit is submitted.

If an expiration date (settlement date) is specified in the allowed draw limit, it is automatically reset and closed after the last settlement run of that settlement day.

Treatment at the center participant:
If a preadvice has been postponed from a settlement run, investigate if the reason for the postponement can be remedied.

If a preadvice has had its instruction canceled, it must be decided whether a new one should be submitted.

If a preadvice is rejected, a new preadvice with associated instructions must be submitted if the trade is to be completed.

Output:
Bookkeeping entries are created for Danmarks Nationalbank or the European Central Bank and info messages from the settlement run.


Exclusion of ISINs from settlement

Objective:
To ensure that holdings in one or more ISINs cannot be moved when performing the type of periodic runs that affect the size of the holding.

Processing in VP:
When a periodic run that affects the size of the holding, e.g. withdrawal, is registered in the fund register, information is simultaneously provided to the data centers about which ISINs will be excluded and from what time the exclusion is effective.

For notifications in the excluded ISINs there are the following consequences:
- trades are deferred to the next settlement run of the same type
- transfers and general ledger movements are put on hold ("mailbox") until the exclusion no longer applies
- Straight spread advices and multi-transfers are rejected as long as the exclusion is valid

At the end of each periodic run, the exclusion of the ISINs involved is lifted and trades in these are again included in settlement runs and transfers, ledger movements and immediate spread advices can be settled.



SYSTEM GUIDE

Information about the repeal is provided to the data

centers. Processing at the central participant:
Based on the advised exclusions, participants should be aware of when settlement may be affected by excluded ISINs.

Output:
Info messages about exclusion and cancellation of ISINs are generated for the parties involved.

Predefined settlement runs

Purpose:
To provide participants with information about which future run days/drives it is possible to register for.

Processing in VP:
As a minimum, settlement days/trades for a period of 12 months will be available. By default, 6 trade settlement runs are created per day. The time of each run is stated in the info messages sent out.

Treatment at the center participant:
Trades can be reported to the following trade settlement blocks:

| | |
|----|----------|
| 10 | DKK, EUR |
| 20 | DKK, EUR |
| 30 | DKK, EUR |
| 40 | DKK |
| 60 | DKK |
| 50 | EUR |

In addition, the following blocks are used for payment processing:

| Block no. | Currency |
|----|----------|
| 05 | Amounts withdrawn from government securities in DKK |
| 14 | Subscription and conversion of convertible bonds in DKK and EUR |
| 33 | PVP - Delivery of EUR against DKK in connection with EUR trades settled in blocks 10, 20 and 30. |
| 35 | Other periodic payments in DKK |
| 45 | Recurring payments in EUR |
| 65 | Periodic payments in ISK |
| 55 | Periodic payments in SEK |

Output:
Info messages are generated for created/deleted settlement runs.

Forcing transactions

Newly registered licensee:
Forcing is required (forcing flag code = 3) when an entitlement holder is registered on the securities account on the same day. The forcing requirement applies from the time the entitlement is registered in the "daily journal" and the rest of the settlement day in question and the following evening/night in a new settlement day up to and including the last settlement run of the night, currently block 30 with an effective time of 06:00.



S YSTEM GUIDE

Account status:
Forcing is required (forcing flag code = 2) when the securities account is provided with account status. Forcing is required from the time the account status is registered in VP until the account status is deleted (on-line registration).

Notification of lack of coverage due to withdrawal

Objective:
To inform about trades for the next block 10 that will not be executed due to lack of coverage in inventory caused by a drawdown run (drawdown-1).

Processing in VP:
Immediately after the withdrawal run has been completed, VP performs a preliminary inventory check, which checks all departures in the inventories that have participated in the withdrawal.

For VP accounts where an overdraft is detected, a notification of the missing amount is always sent to the account-holding institution.

In cases where a settlement responsible party (FH/ST) is a counterparty to a private trade in overdraft, the settlement responsible party will also receive a notification.

In cases where a remote member (ST) is the counterparty to a private trade in overdraft, the remote member is also notified.

Hvis anmelderen er forskellig fra "handlet for", vil anmelderen også modtage -An announcement.

Treatment at the center participant:
Trades for which an overdraft has been notified can only be executed if the trades are corrected before the start of block 10. This can be done in two ways. Either by writing down the trade with the withdrawn quantity or by adding a quantity corresponding to the withdrawn quantity to the VP account.

Output:
The following info messages are generated:

TI20222v        Missing coverage in preliminary inventory control after withdrawal
TI20223v        Counterparty shortfall in preliminary inventory control after withdrawal

Cancellation of trade settlement in a settlement run

Cancellation of trade settlement in a settlement run may occur in situations where VP has fallen behind with settlement due to problems.

In connection with the cancellation of a settlement run, information is sent via SubscriptionService, 'status on the VP system', with a description of how to handle the situation. Pay special attention to the following conditions:

Instructs
Regardless of no trade settlement taking place, the execution of the settlement run without trade settlement will count towards the number of times the instruction has been used. This means that trades instructed with a validity of one run must be reinstructed to be included in the subsequent regular run.



S<small>YSTEM GUIDE</small>

Preadvice
The lifetime of a preadvice - the settlement day plus the 20 subsequent settlement days - is not affected by the fact that one or more settlement runs during the period have been without trade settlement.


Setting up a transfer (TC20001v)

Purpose:
To transfer a specific holding from one securities account to another.

Treatment at the center participant:
The transaction is reported by the sending account-keeping institution (AI) or by an update-related sending AI.

Please note
If the transfer is completed, it will take legal effect from the time (acceptance time) specified in the OK response to the transaction.

Any reporting to Danmarks Nationalbank of a transfer between a resident and a non-resident shall be made by the account-holding institution that holds the securities account for the resident.

Drawn bond holdings are reported separately, indicating that the specified amount has been drawn.

The transaction is also rejected if it is a transfer to a Link Up CSD, see Business Guide, Clearing Guide Link Up-Markets.

Forcing:
See description in section Forcing transactions
For mandatory and optional completion of the transaction fields, see below.

Processing in VP:
Approved transactions are updated on the involved securities accounts immediately after reporting.

The transaction is rejected if the ISIN is excluded at the time of reporting and the following conditions are met:
• "from" the securities account is part of a security agreement and
• ISIN is included in the positive list and
• there is an applicable safety feature

Output:
As a starting point, info messages are always sent to the parties involved as shown in section 3:

| | |
|---|---|
| TI20011v | Transfer information is sent to the notifier |
| TI20050v | Completed transfer is sent to the notifier |
| TI20016v | Settled transfer is only sent to KI when KI is different from the notifier |
| TI20047v | Inventory status is *always* sent to KI |
| TI20219v | Changed security value |

If a transfer is rejected, info is sent:

| | |
|---|---|
| TI20053v | Rejection of transfer to notifier |

SYSTEM GUIDE

DATA FIELDS

| 02 NOTIFICATION | |
|---|---|
| 03 SENDER-REFERENCE | O |
| 02 SENDER-KI. (PARTICIPANT) | |
| 03 IDENTIFICATION | O |
| 02 SENDER ACCOUNT (SECURITIES ACCOUNT) | |
| 03 NUMBER | O |
| 02 RECEIVER-KI. (PARTICIPANT) | |
| 03 IDENTIFICATION | O |
| 02 RECIPIENT ACCOUNT (SECURITIES ACCOUNT) | |
| 03 NUMBER | O |
| 02 COMMERCIAL PRODUCT. | |
| 03 ISIN | O |
| 02 OVERFLOW | |
| 03 QUANTITY | O |
| 03 SENDER-SUB-ID-NUMBER | F |
| 03 RECIPIENT-SUB-IDENT-NUMBER | F * |
| 03 INTERNAL POSTING TEXT | F |
| 03 EXTERNAL POSTING TEXT | F |
| 03 NAMING CODE | F |
| 03 EXTRACTED CODE | F |
| 03 REFERENCE NUMBER CHANGE CODE | F |
| 03 FORCE MARKING CODE | F |

O = mandatory, F = optional, *) = must be filled in when transferring to a
CSD NOTE: It is not possible to set up transfers to Link Up CSDs.

NB. If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted
upon receipt in VP.


Establishing preadvice (TC20002v)

Purpose:
To report a trade of a specific security holding for later settlement.

Treatment at the center participant:
It is possible to report 4 types of preadvices:

| share: | | counterpart: |
|---|---|---|
| 1. settlement manager | - | Settlement manager |
| 2. settlement manager | - | Not responsible for settlement |
| 3. not responsible for settlement | - | Settlement manager |
| 4. not responsible for settlement | - | Not responsible for settlement |

If the traded-for participant ID or BIC is filled in, the party must be a settlement manager (FH, ST) and
the securities account for the party must have settlement group "FH" or "ST". Otherwise, the
securities account must have settlement group "AI", "UI" or "PR" (not settlement responsible).

If traded-with participant ID or BIC is filled in, the counterparty must be a settlement manager (FH, ST).
Otherwise, the specified counterparty securities account must have settlement group "AI", "UI" or PR" (not
settlement responsible).

S YSTEM GUIDE

Reviewer of preadvices of types 1 + 2 can be one of the following:
•   a settlement manager that has access to the
    securities account either as an account operator (AI)
    or as an update-related account operator
•   a settlement officer with trading authority.

The reviewer of preadvices of types 3 + 4 can be one of the following:
On sale:
•   account holding institution for the securities account
•   a refresh-related custodian institution
•   a settlement officer with trading authority.

For purchases and where trade amount is greater than 0:+
•   cash depository institution (PK)
•   an update-related cash account holding institution

Drawn bond holdings are reported separately, indicating that the specified amount has been drawn.

For O = mandatory and F = optional completion of the transaction fields, see data fields.

Name counterparty
When the counterparty preadvice is to be generated automatically (DAN-MODPART-CODE = 1), the following applies:

Trades with amounts:
With the exception of purchases from a non-settlement agent where the settlement agent has trading authority for the securities account, the code can only be used within the same contract holder and only for preadvices of type 2 and 4.
When selling to a non-settlement agent, the exit money account must also be kept under the same contract holder.

Acting without amount:
The code can be used across contract holders, for preadvices of type 2 and 4, in the following situations:
•   sale to a non-settlement manager
•   purchases by a settlement responsible party from a non-settlement responsible party if
    the settlement responsible party has a trading authorization for the securities account.

Forcing:
If preadvice is with instruct, see description in section 3.1 Forcing

Processing in VP:
Upon receipt in VP, a preadvice is always matched with a preadvice reported by the other party in the trade.

Partner search:
All types of preadvices are partner searched according to the following criteria:
•   Settlement day must be the same
•   trading day must be the same
•   desired settlement run:



SYSTEM GUIDE

- • 1) if neither party has filled in the field, the trade is linked to the first possible settlement run on the settlement day
- • 2) if both parties have filled in the field, the desired settlement leg must be the same. The trade is linked to the specified settlement leg.
- • ISIN must be the same
- • quantity-access-freight code must be "opposite"
- • quantity must be equal
- • extracted code must be the same:
  - • any difference in trade amount must be within the permitted tolerance of DKK 100.00 or its equivalent in another currency (NB. when settling the trade, the seller's amount is always used as the settlement amount)
- • Currency must be the same

If party-sub-ident-number is filled in, it must be equal to the counterparty's counterparty-sub-ident-number and vice versa.

If traded for/traded with participant ID BIC is filled in, the CD ID is retrieved and matched on.

If the party KI BIC is filled in, the KI ID is retrieved and this is what is matched on.

In addition, the following specific criteria apply:

| 1. | | settlement manager - settlement manager: |
|---|---|---|
| | - | traded-for must be equal to the counterparty's traded-with |
| | | |
| 2. | | settlement responsible - not settlement responsible |
| | - | traded-for must be equal to the counterparty's traded-with |
| | - | counterparty-ki must be equal to the counterparty's part-ki |
| | - | counterparty account must be equal to the counterparty's party account or BIC counterparty-vp account must be equal to<br>with the counterparty's BIC party-vp account |
| | | |
| | | If the following is filled in and the settlement manager is buying (i.e. it is an inflow in quantity), then: |
| | - | counterparty-non-participant (point of payment) be equal to the counterparty-non-participant (point of payment)<br>and counterparty-non-participant-money-kto be equal to the counterparty's party-non-participant-money-kto. |
| | | REMINDER. If the settlement manager sells (i.e. it is an outflow in quantity), there is no broker search on fields. In this case, the counterparty's money account will apply, i.e. the account from which the money should be debited. |
| | | |
| 3. | | not settlement responsible - settlement responsible: |
| | - | |
| | - | party-ki must be equal to the counterparty's counterparty-ki |
| | - | party account must be equal to the counterparty's counterparty account |
| | | |
| | | If the following is filled in, and not the settlement responsible seller (i.e. it is an inflow in quantity), then: |
| | - | party-non-participant (point of payment) must be equal to the counterparty's counterparty-non-participant<br>(Place of payment-) if the counterparty's counterparty-non-participant is filled in |
| | - | party-non-participant-money-kto must be equal to the counterparty's counterparty-non-participant-money-kto,<br>if the counterparty's counterparty-non-participant-money-kto is filled in |
| | | |
| 4. | | not settlement responsible - not settlement responsible: |



SYSTEM GUIDE

| | - | party-ki must be equal to the counterparty's counterparty-ki |
|---|---|---|
| | - | Party account must be equal to the counterparty's counterparty account or BIC party-vp account must be equal |



SYSTEM GUIDE

| | | with the counterparty's BIC counterparty vp account |
|---|---|---|
| | | |
| | | If the following is filled in and it is an inflow in quantity, please: |
| | - | counterparty-non-participant (point of payment) be equal to the counterparty-non-participant (point of payment) and counterparty-non-participant-money-kto be equal to the counterparty's party-non-participant-money-kto. |
| | NB. | If it is a quantity departure, the fields will not be matched. In that case it will be the counterparty's money account that applies, i.e. the account from which the money should be debited. |
| | | |
| | | Approved transactions are settled in the next or the specified settlement run. |

Output:
As a starting point, info messages are always sent to the parties involved. If these coincide, the following principles apply:

Inventory page On
receipt:
An info is always sent to the notifier (TI20022v) and info is sent to the traded-with (TI20010v) if traded-with is filled in, otherwise it is sent to the counterparty AI (TI20009v).

