# Exhibit 27, Part 13 of 15

 SYSTEMVEJLEDNING

Punkterne skal betragtes som minimumskrav til beredskabsplanen. Andre forhold hos centraldeltageren kan gøre, at yderligere punkter skal fastlægges i beredskabsplanen.

Nøglepunkter
- intern kommunikation/koordination
- bemanding af nødvendige funktioner
- indrapportering af preadvice
- sikring af afvikling af handler
- sikring af gennemførelse af betalingsformidling - handel
- sikring af gennemførelse af betalingsformidling - periodiske betalinger
- opdatering af trækningsmaksima i Danmarks Nationalbank eller Den Europæiske Centralbank (EUR)
- opdatering af trækningsmaksima på pengeinstitutkonti
- kontakt til handelspartnere mv.
- løsning af interne problemer
- kontakt til nøglepersoner

Bemærkninger til nøglepunkterne:

## 1. Intern kommunikation/koordination
Beredskabsplanen kan indeholde en beskrivelse af nøglefunktioner ved en driftsforstyrrelse. Ud fra disse beskrives, hvordan der kommunikeres mellem funktioner/personer.
- hvem har ansvaret for kommunikation og koordination?
- hvordan foretages kommunikationen?
- hvem skal have information om situationen?
- hvordan koordineres arbejdet f.eks. mellem filialer og hovedkontor?

## 2. Bemanding af nødvendige funktioner
Planen bør indeholde en oversigt over, hvilke funktioner/afdelinger der skal bemandes ud over normal arbejdstid for at sikre indrapportering af de nødvendige transaktioner.

Varsling af eventuelt overarbejde påhviler den enkelte centraldeltager.

## 3. Indrapportering af preadvice
Centraldeltageren skal ved passende forretningsgange sikre, at de nødvendige transaktioner kan opdateres i VP's registre. Dette kan ske enten ved indrapportering til batchopsamling i eget datacenter (indrapportering i normal åbningstid) eller ved at sende den nødvendige dokumentation til den funktion, man ifølge beredskabsplanen har besluttet, skal være på plads, når VP har on-line åbent.

Funktionen kan være centraldeltagerens centrale fonds-/depotafdeling.

Inden indsendelse til anden funktion skal det kontrolleres, om denne kan opdatere på de berørte konti (opdateringsrelation).

## 4. Sikring af afvikling af handler
Afviklingsansvarlige skal ved bemanding af de nødvendige funktioner sikre, at handler kan gennemføres, og at eventuelle rettelser kan foretages, når VP har on-line åbent.

I bemandingsplanlægningen skal der tages højde for, at medarbejderne har de nødvendige autorisationer til indrapporteringer.

## 5. Sikring af gennemførelse af betalingsformidling - handel
Afviklingsansvarlige skal ved bemanding af nødvendige funktioner sikre, at eventuelle pengeovertræk kan løses hurtigst muligt.

 **S**YSTEM**V**EJLEDNING

I relation til gennemførelse af betalingsformidlingen skal afviklingsansvarlige og pengeinstitutter i størst muligt omfang sørge for, at de nødvendige funktioner er bemandet, alternativt at pengesiden kommer på plads inden for normal åbningstid.

Bemandingen skal planlægges under hensyntagen til den af Nationalbanken meddelte åbningstid.

## 6. Sikring af gennemførelse af betalingsformidling - periodiske betalinger

Udstedere og aktieudstedende institutter skal ligeledes sikre sig, at der for det fornødne pengetræk hos en primær betalingsstiller er stillet et trækningsmaksimum til rådighed over for udstederen/aktieselskabet. Trækningsmaksimum kan evt. indrapporteres af VP på foranledning af den primære betalingsstiller.

## 7. Opdatering af trækningsmaksima i Danmarks Nationalbank

Afviklingsansvarlige skal ved planlægning sikre, at trækningsmaksima i Danmarks Nationalbank og Den Europæiske Centralbank kan opdateres. Man bør især være opmærksom på, at de nødvendige garantier kan stilles. Derfor skal der tages kontakt med likviditets- og kreditafdelingen i det pengeinstitut, man samarbejder med. I den forbindelse skal man være opmærksom på åbningstiden i denne afdeling.

## 8. Opdatering af trækningsmaksima på pengeinstitutkonti

Centraldeltagere, der betalingsformidler via pengeinstitutkonti, skal i deres beredskabsplan tage højde for, at trækningsmaksima skal opdateres (aftales) inden for pengeinstitutternes normale åbningstid. Pengeinstituttet kan, hvis det ikke er muligt at opdatere trækket direkte i systemet, indsende en garanti til VP for, hvor meget der kan trækkes på den pågældende konto. Så indlægger VP oplysningerne i systemet.

Centraldeltagerens beredskabsplan skal dog indeholde tiltag, der i størst muligt omfang giver adgang til forlods at foretage denne opdatering.

## 9. Kontakt til handelspartnere mv.

Centraldeltagerens (afviklingsansvarliges) beredskabsplan bør indeholde planer for, hvordan handelsparterne, kontoførende institutter, likviditetsafdelinger og andre, man er afhængig af, kontaktes for at aftale, hvorledes tingene gennemføres.

Modtager centraldeltageren uddata via datacenter, skal dette også kontaktes for at aftale procedure for modtagelse af uddata.

Beredskabsplanen skal også indeholde oplysninger om, hvordan man kontakter større institutionelle investorer og aftaler betaling fra dem. Det skal også fastslås, hvad man eventuelt ønsker at bruge som dokumentation for handelens afvikling.

## 10. Løsning af interne problemer

Planen bør indeholde en oversigt over de interne problemer, centraldeltageren og datacentret skal tage stilling til i den konkrete situation. Planen skal skitsere, hvilke problemer der kan løses uafhængigt af andre centraldeltagere.

Problemerne kan være:
- behandling af uddata på afvigende tidspunkter
- behandling af uddata, når den samme liste modtages flere gange inden for samme kalenderdøgn, men med forskellige produktionsdage (datacenter)
- afsendelse af batches (datacenter)
- opsamling af transaktioner/batches til senere afsendelse
- information til egen organisation
- information til eksterne brugere (datacenter)



SYSTEMVEJLEDNING

---

- behandling af infoer på afvigende tidspunkter

**11. Kontakt til nøglepersoner**
Planen bør indeholde en oversigt over centraldeltagerens nøglefunktioner og nøglepersoner i relation til de opståede problemer.

