# Exhibit 3, Part 28

**Exhibit 4**

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Office area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 082A6A01 | Stephana Paun | First Search Order - Premises | Floor | Desktop | ELYFC05 | Dell | Optiplex 7040 | 1875282 | Sandisk | SSD | 154608404274 | 240.00 | 2018/06/28 |
| 082A6A02 | Natalia Vereninina | First Search Order - Premises | Floor | Desktop | ELYFC04 | Dell | Optiplex 7040 | 6275282 | Sandisk | SSD | 154779401317 | 240.00 | 2018/06/28 |
| 082A6A03 | Unknown | First Search Order - Premises | Floor | Desktop | ELYFC06 | Dell | Optiplex 7040 | 8975282 | Sandisk | SSD | 154607406226 | 240.00 | 2018/06/28 |
| 082A6A04 | Ufuk Tagirova | First Search Order - Premises | Floor | Desktop | ELYFC04 | Dell | Optiplex 7040 | GH75282 | Sandisk | SSD | 154934402295 | 240.00 | 2018/06/28 |
| 082A6A05 | Sandesh Dhemre | First Search Order - Premises | Floor | Desktop | ELYFC09 | Dell | Optiplex 7040 | GH75282 | Sandisk | SSD | 154711400405 | 240.00 | 2018/06/28 |
| 082A6A06 | Sandesh Dhemre | First Search Order - Premises | Floor | Device | N/A | Teta | N/A | N/A | Teta | ProductCode | 507213350249133747 | 8.00 | 2018/06/28 |
| 082A6A07 | Rashmi Raju | First Search Order - Premises | Floor | Desktop | ELYFC01 | Dell | Optiplex 7040 | 6875282 | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| 082A6A08 | Claudia | First Search Order - Premises | Floor | Laptop | ELYLPT03 | Asus | UX305L | EAA0C077144433H 12M | Seagate | ST500LM000-1EJ1 | W76OT76 | 500.00 | 2018/06/28 |
| 082A6A09 | Nagma (Intern) | First Search Order - Premises | Floor | Desktop | EQU-MAQ2 | Apple | iMAC All in one | C02VQ18KGG7N | Apple | SSD | C02701302NAHKGX18 | 1000.00 | 2018/06/28 |
| 082A6A10 | Nicola Monteath | First Search Order - Premises | Floor | Laptop | EQU-MAQ6 | Apple | Macbook Pro | C02T1239GGTFA | Apple | SSD | C02701302NAHKGX18 | 1000.00 | 2018/06/28 |
| 082A6A11 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | External HDD | N/A | N/A | N/A | N/A | Seagate | HDD - Backup Plus | NA758CNP | 1000.00 | 2018/06/28 |
| 082A6A12 | Akhtar Mapanjde | First Search Order - Premises | Floor | Desktop | EQU-MAQ4 | Apple | iMAC All in one | C02QWR0C26G7N | Apple | SSD | SPRMHF60655235 | 1000.00 | 2018/06/28 |
| 082A6A13 | Marta Lis | First Search Order - Premises | Floor | Desktop | ELYFC12 | Dell | Optiplex 7040 | HB75282 | Sandisk | SSD | 254607406101 | 240.00 | 2018/06/28 |
| 082A6A14 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | ELYFC08 | Dell | Optiplex 7040 | 2H75282 | Sandisk | SSD | 154976403145 | 240.00 | 2018/06/28 |
| 082A6A15 | Mani Ferrandes | First Search Order - Premises | Center office | Desktop | ELYFC03 | Dell | Optiplex 7040 | BC75282 | Sandisk | SSD | 154608404292 | 240.00 | 2018/06/28 |
| 082A6A16 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | ELYFI8I3 / ELYLPT22 | Apple | iPhone 7 Plus | C02VQ1436B75J4 12M | Apple | SSD | S00000506G72PF | 1000.00 | 2018/07/02 |
| 082A6A17 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 082A6A18 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | ELYFC010 | Apple | iPhone 7040 | 7075282 | Sandisk | SSD | 154608404269 | N/A | 2018/06/28 |
| 082A6A19 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Pen Drive | N/A | Dell | Optiplex 7040 | N/A | Kingston | DT57E G2 | 98AF0AE18E09 | 16.00 | 2018/06/28 |
| 082A6A20 | Natalia Vereninina | First Search Order - Premises | Floor | Desktop | EQU-MAQ3 | Apple | iMAC All in one | C02VQ12C26G7N | Apple | SSD | SPRMHYAG833210 | 2000.00 | 2018/06/28 |
| 082A6A21 | Puja Tiwari | First Search Order - Premises | HR Room | Laptop | ELYFC07 | Apple | Optiplex 7040 | 4875282 | Sandisk | SSD | 154973402403 | 240.00 | 2018/06/28 |
| 082A6A22 | Usha Shah | First Search Order - Premises | Mr. Shah's | Desktop | N/A | Dell | Optiplex 7040 | N/A | Imation | DVD-R | N/A | 4.70 | 2018/06/28 |
| 082A6A23 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | ELYFC03 | Dell | Optiplex 7040 | BC75282 | Sandisk | SSD | 154976403145 | 240.00 | 2018/06/28 |
| 082A6A24 | Wali Anwar | First Search Order - Premises | Floor | Laptop | ELYFC011 | Sony | VAIO / SVP13A1ACM | 36273282 | Sandisk | SSD | 535YHFA0623861 | 120.00 | 2018/06/28 |
| 082A6A25 | Natalia Vereninina | First Search Order - Premises | Floor | Laptop | ELYLPT15 | Apple | UX305L | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 082A6A26 | Sanjay Shah | First Search Order - Premises | Floor | Desktop | Dropbox | Dell | N/A | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 082A6A27 | Usha Shah | First Search Order - Premises | Mr. Shah's | Desktop | EQU-MAQ1 | Apple | iMAC All in one | C02QW2URGG7N | Apple | SSD | SPRMHYAGB73008 | 2000.00 | 2018/07/01, 2018/07/03 |
