# Exhibit 21

## Arnold & Porter Kaye Scholer LLP

**Bill and Payment Summary**

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00001 | 2626601 | 3/4/2010 | $6,026.25 | - | $6,026.25 | ($6,026.25) | 4/19/2010 | - | - |
| | 2631064 | 4/12/2010 | $8,723.50 | - | $8,723.50 | ($8,723.50) | 4/26/2010 | - | - |
| | 2632796 | 5/4/2010 | - | - | $268.55 | ($268.55) | 5/4/2010 | - | - |
| | 2633095 | 5/10/2010 | $15,940.05 | $77.90 | $16,017.95 | ($16,017.95) | 6/1/2010 | - | - |
| | 2635694 | 6/8/2010 | $19,094.80 | $132.50 | $19,227.30 | ($19,227.30) | 7/26/2010 | - | - |
| | 2646735 | 10/6/2010 | $2,511.85 | - | $2,511.85 | ($2,511.85) | 12/14/2010 | - | - |
| | 2653901 | 12/9/2010 | $20,368.60 | - | $20,368.60 | ($20,368.60) | 1/4/2011 | - | - |
| | 2657645 | 1/28/2011 | $15,000.00 | - | $15,000.00 | ($15,000.00) | 2/15/2011 | - | - |
| | 2663115 | 3/15/2011 | $20,855.40 | - | $20,855.40 | ($20,855.40) | 3/28/2011 | - | - |
| | 2676549 | 8/9/2011 | $1,173.75 | $319.95 | $1,493.70 | ($1,493.70) | 9/13/2011 | - | - |
| | 2679893 | 9/12/2011 | $830.70 | - | $830.70 | ($830.70) | 10/3/2011 | - | - |
| | 2682560 | 10/11/2011 | $13,970.50 | $661.75 | $14,632.25 | ($14,632.25) | 11/8/2011 | - | - |
| | 2685991 | 11/14/2011 | $6,535.85 | - | $6,535.85 | ($6,535.85) | 12/20/2011 | - | - |
| | 2688474 | 12/12/2011 | $1,927.50 | $224.25 | $2,151.75 | ($2,151.75) | 12/19/2011 | - | - |
| | 2696544 | 3/31/2012 | $14,797.45 | $449.09 | $15,246.54 | ($15,246.54) | 4/24/2012 | - | - |
| | 2702756 | 5/14/2012 | $1,401.60 | $131.25 | $1,532.85 | ($1,532.85) | 7/31/2012 | - | - |
| | 2705166 | 6/18/2012 | $2,372.50 | $45.06 | $2,417.56 | ($2,417.56) | 7/31/2012 | - | - |
| | 2708329 | 7/17/2012 | $1,371.15 | - | $1,371.15 | ($1,371.15) | 8/14/2012 | - | - |
| | 2711502 | 8/16/2012 | $392.35 | - | $392.35 | ($392.35) | 9/4/2012 | - | - |
| | 2713751 | 9/13/2012 | $1,114.50 | - | $1,114.50 | ($1,114.50) | 10/10/2012 | - | - |
| | 2720986 | 11/20/2012 | $3,804.90 | $2,660.57 | $6,465.47 | ($6,465.47) | 12/18/2012 | - | - |
| | 2722890 | 12/10/2012 | $12,924.75 | $84.81 | $13,009.56 | ($13,009.56) | 12/18/2012 | - | - |
| | 2727062 | 1/29/2013 | $2,400.00 | - | $2,400.00 | ($2,400.00) | 2/19/2013 | - | - |
| | 2728997 | 2/21/2013 | $6,231.90 | $99.00 | $6,330.90 | ($6,330.90) | 4/12/2013 | - | - |
| | 2731658 | 3/25/2013 | $481.90 | - | $481.90 | ($481.90) | 4/22/2013 | - | - |
| | 2734523 | 4/22/2013 | $15,301.05 | $125.00 | $15,426.05 | ($15,426.05) | 5/7/2013 | - | - |
| | 2737633 | 5/22/2013 | $11,602.85 | - | $11,602.85 | ($11,602.85) | 6/4/2013 | - | - |
| | 2745613 | 8/26/2013 | $713.70 | - | $713.70 | ($713.70) | 9/13/2013 | - | - |
| | 2747225 | 9/10/2013 | $4,542.50 | - | $4,542.50 | ($4,542.50) | 9/23/2013 | - | - |
| | 2749882 | 10/7/2013 | $1,401.05 | - | $1,401.05 | ($1,401.05) | 10/15/2013 | - | - |
| | 2754424 | 11/15/2013 | $5,245.00 | $1,100.00 | $6,345.00 | ($6,345.00) | 11/22/2013 | - | - |
| | 2756477 | 12/10/2013 | - | $3,000.00 | $3,000.00 | ($3,000.00) | 1/8/2014 | - | - |
| | 2760179 | 1/13/2014 | $1,283.75 | - | $1,283.75 | ($1,283.75) | 1/21/2014 | - | - |
| | 2762871 | 2/20/2014 | $103.95 | - | $103.95 | ($103.95) | 3/24/2014 | - | - |
| | 2775031 | 7/22/2014 | $1,815.30 | - | $1,815.30 | ($1,815.30) | 8/4/2014 | - | - |
| | 2777180 | 8/25/2014 | $1,665.30 | - | $1,665.30 | ($1,665.30) | 10/27/2014 | - | - |
| | 2780144 | 9/24/2014 | $4,258.90 | $484.50 | $4,743.40 | ($4,743.40) | 10/6/2014 | - | - |
| | 2783712 | 11/14/2014 | $13,429.65 | - | $13,429.65 | ($13,429.65) | 11/24/2014 | - | - |
| | 2786881 | 12/24/2014 | $753.45 | - | $753.45 | ($753.45) | 12/31/2014 | - | - |
| | 2791361 | 2/19/2015 | $868.75 | - | $868.75 | ($868.75) | 3/9/2015 | - | - |
| | 2794345 | 3/30/2015 | $137.70 | - | $137.70 | ($137.70) | 4/30/2015 | - | - |
| | 2805139 | 7/31/2015 | $1,446.25 | - | $1,446.25 | ($1,446.25) | 8/17/2015 | - | - |
| | 2807022 | 8/21/2015 | $70.00 | $250.50 | $320.50 | ($320.50) | 2/1/2016 | - | - |
| | | **General - Total** | **$244,890.90** | **$9,846.13** | **$255,005.58** | **($255,005.58)** | | - | - |
| | | **GRAND TOTAL** | **$244,890.90** | **$9,846.13** | **$255,005.58** | **($255,005.58)** | | - | - |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

**WH_MDL_00355007**



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                        March 4, 2010
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 626801
**Our File Number:** 00647/0001                            **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2010

|            |                         | Hours |
|------------|-------------------------|-------|
| 01/12/2010 | Ben-Jacob, Michael      | 1.00  |
| 01/21/2010 | Ben-Jacob, Michael      | 0.67  |
| 01/22/2010 | Ben-Jacob, Michael      | 0.08  |
| 01/22/2010 | Ben-Jacob, Michael      | 0.08  |
| 02/02/2010 | Migliaccio, Christopher | 2.75  |
| 02/03/2010 | Migliaccio, Christopher | 1.00  |
| 02/04/2010 | Migliaccio, Christopher | 1.50  |
| 02/05/2010 | Ben-Jacob, Michael      | 0.17  |
| 02/05/2010 | Migliaccio, Christopher | 2.75  |
| 02/11/2010 | Ben-Jacob, Michael      | 0.25  |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355008

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      March 4, 2010

RE: General                                                  **Invoice#:** 626801
**Our File Number:** 00647/0001                               **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════

████████████████████████████████

02/11/2010  Migliaccio, Christopher                                      3.50

████████████████████████████████████

                                    Total Hours................    13.75

                    Fees through 02/28/2010....................    $6,026.25


\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|                          | Rate     | Hours  | Fees      |
|--------------------------|----------|--------|-----------|
| Ben-Jacob, Michael       | $685.00  | 2.25   | $1,541.25 |
| Migliaccio, Christopher  | 390.00   | 11.50  | 4,485.00  |
| Fees through 02/28/2010..............  | | 13.75  | $6,026.25 |


Fees this Invoice.........................................................    $6,026.25
**Total Due this Invoice.............................................    $6,026.25**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                          WH_MDL_00355009

KAYE SCHOLER LLP

TO:    Argre Management LLC                                                March 4, 2010

   **RE:** General                                              **Invoice#:** 626801
   **Our File Number:** 00647/0001                                    **PAGE:**    3

═══════════════════════════════════════════════════════════════════════════════

Kaye Scholer LLP

                                               425 Park Avenue
                                               New York, NY  10022-3598
                                               212-836-8000
                                               Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 626801
Total Amount Due: $6,026.25

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          WH_MDL_00355010



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                April 12, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                      **Invoice#:** 631064
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2010

|  |  | Hours |
|---|---|---|
| 01/20/2010 | Tuchman, L. | 0.50 |
| 01/20/2010 | Tuchman, L. | 0.50 |
| 01/20/2010 | Tuchman, L. | 0.58 |
| 01/21/2010 | Ben-Jacob, Michael | 0.67 |
| 01/21/2010 | Tuchman, L. | 0.17 |
| 01/21/2010 | Tuchman, L. | 0.17 |
| 01/21/2010 | Tuchman, L. | 0.17 |
| 02/02/2010 | Ben-Jacob, Michael | 1.00 |
| 03/16/2010 | Ben-Jacob, Michael | 0.75 |

03/16/2010 Ben-Jacob, Michael — Call w/Matt re tax credits for German withholding on dividends; follow up meeting w/Greg.

KAYE SCHOLER LLP

TO:   Argre Management LLC                                                April 12, 2010

RE: General                                                   **Invoice#:** 631064
**Our File Number:** 00647/0001                               **PAGE:**   2

| | | |
|---|---|---|
| 03/16/2010 | Benson, Gregg M | 2.50 |
| | Discuss with mbj; foreign tax credit research and review of notice 98-5. | |
| 03/18/2010 | Ben-Jacob, Michael | 1.17 |
| | Meeting w/Greg re: Foreign tax credit questions re: Irish/German investment review/edit email to Matt w/conclusions. | |
| 03/18/2010 | Benson, Gregg M | 3.75 |
| | Research regarding foreign tax credits through a pass-through; review notice 98-5; discuss with mbj; prepare email summary. | |
| 03/22/2010 | Ben-Jacob, Michael | 0.58 |
| | Call w/John; foreign tax credit matters; related meeting w/Argre re foreign source income questions. | |
| 03/22/2010 | Veillette, Rebecca | 0.50 |

Total Hours.................   13.01

Fees through 03/31/2010....................................   $8,723.50

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 4.17 | $2,856.45 |
| Tuchman, L. | 870.00 | 2.09 | 1,818.30 |
| Benson, Gregg M | 625.00 | 6.25 | 3,906.25 |
| Veillette, Rebecca | 285.00 | 0.50 | 142.50 |
| Fees through 03/31/2010............... | | 13.01 | $8,723.50 |

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                **WH_MDL_00355012**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                              April 12, 2010

   **RE:** General                                            **Invoice#:** 631064
   **Our File Number:** 00647/0001                               **PAGE:**    3

═══════════════════════════════════════════════════════════════════

| Invoice# | Date | Amount |
|----------|------|--------|
| 626801 | 03/04/2010 | $6,026.25 |
| Prior Balance Due........................................................... | | $6,026.25 |

| | |
|---|---|
| Fees this Invoice........................................................... | $8,723.50 |
| Total Due this Invoice.................................................... | $8,723.50 |
| Prior Balance Due (from above)...................................... | 6,026.25 |
| **TOTAL DUE**.............................................................. | **$14,749.75** |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355013**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                        April 12, 2010

RE: General                                                Invoice#: 631064
Our File Number: 00647/0001                              PAGE:   4

═══════════════════════════════════════════════════════════════════════

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 631064
Total Amount Due: $14,749.75

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER            WH_MDL_00355014



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                         May 4, 2010
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com
       Attn: John H. van Merkensteijn, III


       **RE:** General                                    **Invoice#:** 632796
       **Our File Number:** 00647/0001                        **PAGE:** 1

