# Exhibit 23

# KAYE SCHOLER LLP

250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: John H. van Merkensteijn, III
60 Riverside Blvd.
Apt. 2101
New York, New York 10069
jhvm@argremgt.com; pa.steph.nyc@gmail.com

April 14, 2015
(Revised May 6, 2015)

RE: Ex-Dividend Trades
Our File Number: 63393/0009

Invoice#: 794632
PAGE: 11

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2015

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/02/2015 | Gregory, Amy | Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | 7.00 |
| 02/02/2015 | Veillette, Rebecca | Attention to administration matters. Interoffice emails regarding same. Form new Delaware LLC. | 1.05 |
| 02/03/2015 | Wells, Peter B | Attention to matters related to brokerage arrangements. | 1.20 |
| 02/03/2015 | Gregory, Amy | Department related billable work, complete electronic on-boarding applications for trading partnerships for each Roth 401K Plan. | 2.00 |
| 02/04/2015 | Wells, Peter B | Attention to matters with new brokers. | 0.75 |
| 02/04/2015 | Gregory, Amy | Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each roth 401k plan. | 7.00 |
| 02/04/2015 | Veillette, Rebecca | Attention to administration matters and documents regarding pension plans. | 2.30 |
| 02/05/2015 | Wells, Peter B | Attention to broker matters and issues related to reclaims. | 1.10 |
| 02/05/2015 | Gregory, Amy | Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | 7.00 |
| 02/05/2015 | Veillette, Rebecca | Attention to administration matters regarding pension plans. | 1.20 |

**KAYE SCHOLER**LLP

TO: John H. van Merkensteijn, III │ April 14, 2015

**RE:** Ex-Dividend Trades │ **Invoice#:** 794632
**Our File Number:** 63393/0009 │ **PAGE:** 12

---

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 02/06/2015 | Wells, Peter B<br>Attention to issues related to plans and new brokers. | 2.00 |
| 02/06/2015 | Gregory, Amy<br>Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | 7.00 |
| 02/09/2015 | Wells, Peter B<br>Attention to issues related to new brokers and lending agreements. | 1.50 |
| 02/09/2015 | Gregory, Amy<br>Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | 7.00 |
| 02/10/2015 | Wells, Peter B<br>Attention to issues related to brokers and securities lending agreements. | 1.20 |
| 02/10/2015 | Gregory, Amy<br>Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | 5.00 |
| 02/11/2015 | Wells, Peter B<br>Attention to various plan matters. | 1.00 |
| 02/11/2015 | Gregory, Amy<br>Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | 7.00 |
| 02/12/2015 | Wells, Peter B<br>Attention to reclaim matters and Form 6166 issues. Calls with the IRS re the same. | 1.00 |
| 02/12/2015 | Gregory, Amy<br>Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | 7.00 |
| 02/13/2015 | Wells, Peter B<br>Work on issues related to reclaim matters. | 1.50 |
| 02/13/2015 | Gregory, Amy<br>Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | 7.00 |

**KAYE SCHOLER LLP**

TO:   John H. van Merkensteijn, III                                      April 14, 2015

**RE:** Ex-Dividend Trades                                                **Invoice#:** 794632
**Our File Number:** 63393/0009                                    **PAGE:** 13

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/17/2015 | Gregory, Amy | Attention Administration: Performed maintenance on the Roth Plan files. Up loaded new partnership agreements electronically and preparing hard copies for record storage. | 7.00 |
| 02/17/2015 | Veillette, Rebecca | Attention to administration matters regarding pension plans. | 1.05 |
| 02/18/2015 | Gregory, Amy | Attention Administration: Performed maintenance on the Roth Plan files. Up loaded new partnership agreements electronically and preparing hard copies for record storage. | 7.00 |
| 02/18/2015 | Veillette, Rebecca | Attention to administration matters regarding pension plans. | 2.45 |
| 02/19/2015 | Ben-Jacob, Michael | Attention to documents needed for new plans. | 0.67 |
| 02/19/2015 | Wells, Peter B | Attention to various trading matters. | 1.00 |
| 02/19/2015 | Golub, Elizabeth | Attention to administrative matters. | 1.50 |
| 02/19/2015 | Gregory, Amy | Attention Administration: Performed maintenance on the Roth Plan files. Up loaded new partnership agreements electronically and preparing hard copies for record storage. | 7.00 |
| 02/19/2015 | Veillette, Rebecca | Attention to administration matters. | 1.20 |
| 02/20/2015 | Wells, Peter B | Attention to various issues related to trading matters. Emails and correspondence re the same. | 6.00 |
| 02/20/2015 | Hans, Brian D | Coordinate signing of documents for P Wells. | 0.75 |
| 02/20/2015 | Gregory, Amy | Attention Administration: Performed maintenance on the Roth Plan files. Up loaded new partnership agreements electronically and preparing hard copies for record storage. | 7.00 |
| 02/20/2015 | Veillette, Rebecca | Attention to administration matters. | 2.15 |

