# Exhibit 33

Message
_____

| | |
|---|---|
| **From:** | Wells, Peter [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WELLS_P] |
| **Sent:** | 7/25/2014 9:08:06 PM |
| **To:** | Richard Markowitz [rmarkowitz@argremgt.com] |
| **CC:** | Veillette, Rebecca [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Veillette_r]; Gregory, Amy [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Gregory_a] |
| **Subject:** | FW: Brokerage Services with Ballygate |
| **Attachments:** | Cavus Systems LLC-BallyGate Brokerage Form.docx |

Richard,

We have completed the draft Ballygate Questionnaires for all of the plans.  Attached is a sample for Cavus for your review - obviously the substantive questions were mirrored on the Solo/OPL questionnaire.

Let me know if you have any comments.

Regards,
Peter


Peter Wells
Kaye Scholer LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com | www.kayescholer.com


 Any U.S. federal tax advice contained in this message (including any attachments) may not be able to be used for purposes of avoiding tax-related penalties imposed under U.S. federal tax laws. This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (212.836.8000) and delete the message, along with any attachments, from your computer. Thank you.

-----Original Message-----
From: dina aboujaoude [mailto:dina.aboujaoude@ballygatecapital.com]
Sent: Wednesday, July 23, 2014 4:16 PM
To: trading@RouttPension.com
Cc: custody@oldplc.com; km@oldplc.com; rs@oldplc.com; Ben-Jacob, Michael; Wells, Peter; Gregory, Amy; Veillette, Rebecca
Subject: RE: Brokerage Services with Ballygate

Hi Richard,

Thank you for your interest in using the equity brokerage services of Ballygate Capital Limited.

In accordance with the firm's registration with the Cayman Islands Monetary Authority ("CIMA") as an "excluded person" under Securities and Investment Business Law ("SIBL"), Ballygate is required to comply with prevailing Anti-Money Laundering Regulations and to ensure that all customers meet Suitability Requirements (of being either regulated financial institutions or sophisticated clients).

To this extent, please find the attached Institutional Customer Account Form, to be completed and signed by a Director or Authorised Signatory for the firm.

Please complete Section A and either Section B or C (as applicable).

We will seek the supporting documentation reference in Section D from your designated agent, Old Park Lane Capital Plc.

Many Thanks,
Dina

-----Original Message-----
From: trading@RouttPension.com [mailto:trading@RouttPension.com]

CONFIDENTIAL

Sent: Wednesday, July 23, 2014 7:38 AM
To: dina aboujaoude
Cc: custody@oldplc.com; km@oldplc.com; rs@oldplc.com; Michael Ben-Jacob; Peter Wells; Amy Gregory;
Rebecca Veillette
Subject: Brokerage Services with Ballygate

Ballygate Capital Limited
Attention: New Accounts

We would like to be onboarded for brokerage services. I authorise Old Park Lane Capital Plc to supply you
with any KYC information you require.

I have also copied our lawyers at Kaye Scholer.

Kind regards,

Richard Markowitz
Routt Capital Trust
Trading Desk

CONFIDENTIAL                                                                    **WH_MDL_00308673**



# INSTITUTIONAL CUSTOMER NEW ACCOUNT FORM

***All customers must complete Section A, either Section B <u>or</u> C (as applicable) <u>and</u> provide all documentation requested in Section D***

**SECTION A**   (to be completed by ALL customers)

| | |
|---|---|
| Customer Legal Entity (Full) Name: | Cavus Systems LLC Roth 401(K) Plan |
| Jurisdiction of Incorporation: | |
| Date of Incorporation: | July 18, 2014 |
| Incorporation number (or equivalent); | |
| Tax Identification Number *(if applicable):* | 47-1342630 |
| Parent Legal Entity *(if applicable)* Name: | Cavus Systems LLC |
| Is Customer or Parent a Public Company (Yes or No): | No |
| If 'Yes', Listing Exchange: | |

| | | | |
|---|---|---|---|
| Registered Office Address: | Address Line 1: State of Delaware | | |
| | Address Line 2: 1811 Silverside Road | | |
| | City: Wilmington | | |
| | State: DE | Postcode/Zip Code: 19810 | Country: USA |
| Place of Business Address *(if different):* | Address Line 1: c/o Cavus Systems LLC | | |
| | Address Line 2: 425 Park Avenue | | |
| | City: New York | | |
| | State: NY | Postcode/Zip Code: 10022-3598 | Country: USA |

WH_MDL_00308674

# BALLYGATE
## BALLYGATE CAPITAL LIMITED

| Principal Contact Details | Name: |
|---|---|
| | Richard Markowitz |
| | Title/Position: |
| | Trustee |
| | Telephone Number |
| | (917) 848-5675 |
| | E-mail Address: |
| | Admin@CavusPension.com |

