# Exhibit 71

**From:**       Richard Markowitz <Rmarkowitz@argremgt.com>
**Sent:**       Wednesday, March 16, 2011 1:47 PM
**To:**         Ben-Jacob, Michael; ~LH lf 03-22-2013 Tuchman, Louis; Wells, Peter
**Cc:**         John Van Merkensteijn, III; Jérôme LHOTE; Adam Larosa; Matthew Stein
**Subject:**    Re: Diagram for Transaction
**Attachments:** Basic Structure PDF



Try this.


On 3/16/11 1:40 PM, "Michael Ben-Jacob" <michael.ben-jacob@kayescholer.com> wrote:

    Richard,

    I cannot open the attachment.  Can you scan and send as a pdf?


    Michael Ben-Jacob
    Kaye Scholer LLP
    425 Park Avenue
    New York, New York, 10022
    Phone: 212-836-8310
    Fax: 212-836-6310
    email: michael.ben-jacob@kayescholer.com


    **From:** Richard Markowitz [mailto:Rmarkowitz@argremgt.com]
    **Sent:** Wednesday, March 16, 2011 1:02 PM
    **To:** Ben-Jacob, Michael; Tuchman, Louis; Wells, Peter
    **Cc:** John Van Merkensteijn, III; Jérôme LHOTE; Adam Larosa; Matthew Stein
    **Subject:** Diagram for Transaction

    Michael:

    Attached please find a diagram for the major aspects of the transaction.  Solo Capital has reviewed
    this.  They also can provide a detailed summary of a trade, if needed.  This takes you step by step
    through the orders to buy shares (and hedge) and then sell the shares (and unwind the hedge).

    Also, with respect to the diagram, the other significant party is Acupay.  As we discussed, they submit
    the requests to the German government for withholding tax refunds.  A contract with Acupay will have
    to be signed by the Charity as well.

    You can disclose the names of the investors.

    Let us know if this diagram is helpful.  We and Solo can obviously prepare the more detailed information
    when appropriate.

    Thanks

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

WH_MDL_00276116

--
Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel:       (212) 247-2600
Fax:       (212) 247-2753
Mobile:  (917) 848-5675

RMarkowitz@Argremgt.com

2

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

# <u>STRUCTURE OF TRANSACTION</u>



CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

WH_MDL_00276118