# Exhibit 129

| | |
|---|---|
| **From:** | Ben-Jacob, Michael |
| **Sent:** | Thursday, April 17, 2014 7:13 AM |
| **To:** | Rootes, Melanie |
| **Cc:** | Wells, Peter; Veillette, Rebecca; Firth, Simon |
| **Subject:** | Re: Argre Management/Ezra Academy |

1 and 2 - the tax refund is proceduraly difficult to obtain (lots of forms to fill out, government offices to deal with, etc). Therefore, Ezra hired a third party service provider to obtain the tax refund. This is Accupay. Because Accupay obtains the refund for Ezra the Belgian tax authorities deposit the funds with Accupay and Accupay then transfers the funds to Ezra. Group Eba Nostra facilitates transfers on behalf of Accupay. As for the trades themselves these were trades of publicly traded equities on the Belgian exchange which withholds tax at source, but under the treaty Ezra is entitled to a refund.

3. I know Ezra for 25 years and they have been a client of the firm for about 4 years. I know them very well and we can rely on my knowledge.

It is important that the wire be implemented today. Plse confirm.

Mbj

----- Original Message -----
From: Rootes, Melanie
Sent: Thursday, April 17, 2014 06:48 AM Eastern Standard Time
To: Ben-Jacob, Michael
Cc: Wells, Peter; Veillette, Rebecca; Firth, Simon
Subject: FW: Argre Management/Ezra Academy

Dear Michael,

Simon Firth is our money laundering officer in London and has a few questions as per the below before we can proceed with this payment.


As we are subject to anti-money laundering legislation in the UK, any client bank account used for receiving and paying out monies needs to be checked in regards to the purpose of the transaction and the identities of the paying and receiving entities. If we don't do this we will be in breach of our obligations.


Can you please therefore provide the following information:

1.      I understand this relates to a tax refund on some trades that we did. Can you please explain what these trades were and if it is for a tax refund, why is it not     being paid by the Belgian(?) Revenue authorities?

2.      The payor is Group Eba Nostro by order of Accupay System LLP. Can you explain who these two parties are and why the payment is routed in that way?

3.      How well do we know Argre Management/Ezra Academy? If we are receiving funds solely in the control of Ezra Academy we need to do due diligence check on Ezra,     i.e. the same that we would do for a UK client. That involves getting original or certified copies of a company's certificate of incorporation and photo and     address ID of any

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

WH_MDL_00363906

owner who holds 25% or more of the entity. If, however, we know Ezra well and know who controls it we may be able to rely on our knowledge of          the client to reduce some if the DD requirements.


Thanks,
Simon


--------------------------------------------------------------------------------------------------------------------------
------

Melanie Rootes
Finance Manager
Kaye Scholer LLP
140 Aldersgate Street  | London  EC1A 4HY United Kingdom
T: +44 (0)20.7105.0540 | F: +44 (0)20.7105.0505 melanie.rootes@kayescholer.com | www.kayescholer.com

-----Original Message-----
From: Ben-Jacob, Michael
Sent: 17 April 2014 02:59
To: Veillette, Rebecca; Rootes, Melanie
Cc: Wells, Peter
Subject: RE: Argre Management/Ezra Academy

Melanie,

Please send me confirmation of the wire and a tracking number as soon as possible.

mbj

***

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Michael Ben-Jacob
Kaye Scholer LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8310 | F: +1 212.836.6310
michael.ben-jacob@kayescholer.com | www.kayescholer.com


This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (212.836.8000) and delete the message, along with any attachments, from your computer. Thank you.

-----Original Message-----
From: Veillette, Rebecca
Sent: Wednesday, April 16, 2014 12:29 PM
To: Rootes, Melanie

2

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00363907

Cc: Ben-Jacob, Michael; Wells, Peter
Subject: Argre Management/Ezra Academy

Hi Melanie,

Please see attached and let me know if you have any questions.

Best,
Rebecca

Rebecca Veillette
Trusts & Estates Administrator
Kaye Scholer LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.7097 | F: +1 212.836.6549
rebecca.veillette@kayescholer.com | www.kayescholer.com

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00363908