When party is a settlement manager, info is sent to the handled-for (TI20021v) if the handled-for is different from the notifier.

When party is a non-responsible party, info is sent to party CI (TI20009v) if party CI is different from notifier.

In buddy search:
Info (TI20031v) is sent to the same parties as described when receiving the preadvice.

The money side
Upon receipt:
If it is a sale to a non-settlement manager and the seller also specifies the buyer's cash account, then info (TI20027v) is sent to the buyer's cash account manager, who is the one who must approve the payment.

In buddy search:
When trading for a non-settlement agent, info (TI20060v) is sent to the custodian and, if the custodian is not the primary payer (BS), info (TI20058v) is sent to the primary payer (BS).

When trading for the settlement responsible party that is not connected to Danmarks Nationalbank's payment system in BEC as primary payer, info (TI20058v) is sent to the settlement responsible party's primary payer (BS).

The same info as mentioned for buddy search is sent along:
•    Cancellation of preadvice
•    Deferral of trade
•    When the deal is ready to settle (both sides are instructed)
•    expiration of an

instruct DATA FIELDS

| | Type 1 | Type 2 | Type 3 | Type 4 |
|---|---|---|---|---|
| 02 REVIEW. | | | | |
| 03 SENDER-REFERENCE | O | O | O | O |



S YSTEM GUIDE

| | | | | | |
|---|---|---|---|---|---|
| 02 TRADED-FOR (PARTICIPANT) | | | | | |
| | 03 IDENTIFICATION | O 12) | O 12) | / | / |



SYSTEM GUIDE

| | | | | |
|---|---|---|---|---|
| 02 PART-KI. (PARTICIPANT) | | | | |
|     03 IDENTIFICATION | O 14) | O 14) | O 14) | O 14) |
| 02 SHARE ACCOUNT (SECURITIES ACCOUNT) | | | | |
|     03 NUMBER | O | O | O | O |
| 02 TRADED-WITH (PARTICIPANT) | | | | |
|     03 IDENTIFICATION | O 13) | / | O 13) | / |
| 02 COUNTERPART-KI. (PARTICIPANT) | | | | |
|     03 IDENTIFICATION | / | O 15) | / | O 15) |
| 02 COUNTERPARTY ACCOUNT (SECURITIES ACCOUNT) | | | | |
|     03 NUMBER. | / | F 11) | / | F 11) |
| 02 SETTLEMENT DAY. | | | | |
|     03 SETTLEMENT DATE | O | O | O | O |
| 02 UNDESIRED-UNWINDING CODE. | | | | |
|     03 COURSE BLOCK | F | F | F | F |
| 02 COMMERCIAL PRODUCT. | | | | |
|     03 ISIN | O | O | O | O |
| 02 PARTY-NON-PARTICIPANT (POINT OF PAYMENT) | | | | |
|     03 REGISTRATION NUMBER | / | / | O 1) | O 1) |
| 02 COUNTERPARTY-NON-PARTICIPANT (PAY.PLACE) | | | | |
|     03 REGISTRATION NUMBER | / | F 3) | / | F 3) |
| 02 COUNTERPARTY NOTIFICATION (NOTIFICATION) | | | | |
|     03 SENDER-REFERENCE | / | F 6) | / | F 6) |



SYSTEM GUIDE

| | | | | |
|---|---|---|---|---|
| 02 PREADVICE | | | | |
| 03 QUANTITY-ACCESS-FREIGHT-CODE | O | O | O | O |
| 03 QUANTITY | O | O | O | O |
| 03 BELOEB | F | F | F | F |
| 03 PART-SUB-IDENT-NUMBER | F | F | F | F |
| 03 COUNTERPART-SUB-IDENT-NUMBER | F 2) | F | F 2) | F |
| 03 PARTY-NON-PARTICIPANTS-MONEY-KTO | / | / | O 1) | O 1) |
| 03 COUNTERPARTY-NON-PARTICIPANT-MONEY-KTO | / | F 3) | / | F 3) |
| 03 INTERNAL POSTING TEXT | F | F | F | F |
| 03 EXTERNAL POSTING TEXT | F | F | F | F |
| 03 NAMING CODE | F | F 8) | F | F 8) |
| 03 EXTRACTED CODE | F | F | F | F |
| 03 CASH RESERVATION CODE | / | F 4) | / | / |
| 03 INSTRUCT CODE | F | F | F | F |
| 03 VALIDITY PERIOD CODE | F 5) | F 5) | F 5) | F 5) |
| 03 DAN COUNTERPART CODE | / | F 7) | / | F 7) |
| 03 FORCE MARKING CODE | F | F | F | F |
| 03 LIEN-ODDS CODE | / | F 10) | F 9) | F 9) |
| 03 BIC-PART-VP-ACCOUNT | / | / | F | F |
| 03 BIC-MODPART-VP-ACCOUNT | / | F | / | F |
| 03 TRADE DATE | O | O | O | O |
| 03 BIC-HANDLET-FOR | O 12) | O 12) | / | / |
| 03 BIC-PART-KI | O 14) | O 14) | O 14) | O 14) |
| 03 BIC-HANDLET-MED | O 13) | / | O 13) | / |
| 03 BIC-MODPART-KI | / | O 15) | / | O 15) |
| 02 VALUE | | | | |
| 03 ISO CODE | F | F | F | F |
| 02 PARTY PARTICIPANT (POINT OF PAYMENT) | | | | |
| 03 REGISTRATION NUMBER | F | F | / | / |
| 02 PARTY-PARTICIPANT-MONEY ACCOUNT (ACCOUNT REFERENCE) | | | | |
| 03 NUMBER | F | F | / | / |

O = mandatory,         F = optional,  ⁄ = not to be filled in

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.

| 1) | = | must only be filled in when amount > 0 |
|---|---|---|
| 2) | = | must be completed when trading with a CSD |
| 3) | = | must be filled in when dan-counterparty-code = 1 and amount > 0 |
| 4) | = | may only be used by the settlement manager type (FH) and only when the preadvice is a departure without Amount |
| 5) | = | must only be filled in when instruct code = 1 |
| 6) | = | must be filled in for dan counterpart code = 1 |
| 7) | = | if instruct code is not filled with code = 1 (instruct must be generated), the other party will not be Not instructed. This means that both sides must subsequently be instructed by the notifier for the transaction to be completed |
| 8) | = | if it is a departure and dan counterpart code = 1 and naming code = 1, then the approach will be listed by name. |
| 9) | = | may only be used when the preadvice is an approach to a VP account of type non-settlement responsible |



SYSTEM GUIDE

| | | (AI, UI, PR) and trade amount > 0 (trade is with money clearing). |
|---|---|---|

SYSTEM GUIDE

| | | Can also be set to 1 in an exit if trade amount > 0 |
|---|---|---|
| 10) | = | can only be used in relation to a counterparty where the counterparty is a non-settlement manager. The counterparty must meet the same rule as for type 3 |
| 11) | = | if counterparty VP account is not filled in, BIC counterparty VP account MUST be filled in. |
| 12) | = | Either HANDLET-FOR (Participant ID) or BIC-HANDLET-FOR must be filled in |
| 13) | = | Either HANDLET-MED (Participant ID) or BIC-HANDLET-MED must be filled in |
| 14) | = | Either PART-KI or BIC-PART-KI must be filled in |
| 15) | = | Either MODPART-KI or BIC-MODPART-KI must be filled in |

Setting up ledger movement (TC20003v)

Purpose:
To write up or write down the circulating quantity of a trading product.

Treatment at the center participant:
The transaction is reported by the issuing institution (IU) or an update related issuing institution.

For redemptions, it is further required that the submitter is also the custodian / update-related custodian of the securities account.

Indicate in the notification type whether the transaction is an issue or a redemption.

Note that
- For trading products with mathematical extraction, ledger movement can be reported until 10:30 am on the day of the draw.
- if a general ledger movement is executed, it will take effect from the time (acceptance time) specified in the OK response to the transaction.

Forcing:
See Forcing transactions
For mandatory and optional completion of the transaction fields, see below.

Processing in VP:
Approved transactions are updated on the trading product's ledger and the specified securities account immediately after reporting.

The transaction is rejected if the ISIN is excluded at the time of reporting and the following conditions are met:
- it is a redemption and
- "from" the securities account is part of a security agreement and
- ISIN is included in the positive list and
- there is an applicable safety feature

Output:
As a rule, info messages are always sent to the parties involved. If these coincide, they are sent out based on the following principle:

| | |
|---|---|
| TI20023v | Ledger movement information is sent to the reviewer |
| TI20049v | Completed ledger movement sent to reviewer |
| TI20017v | Completed ledger movement is only sent to UD when UD is different from reviewer |
| TI20004v | General ledger status is always sent to UD |



S<small>YSTEM GUIDE</small>

| | |
|---|---|
| TI20012v | Settled ledger movement is only sent to KI when KI is different from the reviewer or KI is different from UD |
| TI20047v | Inventory status is always sent to KI |
| TI20219v | Changed security value |

When rejecting a ledger movement, info is sent:

| | |
|---|---|
| TI20055v | Rejection of ledger movement to reviewer |

DATA FIELDS

| | |
|---|---|
| 02 NOTIFICATION | |
|    03 SENDER-REFERENCE | O |
| 02 KI. (PARTICIPANT) | |
|    03 IDENTIFICATION | O |
| 02 SECURITIES ACCOUNT. | |
|    03 NUMBER | O |
| 02 COMMERCIAL PRODUCT | |
|    03 ISIN | O |
| 02 NOTIFICATION TYPE | |
|    03 CODE | O |
| 02 GENERAL LEDGER MANAGEMENT | |
|    03 QUANTITY | O |
|    03 INTERNAL POSTING TEXT | F |
|    03 EXTERNAL POSTING TEXT | F |
|    03 NAMING CODE | F |
|    03 FORCE MARKING CODE | F |

O = mandatory, F = optional

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.

Establishing instant advice (TC20004v)

Purpose:
To execute an immediate trade of a specific portfolio of securities.

Treatment at the center participant:
The notifier of the transaction must be a fund trader (FH) or major client (ST) with a cash account for settlement of trades at Danmarks Nationalbank. For payment in EUR, the declarant must hold an RTGS account with the European Central Bank. For payment-free trades, there is no requirement for a cash account. Furthermore, the securities account must have settlement group "FH" or "ST". Reporting must always be done by both the sending and receiving party in the trade.

The deal can be paid or free of charge. Forcing:
See description in section "Forcing transactions"
For mandatory and optional completion of the transaction fields, see below.

SYSTEM GUIDE

Processing in VP:
An immediate spread advice is always matched with an immediate spread advice reported by the other party based on the following criteria:
- notifier must be equal to the counterparty's traded-with
- trading day must be the same
- ISIN (must be the same)
- quantity-access-freight code (must be "opposite")
- Quantity (must be equal)
- amount must be within the allowed tolerance of DKK 100.00 or its equivalent in another currency (NB. when settling the trade, the seller's amount is always used as the settlement amount). Amount can be 0.00.
- Currency (must be the same)

If party-sub-ident-number is filled in, it must be equal to the counterparty's counterparty-sub-ident-number and vice versa.

Please note
Immediate trades where the payment has not been completed before the closing time for immediate trades will be rejected. Settlement of an immediate trade takes place immediately after approval of the payment by Danmarks Nationalbank or the European Central Bank for settlement in DKK and EUR, respectively. Settlement of payment-free immediate trades takes place immediately after portfolio control.

Output:
Info messages are created for the parties involved.