## Beredskabsplan for tilbagekaldelse af periodiske betalinger

Beredskabsplan for tilbagekaldelse af periodiske betalinger er beskrevet følgende steder i Systemvejledningen:

- Beredskabsplan for tilbagekaldelse af rente     - afsnit 05
- Beredskabsplan for tilbagekaldelse af udtrækningsprovenu     - afsnit 06
- Procedure for tilbagekaldelse af udbytte     - afsnit 11
- Betalinger fra corporate actions     - afsnit 120

## Oversigt oer afviklingsdøgn i VP (DEMO Test)

| DEMO tider | |
|---|---|
| | De angivne demotider i dette afsnit er normaltider for VP's demo-test. |
| | |
| | Når VP gennemfører ekstern test, kan det forekomme, at Danmarks Nationalbank leverer trækningsmaksima til de deltagere, som er oprettet som primære betalingsstillere i demo-test. Det angivne tidspunkt for trækningsmaksima er det seneste tidspunkt for modtagelsen i VP. Deltagere skal forud have overført beløb til deres konti i Danmarks Nationalbank senest 5 minutter før de angivne tider. Til handelsafvikling blok 10 skal beløb være overført inden 15.45. Overførte beløb efter dette tidspunkt og indtil handelsafvikling blok 30 er afviklet, vil ikke få indflydelse på de trækningsmaksima VP modtager. |
| | |
| 14.00 | DN leverer trækningsmaksima til periodisk afvikling blok 5 |
| | |
| 14.50 | DN leverer trækningsmaksima til handelsafvikling blok 10 |
| | |
| 15.50 | Børskurser modtages fra NASDAQ OMX. |
| | |
| 15.00 | Afvikling af periodisk afvikling blok 5 vedrørende næste afviklingsdag (valuta DKK). |
| | |
| | Positivliste kan ikke længere ændres. |
| | |
| 15.10 | DN leverer trækningsmaksima til handelsafvikling blok 10 korrigeret med likviditetspåvirkning fra periodisk afvikling blok 5. |
| | |
| 15.30 | VP skifter afviklingsdøgn |
| | |
| | Der beregnes ny værdi af samtlige sikkerhedsretsaftaler. |
| | |
| | Konto-opdateringer. |
| | |



---



**SYSTEMVEJLEDNING**

| DEMO tider | |
|---|---|
| | Afvikling af<br>Rente og udtrækning (køres på beholdning inden døgnskifte) |
| | Afvikling af<br>Udbytte og Corporate Action (Køres på beholdningen inden døgnskifte) |
| | Afvikling af handelsafvikling blok 10 (valuta: DKK og EUR). |
| | Afvikling af tegningsblok 14 (valuta: DKK og EUR). Afvikles umiddelbart efter at handelsafvikling blok 10 er afviklet. |
| | Påmindelse om ændring af variabel rentesats. |
| | Påmindelse om ændring af variabel krydskurs. |
| | Slutmarkeringslister (eksl. KS96L01) dannes i tidsrummet 15.30 – 17.30.<br>Se afsnit Slutmarkeringslister |
| 15.50 | DN leverer trækningsmaksima til handelsafvikling blok 20. |
| 16.00 | Afvikling af handelsafvikling blok 20 (valuta DKK og EUR).<br>Blok 20 kører normalt uden handelsafvikling, men kan ændres ved at rette henvendelse til VP - Clearing & Custody Services i god tid før en evt. test mod blokken. |
| 19.30 | DN leverer trækningsmaksima til handelsafvikling blok 30 |
| 20.00 | VP lukker for indrapportering. |
| 03.00 | Det kan forekomme, at linier, controllere m.v. er lukket ned i tidsrummet kl. 03.30 - kl. 04.30 som følge af vedligeholdelse. Der varsles inden lukningen. |
| 05.00 | VP åbner for indrapportering. |
| | Långiver kan ændre positivliste frem til kl. 16.00. |
| 05.00 | Afvikling af handelsafvikling blok 30 (valuta DKK og EUR).<br>Blok 30 kører normalt uden handelsafvikling, men kan ændres ved at rette henvendelse til VP - Clearing & Custody Services i god tid før en evt. test mod blokken. |
| 07.45 | DN åbner for strakshandel i DKK og EUR |
| 08.05 | VP starter en Procedure i TARGET2 til brug for blok 33 i EUR og deltagerne kan overføre penge til deres SUB - account indtil VP starter en cyklus kl. - 08.35 |
| 08.30 | DN leverer trækningsmaksima til periodisk afvikling blok 35. |
| 08.35 | VP starter en cyklus i TARGET2 i EUR for at trække trækningsmaksima hjem til blok 33 |
| 08.35 | DN leverer trækningsmaksima i DKK til periodisk afvikling blok 33. |
| 08.45 | Afvikling af periodisk afvikling blok 35 (valuta DKK). |



## SYSTEMVEJLEDNING

| DEMO tider | |
|---|---|
| | |
| 08.50 | Afvikling af PVP-afvikling blok 33 (valuta DKK og EUR). |
| | |
| 09.00 | Trækningsspecifikation skal være indlagt før kl. 9.00 for udtrækning i dag. |
| | |
| | Beregning af udtrækningsprocent (matematisk udtrækning) |
| | |
| 09.30 | DN leverer trækningsmaksima til handelsafvikling blok 40. |
| | |
| | Levering af udtrækningsprocent til NASDAQ OMX. |
| | |
| 09.45 | Afvikling af handelsafvikling blok 40 (valuta DKK). |
| | |
| 10.50 | VP starter en Procedure i TARGET2 til brug for blok 45 i EUR og deltagerne kan overføre penge til deres SUB - account indtil VP starter en cyklus kl. - 11.20 |
| | |
| 11.15 | DN leverer trækningsmaksima til handelsafvikling blok 60. |
| | |
| 11.20 | VP starter en cyklus i TARGET2 i EUR for at trække trækningsmaksima hjem til blok 45 |
| | |
| 11.30 | Afvikling af handelsafvikling blok 60 (valuta DKK) |
| | |
| 11.35 | Afvikling af periodisk afvikling blok 45 (valuta EUR) |
| | |
| 11.45 | Udtrækning (udtræk 1) |
| | |
| | Tildeling af retter |
| | |
| | Slutmarkeringsliste KS96L01 dannes. Se afsnit 22.1.1. |
| | |
| 12.15 | DN leverer trækningsmaksima til periodisk afvikling blok 65 |
| | |
| 12.20 | VP starter en Procedure i TARGET2 til brug for blok 50 i EUR og deltagerne kan overføre penge til deres SUB - account indtil VP starter en cyklus kl. - 12.50 |
| | |
| 12.30 | Afvikling af periodisk afvikling blok 65 (valuta ISK) |
| | |
| 12.50 | VP starter en cyklus i TARGET2 i EUR for at trække trækningsmaksima hjem til blok 50 |
| | |
| 13.05 | Afvikling af handelsafvikling blok 50 (valuta EUR). |
| | |
| 13.20 | DN leverer trækningsmaksima til periodisk afvikling blok 55. |
| | |
| 13.30 | Mulighed for fastholdelse af sikkerhedsret og panteret er udløbet. |
| | |
| 13.45 | Afvikling af periodisk afvikling blok 55 (valuta SEK). |
| | |
| 14.00 | DN lukker for strakshandel i DKK og EUR |
| | |



SYSTEMVEJLEDNING

| DEMO tider | |
|---|---|
| 14.30 | Den systemmæssige lås på beholdninger iht. sikkerhedsret og panteret udløber. Vinduet for ændringer til positivliste m.m. er dermed åbnet. |
| | |
| 15.00 | Valutakurser til PROD. modtages i tidsrummet 13.00 til 16.00 og opdateres i demo-test den efterfølgende dag. |



**SYSTEMVEJLEDNING**

# 16 Årsultimo

VP indberetter ultimooplysninger til SKAT i henhold til Skattekontrolloven.