| 082A6A28 | Unknown | First Search Order - Premises | Floor | Desktop | N/A | Apple | MAC Mini | C07H71A8D1D1 | Hitachi / Apple HDD | HDD | 122600S1HHZP1C | 500.00 | 2018/07/01 |
| 082A6A29 | Unknown | First Search Order - Premises | Floor | Desktop | N/A | Apple | MAC Mini | To36R0ZGU6ND | Toshiba / Apple HDD | HDD | 1230YE6RT | 500.00 | 2018/07/01 |
| 082A6A30 | Unknown | First Search Order - Premises | Floor | DVD | N/A | N/A | N/A | N/A | Unknown | Unknown | N/A | 4.70 | 2018/07/01 |
| 082A6A31 | Unknown | First Search Order - Premises | Storage Cat | Laptop | ELYLPT02 | Asus | UX305L | EAA0C077203439 12M | Seagate | ST500LM000-1EJ1 | W76DGW0C | 500.00 | 2018/07/01 |
| 082A6A32 | Unknown | First Search Order - Premises | Storage Cat | Laptop | ELYLPT08 | Asus | UX305L | C06C14R8DID1E 12M | N/A | N/A | 5M0512L | 500.00 | 2018/07/01 |
| 082A6A33 | Natalia Vereninina | First Search Order - Premises / UK | Storage Cat Laptop | Office 365 | - | N/A | admin@elyisumglobal.com | N/A | N/A | N/A | N/A | 13.00 | 2018/07/02 |
| 082A6A34 | Unknown | First Search Order - Premises | - | Office 365 | - | N/A | asset@elyisumglobal.com | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| 082A6A35 | Unknown | First Search Order - Premises | - | Office 365 | - | N/A | cards@elyisumglobal.com | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| 082A6A36 | Sanjay Shah | First Search Order - Premises | - | Office 365 | - | N/A | ceo@elyisumglobal.com | N/A | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| 082A6A37 | Unknown | First Search Order - Premises | - | Office 365 | - | N/A | cfo@elyisumglobal.com | N/A | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| 082A6A38 | Sandesh Dhemre | First Search Order - Premises | - | Office 365 | - | N/A | consultant@elyisumglobal.com | N/A | N/A | N/A | N/A | 1.20 | 2018/07/02 |
| 082A6A39 | Usha Shah | First Search Order - Premises | - | Office 365 | - | N/A | director@elyisumglobal.com | N/A | N/A | N/A | N/A | 0.27 | 2018/07/02 |
| 082A6A40 | Sandesh Dhemre | First Search Order - Premises | - | Office 365 | - | N/A | fd@elyisumglobal.com | N/A | N/A | N/A | N/A | 0.16 | 2018/07/02 |
| 082A6A41 | Rashmi / Yvilha / Mani | First Search Order - Premises | - | Office 365 | - | N/A | finance@elyisumglobal.com | N/A | N/A | N/A | N/A | 3.30 | 2018/07/02 |
| 082A6A42 | Unknown | First Search Order - Premises | - | Office 365 | - | N/A | it@elyisumglobal.com | N/A | N/A | N/A | N/A | 0.65 | 2018/07/02 |
| 082A6A43 | Unknown | First Search Order - Premises | - | Office 365 | - | N/A | HR@elyisumglobal.com | N/A | N/A | N/A | N/A | 2.30 | 2018/07/02 |
| 082A6A43 | Stephana Paun / UK | First Search Order - Premises | - | Office 365 | - | N/A | Legal@elyisumglobal.com | N/A | N/A | N/A | N/A | 2.32 | 2018/07/02 |
| 082A6A43 | Wali Anwar | First Search Order - Premises | - | Office 365 | - | N/A | oo@elyisumglobal.com | N/A | N/A | N/A | N/A | 5.82 | 2018/07/02 |
| 082A6A43 | Multiple | First Search Order - Premises | Floor | Laptop | ELYLPT06 | Asus | UX305L | F19OCL155090S0A 12M | HGST | HDD | S0A000550YNT8K | 1000.00 | 2018/07/02 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.45 | 2018/07/02 |
| 082A6A43 | Unknown | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/02 |
| 082A6A43 | Unknown | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.06 | 2018/07/02 |
| 082A6A43 | Sanjay Shah | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| 082A6A43 | Unknown | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.11 | 2018/07/02 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.10 | 2018/07/02 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 156.00 | 2018/07/02 |
| 082A6A43 | Sandesh Dhemre | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 082A6A43 | Usha Shah | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 1.46 | 2018/07/02 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 5.82 | 2018/07/02 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/02 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/02 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 12.40 | 2018/07/02 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 1.24 | 2018/07/10 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 1.00 | 2018/07/15 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.66 | 2018/07/15 |