===============================================================================
**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 05/04/2010
===============================================================================


On-Account Fees.................................................    $268.55
Adjusted Fees.........................................................              $268.55
**Total Due this Invoice.................................................**    **$268.55**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                        **WH_MDL_00355015**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
            Mail Code 81
            P. O. Box 11839
            Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
        153 East 53rd Street
        New York, New York 10022
        Attention: Marsha Burnett
        Telephone: 212.559.3787

        ABA Routing Number: 021000089
        Bank Identification Code/SWIFT Code: CITIUS33
        Account Name: Kaye Scholer LLP
        Account Number: 9981494431

        RE: Argre Management LLC
        Our File Number: 00647/0001
        Invoice Number: 632796
        Total Amount Due: $268.55

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    May 10, 2010
        40 West 57th Street
        New York, New York 10019
        Attn: John H. van Merkensteijn, III

**RE:** General                                        **Invoice#:** 633095
**Our File Number:** 00647/0001                          **PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2010

|            |                     | **Hours** |
|------------|---------------------|-----------|
| 04/16/2010 | Tuchman, L.         | 0.75      |

████████████████████████████████████████

| 04/19/2010 | Ben-Jacob, Michael  | 1.08 |

Attention to matters needed for Irish/German dividend deal.

| 04/20/2010 | Tuchman, L.         | 0.75 |

████████████████████████████████████████

| 04/22/2010 | Tuchman, L.         | 0.33 |

████████████████████████████████

| 04/23/2010 | Ben-Jacob, Michael  | 2.17 |

████████████████████████████████

| 04/23/2010 | Tuchman, L.         | 4.25 |

████████████████████████████████████████

| 04/26/2010 | Ben-Jacob, Michael  | 1.17 |

████████████████████████████████████████

| 04/27/2010 | Ben-Jacob, Michael  | 0.25 |

████████████████████████████████████████

KAYE SCHOLER LLP

TO:    Argre Management LLC                                                          May 10, 2010

RE: General                                                              Invoice#: 633095
Our File Number: 00647/0001                                        PAGE:    2

===============================================================================

| 04/27/2010 | Schneider, W.H. | | 0.25 |
| 04/27/2010 | Tuchman, L. | | 4.58 |
| 04/28/2010 | Ben-Jacob, Michael | | 0.25 |
| 04/28/2010 | Tuchman, L. | | 4.25 |
| | Meeting with J. van Merkensteijn, M. Stein, A. LaRossa, J. Lhote and conference call with potential investor; office conferences with M. Ben-Jacob re: proposed structure; revision of steps outline and charts; research carried interest issues and office conference with G. Benson. | | |
| 04/29/2010 | Ben-Jacob, Michael | | 0.83 |
| 04/29/2010 | Schneider, W.H. | | 0.25 |
| 04/29/2010 | Tuchman, L. | | 1.83 |

Total Hours................ 22.99

Fees through 04/30/2010....................................  $18,940.05

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 5.75 | $3,938.75 |
| Schneider, W.H. | 875.00 | 0.50 | 437.50 |
| Tuchman, L. | 870.00 | 16.74 | 14,563.80 |
| Fees through 04/30/2010............... | | 22.99 | $18,940.05 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355018**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                        May 10, 2010

**RE:** General                                          **Invoice#:** 633095
**Our File Number:** 00647/0001                           **PAGE:**    3

═══════════════════════════════════════════════════════════════════════

```
*------------------------COSTS ADVANCED THROUGH 04/30/2010----------------------*
```
            Meals                                              $77.90
                                               -------------------
                  Total Costs through 04/30/2010........................  $77.90


            Fees this Invoice...................................    $18,940.05
            Less Discount of................................    (3,000.00)

            Adjusted Fees..........................................          $15,940.05
            Costs this Invoice.......................................             $77.90

            Total Due this Invoice.................................          $16,017.95
            Applied On-account Value.............................           (268.55)

            **TOTAL DUE**................................................          **$15,749.40**

KAYE SCHOLER LLP

TO:     Argre Management LLC                                May 10, 2010

        **RE:** General                                    **Invoice#:** 633095
        **Our File Number:** 00647/0001                    **PAGE:**    4

═══════════════════════════════════════════════════════════════════════════

Kaye Scholer LLP

                                                425 Park Avenue
                                                New York, NY  10022-3598
                                                212-836-8000
                                                Fed. ID No. 13-1672623


CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 633095
Total Amount Due: $15,749.40

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                 **WH_MDL_00355020**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    June 8, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                       **Invoice#:** 635694
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2010

|  |  | **Hours** |
|---|---|---:|
| 03/01/2010 | Veillette, Rebecca | 1.50 |
| 03/01/2010 | Veillette, Rebecca | 1.00 |
| 03/03/2010 | Veillette, Rebecca | 0.17 |
| 04/25/2010 | Tuchman, L. | 2.75 |
| 04/26/2010 | Tuchman, L. | 3.83 |
| 04/30/2010 | Tuchman, L. | 1.33 |
| 05/02/2010 | Tuchman, L. | 1.75 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355021**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                              June 8, 2010

   **RE:** General                                              **Invoice#:** 635694
   **Our File Number:** 00647/0001                              **PAGE:**   2

═══════════════════════════════════════════════════════════════════════════════

05/03/2010   Tuchman, L.                                                    0.75
             Telephone conferences with M. Stein and J. Van Merkensteijn.
05/03/2010   Benson, Gregg M                                               4.00
             ████████████████████████████████████████████████

05/04/2010   Tuchman, L.                                                    0.75
             ████████████████████████████████████████████████

05/05/2010   Tuchman, L.                                                    0.75
             ████████████████████████████████████████████████

05/05/2010   Woodard, A.F.                                                  1.75
             Office conference M. Ben-Jacob; telephone conference client and review
             of material re investments.
05/06/2010   Tuchman, L.                                                    1.00
             ████████████████████████████████████████████████

05/06/2010   Woodard, A.F.                                                  1.50
             Review of material re possible investment strategies.
05/07/2010   Woodard, A.F.                                                  0.67
             ████████████████████████████████████████████████

05/09/2010   Tuchman, L.                                                    1.00
             ██████████████████████

05/10/2010   Woodard, A.F.                                                  0.25
             ██████████████████████
                                                            ----------
                                         Total Hours.................   24.75
                  Fees through 05/31/2010...................................   $19,094.80


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355022

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          June 8, 2010

RE: General                                          **Invoice#:** 635694
**Our File Number:** 00647/0001                      **PAGE:**    3

|  | Rate | Hours | Fees |
|---|---|---|---|
| Tuchman, L. | $870.00 | 13.91 | $12,101.70 |
| Woodard, A.F. | 895.00 | 4.17 | 3,732.15 |
| Benson, Gregg M | 625.00 | 4.00 | 2,500.00 |
| Veillette, Rebecca | 285.00 | 2.67 | 760.95 |
| Fees through 05/31/2010.............. | | 24.75 | $19,094.80 |

\*-----------------------COSTS ADVANCED THROUGH 05/31/2010-----------------------\*

| Transportation | $132.50 |
|---|---|
| Total Costs through 05/31/2010......................... | $132.50 |

| Fees this Invoice......................................................... | $19,094.80 |
|---|---|
| Costs this Invoice....................................................... | $132.50 |
| **Total Due this Invoice...............................................** | **$19,227.30** |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355023**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                            June 8, 2010

RE: General                                                    **Invoice#:** 635694
**Our File Number:** 00647/0001                                **PAGE:**    4

===============================================================================

Kaye Scholer LLP

                                                425 Park Avenue
                                                New York, NY  10022-3598
                                                212-836-8000
                                                Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 635694
Total Amount Due: $19,227.30



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    October 6, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                        **Invoice#:** 646735
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2010

|            |                        | Hours |
|------------|------------------------|-------|
| 09/07/2010 | Ben-Jacob, Michael     | 0.33  |
| 09/20/2010 | Tuchman, L.            | 0.42  |
| 09/21/2010 | Ben-Jacob, Michael     | 0.50  |
| 09/21/2010 | Tuchman, L.            | 0.42  |
| 09/27/2010 | Ben-Jacob, Michael     | 0.50  |
| 09/27/2010 | Tuchman, L.            | 1.00  |

Total Hours................. 3.17

Fees through 09/30/2010................................... $2,511.85

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|                    | Rate    | Hours | Fees     |
|--------------------|---------|-------|----------|
| Ben-Jacob, Michael | $685.00 | 1.33  | $911.05  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**
WH_MDL_00355025

**K**AYE SCHOLER LLP

TO:   Argre Management LLC                                          October 6, 2010

**RE:** General                                                **Invoice#:** 646735
**Our File Number:** 00647/0001                                  **PAGE:**   2

===============================================================================

| | | | |
|---|---|---|---|
| Tuchman, L. | 870.00 | 1.84 | 1,600.80 |
| | Fees through 09/30/2010............... | 3.17 | $2,511.85 |

Fees this Invoice...............................................................   $2,511.85

**Total Due this Invoice...............................................**   **$2,511.85**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                          **WH_MDL_00355026**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 646735
Total Amount Due: $2,511.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355027**



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    December 9, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                              **Invoice#:** 653901
**Our File Number:** 00647/0001                                   **PAGE:**    1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2010

|            |                        | Hours |
|------------|------------------------|-------|
| 11/09/2010 | Ben-Jacob, Michael | 1.67 |
|            | Call with Matt regarding dividend transaction.  Related conference with Gary. | |
| 11/11/2010 | Ben-Jacob, Michael | 0.25 |
|            | ██████████████████████████████ | |
| 11/11/2010 | Soloveichik, Sarah | 0.17 |
|            | ██████████████████████████████ | |
| 11/12/2010 | Ben-Jacob, Michael | 0.33 |
|            | ██████████████████████████████ | |
| 11/17/2010 | Tuchman, L. | 2.75 |
|            | ██████████████████████████████ | |
| 11/18/2010 | Ben-Jacob, Michael | 0.33 |
|            | ██████████████████████ | |
| 11/18/2010 | Gartner, Gary J | 1.00 |
|            | █████████████ | |
| 11/18/2010 | Tuchman, L. | 0.83 |
|            | ████████████████████████████ | |
| 11/19/2010 | Ben-Jacob, Michael | 0.17 |
|            | ██████████████████████████ | |
| 11/19/2010 | Gartner, Gary J | 1.83 |
|            | ████████████████ | |

**K**AYE SCHOLER LLP

TO:   Argre Management LLC                                    December 9, 2010

    **RE:** General                                              **Invoice#:** 653901
    **Our File Number:** 00647/0001                              **PAGE:**   2

===============================================================================



| Date | Name | Hours |
|------|------|-------|
| 11/22/2010 | Ben-Jacob, Michael | 0.58 |
| 11/22/2010 | Gartner, Gary J | 1.42 |
| 11/23/2010 | Ben-Jacob, Michael | 5.00 |
| 11/23/2010 | Scheine, Jeffrey D | 5.00 |
| 11/24/2010 | Ben-Jacob, Michael | 0.92 |
| 11/24/2010 | Gartner, Gary J | 1.92 |
| 11/24/2010 | Tuchman, L. | 0.58 |
| 11/30/2010 | Gartner, Gary J | 0.92 |
| 11/30/2010 | Tuchman, L. | 2.00 |

Total Hours.................   27.67

Fees through 11/30/2010...................................   $22,438.45

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|------|-------|------|
| Ben-Jacob, Michael | $685.00 | 9.25 | $6,336.25 |
| Gartner, Gary J | 930.00 | 7.09 | 6,593.70 |
| Scheine, Jeffrey D | 820.00 | 5.00 | 4,100.00 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355029**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                December 9, 2010

RE: General                                            **Invoice#:** 653901
**Our File Number:** 00647/0001                            **PAGE:**    3

===============================================================================

| | | | |
|---|---|---|---|
| Tuchman, L. | 870.00 | 6.16 | 5,359.20 |
| Soloveichik, Sarah | 290.00 | 0.17 | 49.30 |
| Fees through 11/30/2010............... | | 27.67 | $22,438.45 |