**KAYE SCHOLER**LLP

TO:   John H. van Merkensteijn, III                                           April 14, 2015

**RE:** Ex-Dividend Trades                                                     **Invoice#:** 794632
**Our File Number:** 63393/0009                                               **PAGE:**   14

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 02/21/2015 | Wells, Peter B<br>Attention to various issues related to trading matters. | 2.00 |
| 02/23/2015 | Wells, Peter B<br>Attention to trading matters. Call with Solo re the same. | 1.00 |
| 02/23/2015 | Gregory, Amy<br>Attention Administration: upload electronic copies of partnership agreements with Trance Services, Treehurst and Principle Markets to client file on iManage. Insert original signature pages with the original documents and prepped for storage in records. | 7.00 |
| 02/23/2015 | Veillette, Rebecca<br>Attention to administration matters. | 1.05 |
| 02/24/2015 | Wells, Peter B<br>Work on trading matters and reclaim issues. | 0.75 |
| 02/24/2015 | Gregory, Amy<br>Attention Administration: upload electronic copies of partnership agreements with Trance Services, Treehurst and Principle Markets to client file on iManage. Insert original signature pages with the original documents and prepped for storage in records. | 7.00 |
| 02/24/2015 | Veillette, Rebecca<br>Attention to administration matters. | 1.20 |
| 02/25/2015 | Wells, Peter B<br>Work on trading matters and issues related to reclaim issues. | 3.50 |
| 02/25/2015 | Gregory, Amy<br>Attention Administration: performed maintenance on client files in iManage, making sure all documents are executed and up loaded, in preparation for new partnership agreements. | 3.00 |
| 02/25/2015 | Veillette, Rebecca<br>Attention to administrative matters. | 1.45 |

**CONFIDENTIAL**                                                                                          **WH_MDL_00355707**

**KAYE SCHOLER**LLP

TO:   John H. van Merkensteijn, III                                      April 14, 2015

RE: Ex-Dividend Trades                                                    Invoice#: 794632
Our File Number: 63393/0009                                               PAGE:   15

| | | | |
|---|---|---|---:|
| 02/26/2015 | Wells, Peter B | | 2.50 |
| | Attention to issues related to broker on-boarding and reclaim matters. | | |
| 02/26/2015 | Allen, Kelsey | | 4.75 |
| | Filled out and completed Sapien Customer Information and Tax forms. | | |
| 02/26/2015 | Ford, Catherine | | 4.75 |
| | Completing documents for Sapien - Customer information and disclosure forms - Non-Retail clients. | | |
| 02/26/2015 | Gregory, Amy | | 7.00 |
| | Attention to administration: Complete new on-boarding questionnaires and partnership agreements for 140 Roth 401(K) plans. | | |
| 02/26/2015 | Veillette, Rebecca | | 2.15 |
| | Attention to administration matters. | | |
| 02/27/2015 | Wells, Peter B | | 1.90 |
| | Attention to issues related to brokers and reclaim matters. | | |
| 02/27/2015 | Allen, Kelsey | | 4.75 |
| | Completed Customer information and tax forms; Reviewed forms; Assembled final PDF documents; Scanned signature pages. | | |
| 02/27/2015 | Ford, Catherine | | 4.75 |
| | Completing documents for Sapien - Customer Information and disclosure forms. | | |
| 02/27/2015 | Gregory, Amy | | 7.00 |
| | Attention to administration: Complete new on-boarding questionnaires and partnership agreements for 140 Roth 401(K) plans. | | |
| 02/27/2015 | Veillette, Rebecca | | 0.50 |
| | Attention to administration matters. | | |
| | | Total Hours.................. | 191.57 |
| | Fees through 02/28/2015..................................... | $52,533.70 | |