**SECTION B**  (ONLY complete if customer is Regulated by a Recognised Financial Regulatory Authority)

| | |
|---|---|
| Regulated Firm Type (eg: Broker Dealer, Investment Firm, or Other): | Please specify: |
| Firms Financial Regulatory Authority: | |
| Country of Regulation: | |
| Firm's Regulatory Identification #: | |
| Link to Regulators Database/Website: | |

**SECTION C**  (ONLY complete if customer is not regulated / Section B above is not applicable)

| Description of Firm's Principal Business Activity: | The Plan is created for the purpose of receiving contributions, and providing benefits to the participants and their beneficiaries. | |
|---|---|---|
| Please describe the ownership structure of the Firm: | | |
| In the event that 2013 financials (Section D) are not available, please confirm value of assets on balance sheet: | Assets in excess of $250k ☐ | Assets less than $250K  **X** |
| Investment / Trading Experience Level (of Principals and Authorised Traders) | *(please check one based on criteria)* | |

| | Experienced  **X** | Moderate Experience ☐ | Inexperienced ☐ |
|---|---|---|---|
| Average Years of Experience | Over 5 Years | 1 to 5 Years | Less than 1 Year |
| Average Number of Trades per Year | Over 15 | 5 to 15 | Less than 5 |

WH_MDL_00308675

# BALLYGATE

## BALLYGATE CAPITAL LIMITED

| Investment/Trading Sophistication Level (of Principals and Authorised Traders) | *(please check one based on criteria)* | |
|---|---|---|
| | Sophisticated Customer    **X** | Non-Sophisticated Customer    ☐ |
| USD value/notional (or equivalent) per investment / transaction<br><br>Financial Investment/Trading Decisions (made by the Principals and Authorised Traders): | Over USD 80,000<br><br>Typically make own proprietary trading decisions | Under USD 80,000<br><br>Typically take third party advice prior to making trading decisions |
| Source of Funds for Investments/Trading: | Any contributions made by the sponsoring employer will be from revenue generated by such employer during the current taxable year. Contributions from the beneficiary, including any rollover contributions by the beneficiary, may be from income earned from the sponsoring employer and from income earned from employment in prior years at other employers. | |
| Please provide us with any additional information not requested above that you believe will help us better understand your investment or trading profile: | | |

**SIGNED ON BEHALF OF THE CUSTOMER:**

| Authorised Signatory: | |
|---|---|
| Print Name: | Richard Markowitz |
| Title/Position: | Trustee |
| Date: | |

WH_MDL_00308676



**SECTION D – SUPPORTING DOCUMENTATION**

**Part I**   (To be provided by ALL customers)

| | |
|---|---|
| Certified copy of Certificate of Trust (*or equivalent*). | |
| Certified copy of Trust Agreement (or equivalent) | |
| Parent  LLC Operating Agreement | |
| Certified copy of Pension Plan Rules (*or equivalent*). | |
| Certified copy of the Register of Directors (*or equivalent legal document* confirming the directors/officers and the members of the company) | |
| Signed W-9 tax form where Client is a U.S. Person | |
| Certified list of Authorised Signatories authorised to execute, on behalf of the Client (and POA agreement where applicable) | |
| List of Authorised Traders authorised to enter into trading transactions on behalf of the Client (signed by Authorised Signatory) | |

**Part II**   (To be provided ONLY by unregulated customers)

| | |
|---|---|
| Certified copies of passports and a proof of address document (*less than 3 months old*) for all current Directors | |
| Certified copy of the Register of Shareholders (or Certified List of all current shareholders who directly, or indirectly, own 10% or more of the shares of the Company | |
| Certified copies of passports and a proof of address document for all current shareholders (*or equivalent*) who directly, or indirectly, own 10% or more of the shares in the Company (*if different from the Directors*). | |
| Certified copy of the most recent audited | |

WH_MDL_00308677



BALLYGATE CAPITAL LIMITED

| financial statements (*where not available please provide a Certificate of Good Standing*). | |
|---|---|

**BALLYGATE INTERNAL USE ONLY**

| | | |
|---|---|---|
| Signed Customer Account Opening Form | YES ☐ | NO ☐ |
| CDD / AML Documentation Checked | YES ☐ | NO ☐ |
| Customer Suitability Classification | REGULATED ☐ | SOPHISTICATED ☐ |
| Shareholder/Director OFAC Check | YES ☐ | NO ☐ |
| Signed | | |
| Name | | |
| Date | | |

CONFIDENTIAL