DATA FIELDS

| 02 REVIEW. | |
|---|---|
| 03 SENDER-REFERENCE | F |
| 02 PART-KI. (PARTICIPANT) | |
| 03 IDENTIFICATION | F 1) |
| 02 SHARE ACCOUNT (SECURITIES ACCOUNT) | |
| 03 NUMBER | O |
| 02 TRADED-WITH (PARTICIPANT) | |
| 03 IDENTIFICATION | F 2) |
| 02 SETTLEMENT DAY. | |
| 03 SETTLEMENT DATE | F 3) |
| 02 COMMERCIAL PRODUCT. | |
| 03 ISIN | O |
| 02 IMMEDIATE ADVICE. | |
| 03 QUANTITY-ACCESS-FREIGHT-CODE | |
| 03 QUANTITY | O |
| 03 BELOEB | F 5) |
| 03 PART-SUB-IDENT-NUMBER | |
| 03 COUNTERPART-SUB-IDENT-NUMBER | F 4) |
| 03 INTERNAL POSTING TEXT | F |
| 03 EXTERNAL POSTING TEXT | F |
| 03 NAMING CODE | F |
| 03 FORCE MARKING CODE | F |
| 03 TRADE DATE | O |
| 03 BIC-PART-KI | F 1) |
| 03 BIC-HANDLET-MED | F 2) |
| 02 VALUE. | |



SYSTEM GUIDE

| | 03 ISO CODE | F 5) |
|---|---|---|

O = mandatory, F = optional

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.

| 1) | = | Either PART-KI or BIC-PART-KI must be filled in |
|---|---|---|
| 2) | = | Either HANDLET-MED (Participant ID) or BIC-HANDLET-MED must be filled in |
| 3) | = | DEVELOPMENT DATE can only be today's date. If the field is not filled in, insert today's date Automatic. |
| 4) | = | Must be completed when trading with a CSD |
| 5) | = | Can be with or without monetary amount. ISO code is mandatory if monetary amount >0 |

Preadvice cancellation (TU20005v)

Purpose:
To cancel a previously reported preadvice.

Treatment at the center participant:
The notifier of the transaction must be:
• the original reviewer of the preadvice
• the custodian of the issuing securities account (KI)

Please note
• The sender reference in the cancellation transaction must be equal to the sender reference of the preadvice to be canceled.

If the preadvice is linked to a trade (both parties have reported and instructed), both parties must report a cancellation transaction.

For mandatory and optional completion of the transaction fields, see below.

Processing in VP:
If the preadvice is not linked to a trade, the preadvice is canceled immediately after receiving the cancellation transaction, otherwise the two preadvices will not be canceled until the last of the parties has reported their cancellation transaction.

Output:
Info messages are created for the parties involved.

DATA FIELDS

| 02 ORIGINAL REVIEWER (PARTICIPANT) | |
|---|---|
| 03 IDENTIFICATION | O |
| 02 ORIGINAL-REVIEW (REVIEW) | |
| 03 SENDER-REFERENCE | O |

O = mandatory, F = optional

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.



S<small>YSTEM GUIDE</small>

## Canceling instruct to preadvice (TU20006v)

Purpose:
To cancel the instruction for a preadvice.

Treatment at the center participant:
The notifier of the transaction must be:
• the original reviewer of the preadvice
• the custodian of the issuing securities account (KI)

Please note
• The sender reference in the cancel transaction must be equal to the sender reference of the preadvice to which the instruction is to be canceled.

Cancellation can NOT be made if the preadvice has found a partner and both parties have reported instruction (see "Cancellation of preadvice").

For mandatory and optional completion of the transaction fields, see below.

Processing in VP:
If the cancel transaction is approved, the instruction is canceled immediately upon receipt. At the same time blanks the validity period code and force marking code information on the preadvice.

Output:
Info messages are created for the parties involved.

DATA FIELDS

| 02 ORIGINAL REVIEWER (PARTICIPANT) | |
|---|---|
|     03 IDENTIFICATION | O |
| 02 ORIGINAL-REVIEW (REVIEW) | |
|     03 SENDER-REFERENCE | O |

O = mandatory, F = optional

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.

## Lifting of cash retention (TU20007v)

Purpose:
To lift a cash retention in a transaction.

Treatment at the center participant:
The declarant of the transaction must be the original declarant of the preadvice on the inventory query.

Please note
• The sender reference in the cancellation transaction must be equal to the sender reference on the preadvice on which the cancellation of cash retention is requested.

For mandatory and optional completion of the transaction fields, see below.



S<small>YSTEM GUIDE</small>

Processing in VP:
If the transaction is approved, the cash retention is lifted immediately upon receipt.

Output:
Info messages are created for the parties involved.

DATA FIELDS

| 02 ORIGINAL REVIEWER (PARTICIPANT) | |
|---|---|
|    03 IDENTIFICATION | O |
| 02 ORIGINAL-REVIEW (REVIEW) | |
|    03 SENDER-REFERENCE | O |

O = mandatory, F = optional

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.


Setting up instruct for preadvice (TU20008v)

Purpose:
Changing a preadvice to a final settlement instruction.

Treatment at the center participant:
The declarant of the transaction must be the original declarant of the preadvice.

Please note
• The sender reference in the transaction must be equal to the sender reference of the preadvice to be instructed.
• if the validity period code is not filled in, the default value applicable to the participant is used.
• The trade will be rejected if the preadvice to be instructed is linked to a trade (broker found) and the trade is linked to an ongoing settlement run.

Forcing:
See description in section Forcing transactions

For mandatory and optional completion of the transaction fields, see below.

Processing in VP:
If the transaction is approved, the pre-advice is changed to a final settlement instruction immediately after receiving the instruction.

Output:
As a starting point, info messages are always sent to the parties involved. In case of coincidence between the parties, the following principle is applied:

TI20024v     'Instruct information for preadvice reviewer' is sent to the reviewer
TI20051v     'Status change on preadvice' is only sent to KI when KI is different from reviewer

Please note
In case both preadvices are originally reported without instruct, the info

TI20058v     'Expected bookkeeping basis - major client/indirect clearing participant'
             and

SYSTEM GUIDE

---

TI20060v        'Expected accounting basis - non-participant'

will not be sent out until the last of the two preadvices has been instructed.

DATA FIELDS

| 02 ORIGINAL REVIEWER (PARTICIPANT) | |
|---|---|
| 03 IDENTIFICATION | O |
| 02 ORIGINAL-REVIEW (REVIEW) | |
| 03 SENDER-REFERENCE | O |
| 02 PREADVICE. | |
| 03 VALIDITY PERIOD CODE | F |
| 03 FORCE MARKING CODE | F |

O = mandatory, F = optional

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP


Establishing preadvice using counterparty information (TC20009v)

Purpose:
To form a preadvice with or without instruction based on the information provided in the counterparty's details.

Treatment at the center participant:
The notifier of the transaction must be:

When selling
• account holding institution for the securities account
• a refresh-related custodian institution
• a fund trader or a major client with trading power of attorney.

For purchases and where trade amount is greater than 0
• cash depository institution (PK)
• an update-related cash account holding institution

The transaction can only be used when the preadvice is of type "non-trading participant - trading participant" (type 3) and "non-trading participant - non-trading participant" (type 4).

Forcing:
See description in section Forcing transactions
For mandatory and optional completion of the transaction fields, see below.

Processing in VP:
If the transaction is approved, the requested preadvice is created immediately after reporting.

Output:
As a starting point, info messages are always sent to the parties involved. If these coincide, they are sent out based on the following principles:



SYSTEM GUIDE

Inventory side

Upon receipt:
An info is always sent to the notifier (TI20022v) and info is sent to the traded-with (Ti20010v) if traded-with is filled in, otherwise it is sent to counterparty-ki (TI20009v).

When party is a trading participant, info is sent to traded-for (TI20021v) if traded-for is different from notifier.

When party is a non-trading participant, info is sent to party AI (TI20009v) if the party AI is different from the notifier.

In buddy search:
Info (TI20031v) is sent to the same parties as described when receiving the preadvice.


The money side

Upon receipt:
Only when selling to a non-trading participant, info (TI20027v) is sent to the buyer's cash account manager, who must authorize the payment.

In buddy search:
If the cash account operator is different from Danmarks Nationalbank, 1 info is always sent to the party's cash account operator.

When trading for a non-trading participant, info (TI20060v) is sent and when trading for a major client/indirect clearing participant, info (TI20058v) is sent.

The same info as mentioned for partner search is sent along:
•    Cancellation of preadvice
•    Deferral of trade
•    When the trade is ready to settle (both sides are instructed)
•    expiration of an

instruct DATA FIELDS

| 02 NOTIFICATION | |
|---|---|
|    03 SENDER-REFERENCE | O |
| 02 PARTY-NON-PARTICIPANT (POINT OF PAYMENT) | |
|    03 REGISTRATION NUMBER | F 1) |
| 02 PREADVICE. | |
|    03 PARTY-NON-PARTICIPANTS-MONEY-KTO | F 1) |
|    03 INTERNAL POSTING TEXT | |
|    03 EXTERNAL POSTING TEXT | |
|    03 NAMING CODE | F |
|    03 INSTRUCT CODE | F |
|    03 VALIDITY PERIOD CODE | F |
|    03 FORCE MARKING CODE | F |
|    03 LIEN-ODDS CODE | F 2) |
| 02 RELATED-REVIEWER (PARTICIPANT) | |
|    03 IDENTIFICATION | O |
| 02 RELATED-REVIEW (REVIEW) | |
|    03 SENDER-REFERENCE | O |



SYSTEM GUIDE

---

O = mandatory, F = optional
If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.

1)    =    must be filled in if trade amount > 0 if registration number and counterparty-non-participant money account is not filled in on the original preadvice
2)    =    may only be used when the preadvice is an approach to a VP account of type non-settlement responsible
(AI, UI, PR) and trade amount > 0 (trade is with money clearing)

Name listing/inventory delisting (TU20011v)

Purpose:
To list or delist a security holding.

Treatment at the center participant:
The notifier of the transaction must be the account operator (AI) of the securities account or an update-related account operator.

Please note
•    Name listing can only be made if it is stated on the commercial product that name listing may be made.

Whether the transaction is a name listing or a delisting is specified in the notification type.

For a registered listing, the holding to be registered must be less than or equal to the unregistered holding.

When delisting, the holding to be delisted must be less than or equal to the registered holding.

For mandatory and optional completion of the transaction fields, see below.

Processing in VP:
Approved transactions are processed immediately after reporting.

The transaction is rejected if the ISIN is excluded at the time of reporting or
•    if there is insufficient coverage in inventory or
•    shortfall in listed inventory.
•    A delisting is attempted on an ISIN that is marked for mandatory name listing in the fund register.

Output:
As a starting point, info messages are always sent to the parties involved. In case of coincidence between the parties, the following principle is applied:

TI20032v    name listing/delisting made is always sent to KI and also to the notifier if
this is different from KI
TI20047v    Inventory status is always sent to KI
TI20240v    Name listing status is sent to the reviewer.

DATA FIELDS

| 02 REVIEW. | |
|---|---|
|    03 SENDER-REFERENCE | O |
| 02 NOTIFICATION TYPE. | |



SYSTEM GUIDE

| | 03 CODE | O |
|---|---|---|
| 02 KI. (PARTICIPANT) | | |
| | 03 IDENTIFICATION | O |
| 02 SECURITIES ACCOUNT. | | |
| | 03 NUMBER | O |
| 02 COMMERCIAL PRODUCT. | | |
| | 03 ISIN | O |
| 02 NAME TAG REQUEST. | | |
| | 03 QUANTITY | O |

O = mandatory, F = optional

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.



Explanation:

| 1. | The transaction is submitted and placed in the mailbox. | | | |
|---|---|---|---|---|
| 2. | Info TI20240(V) Status of name listing is sent to the notifier with: | | | |
| | Status | = | 15 | Review ready to run and |
| | Reason code | = | 4 | Validation performed or |
| | | = | 9 | Specified ISINs are excluded from settlement or |

SYSTEM GUIDE

| 3. | | = | 23 | The decommissioning run has begun. |
|---|---|---|---|---|
| | If subsequent processing is not OK, TI20240(V) Name entry status is included: | | | |
| | Status | = | 10 | Review rejected and |
| | Reason code | = | 29 | Lack of coverage in listed inventory or |
| | | = | 1 | Lack of coverage in inventory or |
| | | = | 9 | Specified ISINs are excluded from settlement. |
| 4. | If processing is OK, TI20032(V) Name entry/deletion made is sent to the declarant and the custodian as acknowledgement of the processing done, and TI20047(V) Inventory status is sent to the custodian to inform about the inventory status after the change. At the same time, the status and reason code will change to: | | | |
| | Status | = | 9 | Review settled and |
| | Reason code | = | 5 | Transaction completed. |

Update of withdrawal maximum - indirect money clearing participant (TU20012v)

Purpose:
To update amounts on a basic maximum draw or to update amounts and other information on a specific maximum draw.

Base draw maximum:
A basic maximum limit is submitted by a primary payer and is used to settle trades in the currency in which it is submitted, as well as to settle trades in other currencies where *no* specific maximum limit has been submitted.

A base draw limit is only used for trade settlement.

A base drawdown maximum must always exist for trade settlement purposes.

Changing the currency on the base drawdown maximum:
Change of currency on the base draw maximum is notified to VP on form 2.2.G Declaration of payment authorization for cash accounts, which can be found in "Instructions forms". When VP implements the change, the basic withdrawal maximum in the previous currency will be changed to a specific withdrawal maximum. In addition, it will be closed and the amount (maximum) and impact will be reset to zero.

After the change, the primary payer can enter the amount (maximum) of the new base withdrawal maximum in the new currency.

If there is already a specific maximum withdrawal limit in the currency that will be the base maximum currency in the future, the amount (maximum) and the impact on this will be reset in connection with t h e change.