Der dannes meddelelse til kontohaver, evt. rettighedshaver(e) og lister til kontoførende institut m.v. om indberetningen. Fuldmagter til udgåede centraldeltagere, opgjorte konti og udgåede fondskoder slettes.

I dette afsnit er flere gange nævnt datoen den 30.12. Hermed menes sidste bankdag i året.

Skematisk oversigt over tidslinien for årsultimo.

| VP-aktiviteter | Dato | Centraldeltager-aktiviteter |
|---|---|---|
| | 01/10 | |
| 1. Kontrol af kontoregister | | |
| 2. Test af årsultimo for datacentre | 01/11 | 3. Rettelse af CPR/SE-nr. og skattestatus |
| | Medio november | 4. Indberetning/ændring af ultimokurs |
| 5. Sletning af fuldmagter | | |
| 6. Oprettelse af ultimo-kontoregister | Sidste bankdag i året | |
| 7. Dannelse af årlig totaloversigt af meddelelsesfravalg | 01/01 | |
| 8. Dannelse af årsopgørelser og skattejournal | Primo januar | 9. Forespørgsel på ultimo kontoregister |
| 10. Indberetning til SKAT | | |
| | Medio januar | 11. Manuel indberetning til SKAT |
| 12. Sletning af konti Sletning af fondskoder | | |
| | 01/02 | |

## Aktiviteter ved årsultimo

I dette afsnit gennemgås de aktiviteter, der er vist på tidslinien.

| 1. | Kontrol af kontoregister |
|---|---|
| | For at sikre korrekt indberetning til SKAT  foretager VP en kontrol af kontoregistret. |
| | Følgende kontrolleres normalt primo oktober måned: |



### SYSTEMVEJLEDNING

| | | |
|---|---|---|
| | - | opbygning af CPR/CVR-nr. (moduluskontrol) |
| | - | om skattestatus for kontohaver er korrekt udfyldt |
| | - | om skattestatus for rettighedshaver er korrekt udfyldt |
| | - | om kombination af skattestatuskoder mellem kontohaver og rettighedshaver er korrekt |
| | | |
| | Konstateres der fejl, udskrives "Kontrolliste til indberetning" (DK52L01) med angivelse af, hvad fejlen er. | |
| | | |
| 2. | Test af årsultimo for datacentre | |
| | Testen er et tilbud til datacentre. Formålet er at sikre, at datacentrene kan modtage og håndtere det uddata, der produceres ved årsultimokørslen. | |
| | | |
| | Nøjagtigt tidspunkt for testen fastsættes af VP og meddeles i VP-information. Normalt finder testen sted i november måned. | |
| | | |
| | Datacentrene tilmelder sig testen ved indsendelse af blanket 23.1.A | |
| | | |
| 3. | Rettelse af CPR/CVR-nummer og skattestatus | |
| | Ud fra "Kontrolliste til indberetning" (DK52L01) kan det kontoførende institut foretage rettelser i kontoregistret, således at VP kan indberette til SKAT. | |
| | | |
| | Ændringerne kan foretages til og med sidste bankdag i året. | |
| | | |
| 4. | Indberetning/ændring af årsultimokurs | |
| | Til brug for registrering af årsultimokurser udsender VP primo december følgende lister DK75L04 "Manglende kursoplysninger unoterede obligationer" og DK75L05 "Manglende kursoplysninger unoterede aktier" over papirløse fondskoder, der **ikke** er markeret som 'børsnoterede' i VP. Den udstedelsesansvarlige indberetter kurser på obligationer, investeringsforeningsbeviser og aktier til VP ved anvendelse af transaktion D280 - Vedligehold årsultimokurs. Kurserne skal være registreret i VP senest den sidste bankdag i året - se Ændring af årsultimokurs. | |

**Bemærk**

For børsnoterede investeringsforeningsbeviser, aktier og obligationer samt unoterede investeringsforeningsbeviser leverer NASDAQ OMX en årsultimokurs til VP, som altid benytter denne kurs, uanset at udstederen også leverer en årsultimokurs.

I tilfælde, hvor særlige forhold gør sig gældende for en fondskode, fx. at udstederen er gået i betalingsstandsning eller er under konkurs, skal det udstedende institut respektive det aktieudstedende institut sikre levering af en årsultimokurs til VP senest den sidste bankdag i året. Dette gælder for alle papirløse fondskoder, såvel børsnoterede som unoterede.

Datacentrene skal sende blanket 23.1.B til Clearing & Custody Services. Af blanketten skal fremgå, om datacentret ønsker leveringen af årskørslen enten straks efter første kørsel (før kurskorrektion), eller om levering ønskes senere(efter kurskorrektion), når de endelige kurser er på plads. Datacentret har samtidig mulighed for at angive om "Årsopgørelse" (DK51L01) og "Skattejournal" (DK51L02) ønskes på kassette eller over linjen.

Opmærksomheden henledes på, at Datacentrene kan vælge enten levering før eller efter kurskorrektion inden for basisydelsen. Ønskes begge kørsler, faktureres for den ene.

| | | |
|---|---|---|
| 5. | Sletning af fuldmagter | |
| | VP gennemgår kontoregistret og sletter fuldmagter til fuldmagtshavere, som ikke længere eksisterer som centraldeltagere. Slettede fuldmagter dokumenteres på listen "Journal over | |



**S**YSTEM**V**EJLEDNING

| | | |
|---|---|---|
| | | slettede fuldmagter" (DK59L01), som sendes til kontoførende institut. |
| | | |
| 6. | | Oprettelse af Ultimo-kontoregister |
| | | VP opretter efter opdatering den sidste bankdag i året et ultimokontoregister, indeholdende oplysninger om årets udbetalte terminsrenter, udtrukne andele, udbytteoplysninger og beholdninger med status sidste bankdag i året. |
| | | |
| 7. | | Dannelse af årlig totaloversigt af meddelelsesfravalg (til KI/DC) |
| | | Hvert år pr. ultimo året danner VP en oversigt af meddelelsesfravalg. For hver fravalg per kontohaver/rettighedshaver dannes info TI204041 (skygge) service SI20346. |
| | | |
| 8. | | Dannelse af årsopgørelser og skattejournal |
| | - | "Årsopgørelse" (DK51L01) til kontohaver og evt. rettighedshavere |
| | - | "Skattejournal" (DK51L02) til det kontoførende institut |
| | | |
| 9. | | Forespørgsel på ultimo kontoregister |
| | | De kontoførende institutter kan i januar måned forespørge på oplysningerne i ultimokontoregistret i ikke omlagt system. |
| | | |
| 10. | | Indberetning til SKAT |
| | | VP indberetter følgende oplysninger til SKAT: |
| | - | udbetalte terminsrenter af obligationer |
| | - | udtrukne andele af 'sortstemplede' obligationer |
| | - | udtrukne andele af fremmedmøntede obligationer |
| | - | udlodning fra investeringsforeninger |
| | - | udbytte af børsnoterede aktier, for personer, interessentskaber*, kommanditselskaber* og enkeltmandsvirksomheder*. |
| | - | kursværdi af obligationsbeholdninger pr. sidste bankdag i året. |
| | - | kursværdi af beholdninger i børsnoterede aktier pr. sidste bankdag i året, for personer, interessentskaber*, kommanditselskaber* og enkeltmandsvirksomheder*. |
| | - | kursværdi af beholdninger for investeringsforeningsbeviser pr. sidste bankdag i året. |
| | | "Fejloversigt vedrørende indberetning" (DK50L01) |