**Privileged & Confidential**

| Evidence Ref | Custodian | Search Order | Office area/reference | Device Type | Asset Tag | Make | Model | Serial No./IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D824EA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| D824EA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/12 |
| D824EA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| D824EA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.15 | 2018/07/15 |
| D824EA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/12 |
| D824EA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.39 | 2018/07/15 |
| D824EA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D824EA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| D824EA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D824EA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 87.00 | 2018/07/18 |
| D824EA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 89.90 | 2018/07/04 |
| D824EA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.28 | 2018/07/19 |
| D824EA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/18 |
| D824EA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/18 |
| D824EA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.15 | 2018/07/19 |
| D824EA44 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXE1E5515CU5 | 1000.00 | 2018/08/14 |
| D824EA45 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXB1A75EZXU | 1000.00 | 2018/07/17 |
| D824EA46 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXE1E6S2K67 | 3000.00 | 2018/07/17 (Failed) |
| D824EA47 | Unknown | First Search Order - Premises | - | External HDD - MimeCast email archives | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WX01K55CCP1E | 1000.00 | 2018/07/25 |
| D824EA48 | Sanjay Shah | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 9.24 | 2018/08/26 |
| D824EA48 | Mark Fernandes | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.56 | 2018/08/26 |
| D824EA48 | Usha Shah | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.43 | 2018/08/26 |
| D824EA48 | Sandesh Dhomme | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.11 | 2018/08/26 |
| D824EA48 | Wail Anwar | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.88 | 2018/08/26 |
| D824EA48 | Unknown_Admin | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.35 | 2018/08/16 |
| D824EA48 | Unknown_Asset | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 8.24 | 2018/08/19 |
| D824EA48 | Unknown_Catchall | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.29 | 2018/08/26 |
| D824EA48 | Unknown_CFO | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.13 | 2018/08/26 |
| D824EA48 | Unknown_Finance | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 10.20 | 2018/08/27 |
| D824EA48 | Unknown_HR | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.85 | 2018/08/26 |
| D824EA48 | Unknown_Legal | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.16 | 2018/08/27 |
| D824EA48 | Unknown_QO | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/08/27 |
| D824EA49 | Sanjay Shah | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 18.33 | 2018/09/25 |
| D824EA49 | Mark Fernandes | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| D824EA49 | Usha Shah | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.55 | 2018/09/25 |
| D824EA49 | Sandesh Dhomme | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.42 | 2018/09/25 |
| D824EA49 | Wail Anwar | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.26 | 2018/09/25 |
| D824EA49 | Unknown_Admin | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 3.87 | 2018/09/25 |
| D824EA49 | Unknown_Asset | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.87 | 2018/09/25 |
| D824EA49 | Unknown_Catchall | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.72 | 2018/09/25 |
| D824EA49 | Unknown_CFO | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/09/25 |
| D824EA49 | Unknown_Finance | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.94 | 2018/09/25 |
| D824EA49 | Unknown_HR | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.40 | 2018/09/25 |
| D824EA49 | Unknown_Legal | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.33 | 2018/09/25 |
| D824EA49 | Unknown_QO | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.49 | 2018/09/25 |
| D824EO01 | Philip Purwar | Provided by Legal Counsel | | Loose files | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 11.79 | 2018/07/24 |
| D824EO02 | Multiple | First Search Order - Premises | | Backup and BIOS Cloud data & VM content | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1621.00 | 2018/07/24 |
| D824EO01 | Multiple | Remote Server Collection | | DocCcat DMS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 500.00 | 2018/10/03 |
| D824EO02 | Multiple | Remote Server Collection | | VM Export (Elysium-DC.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 6800.00 | 2018/10/03 |
| D824EO03 | Multiple | Remote Server Collection | | Sage Server (ely-sageserv.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 931.00 | 2018/09/06 |
| D824EO04 | Multiple | Remote Server Collection | | Google Drive | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1331.20 | 2018/10/03 |

**Exhibit 5**