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 646735 | 10/06/2010 | $2,511.85 |
| Prior Balance Due............................................................ | | $2,511.85 |

| | | |
|---|---|---|
| Fees this Invoice................................. | $22,438.45 | |
| Less Discount of................................. | (2,069.85) | |
| Adjusted Fees............................................................ | | $20,368.60 |
| Total Due this Invoice............................................ | | $20,368.60 |
| Prior Balance Due (from above)................................. | | 2,511.85 |
| **TOTAL DUE**............................................................ | | **$22,880.45** |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**    **WH_MDL_00355030**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 653901
Total Amount Due: $22,880.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · MENLO PARK · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                          January 28, 2011
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                      **Invoice#:** 657645
**Our File Number:** 00647/0001                            **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2010

|  |  | **Hours** |
|---|---|---|
| 12/01/2010 | Gartner, Gary J | 1.75 |
|  | Telephone conference regarding withholding issue and consideration of Code provision. |  |
| 12/01/2010 | Scheine, Jeffrey D | 0.50 |
|  | Discussion with Louis Tuchman concerning foreign tax credit issues. |  |
| 12/01/2010 | Tuchman, L. | 2.17 |
|  | Office conferences with J. Scheine and S. Soloveichik regarding proposed foreign tax credit structure; ███████████████████ |  |
| 12/01/2010 | Soloveichik, Sarah | 0.17 |
|  | Received background information from Louis Tuchman. |  |
| 12/02/2010 | Ben-Jacob, Michael | 1.17 |
|  | ████████████████████████████ |  |
| 12/02/2010 | Gartner, Gary J | 1.08 |
|  | Consider issues regarding single stock future. |  |
| 12/02/2010 | Tuchman, L. | 0.25 |
|  | Office conference with M.B. Jacobs re: domain trading. |  |
| 12/03/2010 | Ben-Jacob, Michael | 1.00 |
|  | ████████████████████████████ |  |
| 12/03/2010 | Gartner, Gary J | 0.83 |
|  | ████████████████████████████ |  |
| 12/03/2010 | Soloveichik, Sarah | 2.33 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355032**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                     January 28, 2011

RE: General                                              Invoice#: 657645
Our File Number: 00647/0001                                    PAGE:    2

===============================================================================

|            | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid. | |
|------------|-------------------------------------------------------------------|------|
| 12/03/2010 | Soloveichik, Sarah | 0.75 |
|            | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid.  Summarized research in email to Louis Tuchman. | |
| 12/06/2010 | Ben-Jacob, Michael | 1.58 |
|            | Call with Jerome re German tax refund/FTC questions ███████ | |
| 12/06/2010 | Wells, Peter B | 2.58 |
| 12/07/2010 | Ben-Jacob, Michael | 1.08 |
| 12/07/2010 | Wells, Peter B | 4.42 |
| 12/08/2010 | Ben-Jacob, Michael | 1.67 |
| 12/08/2010 | Tuchman, L. | 1.25 |
| 12/08/2010 | Wells, Peter B | 1.42 |
| 12/09/2010 | Ben-Jacob, Michael | 0.33 |
| 12/09/2010 | Wells, Peter B | 1.67 |
| 12/15/2010 | Ben-Jacob, Michael | 0.25 |

KAYE SCHOLER LLP

TO:     Argre Management LLC                                          January 28, 2011

        RE: General                                                  Invoice#: 657645
        Our File Number: 00647/0001                                  PAGE:    3

═══════════════════════════════════════════════════════════════════════════════

12/21/2010  Ben-Jacob, Michael    ████████████████████████████           0.50

12/22/2010  Ben-Jacob, Michael    ████████████████████████████           0.25

12/28/2010  Wells, Peter B        ███████████████████████████████████████  1.17

12/30/2010  Wells, Peter B        ████████████████████████                 0.25
                                                              ----------
                                         Total Hours................   30.42

                Fees through 12/31/2010....................   $18,780.00


        *-------------------------------TIME AND FEE SUMMARY-------------------------------*
                                    Rate       Hours        Fees
        Ben-Jacob, Michael        $685.00       7.83     $5,363.55
        Gartner, Gary J            930.00       3.66      3,403.80
        Scheine, Jeffrey D         820.00       0.50        410.00
        Tuchman, L.                870.00       3.67      3,192.90
        Soloveichik, Sarah         290.00       3.25        942.50
        Wells, Peter B             475.00      11.51      5,467.25
                                              _____     _____
                Fees through 12/31/2010...............   30.42     $18,780.00



        Fees this Invoice...................................   $18,780.00
        Less Discount of................................      (3,780.00)
                                                            _____
        Adjusted Fees..........................................................   $15,000.00

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    January 28, 2011

**RE:** General                                              **Invoice#:** 657645
**Our File Number:** 00647/0001                                  **PAGE:**    4

**Total Due this Invoice**................................................................    **$15,000.00**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355035**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 657645
Total Amount Due: $15,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC
40 West 57th Street
New York, New York 10019
Attn: John H. van Merkensteijn, III

March 15, 2011

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 663115
**PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2011

| Date | Timekeeper | Hours |
|---|---|---|
| 02/01/2011 | Ben-Jacob, Michael<br>Call with John re German Ex-Dividend transaction and structuring with charity; related research/review of memo. | 1.33 |
| 02/02/2011 | Ben-Jacob, Michael<br>Call with John re ex-dividend transaction; related consideration of memo. | 1.00 |
| 02/03/2011 | Ben-Jacob, Michael<br>Attention to memo. | 0.25 |
| 02/04/2011 | Abramowitz, L.<br>Office conference Ben-Jacob; research UBTI with respect to church; correspondence. | 0.50 |
| 02/04/2011 | Ben-Jacob, Michael<br>Attention to memo re ex-dividend matter; conference with Laurie Abramowitz re UBT1 issues. | 0.58 |
| 02/06/2011 | Ben-Jacob, Michael<br>Review US/German Tax treaty and structuring memo. | 0.33 |
| 02/07/2011 | Ben-Jacob, Michael<br>Calls with Matt and John re ex-dividend transaction; related conference with Louis and Woody and email re background info. | 1.25 |
| 02/07/2011 | Tuchman, L.<br>Office conferences with M. Ben-Jacob regarding German "ex-Dividend" structure and review of same and of proposed new version. | 1.67 |
| 02/07/2011 | Woodard, A.F.<br>Review of material re German investment. | 0.17 |
| 02/07/2011 | Wells, Peter B<br>██████████████████████████ | 1.25 |
| 02/08/2011 | Ben-Jacob, Michael<br>Call with Matt, John and Jerome re ex-dividend transaction███████████████████████████ | 1.25 |

KAYE SCHOLER LLP

TO:     Argre Management LLC                                          March 15, 2011

RE: General                                                    **Invoice#:** 663115
**Our File Number:** 00647/0001                                      **PAGE:**   2

=================================================================================

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/08/2011 | Tuchman, L. | Conference call regarding proposed deal, structure; research; telephone conferences and office conferences with A.F. Woodard, J. Lhote and M. Ben-Jacob; analysis of same; telephone conferences with R.A. Greiss. | 3.25 |
| 02/08/2011 | Woodard, A.F. | Office conferences L. Tuchman, conference call client, and review of material re potential German investment. | 1.84 |
| 02/08/2011 | Wells, Peter B | ██████████████████████████████ | 1.00 |
| 02/09/2011 | Ben-Jacob, Michael | Calls with John re ex-dividend transaction; related conference call with London advisors. | 1.83 |
| 02/09/2011 | Tuchman, L. | Conference call with client; A.F. Woodard, M.B. Jacob, Solo adviser re: German ex-dividend transaction; follow-up discussions re: same. | 2.17 |
| 02/09/2011 | Woodard, A.F. | Conference call client; office conference L. Tuchman and review of material. | 0.92 |
| 02/09/2011 | Wells, Peter B | ██████████████████████████████ | 0.67 |
| 02/09/2011 | Wells, Peter B | ██████████████████████████████ | 1.50 |
| 02/10/2011 | Ben-Jacob, Michael | ██████████████████████████████ | 0.50 |
| 02/10/2011 | Eichel, Steven R | ██████████████████████████████ | 0.54 |
| 02/10/2011 | Wells, Peter B | ██████████████████████████████ | 1.50 |
| 02/11/2011 | Ben-Jacob, Michael | ██████████████████████████████ | 0.75 |
| 02/11/2011 | Eichel, Steven R | ██████████████████████████████ | 0.67 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355038**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      March 15, 2011

RE: General                                         **Invoice#:** 663115
**Our File Number:** 00647/0001                               **PAGE:**   3



| | | |
|---|---|---|
| 02/11/2011 | Wells, Peter B | 1.25 |
| 02/14/2011 | Wells, Peter B | 1.25 |
| 02/15/2011 | Ben-Jacob, Michael | 0.33 |
| 02/16/2011 | Ben-Jacob, Michael | 0.75 |
| 02/16/2011 | Wells, Peter B | 0.50 |
| 02/23/2011 | Ben-Jacob, Michael | 0.75 |
| 02/23/2011 | Eichel, Steven R | 0.17 |
| 02/23/2011 | Wells, Peter B | 0.75 |
| 02/24/2011 | Wells, Peter B | 1.00 |
| 02/25/2011 | Wells, Peter B | 1.25 |
| 02/28/2011 | Ben-Jacob, Michael | 0.08 |
| 02/28/2011 | Wells, Peter B | 0.75 |

Total Hours.................  35.55

Fees through 02/28/2011.....................................  $24,855.40

*---------------------------------TIME AND FEE SUMMARY---------------------------------*
                        Rate       Hours          Fees

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355039**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                          March 15, 2011

**RE:** General                                                    **Invoice#:** 663115
**Our File Number:** 00647/0001                                    **PAGE:**    4

| | | | |
|---|---|---|---|
| Abramowitz, L. | $840.00 | 0.50 | $420.00 |
| Ben-Jacob, Michael | 710.00 | 10.98 | 7,795.80 |
| Tuchman, L. | 875.00 | 7.09 | 6,203.75 |
| Woodard, A.F. | 800.00 | 2.93 | 2,332.00 |
| Eichel, Steven R | 690.00 | 1.38 | 945.30 |
| Wells, Peter B | 565.00 | 12.67 | 7,158.55 |
| Fees through 02/28/2011............... | | 35.55 | $24,855.40 |

| | |
|---|---|
| Fees this Invoice.................................................. | $24,855.40 |
| Less Discount of................................................ | (4,000.00) |
| Adjusted Fees........................................................ | $20,855.40 |
| **Total Due this Invoice................................................** | **$20,855.40** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355040**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 663115
Total Amount Due: $20,855.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                          August 9, 2011
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                              **Invoice#:** 676549
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2011

|            |                     | **Hours** |
|------------|---------------------|-----------|
| 07/12/2011 | Eichel, Steven R    | 0.75      |
| 07/19/2011 | Tuchman, L.         | 0.75      |
|            | Total Hours........  | 1.50      |

Fees through 07/31/2011....................................    $1,173.75

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                  | Rate      | Hours | Fees      |
|------------------|-----------|-------|-----------|
| Tuchman, L.      | $875.00   | 0.75  | $656.25   |
| Eichel, Steven R | 690.00    | 0.75  | 517.50    |
| Fees through 07/31/2011............... | | 1.50 | $1,173.75 |

\*-----------------------COSTS ADVANCED THROUGH 07/31/2011-----------------------\*

| Transportation                           | $293.70  |
|------------------------------------------|----------|
| Messengers/Courier                       | 26.25    |
| Total Costs through 07/31/2011.........  | $319.95  |

| Fees this Invoice........................................... | $1,173.75 |
|------------------------------------------------------------|-----------|
| Costs this Invoice.......................................... | $319.95   |
| **Total Due this Invoice..............................................** | **$1,493.70** |

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 676549
Total Amount Due: $1,493.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355043



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                          September 12, 2011
        40 West 57th Street
        New York, New York  10019
        Attn: John H. van Merkensteijn, III