**CONFIDENTIAL**                                                          **WH_MDL_00355708**

**KAYE SCHOLER**LLP

TO: John H. van Merkensteijn, III

RE: Ex-Dividend Trades
Our File Number: 63393/0009

April 14, 2015

**Invoice#:** 794632
**PAGE:** 16

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $810.00 | 0.67 | $542.70 |
| Wells, Peter B | 715.00 | 29.90 | 21,378.50 |
| Hans, Brian D | 605.00 | 0.75 | 453.75 |
| Allen, Kelsey | 170.00 | 9.50 | 1,615.00 |
| Ford, Catherine | 170.00 | 9.50 | 1,615.00 |
| Golub, Elizabeth | 280.00 | 1.50 | 420.00 |
| Gregory, Amy | 170.00 | 122.00 | 20,740.00 |
| Veillette, Rebecca | 325.00 | 17.75 | 5,768.75 |
| Fees through 02/28/2015............... | | 191.57 | $52,533.70 |

\*------------------------COSTS ADVANCED THROUGH 02/28/2015------------------------\*

| | |
|---|---|
| Duplicating | $512.40 |
| Transportation | 233.44 |
| Corp. Filings & Searches | 379.00 |
| Messengers/Courier | 191.77 |
| Conference & Legal Staff/Travel Working Meals | 25.59 |
| Total Costs through 02/28/2015......................... | $1,342.20 |

**KAYE SCHOLER LLP**

| | |
|---|---|
| TO:   John H. van Merkensteijn, III | April 14, 2015 |
| RE: Ex-Dividend Trades | Invoice#: 794632 |
| Our File Number: 63393/0009 | PAGE:   17 |

For Payor: Markowitz, Richard (40559)

\*----------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| Prior Balance Due................................................................ | | $0.00 |
| | | |
| Fees this Invoice................................................................. | | $17,336.12 |
| Costs this Invoice................................................................ | | $442.92 |
| | | |
| Total Due this Invoice......................................................... | | $17,779.04 |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

CONFIDENTIAL                                                                                      WH_MDL_00355710

**KAYE SCHOLER**LLP

TO:   John H. van Merkensteijn, III                                              April 14, 2015

RE: Ex-Dividend Trades                                                           Invoice#: 794632
Our File Number: 63393/0009                                                      PAGE:   19

---

For Payor: Stor Capital Consulting LLC (77694)

\*----------------------------------OUTSTANDING BALANCE----------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 794116 | 03/20/2015 | $25,065.66 |
| 794118 | 03/20/2015 | 6,557.44 |
| Prior Balance Due............................................................ | | $31,623.10 |
| | | |
| Fees this Invoice............................................................. | | $17,336.12 |
| Costs this Invoice............................................................ | | $442.92 |
| Total Due this Invoice..................................................... | | $17,779.04 |
| Prior Balance Due (from above)....................................... | | 31,623.10 |
| | | |
| TOTAL DUE................................................................... | | $49,402.14 |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

CONFIDENTIAL                                                                            WH_MDL_00355711

**KAYE SCHOLER** LLP

TO:    John H. van Merkensteijn, III                                              April 14, 2015

**RE:** Ex-Dividend Trades                                                         **Invoice#:** 794632
**Our File Number:** 63393/0009                                                    **PAGE:**    18

---

For Payor: van Merkensteijn, John H., III (63393)

| | |
|---|---:|
| Fees thisInvoice.................................................................... | $17,861.46 |
| Costs this Invoice................................................................. | $456.36 |
| Total this Invoice.................................................................. | $18,317.82 |
| Less Adjustment.................................................................... | ($538.78) |
| Total Due This Invoice.......................................................... | $17,779.04 |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

CONFIDENTIAL                                                                       WH_MDL_00355712

**KAYE SCHOLER** LLP

TO:   John H. van Merkensteijn, III                                April 14, 2015

RE: Ex-Dividend Trades                                             Invoice#: 794632
Our File Number: 63393/0009                                        PAGE:    20

---



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

---

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: van Merkensteijn, John H., III
Our File Number: 63393/0009
Invoice Number: 794632
Total Amount Due: $17,779.04

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

CONFIDENTIAL                                                       WH_MDL_00355713