Specific draw maximum:
A specific withdrawal limit is submitted by a primary payer and is only used in predetermined settlement blocks and in the currency in which it is submitted.

Specific draw maxima *must* always be used for periodic settlement.

Specific drawdown maxima *can be* used for trade settlement if the primary payer wants to limit the drawdown in a specific currency.

Specific draw maxima are created as needed.

S YSTEM GUIDE

Treatment at the center participant:
The notifier of the transaction must be the sender of the withdrawal maximum and be set up as the primary payer (BS).

Only primary payers can make a withdrawal limit available to an indirect money clearing participant.

It must be stated whether the update relates to a base draw maximum or a specific draw maximum.

The amount is given in the current

currency. Applies to specific withdrawal

maximums only:
• Expiration date can be specified. The draw maximum is valid up to and including the specified expiration date, after which it will be closed. If a new draw maximum (amount) is reported before the previous one expires, the new amount will apply.
• Status can be set (2=active or 5=closed). If a specific drawdown maximum is closed, trades in the maximum's currency will be money controlled under the base drawdown maximum.
• The block numbers in which the specific draw maximum may be used must be specified. At least one block number must always be specified.

The content of the transaction should be considered as the future valid information. For example, if a specific draw maximum is no longer allowed to be used in block number 40, the transaction must contain all the other information that should still be valid (e.g. amount and expiration date) and the block numbers in which the specific draw maximum may be used in the future.

VP standard system:
D140 can be used.

Please note
A draw maximum cannot be updated during a settlement run with the same money clearing type as the draw maximum.
For mandatory or optional completion of the transaction's fields.

Processing in VP:
Approved transactions are updated in the participant register immediately upon receipt.

Output:
The following info message is generated:

TI20039v      Updated drawdown                – maximum direct money clearing participant (for
               both sender and receiver)
               as the recipient of the draw maximum).

DATA FIELDS

| | |
|---|---|
| 02 MONEY TRAY DISPENSER (PARTICIPANT) | |
| 03 IDENTIFICATION | O |
| 02 MONEY TRAEK RECIPIENT (PARTICIPANT) | |
| 03 IDENTIFICATION | O |
| 02 MONEY-CLEARINGS-TYPE. | |
| 03 CODE | O |
| 02 VALUE. | |
| 03 ISO CODE | O |
| 02 TRAEK-MAX-INDIRECT-CLEARING-PART | |



SYSTEM GUIDE

| | 03 TRACTION MAXIMUM REWARD | O |
|---|---|---|
| | 03 STATUS | F |
| | 03 TYPE | O |
| | 03 UDLOEBSDATO | F |
| 02 TRAEK-MAKS-IND-CLEARDELT-BLK-ANV | | |
| | 03 COURSES-BLOCK-NUMBER | O |
| | 03 COURSES-BLOCK-NUMBER | F |
| | 03 COURSES-BLOCK-NUMBER | F |
| | 03 COURSES-BLOCK-NUMBER | F |
| | 03 COURSES-BLOCK-NUMBER | F |
| | 03 COURSES-BLOCK-NUMBER | F |
| | 03 COURSES-BLOCK-NUMBER | F |
| | 03 COURSES-BLOCK-NUMBER | F |
| | 03 COURSES-BLOCK-NUMBER | F |
| | 03 COURSES-BLOCK-NUMBER | F |

O = mandatory, F = optional

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.

Creation of specific withdrawal maximum - indirect money clearing participant (TC20012v)

Purpose:
To create a specific withdrawal maximum for an indirect money clearing participant.

Specific draw maximum:
A specific withdrawal limit is submitted by a primary payer and is only used in predetermined settlement blocks and in the currency in which it is submitted.

Specific draw maxima must always be used for periodic settlement.

Specific drawdown maxima can be used for trade settlement if the primary payer wants to limit the drawdown in a specific currency.

Specific draw maxima are created as needed.

Processing at the central participant:
The notifier of the transaction must be the sender of the maximum drawdown and be set up as primary Payer (BS).

Only primary payers can make a withdrawal limit available to an indirect money clearing participant.

It must be stated that the update relates to a specific withdrawal maximum. The

amount is stated in the current currency.

Expiration date can be specified. The draw maximum is valid up to and including the specified expiration date, after which it will be closed.

Status can be set (2=active or 5=closed). If a specific drawdown maximum is closed, trades in the maximum's currency will be money controlled under the base drawdown maximum.



S<small>YSTEM GUIDE</small>

The block numbers in which the specific draw maximum may be used must be specified. At least one block number must always be specified.

VP standard system:
D140 can be used.

Please note
A draw maximum cannot be updated during a settlement run with the same money clearing type as the draw maximum.

For mandatory and optional completion of the transaction fields, see data fields.

Processing in VP:
Approved transactions are updated in the participant register immediately upon receipt.

Output:
The following info message is generated:

TI20039v          Updated withdrawal maximum   – indirect money clearing
                  participant
                  (to both the sender and recipient of the draw maximum).

DATA FIELDS

| | |
|---|---|
| 02 MONEY TRAY DISPENSER (PARTICIPANT) | |
| 03 IDENTIFICATION | O |
| 02 MONEY TRAEK RECIPIENT (PARTICIPANT) | |
| 03 IDENTIFICATION | O |
| 02 MONEY-CLEARINGS-TYPE. | |
| 03 CODE | O |
| 02 VALUE. | |
| 03 ISO CODE | O |
| 02 TRAEK-MAX-INDIRECT-CLEARING-PART | |
| 03 TRACTION MAXIMUM REWARD | O |
| 03 STATUS | F |
| 03 TYPE | O |
| 03 UDLOEBSDATO | F |
| 02 TRAEK-MAKS-IND-CLEARDELT-BLK-ANV | |
| 03 COURSES-BLOCK-NUMBER | O |
| 03 COURSES-BLOCK-NUMBER | F |
| 03 COURSES-BLOCK-NUMBER | F |
| 03 COURSES-BLOCK-NUMBER | F |
| 03 COURSES-BLOCK-NUMBER | F |
| 03 COURSES-BLOCK-NUMBER | F |
| 03 COURSES-BLOCK-NUMBER | F |
| 03 COURSES-BLOCK-NUMBER | F |
| 03 COURSES-BLOCK-NUMBER | F |
| 03 COURSES-BLOCK-NUMBER | F |

O = mandatory, F = optional

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.

SYSTEM GUIDE

Setting up multi-transfer (TC20013v)

Purpose:
To transfer all holdings from one securities account to another.

Treatment at the center participant:
The transaction is reported by the sending account-keeping institution (AI) or by an update-related sending AI.

Please note
If the transfer is completed, it will take legal effect from the time (acceptance time) specified in the OK response to the transaction.

Any reporting to Danmarks Nationalbank of a transfer between a resident and a non-resident shall be made by the account-holding institution that holds the securities account for the resident.

The transaction is rejected if it is a multi-transfer to a Link Up CSD, see Business Guide, Clearing Guide Link Up-Markets.

Forcing:
See description in section Forcing transactions

For mandatory or optional completion of the transaction's fields. Processing in

VP:
Approved transactions are updated in the involved securities accounts immediately upon receipt.

The transaction will be rejected if the "from" securities account has even one of the following:
•   reserved inventories
•   inventories on which a lien has been registered
•   inventories on which cash reservations have been made
•   or ISINs that are subject to an exclusion

The transaction is rejected if either "from" or "to" the securities account is part of a security interest

agreement. Output:
As a rule, info messages are always sent to the parties involved. In case of coincidence between
These are distributed based on the following principle:

TI20011v     transfer details are sent to the notifier (without ISIN details)
TI20050v     Completed transfer is sent to the notifier
TI20016v     Settled transfer is *always* sent to KI per inventory *) (also when KI is equal to notifier)
TI20047v     Inventory status is *always* sent to KI per inventory *)

*) if a subset of the inventory is withdrawn/name-listed, an info is sent for the withdrawn/name-listed part and an info for the not withdrawn/name-listed part

If a transfer is rejected, info is sent:

TI20053v     Rejection of transfer to notifier



S<small>YSTEM GUIDE</small>

DATA FILTER (TC200131)

| 02 REVIEW. | |
|---|---|
|    03 SENDER-REFERENCE | O |
| 02 SENDER-KI. (PARTICIPANT) | |
|    03 IDENTIFICATION | O |
| 02 SENDER ACCOUNT (SECURITIES ACCOUNT) | |
|    03 NUMBER | O |
| 02 RECEIVER-KI. (PARTICIPANT) | |
|    03 IDENTIFICATION | O |
| 02 RECIPIENT ACCOUNT (SECURITIES ACCOUNT) | |
|    03 NUMBER | O |
| 02 MULTI-CROPS (OVERCROP) | |
|    03 RECIPIENT-SUB-IDENT-NUMBER | F *) |
|    03 INTERNAL POSTING TEXT | F |
|    03 EXTERNAL POSTING TEXT | F |
|    03 REFERENCE NUMBER CHANGE CODE | F |
|    03 FORCE MARKING CODE | F |

O = mandatory, F = optional, *) = must be filled in when transferring to a
CSD. NOTE: It is not possible to set up transfers to Link Up CSDs.

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted
upon receipt in VP.


Establishing additional information for a previously submitted notification (TC20014v)

Purpose:
To disclose the original transferor and/or ultimate recipient of a transferred or traded security holding.

Treatment at the center participant:
The notifier of the transaction must be the original notifier of the notification to which the additional
information relates.

Please note
•   The sender reference in the transaction must be equal to the sender reference on the previously
    submitted notification.
•   After updating in VP, a supplementary information cannot be changed

The transaction can be used if the final recipient or the original submitter is different from the one stated in
the original notification.

For mandatory and optional completion of the transaction fields, see below.

Processing in VP:
Approved transactions are updated immediately upon receipt.

Output:
Info messages are created for the parties involved.

DATA FIELDS

SYSTEM GUIDE

| 02 ORIGINAL-REVIEW (REVIEW) | |
|---|---|
| 03 SENDER-REFERENCE | O |
| 02 ADDITIONAL INFORMATION. | |
| 03 RECIPIENT ACCOUNT NUMBER | F |
| 03 RECEIVER-ID-1 | F |
| 03 RECEIVER-ID-2 | F |
| 03 RECEIVER-ID-3 | F |
| 03 RECEIVER-ID-4 | F |
| 03 SENDER ACCOUNT NUMBER | F |
| 03 SENDER-ID-1 | F |
| 03 SENDER-ID-2 | F |
| 03 SENDER-ID-3 | F |
| 03 SENDER-ID-4 | F |

O = mandatory, F = optional

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.

Establishing instruct for immediate advice (TU20015v)

Purpose:
To reinstruct a strakspreadice. A reinstruction can only be a reinstruction as a strakspreadice is born instructed. However, the innate instruction can be rejected during a coverage check, so it may be necessary to reinstruct.

Treatment at the center participant:
The declarant of the transaction must be the original declarant of the immediate spread.

Please note
• The sender reference in the transaction must be equal to the sender reference of the immediate spread advice to be reinstructed.

Forcing:
See description in section Forcing transactions
For mandatory and voluntary completion of the transaction fields, see below.

Processing in VP:
If the transaction is approved, the immediate spread instruction is changed to a final settlement instruction immediately upon receipt of the instruction.

Output:
Info messages are created for the parties involved.

DATA FIELDS

| 02 ORIGINAL-REVIEW (REVIEW). | |
|---|---|
| 03 SENDER-REFERENCE | O |
| 02 PREADVICE. | |
| 03 FORCE MARKING CODE | F |

O = mandatory, F = optional

SYSTEM GUIDE

---

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.

Inventory withdrawal request - batch (TC20016v)

NB. The transaction is currently inactive, which is why inventory withdrawals must be requested in writing to Clearing & Custody Services until further notice.

Purpose:
To request information about current holdings on a range of securities accounts/ISINs after a settlement run.

Treatment at the center participant:
The notifier of the transaction must be the data center (DC) of the contract holder.

Please note
• Desired settlement date must be greater than or equal to current settlement date
• desired settlement run must be future-proof

The extract can be requested at the following levels:
• per data center (DC)
• per contract holder (AH)
• per account-holding institute (KI)

For each level, you can choose whether it should be:
• all accounts or a range of accounts
• all ISINs or a range of ISINs

It is possible to specify in the transaction (update-time-by-quantity) that you only want inventory overviews for accounts where inventory changes have occurred after a specified time.

Example:
If 19951115120000000000 is specified in the field, only securities accounts with changes made after November 15, 1995 at 11.5999999999 will be included in the extract.

For mandatory and optional completion of the transaction fields, see below.

Processing in VP:
If the transaction is approved, the requested information is sent after the specified settlement run. The following is sent Inventory information only if the inventory is greater than 0.

Output:
Info messages are created for the parties involved.