*) Depottype 98 og 99 kan kun anvendes på depoter med CVR-nummer.

| | | |
|---|---|---|
| 11. | | Manuel indberetning til SKAT |
| | | Kontoførende institut skal ud fra "Fejloversigt vedrørende indberetning" (DK50L01) foretage manuel indberetning direkte til SKAT . |

**Bemærk**
I løbet af februar måned udskriver SKAT "Afviste indberetninger fra SKAT " (DK90L01), som suppleres af VP med oplysning om kontoførende instituts CD-ident, navn og adresse og sendes til kontoførende institut.

| | | |
|---|---|---|
| 12. | | Sletning af konti og sletning af fondskoder. |
| | | Hvert år i midten af januar måned foretager VP oprydning af VP-konti og fondskoder. |

Når der er foretaget indberetning til SKAT, slettes VP-konti, der opfylder følgende betingelser:

- opgørelses-dato er udfyldt
- nominel beholdning = 0
- udtrukket beholdning = 0
- der har ikke været, aktie- eller obligationsbeholdninger efter sidste gebyrberegning



SYSTEMVEJLEDNING

- der findes ikke oplysninger om rente, udtrækning, aktieudbytte eller udbytte fra investeringsforeninger vedrørende indeværende kalenderår

Det kontoførende institut kan vælge at få "Journal over slettede konti" (DK77L01) som dokumentation for sletninger.

Aktiefondskoder slettes, når følgende betingelser er opfyldt:

- aktiebeholdning (hovedbogssaldo) = 0 i mindst ét år.
- fondskoden er inaktiv.

Det aktieudstedende institut får "Sletning af aktiefondskoder" (NK01L07).

Bemærk
Sletning af opgjorte VP-konti sker desuden primo juni efter gebyrkørslen pr. den 31. maj.



SYSTEMVEJLEDNING

# 17 VP-standardsystem

Afsnit 17 beskriver VP's standardsystem og henvender sig således til alle brugere, der benytter VP's standardsystem - direkte eller via et datacenter.

Er terminalen tilsluttet via datacenter, kan datacenteret oplyse, hvordan der kommes ind i VP-standardsystemet.

Afsnit 17. er opdelt i hovedafsnit:
- Terminalbetjening - omlagt system
- Terminalbetjening - ej omlagt system
- Terminalbetjening - vp.ONLINE

Hvert hovedafsnit indledes med en kort beskrivelse af, hvad der findes i afsnittet.


## Opbygning af VP-standardsystem

VP's standardsystem består af en række skærmbilledfunktioner, tilbudt gennem en 3270-grænseflade. Funktionerne er udviklet til at gennemføre opdateringer samt lave forespørgsler på, til VP-systemet. 3270-funktionerne er beskrevet i se afsnit Terminalbetjening – omlagt system og afsnit Terminalbetjening – ej omlagt system

Deltagerne skal selv foretage administrationen af brugeradgang til de forskellige 3270-funktioner. Denne administration foretages af en såkaldt masterbruger i nogle særlige menufunktioner. Disse funktioner er beskrevet i denne vejledning (se afsnit Terminalbetjening – omlagt system og afsnit Terminalbetjening – ej omlagt system)

VP giver kunderne mulighed for at vælge mellem en række forskellige måder at kommunikere med VP-systemerne på.

Ud over standardsystemet er den mest anvendte kommunikationsform system-til-system grænsefladen. Her kommunikerer kundens egne systemer direkte med VP's systemer gennem en teknisk fastlagt struktur. Data indsendes som transaktioner, og svardata returneres i form af infomeddelelser. Alle disse strukturer er grupperet i såkaldte services. De øvrige afsnit i denne systemvejledning beskriver denne grænseflade.

vp.ONLINE er et unikt og meget brugervenligt web-baseret kundeservicesystem, udviklet til back-office i nationale og internationale finansvirksomheder, som handler på det danske marked. Systemet er udviklet i tæt samarbejde med brugerne og vil hele tiden blive udviklet i takt med markedskrav og ønsker.

Herudover understøtter VP visse former for SWIFT-kommunikation. Denne grænseflade er beskrevet særskilt. Flere oplysninger kan fås ved henvendelse til VP Custody Service.

EKSEMPEL på, hvad der sker med en transaktion til VP:
Registrering af preadvice (handel) i VP-systemet.

Via standardsystemet:
- handlen indrapporteres via 3270-grænsefladen
- der svares på skærmen;
transaktionen er modtaget i VP og har fået retsvirkning
- oplysninger til opfølgning på, om handlen matches med modpartens indrapportering, gennemføres på afviklingsdagen mv. kan findes ved at anvende nogle af de oversigtsfunktioner, der findes i 3270-menuen.



SYSTEMVEJLEDNING

- Der dannes samtidig en infomeddelelse om den indrapporterede handel til såvel indsenderen af transaktionen som de øvrige berørte deltagere, såsom modparten og dennes kontofører og/eller pengekontofører. Men disse infoer kan kun modtages via system-til-system-forbindelsen.

**Via system-til-system-forbindelse:**
- preadvice (handel) indsendes via system-til-system-forbindelsen
- der returneres svar i en infomeddelelse med besked om, at transaktionen er modtaget i VP og har fået retsvirkning, og samtidig udsendes info til øvrige berørte deltagere.
- når handlen matches, gennemføres eller afvises, udsendes infomeddelelser til de berørte deltagere.

Det skal bemærkes, at der ved indsendelse af transaktioner via standardsystemet alene returneres en besked om, at transaktionen er modtaget, og at den har fået en modtaget-tid, som efter transaktionens gennemførelse vil blive til retsvirkningstidspunktet.

**Via vp.ONLINE:**
- preadvice (handel) indrapporteres via vp.ONLINE

## Terminalbetjening – omlagt system

En del af standardsystemet udgøres af en række skærmbilledfunktioner til en såkaldt 3270-grænseflade. 3270-funktionerne er samlet i et menusystem. Det er gennem dette menusystem, at adgangskontroller udføres, og her en masterbruger kan definere brugerspecifikke menuhierarkier, masterbrugerfunktioner er beskrevet efterfølgende i afsnit (Menuadministration til masterbruger).

Menusystemet har nogle generelle logon- og password-procedurer samt en standard for, hvorledes funktionstasterne (F-taster) anvendes. Vejledning i betjening af 3270-menuen er beskrevet efterfølgende, se (Betjeningsvejledning til 3270-menusystem).