RE: General                                          **Invoice#:** 679893
**Our File Number:** 00647/0001                       **PAGE:**     1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2011

|  |  |  | **Hours** |
|---|---|---|---|
| 08/15/2011 | Ben-Jacob, Michael | | 1.00 |
| 08/16/2011 | Ben-Jacob, Michael | | 0.17 |
| | | Total Hours................ | 1.17 |
| | Fees through 08/31/2011.................................... | | $830.70 |

*-------------------------------TIME AND FEE SUMMARY-------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $710.00 | 1.17 | $830.70 |
| Fees through 08/31/2011.............. | | 1.17 | $830.70 |

*-------------------------------OUTSTANDING BALANCE-------------------------------*

| **Invoice#** | **Date** | **Amount** |
|---|---|---|
| 676549 | 08/09/2011 | $1,493.70 |
| Prior Balance Due......................................................... | | $1,493.70 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355044**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    September 12, 2011

    **RE:** General                                         **Invoice#:** 679893
    **Our File Number:** 00647/0001                         **PAGE:**    2

===============================================================================

Fees this Invoice.......................................................................    $830.70

Total Due this Invoice...........................................................    $830.70

Prior Balance Due (from above)...................................    1,493.70

**TOTAL DUE**..........................................................................    **$2,324.40**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355045**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 679893
Total Amount Due: $2,324.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355046



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                October 11, 2011
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III

RE: General                                              Invoice#: 682560
Our File Number: 00647/0001                                  PAGE:    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

|  |  | Hours |
|---|---|---|
| 09/12/2011 | Ben-Jacob, Michael | 0.42 |
| | Call with Matt regarding pension structure for next ex-dividend deal. | |
| 09/12/2011 | Woodard, A.F. | 1.75 |
| | Office conference M. Ben-Jacob and research re proposed transaction. | |
| 09/13/2011 | Woodard, A.F. | 3.17 |
| | Office conference M. Ben-Jacob and research re proposed transaction. | |
| 09/14/2011 | Woodard, A.F. | 4.00 |
| | Telephone conferences L. Tuchman and M. Marcirs and review of material re UBTI and other issues re proposed investment. | |
| 09/15/2011 | Ben-Jacob, Michael | 1.25 |
| | Conference with Woody regarding analysis of pension option for ex-dividend transaction; related call with Matt. | |
| 09/15/2011 | Woodard, A.F. | 2.17 |
| | Office conference M. Ben-Jacob and review of material re UBTI and other issues. | |
| 09/16/2011 | Woodard, A.F. | 0.83 |
| | Review of material re UBTI and other issues. | |
| 09/20/2011 | Woodard, A.F. | 0.25 |
| | Telephone conference L. Tuchman re UBTI. | |
| 09/21/2011 | Woodard, A.F. | 1.42 |
| | Office conference G. Benson, telephone conference L. Berger and review of material re proposed transaction. | |
| 09/22/2011 | Woodard, A.F. | 0.42 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355047

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          October 11, 2011

    RE: General                                                  **Invoice#:** 682560
    **Our File Number:** 00647/0001                              **PAGE:**    2

===============================================================================

| Date | Name | | Hours |
|------|------|---|------|
| | ██████████████████████████ | | |
| 09/23/2011 | Woodard, A.F. | █████████████ | 0.50 |
| 09/28/2011 | Ben-Jacob, Michael | | 0.17 |
| | █████████████████████████████ | | |
| 09/28/2011 | Veillette, Rebecca | | 2.25 |
| | ████████████████████████████████ | | |
| 09/29/2011 | Veillette, Rebecca | █████████████ | 0.25 |
| 09/30/2011 | Veillette, Rebecca | | 1.08 |
| | ████████████████████ | | |

Total Hours.................    19.93

Fees through 09/30/2011....................................    $13,970.50


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|------|-------|------|
| Ben-Jacob, Michael | $710.00 | 1.84 | $1,306.40 |
| Woodard, A.F. | 800.00 | 14.51 | 11,608.00 |
| Veillette, Rebecca | 295.00 | 3.58 | 1,056.10 |
| Fees through 09/30/2011............... | | 19.93 | $13,970.50 |

\*------------------------COSTS ADVANCED THROUGH 09/30/2011------------------------\*

Corp. Filings & Searches                                 $661.75

Total Costs through 09/30/2011.........................    $661.75


Fees this Invoice..............................................................    $13,970.50

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355048**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          October 11, 2011

    **RE:** General                                               **Invoice#:** 682560
    **Our File Number:** 00647/0001                                **PAGE:**    3

===============================================================================

Costs this Invoice........................................................................    $661.75
**Total Due this Invoice................................................................    $14,632.25**

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 682560
Total Amount Due: $14,632.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    November 14, 2011
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 685991
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

|            |                                                                      | Hours |
|------------|----------------------------------------------------------------------|-------|
| 10/03/2011 | Ben-Jacob, Michael                                                   | 0.08  |
|            | ███████████████████████████                                          |       |
| 10/03/2011 | Eichel, Steven R                                                     | 1.83  |
|            | ████████████████████████████████████████████████                    |       |
| 10/04/2011 | Veillette, Rebecca                                                  | 0.33  |
|            | ████████████████████████████████████                                 |       |
| 10/05/2011 | Eichel, Steven R                                                    | 0.67  |
|            | ████████████████████████████████████                                 |       |
| 10/05/2011 | Veillette, Rebecca                                                  | 0.42  |
|            | ██████████████████████                                               |       |
| 10/10/2011 | Ben-Jacob, Michael                                                  | 0.17  |
|            | Conference with Woody regarding pension/ex-dividend strategy.        |       |
| 10/10/2011 | Woodard, A.F.                                                        | 0.25  |
|            | Office conference M. Ben-Jacob and review of material.               |       |
| 10/12/2011 | Ben-Jacob, Michael                                                  | 0.50  |
|            | ████████████████████████████████████                                 |       |
| 10/12/2011 | Woodard, A.F.                                                        | 0.50  |
|            | Review of material.                                                  |       |
| 10/13/2011 | Woodard, A.F.                                                        | 1.50  |
|            | Review of material re proposed transaction.                          |       |
| 10/17/2011 | Briggs, Lindsey V                                                   | 0.33  |
|            | ██████████████████████████████                                       |       |
| 10/18/2011 | Ben-Jacob, Michael                                                  | 1.08  |
|            | Attention to ex-dividend strategy; related conference with Woody.    |       |
| 10/19/2011 | Ben-Jacob, Michael                                                  | 0.50  |

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                      November 14, 2011

**RE:** General                                              **Invoice#:** 685991
**Our File Number:** 00647/0001                                    **PAGE:**    2

========================================================================

|            | Call with Matt, Jerome and Woody regarding pension - ex dividend planning. |       |
|------------|---------------------------------------------------------------------------|-------|
| 10/19/2011 | Woodard, A.F.                                                             | 1.25  |

█████████████████████████████████████████████████████;
conference call M. Ben-Jacob and client re proposed investment.

                                        Total Hours.................    9.41

              Fees through 10/31/2011....................................    $6,535.85


*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|                      | Rate    | Hours | Fees      |
|----------------------|---------|-------|-----------|
| Ben-Jacob, Michael   | $710.00 | 2.33  | $1,654.30 |
| Woodard, A.F.        | 800.00  | 3.50  | 2,800.00  |
| Eichel, Steven R     | 690.00  | 2.50  | 1,725.00  |
| Briggs, Lindsey V    | 410.00  | 0.33  | 135.30    |
| Veillette, Rebecca   | 295.00  | 0.75  | 221.25    |
| Fees through 10/31/2011............... |  | 9.41 | $6,535.85 |


Fees this Invoice...........................................................    $6,535.85
**Total Due this Invoice................................................**    **$6,535.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                 **WH_MDL_00355052**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 685991
Total Amount Due: $6,535.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355053**



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                          December 12, 2011
       40 West 57th Street
       New York, New York  10019

**RE:** General                                                    **Invoice#:** 688474
**Our File Number:** 00647/0001                                    **PAGE:**    1

====================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 11/30/2011

====================================================================

|  |  | **Hours** |
|---|---|---|
| 11/08/2011 | Tuchman, L. | 1.25 |
|  | Telephone conference with M. Stein; research re: proposed structure. |  |
| 11/09/2011 | Tuchman, L. | 0.75 |
|  | Research and telephone conference with M. Stein. |  |
| 11/10/2011 | Ben-Jacob, Michael | 0.25 |
|  | Call with Matt and Jerome regarding potential planning. |  |

Total Hours................. 2.25

Fees through 11/30/2011..................................... $1,927.50

\*-------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $710.00 | 0.25 | $177.50 |
| Tuchman, L. | 875.00 | 2.00 | 1,750.00 |
| Fees through 11/30/2011............... |  | 2.25 | $1,927.50 |

\*-----------------------COSTS ADVANCED THROUGH 11/30/2011-----------------------\*

Corp. Filings & Searches                                            $224.25

Total Costs through 11/30/2011......................... $224.25

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 685991 | 11/14/2011 | $6,535.85 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355054**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    December 12, 2011

    **RE:** General                                              **Invoice#:** 688474
    **Our File Number:** 00647/0001                              **PAGE:**    2

====================================================================

Prior Balance Due.......................................................................    $6,535.85


Fees this Invoice.......................................................................    $1,927.50
Costs this Invoice.......................................................................    $224.25
Total Due this Invoice.................................................................    $2,151.75
Prior Balance Due (from above)..................................................    6,535.85
**TOTAL DUE**..........................................................................    **$8,687.60**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355055**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 688474
Total Amount Due: $8,687.60

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355056



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                        March 31, 2012
       40 West 57th Street
       New York, New York  10019


**RE:** General                                          **Invoice#:** 696544
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

|  |  | Hours |
|---|---|---|
| 12/07/2011 | Veillette, Rebecca | 1.00 |
| 12/08/2011 | Veillette, Rebecca | 1.00 |
| 12/20/2011 | Ben-Jacob, Michael | 0.75 |
| 12/20/2011 | Briggs, Lindsey V | 0.25 |
| 12/21/2011 | Briggs, Lindsey V | 0.42 |
| 12/21/2011 | Veillette, Rebecca | 0.50 |
| 12/22/2011 | Veillette, Rebecca | 0.50 |
| 02/02/2012 | Ben-Jacob, Michael | 0.17 |
| 02/22/2012 | Ben-Jacob, Michael | 0.25 |
| 02/23/2012 | Ben-Jacob, Michael | 0.33 |
| 02/23/2012 | Stromberg, Thomas | 1.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355057**

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                    March 31, 2012

RE: General                                              Invoice#: 696544
Our File Number: 00647/0001                              PAGE:    2

═══════════════════════════════════════════════════════════════════════════

| | | |
|---|---|---|
| | ███████████████████ | |
| 02/23/2012 | Sluder, Elizabeth C | 0.92 |
| | ██████████████ | |
| 02/24/2012 | Stromberg, Thomas | 0.50 |
| | ███████████████████ | |
| 02/27/2012 | Stromberg, Thomas | 1.00 |
| | ██████████████ | |
| 02/27/2012 | Sluder, Elizabeth C | 4.58 |
| | ████████████████████████ | |
| 02/28/2012 | Stromberg, Thomas | 1.25 |
| | ███████████████████ | |
| 02/28/2012 | Sluder, Elizabeth C | 1.17 |
| | █████████████ | |
| 03/05/2012 | Wells, Peter B | 2.25 |
| | ████████████████████████ | |
| 03/06/2012 | Wells, Peter B | 1.00 |
| | █████████████ | |
| 03/15/2012 | Wells, Peter B | 5.00 |
| | ████████████████ Work on | |

issues related to due diligence for IRAs.