DATA FIELDS

| 02 REQUISITION. | |
|---|---|
|    03 SENDER-REFERENCE | O |
| 02 AGREEMENT HOLDER (PARTICIPANT) | |
|    03 IDENTIFICATION | F |
| 02 KI. (PARTICIPANT) | |
|    03 IDENTIFICATION | F 1) |
| 02 REQUISITION INFORMATION. | |

SYSTEM GUIDE

| | |
|---|---|
| 03 SOEG-FROM ACCOUNT NUMBER | F 2) |
| 03 SOEG-TO-ACCOUNT NUMBER | F 2) |
| 03 SOEG-FRA-ISIN | F |
| 03 SOEG-TIL-ISIN | F |
| 02 INVENTORY-LAST-UPDATED. | |
| 03 UPDATE-TIME-BY-QUANTITY | F |
| 02 WISHED-FOR SETTLEMENT DAY (SETTLEMENT DAY) | |
| 03 SETTLEMENT DATE | O |
| 02 UNLOCKING BLOCK. | |
| 03 COURSE BLOCK | O |

O = mandatory, F = optional

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.

1)    =    must be filled in if SOEG FROM ACCOUNT NUMBER or SOEG TO ACCOUNT NUMBER is used
2)    =    can only be used if KI identification is filled in


Inventory withdrawal request - online (TR20017v)

Purpose:
To request information about the holdings in a range of ISINs in a given securities account.

Treatment at the center participant:
The notifier of the transaction must be:
•    account holding institution for the securities account
•    a query/update related account manager
•    major customer for own securities accounts
•    registered with a query/trading proxy

You can choose between all ISINs in the securities account or a range of ISINs. For

mandatory or optional completion of the transaction fields, see below.

Processing in VP:
If the transaction is approved, the requested information is sent immediately upon receipt. Inventory information is only sent if the inventory is greater than 0.

Output:
NB. Only if the request is submitted as a system-system transaction will info messages be generated.

DATA FIELDS

| | |
|---|---|
| 02 KI. (PARTICIPANT) | |
| 03 IDENTIFICATION | O |
| 02 SECURITIES ACCOUNT. | |
| 03 NUMBER | O |
| 02 ISIN-INTERVAL-START (COMMERCIAL PRODUCT) | |
| 03 ISIN | F |
| 02 ISIN-INTERVAL-END. (COMMERCIAL PRODUCT) | |
| 03 ISIN | F |

SYSTEM GUIDE

O = mandatory, F = optional

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.

Request for unprocessed preadvices - batch (TC20018v)

Purpose:
To request information about unsettled preadvices after a settlement run.

Treatment at the center participant:
The notifier of the transaction must be the data center (DC) of the contract holder.

Please note
• Desired settlement date must be greater than or equal to current settlement date
• desired settlement run must be future-proof

The extract can be requested at the following levels:
• per data center (DC)
• per contract holder (AH)
• per account-holding institute (KI)

For each level, you can choose whether it should be:
• all accounts or a range of accounts
• all ISINs or a range of ISINs

For mandatory and optional completion of the transaction fields, see below.

Processing in VP:
If the transaction is approved, the requested information is sent after the specified settlement run.

Output:
Info messages are created for the parties involved.

DATA FIELDS

| | |
|---|---|
| 02 REQUISITION. | |
|    03 SENDER-REFERENCE | O |
| 02 AGREEMENT HOLDER (PARTICIPANT) | |
|    03 IDENTIFICATION | F |
| 02 KI. (PARTICIPANT) | |
|    03 IDENTIFICATION | |
| 02 REQUISITION INFORMATION. | |
|    03 SOEG-FROM ACCOUNT NUMBER | F |
|    03 SOEG-TO-ACCOUNT NUMBER | F |
|    03 SOEG-FRA-ISIN | F |
|    03 SOEG-TIL-ISIN | F |
| 02 WISHED-FOR SETTLEMENT DAY (SETTLEMENT DAY) | |
|    03 SETTLEMENT DATE | O |
| 02 DESIRED UNWINDING BLOCK (UNWINDING COAL) | |
|    03 COURSE BLOCK | O |



SYSTEM GUIDE

O = mandatory, F = optional

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.

Request for uncompleted preadvices - online (TR20019v)

Purpose:
To request information about unsettled preadvices in a range of ISINs in a given securities account.

Treatment at the center participant:
The notifier of the transaction must be:
• Reviewer of the uncompleted preadvice(s)
• custodian institution (CI) for the securities account
• a refresh-related custodian institution
• registered with a query/trading proxy

Please note
If the declarant is the custodian or update-related custodian, all unsettled preadvices for the securities account are shown. Otherwise, only the unsettled preadvices reported by the submitter are shown.

You can choose between all ISINs in the securities account or a range of ISINs. For

mandatory or optional completion of the transaction fields, see below.

Processing in VP:
If the transaction is approved, the requested information is sent immediately upon receipt.

Output data
NB. Only if the request is submitted as a system-system transaction, info messages are generated.

DATA FIELDS

| 02 KI. (PARTICIPANT) | |
|---|---|
|    03 IDENTIFICATION | O |
| 02 SECURITIES ACCOUNT. | |
|    03 NUMBER | O |
| 02 ISIN-INTERVAL-START (COMMERCIAL PRODUCT) | |
|    03 ISIN | F |
| 02 ISIN-INTERVAL-END. (COMMERCIAL PRODUCT) | |
|    03 ISIN | F |

O = mandatory, F = optional

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.

Cancellation of immediate advice (TU20020v)

Purpose:
To cancel a previously reported strakspreadvice.



SYSTEM GUIDE

Treatment at the center participant:
The notifier of the transaction must be:
• the original reviewer of the strakspreadvice
• the account-holding institution (PART-KI).

Please note
• The sender reference in the cancellation transaction must be equal to the sender reference of the immediate spread advice to be canceled.

The straight spread bet CANNOT be canceled if it has found a partner and both sides are ready to settle. For mandatory and optional completion of the transaction fields, see below.

Processing in VP:
If the transaction is approved, the instant spread advice is canceled immediately upon receipt.

Output:
Info messages are created for the parties involved.

DATA FIELDS

| 02 ORIGINAL REVIEWER (PARTICIPANT) | |
|---|---|
|    03 IDENTIFICATION | O |
| 02 ORIGINAL-REVIEW (REVIEW) | |
|    03 SENDER-REFERENCE | O |

O = mandatory, F = optional

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.


Deleting a requisition (TD20025v)
 Purpose:
To delete a previously reported requisition of the types:
"Inventory withdrawal request - batch (TC20016v)",
"Inventory withdrawal request per day shift - batch (TC20301v)" or "Request for unsettled preadvices - batch (TC20018v)"

Treatment at the center participant:
The declarant of the transaction must be the original declarant of the requisition.

Please note
• The sender reference in the delete transaction must be equal to the sender reference on the requisition to be deleted.

For mandatory and optional completion of the transaction fields, see below.

Processing in VP:
If the transaction is approved, the requisition is canceled immediately upon receipt.

Output:
Info messages are created for the parties involved.



SYSTEM GUIDE

DATA FIELDS

| 02 REQUISITION. | |
|---|---|
| 03 SENDER-REFERENCE | O |

O = mandatory, F = optional

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.

## Request for an overview of proxies - (TR20094v)

Objective:
To get information about which accounts have registered proxies for the notifier.

Treatment at the center participant:
The notifier of the transaction must be a participant who has registered proxies with other account-holding institutions.

The extract can be requested at the following levels:

• all proxies (no fields are filled in)
• all proxies per KI (KI-INTERVAL-START and KI-INTERVAL-SLUT are filled in)
• a range of proxies (fill in all fields)

For mandatory and optional completion of the transaction fields, see below.

Processing in VP:
If the transaction is approved, the requested information is sent.

Output:
NB. Only if the request is submitted as a system-system transaction, info messages are generated for the notifier (TI20079v).

DATA FIELDS

| 02 KI INTERVAL START (PARTICIPANT) | |
|---|---|
| 03 IDENTIFICATION | F |
| 02 ACCOUNT-NUMBER-INTERVAL-START | |
| 03 NUMBER | F |
| 02 KI INTERVAL END. (PARTICIPANT.) | |
| 03 IDENTIFICATION | |
| 02 ACCOUNT-NUMBER-INTERVAL-END. | |
| 03 NUMBER | F |

O = mandatory, F = optional

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.



SYSTEM GUIDE

Inventory extraction request per day shift - batch (TC20301v)

NB. The transaction is currently inactive, which is why inventory withdrawals must be requested in writing to Clearing & Custody Services

Objective:
To request information about current holdings on a range of securities accounts/ISINs per 24-hour shift.

Treatment at the center participant:
The notifier of the transaction must be the data center (DC) of the contract holder.

Please note
•    if a requisition is submitted that is identical in content to one that has already been received, it will be rejected, regardless of whether the 2 requisitions have different sender references or not.

The extract can be requested at the following levels:
•   per data center (DC)
•   per contract holder (AH)
•   per account-holding institute (KI)

For each level, you can choose whether it should be:
•   all accounts or a range of accounts
•   all ISINs or a range of ISINs

In the transaction, specify per which settlement day the extraction is desired (extraction-per-settlement-day). The info will show the closing balance of the settlement day.

For mandatory and optional completion of the transaction fields, see below.

Processing in VP:
If the transaction is approved, the requested information is sent when switching to a new settlement day
Inventory information is only sent if the inventory is greater than 0.

Output:
Info messages are created for the parties involved.

DATA FIELDS

| 02 REQUISITION. | |
| --- | --- |
|    03 SENDER-REFERENCE | O |
| 02 EXTRACT PER SETTLEMENT DAY (SETTLEMENT DAY) | |
|    03 SETTLEMENT DATE | O |
| 02 AGREEMENT HOLDER (PARTICIPANT) | |
|    03 IDENTIFICATION | F |
| 02 KI. (PARTICIPANT) | |
|    03 IDENTIFICATION | F |
| 02 REQUISITION INFORMATION. | |
|    03 SOEG-FROM ACCOUNT NUMBER | F |
|    03 SOEG-TO-ACCOUNT NUMBER | F |
|    03 SOEG-FRA-ISIN | F |
|    03 SOEG-TIL-ISIN | F |

O = mandatory, F = optional



SYSTEM GUIDE

---

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.


Move PVP exposures to liquidity provider (TC20334v)

Objective:
Moving a distressed participant's exposure in a PVP settlement to the active liquidity provider.

Processing at warranty agent:
The transaction is reported by the liquidity provider, indicating the assumption of the distressed participant's obligations in the PVP settlement. The liquidity provider assumes all of the distressed participant's obligations, not just the missing amount. In return, the liquidity provider assumes the distressed participant's rights in the PVP settlement.

VP standard system:
D324 can be used.

Processing in VP:
Distressed participant's obligations transferred to the liquidity provider.

Only the active liquidity provider can use the transaction and only when insufficient funds have been detected after the 2nd money check.

Output:
The following info messages are generated:

TI20083v          Specification of amounts transferred to the liquidity provider (to the payer)
TI20081v          Specification of amounts transferred to liquidity provider (to liquidity provider)

DATA FILTER (TC200131)

| 02 LIQUIDITY PROVIDER (DISS-DATA) | |
|---|---|
| 03 ACCEPT-MOVE-TO-GS | O |

O = mandatory, F = optional

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.


Inquiry on VP's basic register of foreign securities (TR20368v)

Purpose:
To display the foreign ISINs that have been transferred to VP via a link and that are registered in VP's base register.

Treatment at the participant:
The transaction is available to all active VP participants.

VP standard system:
D152 can be used.

Processing in VP:
None.

Sʏsᴛᴇᴍ ɢᴜɪᴅᴇ

---

Output:
The following info message is generated:
TI20174v Foreign securities in VP's basic register. DATA FIELDS

| 02 NOTIFICATION | |
|---|---|
|    03 SENDER-REFERENCE | O |

O = mandatory, F = optional

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.


Query on participant's paper filter of foreign securities (TR20369v)

Purpose:
To display the foreign ISINs transferred via a link to VP, with simultaneous automatic registration in each participant's paper filter.

Treatment at the participant:
The requester of the transaction must be AH, KI, PK, FH or ST. Queries can be made on your own paper filter and on other participants' paper filters.

VP standard system:
D153 can be used. 60 ISINs can be displayed at a time. If there are more than 60 ISINs, START FROM ISIN is filled in with the ISIN of the last one displayed. ISO COUNTRY CODE is entered if ISINs with a specific home country are to be displayed.

Processing in VP:
None.

Output:
The following info message is generated:

TI20175v           Foreign securities in the participant's paper filter

DATA FIELDS

| 02 NOTIFICATION | |
|---|---|
|    03 SENDER-REFERENCE | O |
| 02 PARTICIPANT | |
|    03 IDENTIFICATION | O |
| 02 COMMERCIAL PRODUCT | |
|    03 ISIN | / |
| 02 START FROM ISIN.(COMMERCIAL PRODUCT) | |
|    03 ISIN | F |
| 02 COUNTRY | |
|    03 ISO CODE | F |

O = mandatory, F = optional / = Do not fill in



SYSTEM GUIDE

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.

Deleting foreign securities in own paper filter (TD20369v)

Purpose:
To remove the foreign securities from the own paper filter for which the participant wants to be the account holder.

Treatment at the participant:
The transaction is only available to contract holders. For system-to-system transactions, the ISIN is also filled in, while START-FRA-ISIN and LAND are not filled in.

VP standard system:
D153 can be used. Deletion is done by checking the ISINs that you want to delete from your own paper filter.

Processing in VP:
It is checked that the transaction notifier is the contract holder for the participant.