Det er ikke alle brugere, der har brug for adgang til alle de funktioner, der tilbydes i menusystemet; først og fremmest vil det forretningsområde, kunden (VP deltageren) dækker over for VP, være afgørende for, hvilke funktioner der vil være mulige at udføre. Det afhænger af den tilslutningsaftale, kunden og VP har indgået.
Herudover er det muligt at differentiere menufunktionerne til de enkelte brugere. Denne differentiering foretages af en masterbruger (Menuadministration til masterbruger).

### Betjeningsvejledning til 3270-menusystem

#### Logon
**Formål:**
At sikre, at kun autoriserede brugere (usere) får adgang til menusystemet igennem en kontrol imod VP's sikkerhedssystem.

**Forudsætninger:**
At deltageren (cd-identen) er oprettet, og at den pågældende user er oprettet under deltageren, hvor logon forsøges.

**Behandling:**
Masterbrugeren logger på med den af VP tildelte user. Tilsvarende logger useren på med den af masterbrugeren tildelte user.

Af sikkerhedsmæssige årsager afkræves masterbrugeren og useren et nyt password ved første logon.



SYSTEMVEJLEDNING

---

En user suspenderes, hvis der 4 gange er forsøgt adgang med forkert password. Masterbrugeren kan ved hjælp af vedligehold user (A128) genetablere en user, som er blevet suspenderet. Password for useren vil herefter være START1 (med store bogstaver).

Hver 90. dag afkræves masterbrugeren og useren automatisk et nyt password.

### Ændring af password

**Formål:**
At en user kan ændre sit password i sikkerhedssystemet.

**Forudsætninger:**
At user er oprettet i sikkerhedssystemet.

**Behandling:**
Både gammelt og nyt password skal indtastes. Godkendes det nye password, vises logon billedet på ny, og useren benytter sit nye password for at logge på systemet.

Et password skal være på min. 6, max. 8 tegn og i en kombination af tal og bogstaver - mindst et af hvert - og skal være forskelligt fra de seks foregående passwords. Passwords skal indtastes med store bogstaver. Hvis der er fejl i ændringen, skal samtlige passwords indtastes på ny. Der testes desuden for "trivielle" passwords, d.v.s. at eksempelvis passwords, der starter med navne på ugedage eller måneder er ugyldige.

### Funktioner, som kan udføres på menuhierarki

**Formål:**
At præsentere en menu for en user med de menupunkter som masterbrugeren har autoriseret useren til.

**Forudsætninger:**
At useren er oprettet og tilknyttet menupunkter. Et menupunkt kan fx aktivere en 3270-funktion eller et nyt menupunkt.

**Behandling:**
For at udføre et menupunkt sættes "X" ud for det ønskede menupunkt eller feltet "udfør" udfyldes med det mnemotekniske navn. Herefter trykkes ENTER, og såfremt menupunktet er tilknyttet en procedure med transaktioner, vises skærmbilledet til denne.

Useren kan angive, hvor mange niveauer menuen skal præsenteres i. Det kan også angives, hvorfra menuen skal vises, ved at angive det mnemotekniske navn. Menuen opdateres ved at benytte 'vis' funktionen.

Der er plads til 150 menu-punkter. FREM og TILBAGE funktionerne benyttes til at bladre med. Er userens menu større end dette, må useren begrænse viste menu-punkter, der skal startes fra.

Ved angivelse af C (collapse = sammentræk) ud for et menupunkt, skjules alle underliggende punkter. Menupunkter, der er skjulte, markeres ude i højre side som "*" i hierakiet. For igen at vise de underliggende niveauer skrives E (expand = udvid) i det "*" markerede punkt. *

Skjulte menupunkter forsvinder, så snart menupunkterne udføres, og / eller der vælges forespørgsel.

---

* Kan kun anvendes ved menupunkter der ikke har nogen procedure tilknyttet.



SYSTEMVEJLEDNING

## Menuadministration til masterbruger

Afsnittet indeholder en beskrivelse af, hvordan man kommer i gang med at opbygge eget menuhierarki og tildeler de enkelte medarbejdere adgang til de relevante funktioner.
Det er vigtigt, at man sætter sig ind i den overordnede beskrivelse i afsnittet (Beskrivelse af menusystemet), før der gåes videre med at anvende de enkelte funktioner, der er beskrevet i afsnittet (Funktioner til masterbruger).

Som en hjælp er der lavet eksempel på opbygning af menusystemet, Eksempel på opbygning af menusystemet samt en oversigt over, hvilke menupunkter der er mulige for hver tilslutningsfunktion. Se Menupunkter pr. tilslutningsfunktion.

## Beskrivelse af menusystemet

**Indledning:**
Menusystemet gør det muligt for en aftalehaver at opsætte forskellige autorisationsprofiler for hver medarbejder hos en deltager, som er oprettet i VP.

**Forudsætninger:**
Når en centraldeltager oprettes i VP, tilknyttes der automatisk en række transaktioner ud fra det/de funktionsområder, som der bliver valgt (se Menupunkter pr. tilslutningsfunktion).

Menusystemet benyttes til at fordele adgangen til disse transaktioner til deltagerens medarbejdere.

**Masterbrugeren:**
Ved oprettelse af en aftalehaver i VP bliver der automatisk oprettet en masterbruger med de menupunkter, som udgør en masterbrugers funktioner. Masterbrugerens bruger identifikation kan ikke tildeles yderligere autorisation. Den har, jf. ovenstående, til opgave at give andre usere, som hører under aftalehaveren, autorisation til transaktioner i VP-standardsystemet.

| Masterbrugerens user identifikation er: XXXXXYYM | | |
|---|---|---|
| XXXXX | = | aftalehaverens cd_ident |
| YY | = | system identifikationen YY = D5(DEMOTEST)/PF(PROD) |
| M | = | M (masterbruger) |

Den første gang masterbrugeren ønsker at logge på systemet, rettes henvendelse til VP's Clearing & Custody Services. Clearing & Custody Services vil herefter aktivere masterbrugeren efter en særlig procedure, der er fastsat af VP (Se Systemvejledning Revision hos de kontoansvarlige). Den første gang masterbrugeren logger på, bruges password = START1 (med store bogstaver). Af sikkerhedsmæssige årsager afkræves masterbrugeren et nyt password ved første logon. Masterbrugeren vil automatisk blive afkrævet et nyt password hver 90. dag se (Betjeningsvejledning til 3270-menusystem).

Indtaster masterbrugeren forkert password 4 gange, bliver brugeridentifikationen spærret. Så skal masterbrugeren kontakte VP's Clearing & Custody Services for at få genåbnet brugeridentifikationen.

Har masterbrugeren glemt sit password, skal masterbrugeren kontakte VP's Clearing & Custody Services for at få oplyst et nyt password. VP oplyser af sikkerhedsmæssige grunde kun masterbruger password efter samme særlige procedure som første gang masterbrugeren aktiveres.

Centraldeltagerne bør tilrettelægge en forretningsgang, der sikrer, at masterbrugerens password kan tilvejebringes uden VP's medvirken, fx forseglet kuvert eller deponering hos revisor.