                                                        ----------
                        Total Hours................ 24.34

        Fees through 03/31/2012.................................    $14,797.45

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00* | 1.50 | $1,080.00 |
| Stromberg, Thomas | 810.00 | 4.25 | 3,442.50 |
| Briggs, Lindsey V | 410.00 | 0.67 | 274.70 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355058**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    March 31, 2012

    **RE:** General                                    **Invoice#:** 696544
    **Our File Number:** 00647/0001                    **PAGE:**    3

===============================================================================

| | | | |
|---|---|---|---|
| Sluder, Elizabeth C | 575.00 | 6.67 | 3,835.25 |
| Wells, Peter B | 640.00 | 8.25 | 5,280.00 |
| Veillette, Rebecca | 295.00 | 3.00 | 885.00 |
| Fees through 03/31/2012............... | | 24.34 | $14,797.45 |

*)      rate changed during the timespan of the bill

    \*-----------------------COSTS ADVANCED THROUGH 03/31/2012-----------------------\*

| | |
|---|---|
| Duplicating | $10.10 |
| Transportation | 9.00 |
| Corp. Filings & Searches | 329.00 |
| Messengers/Courier | 52.49 |
| Meals | 48.50 |
| Total Costs through 03/31/2012........................ | $449.09 |

| | |
|---|---|
| Fees this Invoice................................................................... | $14,797.45 |
| Costs this Invoice................................................................. | $449.09 |
| **Total Due this Invoice.............................................................** | **$15,246.54** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355059**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 696544
Total Amount Due: $15,246.54

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355060



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                  May 14, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                    **Invoice#:** 702756
**Our File Number:** 00647/0001                        **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2012

|  |  | **Hours** |
|---|---|---|
| 04/05/2012 | Ben-Jacob, Michael | 0.92 |
| 04/24/2012 | Ben-Jacob, Michael | 1.00 |
|  | Total Hours............... | 1.92 |
|  | Fees through 04/30/2012................................... | $1,401.60 |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 1.92 | $1,401.60 |
| Fees through 04/30/2012............... | | 1.92 | $1,401.60 |

*-----------------------COSTS ADVANCED THROUGH 04/30/2012-----------------------*

| Messengers/Courier | $26.25 |
|---|---|
| Filing Fees/Court Fees | 105.00 |
| Total Costs through 04/30/2012......................... | $131.25 |

| Fees this Invoice........................................................................ | $1,401.60 |
|---|---|
| Costs this Invoice...................................................................... | $131.25 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**        **WH_MDL_00355061**

KAYE SCHOLER LLP

TO:     Argre Management LLC                                    May 14, 2012

**RE:** General                                              **Invoice#:** 702756
**Our File Number:** 00647/0001                                **PAGE:**    2

===============================================================================

**Total Due this Invoice**..................................................    **$1,532.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355062**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 702756
Total Amount Due: $1,532.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      June 18, 2012
       40 West 57th Street
       New York, New York 10019

**RE:** General                                              **Invoice#:** 705166
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2012

|  |  | **Hours** |
|---|---|---|
| 05/03/2012 | Ben-Jacob, Michael | 1.58 |
| 05/04/2012 | Ben-Jacob, Michael | 1.67 |

Total Hours................ 3.25

Fees through 05/31/2012................................... $2,372.50

\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 3.25 | $2,372.50 |
| Fees through 05/31/2012............... | | 3.25 | $2,372.50 |

\*-----------------------COSTS ADVANCED THROUGH 05/31/2012-----------------------\*

| Transportation | $11.00 |
|---|---|
| Messengers/Courier | 34.06 |
| Total Costs through 05/31/2012......................... | $45.06 |

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 702756 | 05/14/2012 | $1,532.85 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355064**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                          June 18, 2012

**RE:** General                                                **Invoice#:** 705166
**Our File Number:** 00647/0001                                    **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════════

Prior Balance Due........................................................................    $1,532.85


Fees this Invoice.......................................................................    $2,372.50
Costs this Invoice.....................................................................      $45.06
Total Due this Invoice...............................................................    $2,417.56
Prior Balance Due (from above)................................................    1,532.85
**TOTAL DUE**.........................................................................    **$3,950.41**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355065**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 705166
Total Amount Due: $3,950.41

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355066**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    July 17, 2012
       40 West 57th Street
       New York, New York  10019


**RE:** General                                    **Invoice#:** 708329
**Our File Number:** 00647/0001                              **PAGE:**    1

═══════════════════════════════════════════════════════════════════

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 06/30/2012

═══════════════════════════════════════════════════════════════════

|  |  | **Hours** |
|---|---|---|
| 06/05/2012 | Veillette, Rebecca | 0.33 |
| 06/06/2012 | Veillette, Rebecca | 0.33 |
| 06/12/2012 | Veillette, Rebecca | 1.00 |
| 06/14/2012 | Ben-Jacob, Michael | 0.67 |
| 06/15/2012 | Veillette, Rebecca | 0.50 |
| 06/22/2012 | Veillette, Rebecca | 0.33 |
| 06/27/2012 | Veillette, Rebecca | 0.50 |

Total Hours................. 3.66

Fees through 06/30/2012.................................... $1,371.15


*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 0.67 | $489.10 |
| Veillette, Rebecca | 295.00 | 2.99 | 882.05 |


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355067**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC

July 17, 2012

**RE:** General

**Our File Number:** 00647/0001

**Invoice#:** 708329

**PAGE:**    2

===============================================================================

Fees through 06/30/2012............... 3.66    $1,371.15

\*--------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 702756 | 05/14/2012 | $1,532.85 |
| 705166 | 06/18/2012 | 2,417.56 |
| Prior Balance Due............................................................... | | $3,950.41 |

| | |
|---|---|
| Fees this Invoice................................................................. | $1,371.15 |
| Total Due this Invoice........................................................... | $1,371.15 |
| Prior Balance Due (from above)................................................... | 3,950.41 |
| **TOTAL DUE**................................................................. | **$5,321.56** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 708329
Total Amount Due: $5,321.56

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355069



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    August 16, 2012
      40 West 57th Street
      New York, New York  10019


**RE:** General                                          **Invoice#:** 711502
**Our File Number:**00647/0001                              **PAGE:**   1

=============================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 07/31/2012

=============================================================================

                                                                **Hours**
                                                                ----------
07/25/2012  Veillette, Rebecca                                      0.33

07/30/2012  Veillette, Rebecca                                      1.00
            Attention to forming Rajan Investments LLC.
                                                                ----------
                                    Total Hours................    1.33
              Fees through 07/31/2012....................    $392.35


*--------------------------------TIME AND FEE SUMMARY--------------------------------*
                          Rate        Hours         Fees
Veillette, Rebecca       $295.00       1.33        $392.35
              Fees through 07/31/2012..............    1.33        $392.35


*--------------------------------OUTSTANDING BALANCE--------------------------------*
        **Invoice#**          **Date**                        **Amount**
        708329           07/17/2012                        $1,371.15
        Prior Balance Due.......................................    $1,371.15



        Fees this Invoice.......................................    $392.35


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355070**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    August 16, 2012

    **RE:** General                                                    **Invoice#:** 711502
    **Our File Number:** 00647/0001                                    **PAGE:**    2

Total Due this Invoice...................................................................    $392.35
Prior Balance Due (from above)....................................................    1,371.15
**TOTAL DUE**..............................................................................    **$1,763.50**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 711502
Total Amount Due: $1,763.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**     **WH_MDL_00355072**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                         September 13, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                    **Invoice#:** 713751
**Our File Number:**00647/0001                     **PAGE:**    1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2012

|  |  | **Hours** |
|---|---|---|
| 08/01/2012 | Veillette, Rebecca | 0.75 |
| 08/08/2012 | Veillette, Rebecca | 0.58 |
| 08/09/2012 | Veillette, Rebecca | 1.25 |
| 08/10/2012 | Veillette, Rebecca | 0.67 |
|  | Rajan Investments - operating agreement. |  |
| 08/14/2012 | Veillette, Rebecca | 0.33 |
| 08/17/2012 | Ben-Jacob, Michael | 0.08 |

                                          Total Hours................. 3.66

            Fees through 08/31/2012.................................... $1,114.50

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 0.08 | $58.40 |
| Veillette, Rebecca | 295.00 | 3.58 | 1,056.10 |
| Fees through 08/31/2012............... | | 3.66 | $1,114.50 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

KAYE SCHOLER LLP

TO:    Argre Management LLC                                                September 13, 2012

RE: General                                                            Invoice#: 713751
Our File Number: 00647/0001                                          PAGE:    2

---

Fees this Invoice.................................................................$1,114.50

**Total Due this Invoice................................................................$1,114.50**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355074**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 713751
Total Amount Due: $1,114.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                   November 20, 2012
       40 West 57th Street
       New York, New York 10019

**RE:** General                                              **Invoice#:** 720986
**Our File Number:** 00647/0001                              **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2012

| | | Hours |
|---|---|---|
| 09/27/2012 | Ben-Jacob, Michael | 0.08 |
| 09/28/2012 | Ben-Jacob, Michael | 1.42 |
| 09/29/2012 | Ben-Jacob, Michael | 0.17 |
| 10/07/2012 | Ben-Jacob, Michael | 0.17 |
| 10/11/2012 | Wittenberg, Daniella T | 0.33 |
| 10/16/2012 | Veillette, Rebecca | 0.25 |
| 10/17/2012 | Wells, Peter B | 0.75 |
| 10/17/2012 | Veillette, Rebecca | 0.50 |
| 10/24/2012 | Veillette, Rebecca | 1.25 |
| 10/25/2012 | Wells, Peter B | 1.00 |
| 10/25/2012 | Veillette, Rebecca | 1.50 |

**K**AYE SCHOLER LLP

TO:     Argre Management LLC                                                    November 20, 2012

    **RE:** General                                                                    **Invoice#:** 720986
    **Our File Number:** 00647/0001                                              **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════════

10/26/2012  Veillette, Rebecca                                                        0.50

                                       ----------
                                Total Hours................     7.92

             Fees through 10/31/2012....................................     $3,804.90

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                        | Rate      | Hours  | Fees        |
|------------------------|-----------|--------|-------------|
| Ben-Jacob, Michael     | $730.00   | 1.84   | $1,343.20   |
| Wells, Peter B         | 640.00    | 1.75   | 1,120.00    |
| Wittenberg, Daniella T | 490.00    | 0.33   | 161.70      |
| Veillette, Rebecca     | 295.00    | 4.00   | 1,180.00    |
| Fees through 10/31/2012............... |  | 7.92 | $3,804.90 |

*----------------------COSTS ADVANCED THROUGH 10/31/2012----------------------*

      Corp. Filings & Searches                                      $2,633.00
      Conference & Legal Staff/Travel Working Meals                      27.57
                                       -------------------
         Total Costs through 10/31/2012........................     $2,660.57

     Fees this Invoice.........................................................     $3,804.90
     Costs this Invoice.......................................................     $2,660.57
     **Total Due this Invoice................................................**     **$6,465.47**

           **Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 720986
Total Amount Due: $6,465.47

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                December 10, 2012
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

RE: General                                          **Invoice#:** 722890
**Our File Number:**00647/0001                       **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2012

|            |                       | **Hours** |
|------------|-----------------------|-----------|
| 11/01/2012 | Wells, Peter B        | 1.42      |
| 11/05/2012 | Wells, Peter B        | 1.50      |
| 11/07/2012 | Gartner, Gary J       | 1.50      |
| 11/08/2012 | Gartner, Gary J       | 0.83      |
| 11/08/2012 | Veillette, Rebecca    | 1.33      |
| 11/09/2012 | Gartner, Gary J       | 0.67      |
| 11/12/2012 | Ben-Jacob, Michael    | 0.08      |
| 11/14/2012 | Gartner, Gary J       | 1.08      |
| 11/15/2012 | Ben-Jacob, Michael    | 0.08      |
| 11/15/2012 | Gartner, Gary J       | 1.17      |
|            | Telephone conference with client and review proposed regs. | |
| 11/16/2012 | Gartner, Gary J       | 1.17      |
|            | Consider proposed regs regarding trade. | |
| 11/19/2012 | Gartner, Gary J       | 0.50      |
|            | Update thinking regarding proposed regulations. | |
| 11/21/2012 | Gartner, Gary J       | 0.75      |
|            | Consider further issues regarding proposed regs and trade. | |
| 11/28/2012 | Gartner, Gary J       | 1.50      |
|            | Consider issues under proposed regs and trade. | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**        **WH_MDL_00355079**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                December 10, 2012

RE: General                                               Invoice#: 722890
Our File Number: 00647/0001                               PAGE:    2

11/29/2012  Gartner, Gary J                                                    1.17
            Review of authorities on possible trade.
                                            Total Hours................     14.75
                    Fees through 11/30/2012.....................    $12,924.75