Output:
The following info message is generated:

TI20226v                Deleting foreign securities in the participant's paper filter

DATA FIELDS

| | |
|---|---|
| 02 NOTIFICATION | |
| 03 SENDER-REFERENCE | O |
| 02 PARTICIPANT | |
| 03 IDENTIFICATION | O |
| 02 COMMERCIAL PRODUCT | |
| 03 ISIN | O |
| 02 START FROM ISIN.(COMMERCIAL PRODUCT) | |
| 03 ISIN | / |
| 02 COUNTRY | |
| 03 ISO CODE | / |

O = mandatory, F = optional / = Do not fill in

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.

Setting up foreign securities in own paper filter (TC20380v)

Purpose:
Creating foreign securities in the participant's own paper filter for which the participant no longer wishes to be the account holder.

Treatment at the participant:
The notifier of the transaction must be the contract holder.

VP standard system:
D154 can be used.



SYSTEM GUIDE

Processing in VP:
It is checked that the transaction notifier is the contract holder for the participant.

Output:
The following info message is generated:

TI20170v             New foreign security in the participant's paper filter

DATA FIELDS

| 02 NOTIFICATION | |
|---|---|
|    03 SENDER-REFERENCE | O |
| 02 PARTICIPANT | |
|    03 IDENTIFICATION | O |
| 02 COMMERCIAL PRODUCT | |
|    03 ISIN | O |

O = mandatory, F = optional

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.


Large customer inventory withdrawal request per day shift - batch (TC20234v)

Purpose:
To request information about current holdings in one or more securities accounts belonging to a major customer.

Treatment at the center participant:
The notifier of the transaction must be the data center (DC) of the contract holder.

Please note
•   if a requisition is submitted that is identical in content to one that has already been received, it will be rejected, regardless of whether the 2 requisitions have different sender references or not.

The extract can be requested at the following levels:
•   per data center (DC)
•   per contract holder (AH)
•   per account-holding institute (KI)

For each level, you can choose whether it should be:
•   all accounts or a specific account
•   all ISINs or a range of ISINs

In the transaction, specify as of which settlement day the withdrawal is desired (withdrawal-per-settlement-day). The info will show the closing balance of the settlement day.

For mandatory and optional completion of the transaction fields, see below.

Processing in VP:
If the transaction is approved, the requested information is sent when switching to a new settlement day. Inventory information is only sent if the inventory is greater than 0.



SYSTEM GUIDE

Output:
The following info messages are generated:

TI20065v          Overview of holdings in a securities account per 24-hour shift  – (ST) (DC)

DATA FIELDS

| 02 REVIEW. | |
|---|---|
| 03 SENDER-REFERENCE | O |
| 02 EXTRACT PER SETTLEMENT DAY (SETTLEMENT DAY) | |
| 03 SETTLEMENT DATE | O |
| 02 AGREEMENT HOLDER (PARTICIPANT) | |
| 03 IDENTIFICATION | F |
| 02 KI. (PARTICIPANT) | |
| 03 IDENTIFICATION | F |
| 02 REQUISITION INFORMATION. | |
| 03 SOEG-FROM ACCOUNT NUMBER | F |
| 03 SOEG-FRA-ISIN | F |
| 03 SOEG-TIL-ISIN | F |

O = mandatory, F = optional

If an optional field that has a default value (see field descriptions) is not filled in, it will be inserted upon receipt in VP.


Cancellation of instruct to preadvice for buy-in (TU20191v)

Purpose:
To cancel the instruction for a preadvice according to the applicable buy-in rules from OMX.

Treatment at the center participant:
The notifier of the transaction must be:
•    the original reviewer of the preadvice
•    the custodian of the securities account (KI) being surrendered

Please note
•    The sender reference in the cancel transaction must be equal to the sender reference of the preadvice to which the instruction is to be canceled.

The transaction may only be used when a buyer of shares in accordance with the applicable buy-in rules from OMX wishes to withdraw from a trade.

For mandatory and optional completion of the transaction fields, see below.

Processing in VP:
If the cancel transaction is approved, the instruction is canceled immediately upon receipt. At the same time blanks the validity period code and force marking code information on the preadvice.

Output:
Info messages are created for the parties involved.



S YSTEM GUIDE

DATA FIELDS

| 02 ORIGINAL REVIEWER (PARTICIPANT) | |
|---|---|
| 03 IDENTIFICATION | O |
| 02 ORIGINAL-REVIEW (REVIEW) | |
| 03 SENDER-REFERENCE | O |

O = mandatory, F = optional

Creating a self storage depot (TC20451v)

Purpose:
To register a depot as a holding depot in relation to holding sanctioning.

Treatment at the center participant:
The notifier of the transaction must be:
• the custodian of the securities account (KI) being surrendered

Fund traders' and major clients' own holding depots can be registered with effect for holding sanctioning. Late reported sales are exempt from portfolio sanctioning when the trade is between two of the participant's own proprietary custody accounts that are registered as belonging to the participant. Note that sub-ident numbers can be registered so that trades against your own sub-ident number in e.g. Euroclear Bank can be treated as trades between your own holding depots. It is the responsibility of the fund trader or major customer to ensure that registration takes place via the account-holding institution.

For mandatory and optional completion of the transaction fields, see below. VP

standard system:
D312 is used.

Processing in VP:
Approved reports of securities account numbers are updated in the register of own holding depots for the purpose of holding sanctioning.

Output:
None.

DATA FIELDS

| 02 NOTIFICATION | |
|---|---|
| 03 SENDER-REFERENCE | O |
| 02 TREASURY DEPOT | |
| 03 KI IDENTIFICATION | O |
| 03 WIRE PAPER ACCOUNT NUMBER | O |
| 03 SUB-IDENT NUMBER | F |
| 03 AH OWNER IDENTIFICATION | O |

O = mandatory, F = optional



SYSTEM GUIDE

Request for a self-storage depot (TR20451v)
Objective:
To show depots that are registered as holding depots in relation to holding sanctioning.

Treatment at the center participant:
The notifier of the transaction must be:
• the custodian of the securities account (KI) being surrendered.
• fund trader/major customer who is registered as the owner of a proprietary custody account.

Screw (F02)
The custodian or registered owner can view custody accounts registered as proprietary custody accounts. AH-owner identification, KI-identification, securities account number and any sub-identification number must be specified.
You can thus find out if a depot is registered as a holding depot.

List (F04)
The custodian or registered owner can have custody accounts registered as proprietary custody accounts listed. AH-owner identification, KI-identification, securities account number and possibly sub-identification number can be specified as selection criteria (see below). It is possible to browse the list (the answer to a list is D313) if there are many instances in the answer.
If a depot is to be deleted as a self-storage depot, the list function can be used to find the registered self-storage depots. It is then possible to check the depot to be deleted and press F3 (exit). This returns to the original screen D312, which is filled in with the details of the selected self-storage depot. From here, the registration as a self-storage depot can be deleted as instructed on the screen.

If the query is made by the account-holding institution, either the KI identification or the owner's contract holder must be specified. A list (D313) is then displayed with all registered own custody accounts under the specified KI identification or the specified owner's contract holder.
The query can be limited by filling in multiple fields in the query.
The account-holding institution can only view its own and others' own custody accounts when the custody accounts are held in an account-holding institution under the same contract holder as the requesting account-holding institution. Therefore, a query stating the contract holder ID of a foreign participant must be restricted by stating at least the KI identification.

If the query is made by the owner of the proprietary custody account (Fund traders and large customers), only own proprietary custody accounts can be displayed. The owner's contract holder identification must always be specified. A list (D313) is then displayed with all own custody accounts registered with the specified contract holder as owner.
The query can be limited by filling in multiple fields in the query. If the
query is submitted from data center, the answer is delivered as infoer.

VP standard system:
D312 anvendes. Svaret på en "list" vises i skærmbillede D313.

Processing in VP:
Information on registered own holdings depots for the purpose of holding sanctioning is retrieved according to the entered selection criteria.

Output:
The following info message is generated when submitting the query via data center:
TI20360v Show self-storage depots

DATA FIELDS



SYSTEM GUIDE

| 02 NOTIFICATION | |
|---|---|
| 03 SENDER-REFERENCE | O |
| 02 TREASURY DEPOT | |
| 03 KI IDENTIFICATION | F |
| 03 WIRE PAPER ACCOUNT NUMBER | F |
| 03 SUB-IDENT NUMBER | F |
| 03 AH OWNER IDENTIFICATION | F |

O = mandatory, F = optional


Delete self storage depot (TD20451v)

Purpose:
To delete the registration of a depot as a holding depot in relation to holding sanctioning.

Treatment at the center participant:
The notifier of the transaction must be:
•    the custodian of the securities account (KI)

Proprietary custody accounts of fund traders and major clients can be registered with effect for holding sanctioning. Deletion of this registration can be done with the transaction.

For mandatory and optional completion of the transaction fields, see below. VP

standard system:
D312 is used.

Processing in VP:
Approved reports result in the specified securities account numbers being deleted from the register of own holding depots for the purpose of holding sanctioning.

Output:
None.

DATA FIELDS

| 02 NOTIFICATION | |
|---|---|
| 03 SENDER-REFERENCE | O |
| 02 TREASURY DEPOT | |
| 03 KI IDENTIFICATION | O |
| 03 WIRE PAPER ACCOUNT NUMBER | |
| 03 SUB-IDENT NUMBER | |
| 03 AH OWNER IDENTIFICATION | O |

O = mandatory, F = optional'


Partial delivery of CCP trades in a settlement run

When trading to or from a Central Counterparty (CCP), the VP makes an automated partial delivery in the event of a shortfall in the portfolio. The partial delivery scheme is mandatory.
Currently only partial delivery is made in block 40, but the system is prepared for possible future partial delivery in other blocks.



SYSTEM GUIDE

Partial delivery/split
Når leveringer til eller fra en CCP eller mellem to CCP'er ikke kan gennemføres på grund af manglende inventory, a partial delivery is made.

The partial delivery is done automatically after the inventory check by splitting the uncovered trade into one trade that can be executed and one trade that is deferred to the next possible block. The original trade is canceled as it has been replaced by the two new ones during the split.

The new preadvices are generated from the information in the original preadvice.

The trade for execution is created with the covered quantity and the trade amount is calculated proportionally to the executed quantity and based on the trade amount of the sale. Status/reason is set to 15/3 (ready for settlement/instruction received).

The trade that cannot be executed (postponed) is created with the remaining quantity and the remaining trade amount based on the trade amount of the sale. The status/reason is set on the exit side to 15/1 (ready to settle/lack of cover in inventory) and on the entry side to 15/10 (ready to settle/not executed due to counter entry). CCP trades not executed by block 40 are deferred directly to block 10 on the following settlement day.

The two new trades are assigned new sender credentials, som genereres af VP. I feltet "ekstern posteringstekst" i de nye handler indsættes teksten CCP followed by the original reviewer and the original reference number (CCP 01111-REFERENCENUMBER).

The original preadvice that is canceled will be marked with status/reason 11/63 (trade canceled/CCP–partial delivery).

All information other than the above will be copied from the original preadvice in the two new preadvices.

The partial delivery process may also result in a CCP trade that was postponed by the regular inventory control being revived in its entirety. This is not considered a partial delivery in relation to the above-mentioned status -
/årsagskoder og posteringstekst ligesom de nedennævnte info'er om opsplitning   is of course not formed. It is therefore not visible to the participant that the trade was initially postponed during the inventory check.

Orientation on splitting for partial delivery
The parties involved are informed with new info about the splitting of the original deal.
It is important that this information in the data centers is processed before the other information from the settlement run, as it informs about new reference numbers that will appear in the other information about the trades.
• TI201141 regarding the split is sent to the parties involved.
  The info contains information about the original sender reference and the newly assigned references to the preadvice for implementation and preadvice for postponement respectively. View the data content in the info structure.
• TI201151 regarding the changed liquidity is sent to the involved payers. The info contains information about the changed liquidity derived from the split.
  View the data content in the info structure.

As block 40 is the last settlement block for CCP trades, these trades will never be included in the later blocks of the day. Therefore, when searching for block 40, the earliest possible settlement block will be block 10 on the following settlement day.

Sub-delivery of CCP trades takes place after the regular inventory control. Therefore, received beholdninger fra delleveringer kun bruges til leveringer til eller fra CCP'er.



SYSTEM GUIDE

Selection order of trades for partial delivery
If between a specific custodian and a specific CCP there are both buys and sells that have been deferred from the inventory control due to lack of coverage, the covered inventory will be executed and the difference will be included in the partial delivery process with the possibility of execution.

If there are multiple eligible sales when attempting partial delivery, they will be selected according to the following criteria in the order listed:
Oldest trade date.
Largest trade amount.

Minimum amount for partial delivery
A minimum amount is set for a partial delivery. The trade amount in the trade that can be part-delivered must be at least 50,000 DKK.

## Interest and dividend features

### Establishing currency correction amounts (TC20102v)

Purpose:
To report a correction amount between two currencies.
The correction amount is used when converting to base currency (Danish kroner) for reporting to SKAT.

Treatment at the center participant:
It is the custodian institution that can report the correction amount. The account-holding institution can also choose to use the correction amount set by the Danish Bankers Association, and then does not have to report a correction amount itself.

Participant identification must be the money account manager.

Both the currency being corrected from and the currency being corrected to must be set up as currencies that Danmarks Nationalbank clears in.