**Begrebsforklaringer vedrørende menusystemet:**
I forbindelse med opsætning af menusystemet er det vigtigt at have følgende sammenhænge for øje:

 **S**YSTEM**VEJLEDNING**

| Procedure: | En procedure er en samling af transaktioner, der omhandler det samme emne f.eks oprettelse, ændring og forespørgsel på kontogruppering. I VP's default opsætning benyttes en procedure identifikation som mnemoteknisk betegnelse til det tilhørende menupunkt. En procedure svarer til en 3270-funktion. |
|---|---|
| Transaktion: | En transaktion er f.eks oprettelse af kontogruppering. Det vil sige, at man kan lægge en gruppering af debetkonti med tilhørende procentfordeling til brug for renteudbetaling ind i systemet. |

**Opsætning af menu:**
Inden man starter med at opsætte en menu, er det vigtigt at gøre sig klart, hvilke forretningsfunktioner deltageren udfører, samt hvilke autorisationsprofiler der er nødvendige for at have den rette sikkerhed.

1. Hvordan starter jeg med at opsætte en menu?

Følgende punkter skal ligeledes tages i betragtning:
- Hvilke transaktioner skal vi som deltager kunne udføre i systemet (jf. Eksempel på opbygning af menusystemet).
- Skal alle usere udføre de samme transaktioner?
- Er der transaktioner, kun enkelte må udføre?
- Er der usere, der kun må udføre ét funktionsområde (se Eksempel på opbygning af menusystemet)
- Er der usere, der kun har brug for at spørge på data (som andre usere skal kunne opdatere)?
- Er der usere, der skal kunne flere forskellige funktioner, f.eks. handels- og udstederfunktioner?

Det anbefales at udarbejde en matrice, der beskriver, hvilke transaktioner de forskellige usere skal have adgang til. Se eksempel i Menupunkter pr. tilslutningsfunktion.
Når man har dannet en matrice, vil der formentlig være grupper af transaktioner, som flere usere skal kunne udføre. Det betyder, at der er en logisk gruppe af transaktioner, som kan sættes sammen, når man opbygger menuen.

Når masterbrugeren er logget på systemet, vil han blive præsenteret for en menu med følgende punkter:

| | |
|---|---|
| 200 | ST00003 Masterbruger funktioner |
| A128 | Vedligehold user |
| A131 | Vedligehold menupunkt |
| A132 | Vedligehold menugruppe |
| A133 | Tilknyt menugruppe til menupunkt |
| A134 | Tilknyt menugruppe til user |
| A137 | Kopier menugruppe |
| D137 | Kopier menugruppe med underliggende funktioner |
| A135 | Renummerer menupunkter |
| A136 | Generer default menu til deltager |
| A130 | Vedligehold default user parametre |

A128, A131 - A134 er de primære punkter, som masterbrugeren bruger til administration af autorisationer.



 SYSTEMVEJLEDNING

Ved hjælp af det viste diagram kan den anbefalede rækkefølge for opsætning af menu følges.

```
                    A133                        A134
┌──────────────┐         ┌──────────────┐         ┌──────────────┐
│ MENUPUNKT    │─────────│ MENUGRUPPE   │─────────│ USER         │
│ A131         │         │ A132         │         │ A128         │
└──────────────┘         └──────────────┘         └──────────────┘
```

**Administration af menusystem:**
- Det ønskede menupunkt oprettes med A131.
- Den ønskede menugruppe oprettes med A132, menugruppe er logisk og kan ikke ses på userens hovedmenu.
- Menupunkt A131 forbindes til menugruppe A132 med A133.

**Administration af user:**
- Useren oprettes med A128.
- Useren A128 forbindes til menugruppe A132 med A134.


## Funktioner til masterbruger

### A128 - Vedligehold user
**Formål:**
At oprette, ændre og slette en user under en deltager (cd-ident).
Funktionen kan også bruges til at forespørge på/bladre i de registrerede usere.

**Forudsætninger:**
Funktionen kan kun anvendes af masterbrugeren.

**Behandling:**
Når en user skal oprettes, skal der i første karakter i feltet IDENTIFIKATION angives et Q efterfølgende felter er op til 7 karakterer valgfri (dvs. kan bestå af tal og bogstaver). En users DELTAGER IDENTIFIKATION vil således altid starte med Q. Identifikationen er unik, hvilket vil sige, at identifikationen kun kan anvendes i et miljø.

Ved oprettelse af en user udfyldes skærmbilledet med CD-ident, User; identifikation og Navn hvorefter der trykkes opret (F14). Herefter skal masterbrugeren tildele brugeren et password. Dette gøres ved, at masterbrugeren genetablerer brugeren, så bliver START1 automatisk tildelt brugeren.

Ved genoprettelse angives pågældende CD-ident og USER-ID, hvorefter der trykkes vis (F2). Herefter udfyldes masterbrugerens password, og der sættes X ved genetablering i RACF. Herefter trykkes ændre (F15) for at effektuere.

Første gang brugeren logger på efter at være genetableret af masterbrugeren, vil password være START1 (med store bogstaver). Af sikkerhedsmæssige årsager afkræves brugeren nyt password ved første logon.

Når en user oprettes, sættes userens default menu parametre automatisk til:

| | |
|---|---|
| max niveau | = 4 |
| start mnemoteknisk navn | = Blank (alle menupunkter vises). |

For ændring / vedligeholdelse af default parametre se (A130).



SYSTEMVEJLEDNING

---

Uddata:
Der dannes følgende info-meddelelser:

TI00009v    Oprettet userid under en deltager - til aftalehaver
TI00125v    Slettet userid under en deltager - til aftalehaver
TI00242v    Ændret userid under en deltager - til aftalehaver


## A130 - Vedligehold default user menu parameter

Formål:
At ændre en users default menu parametre. Disse afgør, hvordan brugeren får præsenteret menuhierarkiet.

Forudsætninger:
At user er oprettet.

Behandling:
Man kan kun ændre en users default parametre her. Disse oprettes ved oprettelsen af useren med default-værdier (A128).

Ændres start mnemoteknisk navn, skal det være et eksisterende.

Sættes mnemoteknisk navn til et kendt mnemoteknisk navn fra menuen, vises menuen herfra og videre ned i nummerorden.

Max antal niveauer skal være et positivt tal mellem 1 og 30 (begge incl). Dog anbefales max 5 niveauer.

Med niveau menes, at for hver gang niveauet stiger med 1, rykkes de punkter, der er på dette niveau, 2 karakterer ind i forhold til niveauet mindre.

Ændringerne får først virkning, næste gang useren logger på.


## A131 - Vedligehold menupunkter

Formål:
At etablere, ændre og slette menupunkter for en deltager (cd-ident) samt angive, i hvilken rækkefølge menuhierarkiet skal præsenteres.

Forudsætninger:
Deltageren skal være oprettet.

Behandling:
Når et nyt menupunkt skal oprettes, udfyldes: Deltager, menu nummer, mnemoteknisk navn, beskrivelse af menupunktet samt niveau. Menupunktet kan tilknyttes en procedure, medmindre det nye menupunkt kun skal anvendes som overskift. Dette gøres med et kryds i feltet 'sæt kryds her for tilknytning af menupunkt til procedure', samt udfyldelse af procedure identifikation. Herefter trykkes opret (F14), hvorved de transaktioner, der kan tilknyttes proceduren fremkommer. De ønskede transaktioner afkrydses og der trykkes ændring (F15).