*---------------------------------TIME AND FEE SUMMARY---------------------------------*
                                Rate         Hours          Fees
Ben-Jacob, Michael             $730.00        0.16         $116.80
Gartner, Gary J               1,020.00       10.34       10,546.80
Wells, Peter B                  640.00        2.92        1,868.80
Veillette, Rebecca              295.00        1.33          392.35
                Fees through 11/30/2012...............     14.75     $12,924.75

*----------------------COSTS ADVANCED THROUGH 11/30/2012----------------------*
        Transportation                                      $84.81
            Total Costs through 11/30/2012........................     $84.81

*---------------------------------OUTSTANDING BALANCE---------------------------------*
        Invoice#            Date                         Amount
        720986           11/20/2012                      $6,465.47
        Prior Balance Due....................................................    $6,465.47


        Fees this Invoice...........................................................    $12,924.75
        Costs this Invoice..........................................................       $84.81
        Total Due this Invoice...............................................    $13,009.56
        Prior Balance Due (from above)................................     6,465.47
        **TOTAL DUE**.............................................................    **$19,475.03**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355080

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
　　　153 East 53rd Street
　　　New York, New York 10022
　　　Attention: Marsha Burnett
　　　Telephone: 212.559.3787

　　　ABA Routing Number: 021000089
　　　Bank Identification Code/SWIFT Code: CITIUS33
　　　Account Name: Kaye Scholer LLP
　　　Account Number: 9981494431

　　　RE: Argre Management LLC
　　　Our File Number: 00647/0001
　　　Invoice Number: 722890
　　　Total Amount Due: $19,475.03

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355081

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC
        40 West 57th Street
        New York, New York 10019
        alicia@argremgt.com

January 17, 2013

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 727062
**PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2012

| | | **Hours** |
|---|---|---|
| 12/04/2012  Wells, Peter B | | 2.00 |
| ████████████████████████████████ | | |
| 12/05/2012  Wells, Peter B | | 1.75 |
| ████████████████████████████████ | | |
| | Total Hours................ | 3.75 |
| | Fees through 12/31/2012.................................. | $2,400.00 |

\*-----------------------------TIME AND FEE SUMMARY-----------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $640.00 | 3.75 | $2,400.00 |
| Fees through 12/31/2012............... | | 3.75 | $2,400.00 |

| | | |
|---|---|---|
| Fees this Invoice........................................................... | | $2,400.00 |
| **Total Due this Invoice.............................................** | | **$2,400.00** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355082**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 727062
Total Amount Due: $2,400.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355083

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                February 21, 2013
     40 West 57th Street
     New York, New York  10019
     alicia@argremgt.com

**RE:** General                                          **Invoice#:** 728997
**Our File Number:**00647/0001                           **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2013

|            |                     | Hours |
|------------|---------------------|-------|
| 01/22/2013 | Veillette, Rebecca  | 0.50  |
| 01/24/2013 | Tuchman, L.         | 1.00  |
| 01/25/2013 | Tuchman, L.         | 2.50  |
| 01/28/2013 | Tuchman, L.         | 2.75  |
| 01/28/2013 | Veillette, Rebecca  | 1.08  |
|            | Total Hours.................| 7.83 |

Fees through 01/31/2013....................................  $6,231.90

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|                     | Rate    | Hours | Fees      |
|---------------------|---------|-------|-----------|
| Tuchman, L.         | $920.00 | 6.25  | $5,750.00 |
| Veillette, Rebecca  | 305.00  | 1.58  | 481.90    |
| Fees through 01/31/2013............... | | 7.83 | $6,231.90 |

*-----------------------COSTS ADVANCED THROUGH 01/31/2013-----------------------*

| Reporters/Transcripts Fee | $99.00 |
|---------------------------|--------|
| Total Costs through 01/31/2013......................... | $99.00 |

*-----------------------------------OUTSTANDING BALANCE-----------------------------------*

| Invoice# | Date       | Amount    |
|----------|------------|-----------|
| 727062   | 01/29/2013 | $2,400.00 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355084**

KAYE SCHOLER LLP

TO:    Argre Management LLC                          February 21, 2013

**RE:** General                                    **Invoice#:** 728997
**Our File Number:** 00647/0001                         **PAGE:**    2

Prior Balance Due........................................................    $2,400.00


Fees this Invoice................................................    $6,231.90
Costs this Invoice...............................................     $99.00
Total Due this Invoice..........................................    $6,330.90
Prior Balance Due (from above)..............................    2,400.00
**TOTAL DUE**.........................................................    **$8,730.90**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                          **WH_MDL_00355085**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 728997
Total Amount Due: $8,730.90

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355086



**KAYE | SCHOLER** LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    March 25, 2013
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

**RE:** General                                               **Invoice#:** 731658
**Our File Number:**00647/0001                                **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2013

|            |                    | **Hours** |
|------------|--------------------|-----------|
| 02/12/2013 | Veillette, Rebecca | 0.58 |
| 02/27/2013 | Veillette, Rebecca | 0.58 |
| 02/27/2013 | Veillette, Rebecca | 0.42 |

Total Hours................ 1.58

Fees through 02/28/2013.................................... $481.90

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                    | Rate    | Hours | Fees    |
|--------------------|---------|-------|---------|
| Veillette, Rebecca | $305.00 | 1.58  | $481.90 |

Fees through 02/28/2013............... 1.58    $481.90

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date       | Amount     |
|----------|------------|------------|
| 728997   | 02/21/2013 | $6,330.90  |

Prior Balance Due........................................................ $6,330.90

Fees this Invoice........................................................ $481.90
Total Due this Invoice................................................. $481.90
Prior Balance Due (from above)................................... 6,330.90
**TOTAL DUE**........................................................... **$6,812.80**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 731658
Total Amount Due: $6,812.80

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER            WH_MDL_00355088



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    April 22, 2013
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

**RE:** General                                          **Invoice#:** 734523
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2013

|            |                    | Hours |
|------------|--------------------|------:|
| 03/04/2013 | Tuchman, L.        | 1.42  |
| 03/05/2013 | Tuchman, L.        | 1.75  |
| 03/06/2013 | Tuchman, L.        | 1.75  |
| 03/07/2013 | Tuchman, L.        | 1.00  |
| 03/07/2013 | Benson, Gregg M    | 4.00  |
| 03/08/2013 | Tuchman, L.        | 1.25  |
| 03/08/2013 | Benson, Gregg M    | 2.25  |
| 03/11/2013 | Tuchman, L.        | 1.75  |
| 03/13/2013 | Tuchman, L.        | 1.00  |
| 03/13/2013 | Benson, Gregg M    | 1.50  |
| 03/18/2013 | Schneider, W.H.    | 0.25  |
| 03/18/2013 | Snider, Vassa G    | 0.92  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355089**

# KAYE|SCHOLER LLP

TO:    Argre Management LLC                                    April 22, 2013

RE: General                                              **Invoice#:** 734523
**Our File Number:** 00647/0001                           **PAGE:**    2

═══════════════════════════════════════════════════════════════════════

███████████████████████████████

| 03/19/2013 | Snider, Vassa G | 0.42 |

██████████████████

| 03/20/2013 | Veillette, Rebecca | 0.33 |

Attention to Bernina LLC documentation.

Total Hours................ 19.59

Fees through 03/31/2013.................................... $15,301.05

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Schneider, W.H. | $925.00 | 0.25 | $231.25 |
| Tuchman, L. | 920.00 | 9.92 | 9,126.40 |
| Benson, Gregg M | 715.00 | 7.75 | 5,541.25 |
| Snider, Vassa G | 225.00 | 1.34 | 301.50 |
| Veillette, Rebecca | 305.00 | 0.33 | 100.65 |
| Fees through 03/31/2013............... | | 19.59 | $15,301.05 |

\*----------------------COSTS ADVANCED THROUGH 03/31/2013----------------------\*

| Filing Fees/Court Fees | $125.00 |
|---|---|
| Total Costs through 03/31/2013......................... | $125.00 |

\*----------------------------------OUTSTANDING BALANCE----------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 731658 | 03/25/2013 | $481.90 |
| Prior Balance Due.......................................................... | | $481.90 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355090**

KAYE | SCHOLER LLP

TO:    Argre Management LLC                                                April 22, 2013

**RE:** General                                                  **Invoice#:** 734523
**Our File Number:** 00647/0001                                        **PAGE:**    3

Fees this Invoice...........................................................................    $15,301.05
Costs this Invoice.........................................................................    $125.00
Total Due this Invoice...................................................................    $15,426.05
Prior Balance Due (from above)....................................................    481.90
**TOTAL DUE**...........................................................................    **$15,907.95**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355091**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
        153 East 53rd Street
        New York, New York 10022
        Attention: Marsha Burnett
        Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 734523
Total Amount Due: $15,907.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355092



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    May 22, 2013
     40 West 57th Street
     New York, New York  10019
     alicia@argremgt.com

**RE:** General                                        **Invoice#:** 737633
**Our File Number:** 00647/0001                        **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2013

|            |                      | Hours |
|------------|----------------------|------:|
| 04/08/2013 | Ben-Jacob, Michael   |  1.00 |
| 04/08/2013 | Schneider, W.H.      |  0.50 |
| 04/09/2013 | Ben-Jacob, Michael   |  0.25 |
| 04/09/2013 | Schneider, W.H.      |  0.75 |
| 04/09/2013 | Benson, Gregg M      |  0.50 |
| 04/10/2013 | Ben-Jacob, Michael   |  0.75 |
| 04/10/2013 | Schneider, W.H.      |  0.50 |
| 04/11/2013 | Benson, Gregg M      |  1.50 |
| 04/12/2013 | Schneider, W.H.      |  0.50 |
| 04/15/2013 | Ben-Jacob, Michael   |  0.67 |
| 04/15/2013 | Schneider, W.H.      |  0.25 |
| 04/15/2013 | Benson, Gregg M      |  2.17 |
| 04/16/2013 | Schneider, W.H.      |  0.25 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355093**

Image Not Available

TO:    Argre Management LLC                                    May 22, 2013

**RE:** General                                               **Invoice#:** 737633
**Our File Number:** 00647/0001                               **PAGE:**   2



| Date | Name | Hours |
|---|---|---|
| 04/16/2013 | Benson, Gregg M | 3.00 |
| 04/17/2013 | Ben-Jacob, Michael | 0.42 |
| 04/17/2013 | Schneider, W.H. | 1.00 |
| 04/17/2013 | Benson, Gregg M | 0.50 |
| 04/25/2013 | Ben-Jacob, Michael | 0.17 |
| 04/26/2013 | Ben-Jacob, Michael | 0.08 |
| 04/30/2013 | Ben-Jacob, Michael | 0.17 |

Total Hours................ 14.93

Fees through 04/30/2013....................................$11,602.85

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 3.51 | $2,650.05 |
| Schneider, W.H. | 925.00 | 3.75 | 3,468.75 |
| Benson, Gregg M | 715.00 | 7.67 | 5,484.05 |
| Fees through 04/30/2013............... | | 14.93 | $11,602.85 |

Fees this Invoice...........................................................$11,602.85
**Total Due this Invoice...............................................** **$11,602.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 737633
Total Amount Due: $11,602.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                          August 26, 2013
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com


**RE:** General                                                    **Invoice#:** 745613
**Our File Number:**00647/0001                                     **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2013

|  |  | **Hours** |
|---|---|---|
| 07/01/2013 | Veillette, Rebecca | 0.42 |
| 07/22/2013 | Veillette, Rebecca | 1.00 |
| 07/25/2013 | Veillette, Rebecca | 0.50 |
| 07/29/2013 | Veillette, Rebecca | 0.42 |

Total Hours................. 2.34

Fees through 07/31/2013.................................... $713.70


\*---------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $305.00 | 2.34 | $713.70 |
| Fees through 07/31/2013............... | | 2.34 | $713.70 |


Fees this Invoice.......................................................................... $713.70
**Total Due this Invoice..............................................................  $713.70**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
   153 East 53rd Street
   New York, New York 10022
   Attention: Marsha Burnett
   Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 745613
Total Amount Due: $713.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    September 10, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com