The start time must be filled in with a date and takes effect at the start of the

day. The end time can be filled in with a date and takes effect at the end of the

day.

The rate is the rate to be deducted from/added to the official exchange rate. The rate must be greater than or equal to 0.

It is subsequently checked that the reported correction amount is correct.

Processing in VP:
Check that the reporting participant is authorized to report correction amounts on behalf of the cash account holder.

When creating a new correction amount with a future date, the end time of the previously reported correction amount is set equal to the new start time.

Output:
The following info messages are generated:



S YSTEM GUIDE

TI20109v           Establishing currency correction (PK)
TI20112v           Establishment of currency correction                    Financial
                   Council                      (for all PCs)
TI20141v           Closing currency correction (PK)
TI20113v           Currency correction closure Financial       Council (for all PCs)

DATA FIELDS

| 02 NOTIFICATION | |
|---|---|
|    03 SENDER-REFERENCE | O |
| 02 PARTICIPANTS. | |
|    03 IDENTIFICATION | O |
| 02 CURRENCY-FROM (CURRENCY) | |
|    03 ISO CODE | O |
| 02 CURRENCY-TO. (CURRENCY) | |
|    03 ISO CODE | O |
| 02 CURRENCY CORRECTION. | |
|    03 START TIME | O |
|    03 END TIME | / |
|    03 SATS | O |
|    03 ADD-DEDUCTION CODE | O |

O = mandatory, F = optional, / = do not fill in

An optional field that is not filled in will automatically be filled in with the default value when received in VP. (See field descriptions)


Change of currency correction amount (TU20102v)

Purpose:
To change an already established correction amount.

Treatment at the center participant:
The cash holding institution may change the correction amount up to and including the start date

of the interest period. The rate to be deducted/added to the official exchange rate must be greater

than or equal to 0. It is subsequently checked that the change is correct.

Processing in VP:
Check that the reporting participant is authorized to report correction amounts on behalf of the cash account operator.

Changing the correction amount can only be done if the start time is in the

future. Output:
The following info messages are generated:

TI20118v           Change in currency correction (PK)
TI20132v           Change currency correction - Financial Council (for all PCs)

DATA FIELDS

| 02 NOTIFICATION | |
|---|---|



SYSTEM GUIDE

| | | |
|---|---|---|
| | 03 SENDER-REFERENCE | O |
| 02 PARTICIPANT. | | |
| | 03 IDENTIFICATION | O |
| 02 CURRENCY-FROM (CURRENCY) | | |
| | 03 ISO CODE | O |
| 02 CURRENCY-TO. (CURRENCY) | | |
| | 03 ISO CODE | O |
| 02 CURRENCY CORRECTION. | | |
| | 03 START TIME | O |
| | 03 END TIME | / |
| | 03 SATS | O |
| | 03 ADD-DEDUCTION CODE | O |

O = mandatory, F = optional, / = do not fill in

An optional field that is not filled in will automatically be filled in with the default value when received in VP. (See field descriptions)


Deleting currency correction amounts (TD20102v)

Purpose:
To delete a correction amount between two currencies.

Treatment at the center participant:
The custodian institution can delete already established correction amounts.

The end date must be filled in with the date from which the current rate may no longer be used. The end date must be future.

If the correction amount to be deleted has a future date, check that the correction amount is deleted, otherwise check that the end time is set to the end of the reported day.

Processing in VP:
It is verified that the notifier is a financial institution.

If it is a future correction amount that is deleted, the current correction amount is used for another period.

If a current correction amount is deleted and no new amount is reported, the Danish Bankers Association's correction amount for the next period is used for conversion from a currency to Danish kroner.

Output:
The following info messages are generated:

| | | |
|---|---|---|
| TI20141v | Closing currency correction (PK) | |
| TI20113v | Currency correction closure Financial | Council (for |
| | all PCs) | |

DATA FIELDS

| | | |
|---|---|---|
| 02 NOTIFICATION | | |
| | 03 SENDER-REFERENCE | O |
| 02 PARTICIPANT. | | |



SYSTEM GUIDE

| | 03 IDENTIFICATION | O | |
|---|---|---|---|



SYSTEM GUIDE

| | | |
|---|---|---|
| 02 CURRENCY-FROM (CURRENCY) | | |
| | 03 ISO CODE | O |
| 02 CURRENCY-TO. (CURRENCY) | | |
| | 03 ISO CODE | O |
| 02 CURRENCY CORRECTION. | | |
| | 03 START TIME | O |
| | 03 END TIME | O |
| | 03 SATS | / |
| | 03 ADD-DEDUCTION CODE | / |

O = mandatory, F = optional, / = do not fill in

An optional field that is not filled in will automatically be filled in with the default value when received in VP. (See field descriptions)


Currency correction amount request (TR20102v)

Purpose:
To request a correction amount between two exchange rates.

Treatment at the center participant:
Anyone can request the Danish Bankers Association's correction amount. Individual cash account managers can only query their own correction amounts.

If a specific correction amount between two currencies is requested, the start time must be filled in. If the start time is not filled in, the current correction amount will be provided.

Processing in VP:
If there are multiple correction amounts between two currencies and the start time is not specified, the current correction amount will be stated in the response.

Output:
Answer to the query. DATA

FIELDS

| | | |
|---|---|---|
| 02 NOTIFICATION | | |
| | 03 SENDER-REFERENCE | O |
| 02 PARTICIPANTS. | | |
| | 03 IDENTIFICATION | O |
| 02 CURRENCY-FROM (CURRENCY) | | |
| | 03 ISO CODE | |
| 02 CURRENCY-TO. (CURRENCY) | | |
| | 03 ISO CODE | O |
| 02 CURRENCY CORRECTION. | | |
| | 03 START TIME | |
| | 03 END TIME | / |
| | 03 SATS | / |
| | 03 ADD-DEDUCTION CODE | / |

O = mandatory, F = optional, / = do not fill in



SYSTEM GUIDE

An optional field that is not filled in will automatically be filled in with the default value when received in VP. (See field descriptions)

Interest rate migration (TU20103v)

Objective:
To move interest between two securities accounts' money accounts for proceeds. The interest transfer can be done after the interest calculation has taken place and until December 30th of the year in which the interest is reported to SKAT.

Treatment at the center participant:
The participant identifier must be the custodian of the securities account or custodian related.

In the period between the interest calculation and the formation of the payment method, interest can be moved with effect for the payment method.

If the interest rate transfer does not take place until after the payment has been made, the transfer will only affect the reporting to SKAT.

If the interest is in a currency other than the base currency (Danish kroner), the converted amount in the base currency must also be stated if the transfer takes place after the disposition date.

For example, moving interest will be necessary in situations where a trade for settlement at the time of interest calculation has not been settled as intended, or where changes to the return account in the securities account have not been corrected as intended.

Processing in VP:
It is checked that the participant is allowed to move the interest from the securities account.

The interest transfer is updated immediately and is given the arrival time as the effective date.

Output:
The following info messages are generated:

TI20127v          Interest rate floating (KI)
TI20177v          Liquidity issues (PK)
TI20178v          Increase in liquidity (PK)
TI20182v          Net impact on liquidity per disposition day (PK)

DATA FIELDS

| 02 NOTIFICATION | |
|---|---|
| 03 SENDER-REFERENCE | O |
| 02 SENDER ACCOUNT | |
| 03 PARTICIPANT | |
| 04 IDENTIFICATION | O |
| 03 SECURITIES ACCOUNT. | |
| 04 NUMBER | O |
| 03 PAYMENT LOCATION. | |
| 04 REGISTRATION NUMBER | O |
| 03 CASH ACCOUNT CLASSIFICATION. | |
| 04 TYPE | O |
| 03 CASH-ACCOUNT-FOR-PROCEEDS. | |



| | | |
|---|---|---|
| | 04 NUMBER | O |
| 02 RECEIVING ACCOUNT | | |
| | 03 PARTICIPANTS. | |
| | 04 IDENTIFICATION | O |
| | 03 SECURITIES ACCOUNT. | |
| | 04 NUMBER | O |
| | 03 PAYMENT LOCATION. | |
| | 04 REGISTRATION NUMBER | F |
| | 03 CASH ACCOUNT CLASSIFICATION. | |
| | 04 TYPE | F |
| | 03 CASH-ACCOUNT-FOR-PROCEEDS. | |
| | 04 NUMBER | F |
| 02 COMMERCIAL PRODUCT. | | |
| | 03 ISIN | O |
| 02 DECAY-OF-PROCEEDS. | | |
| | 03 DUE DATE | O |
| 02 VALUE. | | |
| | 03 ISO CODE | O |
| 02 SAMPLE TYPE. | | |
| | 03 CODE | O |
| 02 PROVENU. | | |
| | 03 CONVERTED-BELOEB | O/F |
| | 03 PAID-OUT-AMOUNT | O |

O = mandatory, F = optional, / = do not fill in
An optional field that is not filled in will automatically be filled in with the default value when received in VP. (See field descriptions)


Correction of converted interest or gross dividend amount (TC20104v)

Purpose:
To correct a converted interest or gross dividend amount when the automatically converted value in the base currency (Danish Kroner) does not correspond to the actual amount paid out.

Treatment at the center participant:
The account-keeping institution and the cash account-keeping institution can correct the converted amount in a securities account.

The participant identification must be the custodian of the securities account or related account or cash account of the place of payment where the amount is due for payment.

The amounts can be adjusted after the disposition date until 30/12 of the year in which any reporting to tax is made.

The correction will affect the reporting to SKAT and will appear in the annual

statement. Processing in VP:
It is checked that the participant is allowed to correct the amount in the securities account.

Output:
The following info messages are generated:

TI20128v            Correction of interest and gross yield (KI, PK)



S YSTEM GUIDE

DATA FIELDS

| | |
|---|---|
| 02 PARTICIPANTS. | |
| 03 IDENTIFICATION | O |
| 02 NOTIFICATION | |
| 03 SENDER-REFERENCE | O |
| 02 SECURITIES ACCOUNT. | |
| 03 NUMBER | O |
| 02 COMMERCIAL PRODUCT. | |
| 03 ISIN | O |
| 02 SAMPLE TYPE. | |
| 03 CODE | O |
| 02 DECAY-OF-PROCEEDS. | |
| 03 DUE DATE | O |
| 02 PAYMENT LOCATION. | |
| 03 REGISTRATION NUMBER | O |
| 02 CASH ACCOUNT CLASSIFICATION. | |
| 03 TYPE | O |
| 02 CASH-ACCOUNT-FOR-PROCEEDS. | |
| 03 NUMBER | O |
| 02 PROVENU. | |
| 03 CONVERTED-BELOEB | O |

O = mandatory, F = optional, ⁄ = do not fill in

An optional field that is not filled in will automatically be filled in with the default value when received in VP. (See field descriptions)

Establishing a cross rate for a trading product (TC20105v)

Purpose:
To report a cross rate for a trading product. Used when interest is paid in a different currency than the currency in which the trading product is issued.

Treatment at the center participant:
The issuing institution must report the cross rate. The cross rate

must be greater than or equal to zero.

The cross rate code indicates whether the cross rate is fixed or variable throughout the period. If the cross rate is fixed, the same cross rate is used for all interest payments, otherwise the cross rate registered at the time of interest calculation is used.

The start date must be future or current date. If interest characteristics have been created, the date must be equal to a start date in an interest period.

A default account grouping must be set up in the currency in which the cross rate is

established. It is subsequently checked that the reported cross rate is correct.



SYSTEM GUIDE

Processing in VP:
The cross price is published at the time of establishment or at the same time as the trading product is published.

It is controlled,
• that the trading product is established.
• that the cross rate is greater than or equal to zero.
• the start date is a future date or today's date. If interest characteristics have been created, the date must be equal to a start date in an interest period.
• that a default account grouping has been created in the currency in which the cross rate is established.

Output:
The following info messages are generated:

TI20119v          Establishing a cross rate for a trading product (UD)
TI20151v          Establishing a cross rate for a trading product, copy (DC)

DATA FIELDS

| | |
|---|---|
| 02 NOTIFICATION | |
| 03 SENDER-REFERENCE | O |
| 02 COMMERCIAL PRODUCT | |
| 03 ISIN | O |
| 02 VALUE. | |
| 03 ISO CODE | O |
| 02 PAYMENT-IN-OTHER-CURRENCY. | |
| 03 START DATE | O |
| 03 CRYSTAL COURSE | O |
| 03 CROSS-REFERENCE CODE | O |

O = mandatory, F = optional, / = do not fill in

An optional field that is not filled in will automatically be filled in with the default value when received in VP. (See field descriptions)

Changing the cross rate of a trading product (TU20105v)

Purpose:
To change an already established cross rate for a trading product.

Treatment at the center participant:
The issuing institution may change the cross rate up to and including the start date of

the interest period. The cross rate must be greater than or equal to zero.

The start date cannot be changed.

It is subsequently checked that the changed cross rate is correct.

Processing in VP:
It is verified that the trading product is established and that the notifier is the issuer of the trading product.



SYSTEM GUIDE

---

If the currency is changed, check that a default account grouping has been created in the currency being changed to.

The cross price is published at the time of the change or at the same time as the trading product is published.