Nye menupunkter vil dog først være tilgængelige efter tilknytning til en menugruppe, som useren er autoriseret til (A132).



SYSTEMVEJLEDNING

---

Ændringer i en deltagers menupunkter vil umiddelbart træde i kraft. Det betyder, at en user, der er autoriseret til pågældende menu-punkt via en menugruppe, allerede ved næste display af menuhierarkiet vil få fremvist og opdateret menuhierarki.

Ved forespørgsel på et menupunkt benyttes mnemoteknisk navn som nøgle. Alternativt kan menu nummer benyttes, dette forudsætter at mnemoteknisk navn skal være blank.

Ved sletning af et menupunkt fjernes alle referencer til procedurer og transaktioner samt referencer til menugrupper.

For at slette tilknytning af en procedure fjernes krydset fra feltet 'sæt kryds her for tilknytning af menupunkt til procedure'.

Transaktioner tilknyttes eller fjernes i forbindelse med en ændring. Menupunktet skal være oprettet og tilknyttet en procedure.

Det er vigtigt, at man giver korte, men præcise navne på menupunkterne.
Overskrift kan med fordel oprettes med menu nummer lige før de efterfølgende menupunkter, med et kort navn i mnemo teknisk navn. Dette kan efterfølgende anvendes til at finde de underliggende menupunkter.
Uddata:
Der dannes følgende info-meddelelser:

Tl00129v    Oprettet menupunkt med tilhørende transaktioner under en deltager - til aftalehaver
Tl00192v    Slettet menupunkt og/eller tilhørende transaktioner under en deltager - til aftalehaver
Tl00241v    Menupunkt slettet fra en menugruppe under en deltager - til aftalehaver

## A132 - Vedligehold menugrupper
Formål:
At etablere, ændre og slette menugrupper, som benyttes til logisk gruppering af arbejdsområder/afdelinger.

Forudsætninger:
Deltager skal være oprettet.

Behandling:
Ved etablering af menugruppe navngives gruppen.

Det er vigtigt, at de menugrupper, man opretter har beskrivende navne, da navnet er en identifikation. Man skal være opmærksom på, at menugrupper er en logisk sammensætning, som ikke kan ses i menuhirakiet, uden at man selv laver et menupunkt(A131), der indikerer dette.

Ved ændring af menugruppe indrapporteres både det gamle navn og det nye navn .
Ved sletning af en menugruppe fjernes alle referencer til user og menupunkter.

## A133 - Vedligehold forbindelse fra menugruppe til menupunkt
Formål:
At tilknytte menupunkter til en menugruppe.

Forudsætninger:
Menupunkter (A131) og menugruppe (A132) skal være oprettet.



SYSTEMVEJLEDNING

**Behandling:**
Et menupunkt kan tilknyttes flere grupper.

Med bladringsværdi = 4 kan der blades igennem menupunkterne under en menugruppe ved benyttelse af FREM (F7) og TILBAGE (F8) funktionerne.

**Uddata:**
Der dannes følgende info-meddelelser:

TI00240v    til aftalehaver

## A134 - Vedligehold forbindelse fra user til menugruppe

**Formål:**
At tilknytte og slette en users autorisation til menugrupper.

**Forudsætninger:**
Menugrupper (A132) og user (A128) skal være oprettet under deltageren.

**Behandling:**
En user kan tilknyttes flere menugrupper. Flere usere kan være tilknyttet den samme menugruppe.

Useren kan nu logge på VP-systemet og vil få præsenteret det menuhierarki, som er blevet oprettet. Useren kan kun se de menupunkter, der ligger i de menugrupper, han er blevet autoriseret til, og kan nu indrapportere de transaktioner, han er autoriseret til.

Med bladringsværdi = 4 kan der blades igennem samtlige menugrupper, som en user er autoriseret, til ved benyttelse af FREM (F7) og TILBAGE (F8) funktionerne.

**Uddata:**
Der dannes følgende info-meddelelser:

TI00238v    User tilknyttet en menugruppe - til aftalehaver
TI00239v    User slettet fra en menugruppe - til aftalehaver

## A135 - Renummerer menupunkter

**Formål:**
At tildele nye numre til menupunkterne med et ensartet interval imellem.

**Forudsætning:**
At der er oprettet menupunkter (A131).

**Behandling:**
Ved renummering af et menuhierarki skal følgende parametre angives:

1. Niveau grænse:
Det skal være et positivt tal fra 10 til 10000. Menuhierarkiet gennemløbes i stigende orden, og hver gang der skiftes til et højere eller lavere niveau i hierarkiet, rundes op til nærmeste hele tal, som den indrapporterede niveaugrænse går op i.

2. Menu nummer interval:
Det skal være et positivt tal fra 1 til 1000. Værdien benyttes som interval mellem efterfølgende menupunkter, der befinder sig på samme niveau.

**S**YSTEM**V**EJLEDNING

Ved udfyldelse med 100 i både niveau grænse og menu nummer interval bliver menupunkterne fordelt med 100 mellem hver.

Da renummereringsfunktionen benytter sig af en teknik, der bevirker, at der efter renummereringen ikke må forekomme menunumre større end 999.999, foretages en beregning. På baggrund af indrapporterede renummereringsparametre og forekomster af menupunkter beregnes det højeste nye menu nummer, og hvis dette er større end 999.999, vil brugeren af funktionen blive bedt om at sænke værdien af en eller begge renummereringsparametrene.

## A136 – Generer og ændring af default deltagermenu

Formål:
At etablere og ændre et default menuhierarki på baggrund af en deltagers serviceabonnementer. (At oprette samtlige menupunkter, som deltageren kan få adgang til, forbundet til procedurer og transaktioner og alle tilknyttet en menugruppe på én gang.)

Forudsætninger:
At VP har tildelt serviceabonnementer til deltageren.

Behandling:
Etablering
Det kan kun anbefales at benytte et default menuhierarki til test og nødback-up og for deltagere, der kun har få brugere, som har adgang til alt. Deltagerhierarkiet vil blive dannet med følgende udseende:

Niveau 1 i hierarkiet vil bestå af teksten 'DEFAULT MENU' sammensat med deltagers id og navn.

Niveau 2 i hierarkiet vil bestå af Services. Den gruppering af transaktioner, man kan finde i systemvejledningen, afsnit 9.

Niveau 3 i hierarkiet vil bestå af menupunkter, der beskriver procedurer, i hvilke de enkelte transaktioner kan udføres.

Ved oprettelse af et nyt default menuhierarki angives et navn for en menugruppe, som ikke må findes i forvejen.

Menupunkter tilknyttes procedurerne ved at angive et kryds i feltet 'Tilknyt procedurer til menupunkter'.

Ligeledes tilknyttes transaktioner til menupunkterne ved afkrydsning i feltet 'Tilknyt transaktioner til menupunkter'.
Tilknytning af transaktioner kan dog kun vælges, såfremt der også er valgt tilknytning af procedurer. Tilknytningen foretages til samtlige transaktioner.