**RE:** General                                              **Invoice#:** 747225
**Our File Number:**00647/0001                                **PAGE:**    1


## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2013

|            |                        | **Hours** |
|------------|------------------------|----------:|
| 08/09/2013 | Ben-Jacob, Michael     |      0.50 |
| 08/12/2013 | Sausen, David          |      1.00 |
|            | Telephone conference with M. Ben-Jacob re: ex-dividend transactions. | |
| 08/15/2013 | Veillette, Rebecca     |      1.50 |
| 08/16/2013 | Sausen, David          |      0.50 |
|            | ████████████████ Telephone conference with M. Ben-Jaocb.████████████ | |
| 08/21/2013 | Veillette, Rebecca     |      1.25 |
| 08/26/2013 | Ben-Jacob, Michael     |      1.00 |
| 08/26/2013 | Sausen, David          |      1.50 |
|            | Telephone conferences with M. Stein, M. Ben-Jacob and G. Gartner re: ex-dividend transaction. ████████████ | |
| 08/27/2013 | Veillette, Rebecca     |      1.25 |

                                          Total Hours.................    8.50

              Fees through 08/31/2013...................................    $4,542.50


*---------------------------------TIME AND FEE SUMMARY---------------------------------*

**KAYE | SCHOLER** LLP

TO:    Argre Management LLC                                September 10, 2013

RE: General                                              **Invoice#:** 747225
**Our File Number:** 00647/0001                            **PAGE:**    2

=================================================================================

|                        | Rate      | Hours | Fees        |
|------------------------|-----------|-------|-------------|
| Ben-Jacob, Michael     | $755.00   | 1.50  | $1,132.50   |
| Sausen, David          | 730.00    | 3.00  | 2,190.00    |
| Veillette, Rebecca     | 305.00    | 4.00  | 1,220.00    |
| Fees through 08/31/2013............... | | 8.50  | $4,542.50   |


\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date       | Amount   |
|----------|------------|----------|
| 745613   | 08/26/2013 | $713.70  |
| Prior Balance Due........................................................... | | $713.70 |


Fees this Invoice.................................................................. $4,542.50

Total Due this Invoice............................................................ $4,542.50

Prior Balance Due (from above)................................................. 713.70

**TOTAL DUE**........................................................................ **$5,256.20**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
　　　153 East 53rd Street
　　　New York, New York 10022
　　　Attention: Marsha Burnett
　　　Telephone: 212.559.3787

　　　ABA Routing Number: 021000089
　　　Bank Identification Code/SWIFT Code: CITIUS33
　　　Account Name: Kaye Scholer LLP
　　　Account Number: 9981494431

　　　RE: Argre Management LLC
　　　Our File Number: 00647/0001
　　　Invoice Number: 747225
　　　Total Amount Due: $5,256.20

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355100



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                October 7, 2013
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

**RE:** General                                    **Invoice#:** 749882
**Our File Number:**00647/0001                           **PAGE:**    1

==================================================================

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2013

==================================================================

|            |                      | **Hours** |
|------------|----------------------|-----------|
| 09/10/2013 | Sausen, David        | 0.50 |
|            | Emails with A. Larosa re: ex-dividend transaction. | |
| 09/10/2013 | Veillette, Rebecca   | 1.50 |
|            | ███████████████████  | |
| 09/11/2013 | Veillette, Rebecca   | 1.08 |
|            | ███████████████████  | |
| 09/30/2013 | Ben-Jacob, Michael   | 0.33 |
|            | ███████████████████  | |

                                    Total Hours................. 3.41
      Fees through 09/30/2013...................................  $1,401.05


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                    | Rate | Hours | Fees |
|--------------------|------|-------|------|
| Ben-Jacob, Michael | $755.00 | 0.33 | $249.15 |
| Sausen, David      | 730.00  | 0.50 | 365.00 |
| Veillette, Rebecca | 305.00  | 2.58 | 786.90 |
| Fees through 09/30/2013.............. | | 3.41 | $1,401.05 |


      Fees this Invoice...........................................................  $1,401.05

**KAYE** **SCHOLER** LLP

TO:   Argre Management LLC                                    October 7, 2013

**RE:** General                                         **Invoice#:** 749882
**Our File Number:** 00647/0001                              **PAGE:**   2

===============================================================================

**Total Due this Invoice**...............................................   **$1,401.05**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355102**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 749882
Total Amount Due: $1,401.05

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355103**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    November 15, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com


**RE:** General                                              **Invoice#:** 754424
**Our File Number:**00647/0001                               **PAGE:**    1

═══════════════════════════════════════════════════════════════

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 10/31/2013

                                                                    **Hours**
                                                                    ‒‒‒‒‒‒
10/06/2013   Sausen, David                                            3.00
             Tax research.  Prepared email to client re: ex-dividend transaction.
10/08/2013   Sausen, David                                            1.25
             ██████████████████████ Revised email to client re: ex-
             dividend transaction.
10/09/2013   Abramowitz, L.                                           0.75
             ████████████████████████
10/09/2013   Sausen, David                                            1.00
             ██████████████████████████████████

10/10/2013   Sausen, David                                            1.00
             Discussions with G. Gartner and M. Ben-Jacob.  Revised email to client.
             Email to M. Stein re: ex-dividend transaction.
                                                                    ‒‒‒‒‒‒‒‒
                                       Total Hours.................   7.00

             Fees through 10/31/2013....................................   $5,245.00


*---------------------------------TIME AND FEE SUMMARY---------------------------------*

                              Rate          Hours          Fees
Abramowitz, L.              $910.00          0.75        $682.50
Sausen, David               730.00          6.25        4,562.50
                                            ‒‒‒‒‒‒        ‒‒‒‒‒‒‒‒
             Fees through 10/31/2013...............   7.00    $5,245.00


*-----------------------COSTS ADVANCED THROUGH 10/31/2013-----------------------*

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                November 15, 2013

**RE:** General                                           **Invoice#:** 754424
**Our File Number:** 00647/0001                           **PAGE:**    2

===============================================================================

    Consultants/Experts                                  $1,100.00
        Total Costs through 10/31/2013........................    $1,100.00


Fees this Invoice...........................................................    $5,245.00
Costs this Invoice..........................................................    $1,100.00

**Total Due this Invoice..............................................**    **$6,345.00**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 754424
Total Amount Due: $6,345.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    December 10, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                          **Invoice#:** 756477
**Our File Number:**00647/0001                           **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2013

\*-----------------------COSTS ADVANCED THROUGH 11/30/2013-----------------------\*

Consultants/Experts                                      $3,000.00

Total Costs through 11/30/2013.........................  $3,000.00


Costs this Invoice...........................................................  $3,000.00
**Total Due this Invoice.............................................**  **$3,000.00**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355107**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 756477
Total Amount Due: $3,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355108



**KAYE SCHOLER** LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    January 13, 2014
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

**RE:** General                                          **Invoice#:** 760179
**Our File Number:** 00647/0001                              **PAGE:**    1

===================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2013

===================================================================

                                                                **Hours**
                                                               ----------
12/11/2013  Sausen, David                                         0.75

12/12/2013  Sausen, David                                         0.25

12/16/2013  Ben-Jacob, Michael                                    0.25

12/17/2013  Sausen, David                                         0.50
                                                               ----------
                                  Total Hours................     1.75

                  Fees through 12/31/2013....................   $1,283.75


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                      | Rate      | Hours | Fees       |
|----------------------|-----------|-------|------------|
| Ben-Jacob, Michael   | $755.00   | 0.25  | $188.75    |
| Sausen, David        | 730.00    | 1.50  | 1,095.00   |
|                      | Fees through 12/31/2013............... | 1.75 | $1,283.75 |


Fees this Invoice...........................................................   $1,283.75

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                          January 13, 2014

**RE:** General                                                    **Invoice#:** 760179
**Our File Number:** 00647/0001                                    **PAGE:**    2

================================================================================

**Total Due this Invoice**................................................................    **$1,283.75**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                        **WH_MDL_00355110**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 760179
Total Amount Due: $1,283.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE SCHOLER** LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                February 20, 2014
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

**RE:** General                                          **Invoice#:** 762871
**Our File Number:**00647/0001                           **PAGE:**     1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2014

|  | **Hours** |
|---|---|
| 01/29/2014  Veillette, Rebecca | 0.33 |
| ███████████████████████ | |
| Total Hours.................. | 0.33 |
| Fees through 01/31/2014..................................... | $103.95 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $315.00 | 0.33 | $103.95 |
| Fees through 01/31/2014............... | | 0.33 | $103.95 |

| | |
|---|---|
| Fees this Invoice........................................................................... | $103.95 |
| **Total Due this Invoice...............................................................** | **$103.95** |

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                Mail Code 81
                P. O. Box 11839
                Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 762871
      Total Amount Due: $103.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER            WH_MDL_00355113



**KAYE | SCHOLER** LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC
40 West 57th Street
New York, New York 10019
alicia@argremgt.com

July 22, 2014

**RE:** General                                                        **Invoice#:** 775031
**Our File Number:**00647/0001                                         **PAGE:** 1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2014

---

|            |                    | **Hours** |
|------------|--------------------|-----------|
| 06/13/2014 | Sausen, David      | 1.25 |
|            | Telephone conference with Matt and John re: UBTI issues. Tax research. Telephone conference and emails with G. Weinkam. | |
| 06/17/2014 | Zwick, Mary L      | 0.50 |
|            | ██████████████████████████████████████████ | |
| 06/26/2014 | Culhane, Stephen   | 0.33 |
|            | ████████████████ | |
| 06/30/2014 | Culhane, Stephen   | 0.25 |
|            | ███████████████████████ | |

Total Hours................ 2.33

Fees through 06/30/2014.................................... $1,815.30

*-------------------------------TIME AND FEE SUMMARY-------------------------------*

|                  | Rate     | Hours | Fees     |
|------------------|----------|-------|----------|
| Culhane, Stephen | $910.00  | 0.58  | $527.80  |
| Sausen, David    | 760.00   | 1.25  | 950.00   |
| Zwick, Mary L    | 675.00   | 0.50  | 337.50   |
| Fees through 06/30/2014............... | | 2.33 | $1,815.30 |

Fees this Invoice.......................................................... $1,815.30

**Total Due this Invoice.............................................. $1,815.30**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 775031
Total Amount Due: $1,815.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                     **WH_MDL_00355115**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                      August 25, 2014
     40 West 57th Street
     New York, New York 10019
     alicia@argremgt.com

**RE:** General                                               **Invoice#:** 777180
**Our File Number:**00647/0001                                **PAGE:**    1

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 07/31/2014

|            |                                                                                      | **Hours** |
|------------|--------------------------------------------------------------------------------------|-----------|
| 07/02/2014 | Culhane, Stephen                                                                     | 0.33      |
|            | Advisers Act issues with P Wells.                                                    |           |
| 07/08/2014 | Culhane, Stephen                                                                     | 0.67      |
|            | Conference and related re: regulatory treatment of IRA; follow up with M Stein re: IRA, RIA issues. |           |
| 07/09/2014 | Culhane, Stephen                                                                     | 0.50      |
|            | Telcon with Matt Stein.                                                              |           |
| 07/10/2014 | Culhane, Stephen                                                                     | 0.33      |
|            | Conference with M Ben-Jacob.                                                         |           |

                                    Total Hours.................     1.83

                Fees through 07/31/2014....................    $1,665.30


*--------------------------------TIME AND FEE SUMMARY---------------------------------*

|                     | Rate     | Hours | Fees      |
|---------------------|----------|-------|-----------|
| Culhane, Stephen    | $910.00  | 1.83  | $1,665.30 |
| Fees through 07/31/2014.............. | | 1.83  | $1,665.30 |


Fees this Invoice.........................................................    $1,665.30
**Total Due this Invoice...............................................**    **$1,665.30**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355116**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
　　　　　　　　　Mail Code 81
　　　　　　　　　P. O. Box 11839
　　　　　　　　　Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
　　　　153 East 53rd Street
　　　　New York, New York 10022
　　　　Attention: Marsha Burnett
　　　　Telephone: 212.559.3787