Output:
The following info messages are generated:

TI20120v          Change of cross rate for a trading product (UD)
TI20152v          Cross rate change for a trading product, copy (DC)

DATA FIELDS

| 02 NOTIFICATION | |
|---|---|
| 03 SENDER-REFERENCE | O |
| 02 COMMERCIAL PRODUCT | |
| 03 ISIN | O |
| 02 VALUE. | |
| 03 ISO CODE | O |
| 02 PAYMENT-IN-OTHER-CURRENCY. | |
| 03 START DATE | O |
| 03 CRYSTAL COURSE | O |
| 03 CROSS-REFERENCE CODE | O |

O = mandatory, F = optional, / = do not fill in

An optional field that is not filled in will automatically be filled in with the default value when received in VP. (See field descriptions)

Deleting the cross rate for a trading product (TD20105v)

Purpose:
To delete a cross rate for a trading product.

Treatment at the center participant:
The issuing institution can delete the cross rate up to and including the start date of the next

interest period. It is subsequently checked that the cross rate has been deleted.

Processing in VP:
It is verified that the trading product is established and that the notifier is the issuer of the trading product.

If the cross rate for the first interest period is deleted, it is checked that a default account grouping has been established in the issue currency of the trading product.

The deletion of the cross rate is published at the time of deletion if the trading product is published, otherwise not.

Output:
The following info messages are generated:

TI20121v          Deleting a cross rate for a trading product (UD)
TI20153v          Deleting a cross rate for a trading product, copy (DC)

S YSTEM GUIDE

---

DATA FIELDS

| 02 NOTIFICATION | |
|---|---|
| 03 SENDER-REFERENCE | O |
| 02 COMMERCIAL PRODUCT | |
| 03 ISIN | O |
| 02 VALUE. | |
| 03 ISO CODE | O |
| 02 PAYMENT-IN-OTHER-CURRENCY. | |
| 03 START DATE | O |
| 03 CRYSTAL COURSE | / |
| 03 CROSS-REFERENCE CODE | / |

O = mandatory, F = optional, / = do not fill in

An optional field that is not filled in will automatically be filled in with the default value when received in VP. (See field descriptions)


Cross rate request for a trading product (TR20105v)

Purpose:
To query a cross rate for a trading product.

Treatment at the center participant:
Anyone can query the cross rate. If a past or future cross rate is requested, the start date must be specified, otherwise the current cross rate is given.

Processing in VP:
If there are multiple cross rates for the trading product and the start date is not specified, the current cross rate will be provided in the response.

Output:
Answer to the query. DATA

FIELDS

| 02 NOTIFICATION | |
|---|---|
| 03 SENDER-REFERENCE | O |
| 02 COMMERCIAL PRODUCT | |
| 03 ISIN | O |
| 02 VALUE. | |
| 03 ISO CODE | O |
| 02 PAYMENT-IN-OTHER-CURRENCY. | |
| 03 START DATE | O |
| 03 CRYSTAL COURSE | / |
| 03 CROSS-REFERENCE CODE | / |

O = mandatory, F = optional, / = do not fill in

An optional field that is not filled in will automatically be filled in with the default value when received in VP. (See field descriptions)



SYSTEM GUIDE

Currency quote request (TR20106v)

Purpose:
To request a currency quote.

Treatment at the center participant:
Anyone can request a currency quote.

When filling in the base currency and the desired currency, the last recorded currency quote is

displayed. You can scroll back to the previous quotation time for this currency quotation.

Processing in VP:
If there are multiple currency quotes and the quote time is not specified, the current currency quote
will be shown.

Output:
Answer to the query. DATA

FIELDS

| 02 PARTICIPANT | |
|---|---|
| 03 IDENTIFICATION | F |
| 02 VALUE | |
| 03 ISO CODE | O |
| 02 VALUE | |
| 03 ISO CODE | O |
| 02 CURRENCY QUOTATION | |
| 03 LISTING DATE | / |
| 03 COURSE | / |

O = mandatory, F = optional, / = do not fill in

An optional field that is not filled in will automatically be filled in with the default value when received
in VP. (See field descriptions)

Index factor query (TR20107v)

Purpose:
To query index and correction factor on index securities.

Treatment at the center participant:
Anyone can request an index and correction factor. If a past or future index and correction factor is
requested, the start date for these can be specified. You can browse to the desired index and correction
factor's start period.

Output:
Answer to the query. DATA

FIELDS

| 02 INDEX TYPE. | |
|---|---|
| 03 NUMBER | O |
| 02 INDEX. | |
| 03 TIME POINT | F |



SYSTEM GUIDE

| | 03 FACTOR | F |
|---|---|---|
| | 03 CORRECTION FACTOR | F |

O = mandatory, F = optional, ∕ = do not fill in

An optional field that is not filled in will automatically be filled in with the default value when received in VP. (See field descriptions)


Request for revenue (TR20113v)

Purpose:
To request proceeds associated with a securities account.

Treatment at the center participant:
The custodian may query the proceeds after they have been calculated and until they are deleted from the securities account.

Output:
The following info messages are generated:

TI20155v              Answer to query, revenue (KI)

DATA FIELDS

| 02 REVIEW. | |
|---|---|
|    03 SENDER-REFERENCE | O |
| 02 PARTICIPANT. | |
|    03 IDENTIFICATION | O |
| 02 SECURITIES ACCOUNT. | |
|    03 NUMBER | O |
| 02 COMMERCIAL PRODUCT. | |
|    03 ISIN | O |
| 02 SAMPLE TYPE. | |
|    03 CODE | O |
| 02 DECAY-OF-PROCEEDS. | |
|    03 DUE DATE | F |

O = mandatory, F = optional, ∕ = do not fill in

An optional field that is not filled in will automatically be filled in with the default value when received in VP. (See field descriptions)


Query on revenue movements (TR20114v)

Purpose:
To query revenue movements made on a securities account.

Treatment at the center participant:
The custodian can query proceeds movements on a securities account until the proceeds are deleted.

Output:
The following info messages are generated:



SYSTEM GUIDE

---

TI20156v          Answer to question, revenue movements (KI)

DATA FIELDS

| | |
|---|---|
| 02 REVIEW. | |
|  03 SENDER-REFERENCE | O |
| 02 PARTICIPANT. | |
|  03 IDENTIFICATION | O |
| 02 SECURITIES ACCOUNT. | |
|  03 NUMBER | O |
| 02 COMMERCIAL PRODUCT. | |
|  03 ISIN | O |
| 02 DECAY-OF-PROCEEDS. | |
|  03 DUE DATE | O |
| 02 SAMPLE TYPE. | |
|  03 CODE | O |

O = mandatory, F = optional, ∕ = do not fill in

An optional field that is not filled in will automatically be filled in with the default value when received in VP. (See field descriptions)


## Account groupings

Account grouping, general.
The issuing institution issuing bonds must for each currency establish a default account grouping for interest and drawn units (account type) in which the proceeds are to be settled. Account groupings must be established before VP performs interest calculations or withdrawals.

In addition, non-default account groupings can be established for the currencies and account types (withdrawal, interest) for which the institution has already established a default account grouping.

For non-default account grouping, you can specify a period for which the account grouping should apply. For default account grouping, a start date equal to the current date must be specified, but the end date must not be specified.

VP uses the account grouping that has the same currency as the currency in which the proceeds are to be settled for the account type in question (withdrawal, interest).

Non-default account grouping is used for the trading products associated with it if the start date has been reached and the end date has not yet been reached.

In all other cases, default account grouping will be used.

A trading product can only be linked to a non-default account grouping if it is not already linked to another non-default account grouping in the same currency and account type covering the same or part of the period.

The trading product must be linked per account type (withdrawal, interest) in the currency in which the proceeds are to be settled.

SYSTEM GUIDE

If you want to replace a default account grouping with a new default account grouping, the new account grouping will be established as the default account grouping. The existing default account grouping will automatically be changed to a non-default.

Example of account grouping. Example no. 1



In this example, the trading product is assigned to account grouping #2 and #4. The system does not allow you to assign the trading product to account grouping no. 3 because there are overlapping periods (account grouping no. 2 and no. 3).

The issue currency of the trading product is in DKK, interest and withdrawn units must be settled in DKK.

The following account groupings are used when calculating interest and creating the payment basis for withdrawals:
•    termin1    .4.x0, account grouping no. 1 is used.
•    termin1    .7.x0, account grouping no. 2 is used.
•    termin1    .10.x0, account grouping no. 1 is used.
•    term1    .1.x1 and onwards, account grouping no. 4 is used.

Example no. 2



SYSTEM GUIDE



In this example, the trading product is assigned to account groupings #3, #4 and #5.

The issue currency of the trading product is DKK and the interest must be settled in NOK on 1.10.x0.
A cross rate has been established from 1.7.x0 and onwards.

The following account groupings are used when calculating interest:
• At the end of April 1.4.x0, account grouping no. 1 is used.
• Term 1.7.x0, account grouping no. 3 is used.
• Term 1.10.x0, account grouping no. 2 is used. [*)]
• From 1.1.x1 and onwards, account grouping no. 5 is used.

Setting up account grouping (TC20110v)

Objective:
To establish a group of accounts with associated percentage distribution for the purpose of a periodic
payment of interest or of withdrawn shares.

---

[*)] *If there are overlapping periods between two account groupings, VP will use the account grouping in which the interest is to be settled.*



SYSTEM GUIDE

Treatment at the center participant:
Only one currency can be mapped per account grouping and all debit accounts mapped must have the same currency as the account grouping. The percentage for each debit account must be specified and the sum must be 100%.

It will be the debit account(s) registered by the issuer with VP that can be used in accordance with the issuer's contractual relationship with VP.

The identification of an account grouping must be unique within the issuer and chosen by the issuer itself.

Only one account grouping can be created with the code default per account type (withdrawal, interest) per currency.

For interest only:
When establishing account grouping, changes can be made to the calculated proceeds that have not yet been paid. This is described in more detail in section 2.

You cannot set an end date on a default account grouping.

For default account grouping, the start date must be today's date. For non-default account grouping, the start date must be today's date or a future date.

Processing in VP:
It is controlled,
• A default account grouping with the same account type (withdrawal, interest) and currency is established when a non-default account grouping is to be established.
• that debit accounts associated with an account grouping have the same currency as the account grouping.
• that the start date is today's date for a default account grouping.
• that the start date is today's date or a future date for a non-default account grouping.
• the end date is not set for a default account grouping.
• that the sum of percentages for reported account reference numbers is 100%.

Output:
The following info messages are generated:

| | |
|---|---|
| TI20122v | Setting up account grouping (UD) |
| TI20123v | Changing account grouping (UD) |
| TI20136v | Cash withdrawals per debit account in an account group (UD) |
| TI20107v | Increase in liquidity in a debit interest account (PK) |
| TI20168v | Liquidity issues in a debit interest account (PK) |
| TI20182v | Net impact in liquidity per settlement run (PK) |

DATA FIELDS

| | |
|---|---|
| 02 NOTIFICATION | |
| 03 SENDER-REFERENCE | O |
| 02 PARTICIPANT | |
| 03 IDENTIFICATION | O |
| 02 ACCOUNT GROUPING. | |
| 03 IDENTIFICATION | O |
| 03 CODE | F 1) |
| 03 START DATE | O |
| 03 END DATE | F 2) |
| 02 ACCOUNT TYPE. | |



SYSTEM GUIDE

| | | |
|---|---|---|
| | 03 CODE | O |
| 02 VALUE. | | |
| | 03 ISO CODE | O |
| 02 CONTOGROUP (20 instances) | | |
| | 03 PAYMENT LOCATION. | |
| | 04 REGISTRATION NUMBER | O |
| | 03 ACCOUNT REFERENCE. | |
| | 04 NUMBER | O |
| | 03 PERCENTAGE-DISTRIBUTION-BY-ACCOUNTS. | |
| | 04 PERCENT | O |

O = mandatory, F = optional, / = do not fill in

An optional field that is not filled in will automatically be filled in with the default value when received in VP. (See field descriptions)

1)    This field is mandatory if a default account grouping has not been established with the same account type and currency.

2)    Do not fill in for a default account grouping.

Change of account grouping (TU20110v)

Purpose:
To change an account grouping for interest or withdrawn shares.

Treatment at the center participant:
The issuing institution can change the composition of debit accounts, percentage distribution, account grouping code. In addition, the start and end date can be changed for non-default account groupings.

New debit accounts can be added if the sum of percentages is 100.

If a debit account is to be changed to another debit account, change the percentage of the debit account to be deleted to 0. The new debit account is added. Then the debit account with the percentage 0 can be removed using the "Remove debit accounts from account grouping" transaction.

For interest only:
When changing account grouping, changes may be made to the calculated revenue that has not yet been paid. This is described in more detail in section 3.

For a default account grouping, the start date must not be changed and the end date must not be filled in. For non-default account grouping, the start date must be today's date or a future date.

The percentage for each account must be specified and the sum must be

100%. The information on an account grouping cannot be changed once the

end date has been reached.
Account grouping code can be changed from non-default to default, but not from default to non-default.

Processing in VP:
It is controlled,



SYSTEM GUIDE

- that debit accounts associated with an account grouping have the same currency as the account grouping.
- that the start date has not changed for a default account grouping.
- that the start date is today's date or a future date for a non-default account grouping.