Nummerering af menupunkterne vil ske med et interval på 100 (ønskes dette ændret, kan der efter genereringen foretages en renummerering i A135).

Ændring
Transaktionen kan anvendes ved opdatering af eksisterende default genereret menuhierarki. Dette gøres ved at benytte eksisterende menugruppe og foretage en ændring.

En forudsætning for at kunne bruge denne facilitet er, at der først er oprettet en default menu med navnet 'DEFAULT MENU'. Hvis deltageren har en ældre version af en default menu med overskriften 'HOVEDMENU', skal menugruppen, som denne menu er tilknyttet, først slettes (brug A132), og en ny default menu oprettes.



SYSTEMVEJLEDNING

---

Opdateringsfunktionaliteten kan benyttes, når en deltagers service-abonnement ændres. For eksempel i tilfælde, hvor der kommer nye funktioner, som deltageren skal kunne anvende.

## A137 - Kopier menugrupper

**Formål:**
At kopiere en eksisterende menugruppe til en ny menugruppe under samme deltager.

**Forudsætninger:**
Den nye menugruppe må ikke eksistere i forvejen. Deltager skal være oprettet.

**Behandling:**
Den nye menugruppe vil blive oprettet med samme tilknytninger til menupunkter som den gamle menugruppe. Der tilknyttes ikke user til den nye menugruppe.

## D137 - Kopier menugruppe under en aftale

**Formål:**
At kopiere en eksisterende menugruppe til en ny deltager under samme aftalehaver.

**Forudsætninger:**
Den nye deltager skal være oprettet i forvejen. Den nye menugruppe må ikke eksistere i forvejen under den nye deltager.

Den nye deltager skal i forvejen have adgang til alle transaktioner (via serviceabonnement), der er tilknyttet menupunktet.

**Behandling:**
Den nye menugruppe vil blive oprettet med samme tilknytninger til menupunkter som den gamle menugruppe. Der tilknyttes ikke user til den nye menugruppe.

## Eksempel på opbygning af menusystemet

En deltager er oprettet i VP med følgende funktioner:
- Kontoførende institut (KI)
- Fondshandler (FH)
- Udsteder (UD)
- Pengekontoførende institut (PK)

Når en deltager er oprettet i VP, gives der eksempelvis adgang til følgende transaktioner (se matricen nedenfor):

**Som kontoførende institut:**
1. Registrer preadvice
3. Instruct til preadvice
4. Annullering af preadvice
5. Etablering af overførsel
6. Etablering af multioverførsel

**Som fondshandler:**
1. Registrer preadvice
2. Strakspreadvice



## SYSTEMVEJLEDNING

4. Annullering af preadvice

**Som udsteder:**

**Som pengekontofører**
12. Etablering af valutakorrektionsbeløb

Deltageren har eksempelvis nedennævnte medarbejdere, som hver har deres forretningsområder: Anne, Lise, Gert, Bent, Poul, Susi, Lars og Rudi.

De medarbejdere og transaktioner, de enkelte ansatte udfører, opsættes i en matrice som vist efterfølgende:

| Hvad / hvem | Anne | Lise | Gert | Bent | Poul | Susi | Lars | Rudi |
|---|---|---|---|---|---|---|---|---|
| 1. Registrer preadvice | | x | | | | | x | |
| 2. Strakspreadvice | | x | | | | | x | |
| 3. Instruct til preadvice | x | | | | | x | | |
| 4. Annulering af predavice | | x | | | | | x | |
| 5. Etablering af overførsel | x | | | | | x | | |
| 6. Etablering af multi overførsel | x | | | | | x | | |
| 7. Forespørgsel af rentekarakteristika | x | x | x | x | x | x | x | x |
| 8. Oprettelse af kontogruppering | | | | | x | | | |
| 9. Ændring af kontogruppering | | | | | x | | | |
| 10. Tilknytning af handelsprodukt til en kontogruppering | | | | | x | | | |
| | x | x | x | x | x | x | x | x |
| 12. Etablering af valutakorrektionsbeløb | | | | x | x | | | |

Ud fra matricen vil det være naturligt at gruppere følgende transaktioner, fordi det er arbejdsopgaver, der skal udføres af flere.

| Betegnelse | Evt. navn på gruppe |
|---|---|
| Gruppe 1: 1,2,4 | Handelsfunktioner |
| Gruppe 2: 3,5,6 | Kontoførerfunktioner |
| Gruppe 3: 8,9,10 | Betalingsfunktioner |
| Gruppe 4: 7,11 | Forespørgsler |
| Gruppe 5: 12 | Pengekontoførerfunktioner |

I Menupunkter pr. tilslutningsfunktion kan vi se, at følgende transaktioner udføres i samme procedure:

**Vedligeholdese af kontogrupperinger:**
Transaktion 8 og 9

Alle nævnte transaktioner samt overskrifter oprettes ved hjælp af (A131).

Alle usere Anne, Lise, Gert, Bent, Poul, Susi, Lars og Rudi oprettes ved hjælp af (A128).

Alle logiske menugrupper som listet oprettes ved hjælp af (A132).

Handelsfunktioner
Kontoførerfunktioner
Betalingsfunktioner
Forespørgsler
Pengekontoførerfunktioner

**SYSTEMVEJLEDNING**

Alle menupunkter incl. overskrifter skal knyttes til den menugruppe, de skal høre under.
Dette gøres ved hjælp af (A133).

Handelsfunktioner
       Registrer preadvice
       Strakspreadvice
       Annullering af preadvice

Kontoførerfunktioner
       Instruct til preadvice
       Etablering af overførsel
       Etablering af multioverførsel

Betalingsfunktioner
       Vedligeholdelse af kontogrupper (Oprettelse og ændringer)
       Tilknytning af handelsprodukter til kontogruppe

Pengekontoførerfunktioner
       Etablering af valutakorrektion

Forespørgsler
       Forespørgsel på rentekarakteristika
       Forespørgsel på tilknyttede handelsprodukter

Det sidste, der mangler, er at knytte userne til de menugrupper, de skal kunne benytte ifølge matricen.

Anne og Susi vil blive knyttet til følgende grupper ved hjælp af (A134):
Kontoførerfunktioner
Forespørgsler

Lise og Lars vil blive knyttet til følgende grupper ved hjælp af (A134):
Handlerfunktioner
Forespørgsler

Gert og Rudi vil blive knyttet til følgende grupper ved hjælp af (A134):
Forespørgsler

Bent vil blive knyttet til følgende gruppe ved hjælp af (A134):
Betalingsfunktioner
Pengekontoførerfunktioner
Forespørgsler

Poul vil blive knyttet til følgende grupper ved hjælp af (A134):
Pengekontoførerfunktioner
Forespørgsler

Denne menu vil Anne og Susi se, når de logger på systemet:

| 10 | ****** Hovedmenu ****************** | | |
|------|-----|---|---|
| Konto | | Kontoførerfunktioner | |
| D010 | | | Instruct til preadvice |
| D006 | | | Etablering af overførsel |
| D024 | | | Etablering af multioverførsel |