　　　　ABA Routing Number: 021000089
　　　　Bank Identification Code/SWIFT Code: CITIUS33
　　　　Account Name: Kaye Scholer LLP
　　　　Account Number: 9981494431

　　　　RE: Argre Management LLC
　　　　Our File Number: 00647/0001
　　　　Invoice Number: 777180
　　　　Total Amount Due: $1,665.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355117**



**KAYE | SCHOLER** LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC
      40 West 57th Street Suite 1610
      New York, New York 10019
      acolodner@maplept.com

September 24, 2014

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 780144
**PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2014

|  |  | Hours |
|---|---|---|
| 08/22/2014 | Golub, Elizabeth ███████████████ | 0.33 |
| 08/26/2014 | Golub, Elizabeth ███████████████ | 0.33 |
| 08/28/2014 | Ben-Jacob, Michael ███████████ | 0.17 |
| 08/28/2014 | Wells, Peter B ████████████████ | 4.00 |
| 08/29/2014 | Wells, Peter B ██████████████ | 1.67 |

Total Hours................   6.50

Fees through 08/31/2014....................................   $4,258.90

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $785.00 | 0.17 | $133.45 |
| Wells, Peter B | 695.00 | 5.67 | 3,940.65 |
| Golub, Elizabeth | 280.00 | 0.66 | 184.80 |
| Fees through 08/31/2014............... | | 6.50 | $4,258.90 |

\*-----------------------COSTS ADVANCED THROUGH 08/31/2014-----------------------\*

| Corp. Filings & Searches | $484.50 |
|---|---|
| Total Costs through 08/31/2014........................ | $484.50 |

**KAYE** | **SCHOLER** LLP

TO:     Argre Management LLC                                   September 24, 2014

**RE:** General                                              **Invoice#:** 780144
**Our File Number:** 00647/0001                               **PAGE:**    2

===============================================================

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 777180 | 08/25/2014 | $1,665.30 |
| Prior Balance Due............................................................. | | $1,665.30 |

| | |
|---|---|
| Fees this Invoice............................................................ | $4,258.90 |
| Costs this Invoice........................................................... | $484.50 |
| Total Due this Invoice...................................................... | $4,743.40 |
| Prior Balance Due (from above)............................................. | 1,665.30 |
| **TOTAL DUE**.............................................................. | **$6,408.70** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355119**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 780144
Total Amount Due: $6,408.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355120



**KAYE | SCHOLER** LLP

250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    November 14, 2014
        40 West 57th Street Suite 1610
        New York, New York  10019
        acolodner@maplept.com

**RE:** General                                        **Invoice#:** 783712
**Our File Number:**00647/0001                            **PAGE:**    1

=======================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2014

=======================================================================

|            |                       | **Hours** |
|------------|-----------------------|-----------|
| 08/12/2014 | Ben-Jacob, Michael    | 0.42      |
|            | ██████████████████████|           |
| 09/04/2014 | Ben-Jacob, Michael    | 0.50      |
|            | ██████████████████████|           |
| 09/09/2014 | Ben-Jacob, Michael    | 0.50      |
|            | ██████████████████████|           |
| 09/11/2014 | Ben-Jacob, Michael    | 0.75      |
|            | ██████████████████████|           |
| 09/22/2014 | Ben-Jacob, Michael    | 1.50      |
|            | ██████████████████████|           |
| 09/22/2014 | Wells, Peter B        | 1.58      |
|            | Call with group re general plan issues. |           |
| 09/25/2014 | Wells, Peter B        | 1.50      |
|            | ██████████████████████|           |
| 09/29/2014 | Ben-Jacob, Michael    | 0.50      |
|            | Conference with Peter re: structuring dissolution of plans and payments to Adam. |           |
| 09/29/2014 | Wells, Peter B        | 2.50      |
|            | ██████████████████████|           |
| 09/30/2014 | Wells, Peter B        | 2.17      |
|            | ██████████████████████|           |
| 10/01/2014 | Wells, Peter B        | 0.75      |
|            | ██████████████████████|           |
| 10/09/2014 | Wells, Peter B        | 0.83      |
|            | Work on issues related to new plans. |           |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355121**

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                      November 14, 2014

**RE:** General                                                 **Invoice#:** 783712
**Our File Number:** 00647/0001                                 **PAGE:**    2

===============================================================================

| | | |
|---|---|---|
| 10/10/2014   Wells, Peter B | | 0.50 |
| Work on new plan matters. | | |
| 10/12/2014   Ben-Jacob, Michael | ██████████████████████ | 1.58 |
| 10/13/2014   Wells, Peter B | ████████████████ | 1.58 |
| 10/14/2014   Ben-Jacob, Michael | ████████████████ | 0.17 |
| 10/14/2014   Wells, Peter B | ██████████████████ | 1.00 |
| 10/20/2014   Veillette, Rebecca | ██████████████████ | 0.50 |

Total Hours................ 18.83

Fees through 10/31/2014.................................... $13,429.65

*---------------------------------TIME AND FEE SUMMARY--------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $785.00 | 5.92 | $4,647.20 |
| Wells, Peter B | 695.00 | 12.41 | 8,624.95 |
| Veillette, Rebecca | 315.00 | 0.50 | 157.50 |
| Fees through 10/31/2014............... | | 18.83 | $13,429.65 |

Fees this Invoice......................................................... $13,429.65
**Total Due this Invoice.............................................** **$13,429.65**

**Please remit payment within thirty (30) days.**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
                 Mail Code 81
                 P. O. Box 11839
                 Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
       153 East 53rd Street
       New York, New York 10022
       Attention: Marsha Burnett
       Telephone: 212.559.3787

       ABA Routing Number: 021000089
       Bank Identification Code/SWIFT Code: CITIUS33
       Account Name: Kaye Scholer LLP
       Account Number: 9981494431

       RE: Argre Management LLC
       Our File Number: 00647/0001
       Invoice Number: 783712
       Total Amount Due: $13,429.65

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**        **WH_MDL_00355123**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC
      40 West 57th Street Suite 1610
      New York, New York  10019
      acolodner@maplept.com

December 24, 2014

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 786881
**PAGE:** 1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2014

---

| | | Hours |
|---|---|---|
| 10/21/2014 | Ben-Jacob, Michael | 0.67 |
| 11/24/2014 | Culhane, Stephen | 0.25 |
| | Total Hours................. | 0.92 |
| | Fees through 11/30/2014................................... $753.45 | |

**KAYE | SCHOLER** LLP

TO:    Argre Management LLC                                    December 24, 2014

**RE:** General                                             **Invoice#:** 786881
**Our File Number:** 00647/0001                                   **PAGE:**    2

=============================================================================

```
*--------------------------------TIME AND FEE SUMMARY--------------------------------*
                                  Rate        Hours         Fees
Ben-Jacob, Michael              $785.00        0.67      $525.95
Culhane, Stephen                 910.00        0.25       227.50
                                            _____     _____
              Fees through 11/30/2014...............    0.92      $753.45


         Fees this Invoice........................................................    $753.45
                                                                   _____
         Total Due this Invoice.................................................    $753.45

              Please remit payment within thirty (30) days.
```

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355125**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 786881
Total Amount Due: $753.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                              February 19, 2015
       40 West 57th Street Suite 1610
       New York, New York  10019
       acolodner@maplept.com

**RE:** General                                                  **Invoice#:** 791361
**Our File Number:**00647/0001                                      **PAGE:**    1

---

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 12/31/2014

---

|            |                    | **Hours** |
|------------|--------------------|-----------|
| 12/12/2014 | Wells, Peter B     | 1.25      |

■■■■■■■■■■■■■■■■■■■■

Total Hours................ 1.25

Fees through 12/31/2014.................................. $868.75

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                  | Rate     | Hours | Fees     |
|------------------|----------|-------|----------|
| Wells, Peter B   | $695.00  | 1.25  | $868.75  |
| Fees through 12/31/2014.............. | | 1.25  | $868.75  |

Fees this Invoice........................................................... $868.75
**Total Due this Invoice...............................................** **$868.75**

**Please remit payment within thirty (30) days.**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 791361
      Total Amount Due: $868.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER        WH_MDL_00355128

# Arnold&Porter

Argre Management LLC
Argre Management LLC
40 West 57th Street Suite 1610
New York, New York  10019
acolodner@maplept.com
, NY

March 30, 2015
Invoice # 2794345
EIN 53-0208605

**Client/Matter # 1000647.00001**

General

**For Legal Services Rendered through February 28, 2015**                          137.70

**Total Amount Due**                                      $            137.70

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                Arnold & Porter Kaye Scholer LLP
                                 P.O. Box 759451
                                 Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

March 30, 2015                                                    Invoice # 2794345

**(1000647.00001)**
General

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Michael Ben-Jacob | 02/19/15 | 0.17 | Call with Fed Reserve re: TIC Filings. |
| **Total Hours** | | **0.17** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Michael Ben-Jacob | 0.17 | 810.00 | 137.70 |
| Subtotal: | **0.17** | | **137.70** |
| TOTAL | **0.17** | | **137.70** |

**Total Current Amount Due**                                    **$137.70**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355130**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    July 31, 2015
     40 West 57th Street Suite 1610
     New York, New York  10019
     acolodner@maplept.com

**RE:** General                                          **Invoice#:** 805139
**Our File Number:**00647/0001                              **PAGE:**   1

==========================================================================
### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2015
==========================================================================

|            |                                                                 | **Hours** |
|------------|-----------------------------------------------------------------|-----------|
| 04/16/2015 | Veillette, Rebecca                                              | 1.20 |
|            | Attention to questions regarding 2013 FBAR filings, structure of entities and reporting requirements of same.  Interoffice conferences. | |
| 04/22/2015 | Veillette, Rebecca                                              | 1.30 |
|            | Attention to FBAR questions.                                   | |
| 04/24/2015 | Veillette, Rebecca                                              | 0.45 |
|            | Attention to FBAR matters.                                     | |
| 05/05/2015 | Veillette, Rebecca                                              | 0.40 |
|            | Attention to FBAR matters.                                     | |
| 05/07/2015 | Veillette, Rebecca                                              | 0.45 |
|            | Attention to foreign bank account reporting matters.  Interoffice conferences regarding same. | |
| 05/08/2015 | Veillette, Rebecca                                              | 0.20 |
|            | Attention to 2013 FBAR information.                            | |
| 05/13/2015 | Veillette, Rebecca                                              | 0.45 |
|            | Attention to foreign tax reporting matters.                   | |

                                           Total Hours................ 4.45

              Fees through 06/30/2015.................................. $1,446.25

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355131**

**KAYE | SCHOLER** LLP

TO:    Argre Management LLC                                      July 31, 2015

**RE:** General                                                **Invoice#:** 805139
**Our File Number:** 00647/0001                                 **PAGE:**    2

---

```
*--------------------------------TIME AND FEE SUMMARY--------------------------------*
                                    Rate        Hours            Fees
Veillette, Rebecca              $325.00         4.45        $1,446.25

            Fees through 06/30/2015...............   4.45        $1,446.25


            Fees this Invoice..........................................................   $1,446.25
            Total Due this Invoice...............................................   $1,446.25
```

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355132**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 805139
Total Amount Due: $1,446.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                             August 21, 2015
       40 West 57th Street Suite 1610
       New York, New York  10019
       acolodner@maplept.com

**RE:** General                                                    **Invoice#:** 807022
**Our File Number:** 00647/0001                                    **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2015

|  |  | **Hours** |
|---|---|---|
| 07/14/2015  Golub, Elizabeth | | 0.25 |

Total Hours................ 0.25

Fees through 07/31/2015.................................... $70.00

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Golub, Elizabeth | $280.00 | 0.25 | $70.00 |
| Fees through 07/31/2015............... | | 0.25 | $70.00 |

\*-----------------------COSTS ADVANCED THROUGH 07/31/2015-----------------------\*

| Corp. Filings & Searches | $250.50 |
|---|---|
| Total Costs through 07/31/2015........................ | $250.50 |

| Fees this Invoice......................................................................... | $70.00 |
|---|---|
| Costs this Invoice....................................................................... | $250.50 |
| **Total Due this Invoice.............................................................** | **$320.50** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355134**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Christopher Kary
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 807022
      Total Amount Due: $320.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355135